F I L E D
Clerk
District Court

AUG — 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI Corporation, ASIA ENTERPRISES INC., a CNMI Corporation, PARK HWA SUN and KIN HANG KWON,<br><br>Defendants, | Civil Action No. 05-0019<br><br><br>ORDER RE CASE MANAGEMENT<br>CONFERENCE |

Mark B. Hanson
Attorney at Law
PMB 738, Box 10000
Saipan, MP 96950

Stephen J. Nutting
Attorney at Law
P.O. Box 5222
Saipan, MP 96950

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ, each of the above-named shall be present at the Case Management Conference, prepared to discuss with the Judge of this Court the subjects hereinbelow outlined. The conference is set for Friday, August 26, 2005, at 9:00 a.m.

(a)    Service of process on parties not yet served;

(b)    Jurisdiction and venue;

(c)    Track assignment;

(d)    Anticipated motions;

(e)    Anticipated or remaining discovery, including limitation on discovery;

1

(f)     Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

(g)     Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration or to the Judicial Panel or Multidistrict Litigation, or application of the Manual for Complex Litigation;

(h)     Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceeding;

(i)     Settlement prospects;

(j)     Any other matter which may be conducive to the just, efficient and economical determination of the proceedings, including the definition or limitation of issues; and,

(k)     Setting of dates for:

    1.     Joinder of all parties;
    2.     Motions to amend;
    3.     Discovery cut-off;
    4.     Status conferences;
    5.     Discovery motion hearing date;
    6.     Dispositive motion cut-off;
    7.     Dispositive motion hearing date;
    8.     Settlement conference;
    9.     Joint pretrial order;
    10.    Final pretrial conference; and
    11.    Trial.

The Court recommends that this case be assigned to the Standard Track as defined by the Local Rule 16.2CJ.c.

DATED this 5th day of August, 2005.

_____
Judge Alex R. Munson

2