FILED
Clerk
District Court

AUG 11 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MARK B. HANSON, ESQ.
   First Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:   (670) 233-8600
4  Facsimile:   (670) 233-5262

5  Attorney for Plaintiffs

6                IN THE UNITED STATES DISTRICT COURT
                          FOR THE
7                 NORTHERN MARIANA ISLANDS

8
   LI YING HUA, LI ZHENG ZHE and XU JING  )  CASE NO. CV 05-0019
9  JI,                                    )
                                          )
10                Plaintiffs,              )
                                          )
11       vs.                               )
                                          )   PROOF OF SERVICE
12 JUNG JIN CORPORATION,M a CNMI         )
   corporation, ASIA ENTERPRISES., a CNMI )
13 corporation, PARK HWA SUN and KIM HANG )
   KWON,                                  )
14                                        )
                                          )
15                Defendants.              )
                                          )
16

17

18
        I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of
19
   age and not a party to this action, and that on the 10th day of August, 2005, at the time and in the
20
   manner indicated below, I served a true and correct copy of the following documents which were
21
   filed with the United States District Court for the Northern Mariana Islands:
22

23
   1.    PLAINTIFFS' INITIAL DISCLOSURES.
24
   2.    PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT.
25

26

27

1  **Served Via Hand Delivery:**
2      STEPHEN J. NUTTING, ESQ.
    White, Mailman & Nutting Law Office
3      at 11:00 o'clock at Second Floor
4      Joeten Building I, Susupe
    Saipan, Mariana Islands 96950
5
6
7
8                                            Rowena J. De Vera
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27