F I L E D
Clerk
District Court

AUG 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI, ) ) ) | Civil Action No. 05-0019 |
| Plaintiffs ) ) | |
| v. ) ) | CASE MANAGEMENT SCHEDULING ORDER |
| JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON, ) ) ) ) ) ) ) ) | |
| Defendants ) ) | |

AO 72
(Rev. 8/82)

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in this matter on August 26, 2005. Present were Mark B. Hanson on behalf of plaintiffs and Stephen A. Nutting on behalf of all defendants. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before November 25, 2005.

2. All motions to amend pleadings shall be filed on or before November 25, 2005.

3. All discovery shall be served by February 1, 2006. No discovery material shall be filed with the court except as necessary to support of a motion.

4. All discovery motions shall be filed so as to be heard on or before March 9, 2006. Motions shall be filed in accordance with Local Rule 7.1.

5. A status conference will be held on February 24, 2006, at 9:00 a.m.

6. All dispositive motions shall be filed so as to be heard on or before April 20, 2006. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

7. A settlement conference will be held on May 12, 2006, at 9:00 a.m.

8. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., May 30, 2006. Local Rule 16.2CJ.e.9.

9. A final pretrial conference will be held on June 2, 2006, at 9:00 a.m.

10. Trial shall begin on June 12, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED this 26th day of August, 2005.

                                                ALEX R. MUNSON
                                                         Judge

AO 72
(Rev. 8/82)