F I L E D
Clerk
District Court

OCT 1 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  STEPHEN J. NUTTING, ESQ.
   WHITE & NUTTING, LLC
2  P. O. Box 5222
   Saipan, MP 96950
3  Telephone:   (670) 234-6547
   Facsimile:   (670) 234-9537
4
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON,<br><br>  Defendants. | CASE NUMBER CV 05-0019<br><br>**PRE-DISCOVERY<br>DISCLOSURE STATEMENT** |

COME NOW, JUNG JIN CORPORATION, ASIA ENTERPRISES INC., PARK HWA SUN and KIM HANG KWON, defendants in the above-entitled action, by and through their undersigned counsel, and pursuant to the Civil Justice Reform Act to make the following pre-discovery disclosure:

1.   Name of individuals likely to have discoverable information:

   a.   Name:          Park Hwa Sun
        Address:       c/o White and Nutting, LLC
                       P.O. Box 5222
                       Saipan, MP 96950
        Telephone No.: (670) 234-6547

   a.   Name:          Kim Hang Kwon

-1-

|   |   |   |
|---|---|---|
| | Address: | c/o White and Nutting, LLC<br>P.O. Box 5222<br>Saipan, MP 96950 |
| | Telephone No.: | (670) 234-6547 |

The above-listed persons should have information regarding the employment circumstance of plaintiffs in relation to their claims.

2. Description of documents in the possession of Defendants.

   a. Plaintiffs' time records and payroll sheets dating from 12/31/02 through 5/2/05;

   b. Plaintiffs' Department of Labor's work contract application/renewal;

   c. Plaintiffs' payroll checks dating from 1/16/03 through 4/4/05.

3. Disclosure of expert testimony: At this time, Defendants does not anticipate the need for any expert testimony. If discovery unveils the need for expert testimony, Defendants will make the required disclosures to the Court and the Plaintiffs by supplemental filing pursuant to Fed. R. Civ. Pro. 26(e)(1) as soon as possible following the discovery of the need for such testimony.

Defendants through their attorney, Stephen J. Nutting, submits that they have fully complied with the initial disclosures required by the Civil Justice Reform Act plan. If Plaintiffs have any questions regarding the information contained herein, or seeks additional information they believe may have been omitted in this disclosure, Defendants will comply with any request for information in their possession as required by the Civil Justice Reform Act plan.

DATED this 18th day of October, 2005.

_____
STEPHEN J. NUTTING
Attorney for Defendants