**F I L E D**
Clerk
District Court

JAN 3 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    MARK B. HANSON, ESQ.
     First Floor, Macaranas Building
2    Beach Road, Garapan
     PMB 738 P.O. Box 10,000
3    Saipan, Mariana Islands 96950
     Telephone:    (670) 233-8600
4    Facsimile:    (670) 233-5262

5    Attorney for Plaintiffs

6

7            IN THE UNITED STATES DISTRICT COURT
                          FOR THE
8                 NORTHERN MARIANA ISLANDS

9    LI YING HUA, LI ZHENG ZHE and XU JING JI, )    CASE NO. CV 05-0019
                                               )
10                      Plaintiffs,            )
                                               )
11            vs.                              )        NOTICE OF DEPOSITION
                                               )               OF
12   JUNG JIN CORPORATION, a CNMI corporation,)        PIL SUN KIM KITAMI
     ASIA ENTERPRISES, INC., a CNMI corporation,)
13   PARK HWA SUN and KIM HANG KWON,           )
                                               )
14                      Defendants.            )
     _____)

15

16      TO:    STEPHEN J. NUTTING, ESQ., Attorney for Defendants

17      PLEASE TAKE NOTICE that, pursuant to Rules 26, 28, 30 and 45 of the Federal Rules of

18   Civil Procedure, on **Wednesday, March 8, 2006, at the hour of 10:30 a.m.** at the law office of Mark

19   B. Hanson, First Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the

20   Northern Mariana Islands, Plaintiffs' attorney will take the deposition of PIL SUN KIM KITAMI,

21   P.O. Box 502879, Saipan, MP 96950, said deposition to continue from day to day until completed.

22   Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or

23   both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will administer

24   the oath and shall be the officer before whom the deposition is taken as that term is used in Fed. R.

25   Civ. P. 28(a).

26

27

1    Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the

2    deposition shall be recorded by video tape and digital voice recorder rather than stenographic means.

3

4    You are invited to attend and cross-examine.

5

6    Respectfully submitted this 30th day of January, 2006.

7

8    _____

9    MARK B. HANSON

10   First Floor, Macaranas Building
     Beach Road, Garapan
11   PMB 738, P.O. Box 10,000
     Saipan, MP 96950

12   Attorney for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Page 2 of 2