```
                                                      F I L E D
                                                         Clerk
                                                      District Court

                                                      FEB - 1 2006
```

1  MARK B. HANSON, ESQ.
   First Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:   (670) 233-8600
4  Facsimile:   (670) 233-5262

   For The Northern Mariana Islands
   By_____
              (Deputy Clerk)

5  Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | CASE NO. CV 05-0019 |
| Plaintiffs, | |
| vs. | NOTICE OF DEPOSITION OF KIM SUNG EUN |
| JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, | |
| Defendants. | |

TO:   STEPHEN J. NUTTING, ESQ., Attorney for Defendants

PLEASE TAKE NOTICE that, pursuant to Rules 26, 28, 30 and 45 of the Federal Rules of Civil Procedure, on **Thursday, March 9, 2006, at the hour of 10:30 a.m.** at the law office of Mark B. Hanson, First Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiffs' attorney will take the deposition of KIM SUNG EUN, PMB 234, P.O. Box 10,001, Saipan, MP 96950, said deposition to continue from day to day until completed. Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will administer the oath and shall be the officer before whom the deposition is taken as that term is used in Fed. R. Civ. P. 28(a).

1  Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the
2  deposition shall be recorded by video tape and digital voice recorder rather than stenographic means.
3
4  You are invited to attend and cross-examine.
5
6  Respectfully submitted this 1st day of February, 2006.
7
8  _____
   MARK B. HANSON
9
10 First Floor, Macaranas Building
   Beach Road, Garapan
11 PMB 738, P.O. Box 10,000
   Saipan, MP 96950
12
   Attorney for Plaintiffs