FILED
Clerk
District Court

FEB - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI, ) CASE NO. CV 05-0019
)
        Plaintiffs,                       )
                                          )
    vs.                                   ) NOTICE OF DEPOSITION
                                          ) OF
JUNG JIN CORPORATION, a CNMI corporation, ) SEUNG-HEE CINDY YU
ASIA ENTERPRISES, INC., a CNMI corporation,)
PARK HWA SUN and KIM HANG KWON,           )
                                          )
        Defendants.                       )

TO:   STEPHEN J. NUTTING, ESQ., Attorney for Defendants

PLEASE TAKE NOTICE that, pursuant to Rules 26, 28, 30 and 45 of the Federal Rules of Civil Procedure, on **Monday, March 6, 2006, at the hour of 10:30 a.m.** at the law office of Mark B. Hanson, First Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiffs' attorney will take the deposition of SEUNG-HEE CINDY YU, Saipan, MP 96950, said deposition to continue from day to day until completed. Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will administer the oath and shall be the officer before whom the deposition is taken as that term is used in Fed. R. Civ. P. 28(a).

Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the deposition shall be recorded by video tape and digital voice recorder rather than stenographic means.

You are invited to attend and cross-examine.

Respectfully submitted this 1st day of February, 2006.

_____
MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950

Attorney for Plaintiffs