F I L E D
Clerk
District Court

FEB - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone: (670) 234-6891
Facsimile: (670) 234-6893

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON,<br><br>Defendants. | CASE NUMBER CV 05-0019<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>Hearing Date: MAR - 9 2006<br>Hearing Time: 9:00am<br>~~Courtroom~~ Judge: Alex R. Munson |

COMES NOW, Stephen J. Nutting, attorney for defendants, Jung Jin Corporation, Asia Enterprises Inc., Park Hwa Sun, and Kim Hang Kwon, to hereby moves this Court for an order relieving him as attorney of record for the above-mentioned defendants (hereinafter "Clients").

The grounds for the motion are as follows:

1. Clients have failed and refused to pay reasonable attorney's fees presently outstanding and have represented that they will be unable to pay any future fees as may come due in the case. (see, ABA Model Rules of Professional Conduct, Rule 1.16 (b) (4));

-1-

2. The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client. (see, ABA Model Rules of Professional Conduct, Rule 1.16 (b) (5)).

3. Defendants Park Hwa Sun both personally and as the sole representative and contact person for corporate defendant Jung Jin Corporation, has left the Commonwealth and is unavailable to assist the attorney in the preparation and defense of the case.

The factual bases for the grounds for withdrawal are all set out in the Affidavit of Stephen J. Nutting in Support of Motion to Withdraw which is served with this motion.

As explained in the Affidavit of Stephen J. Nutting, clients were served with this motion by hand delivery to defendant Mr. Kim Hang Kwon, who previously cohabitated with defendant Park, Hwa Sun, prior to her departure from Saipan, who has served as an officer and director of each of the corporate defendants, Jung Jin Corporation, and Asia Enterprises Inc..

This motion is based on the pleadings and papers on file in this action, this motion, the attached Notice of Motion, and the accompanying Affidavit of Stephen J. Nutting in Support of Motion to Withdraw.

Dated this 3rd day of February, 2006.

_____
STEPHEN J. NUTTING
Attorney for Defendants