FILED
Clerk
District Court

FEB - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  STEPHEN J. NUTTING, ESQ.
   Post Office Box 5093
2  Saipan, MP 96950
   Telephone:    (670) 234-6891
3  Facsimile:    (670) 234-6893

4  Attorney for Defendants

5           UNITED STATES DISTRICT COURT
            FOR THE NORTHERN MARIANA ISLANDS
6

7

8  LI YING HUA, LI ZHENG ZHE and XU          CASE NUMBER CV 05-0019
   JING JI,
9

10            Plaintiffs,                    **NOTICE OF MOTION**

11       vs.

12
   JUNG JIN CORPORATION, a CNMI              Hearing Date:  MAR - 9 2006
13 corporation, ASIA ENTERPRISES INC.,       Hearing Time:  9:00am
   a CNMI corporation, PARK HWA SUN          ~~Courtroom:~~  Alex R. Munson
14 and KIM HANG KWON,                        Judge:
15
              Defendants.
16

17

18 TO:   MARK B. HANSON
         Attorney for Plaintiffs
19       First Floor, Macaranas Building
20       Beach Road, Garapan
         PMB 738 P.O. Box 10000
21       Telephone: (670) 233-8600
22       Facsimile: (670) 233-5262

23       NOTICE IS HEREBY GIVEN that on the 9th day of March, 2006, at

24 9:00 (a.m.)/p.m. or as soon thereafter as counsel can be heard, defendants' counsel will bring

25 on the within contained motion to withdraw as counsel pursuant to the Local Rules of the United

26 States District Court for the Northern Mariana Islands at L.R. 83.5(g)(4) and the cited ABA Model

27

28                                    -1-

Rules of Professional Conduct, Rule 1.16(b)(4) and Rule 1.16 (b)(5).

This motion to withdraw is based on the pleadings and papers on file in this action, the Motion filed together with this notice of motion, and the accompanying Affidavit of Stephen J. Nutting in Support of Motion to Withdraw.

Dated this 3rd day of February, 2006.

                                                STEPHEN J. NUTTING
                                                Attorney for Defendants