F I L E D
Clerk
District Court

FEB 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>Plaintiffs<br><br>v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON,<br><br>Defendants | Civil Action No. 05-0019<br><br><br><br>ORDER SETTING<br>SETTLEMENT CONFERENCE |

IT IS ORDERED that the status conference set for Friday, February 24, 2006, at 9:00 a.m. shall also include a **settlement conference**. The attorneys shall

themselves have full settlement authority or shall bring a client with such authority.

*See* Local Rule 16.2CJ.e.5.

DATED this 13th day of February, 2006.

_____
ALEX R. MUNSON
Judge