Case 1:05-cv-00019   Document 29   Filed 02/15/2006   Page 1 of 2

FILED
 Clerk
District Court

FEB 15 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, <br><br> Plaintiffs, <br><br> vs. <br><br> JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, <br><br> Defendants. | CASE NO. CV 05-0019 <br><br> STIPULATION TO CHANGE STATUS/SETTLEMENT CONFERENCE DATE and [proposed] ORDER <br><br> Date:   Friday, February 24, 2006 <br> Time:   9:00 a.m. <br> Judge:  Hon. Alex R. Munson |

Pursuant to the Court's Case Management Scheduling Order in this matter, a status conference has been scheduled for Friday, February 24, 2006. Pursuant to a subsequent Court order dated February 13, 2006, that status conference also now includes a settlement conference. In order to accommodate off-island travel plans and to facilitate productive settlement negotiations, the parties, by this stipulation, are respectfully requesting that the Court continue the status/settlement conference from its currently scheduled time to the following week, Friday, March 3, 2006 at 9:00 a.m. or as soon thereafter as this Court can hold the status/settlement conference in this matter.

SO STIPULATED.

Date: February 15, 2006

_____
MARK B. HANSON
Attorney for Plaintiffs

Date: 2/15/06

_____
STEPHEN J. NUTTING
Attorney for Defendants

ORDER

Based on the above-stipulation by the parties, and for good cause shown, the Court hereby continues the status/settlement conference in this matter that is presently scheduled for February 24, 2006 to **Friday, March 3, 2006** at ~~9:00 a.m.~~ 10:30 a.m.

SO ORDERED.

DATE: 2-15-06

_____
ALEX R. MUNSON
Chief Judge

RECEIVED
FEB 15 2006
Clerk
District Court
For The Northern Mariana Islands