UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI Corporation, ASIA ENTERPRISES INC., a CNMI Corporation, PARK HWA SUN and KIN HANG KWON,<br><br>Defendants, | Civil Action No. 05-0019<br><br><br>Order Rescheduling Case Management Confernece |

Mark B. Hanson
Attorney at Law
PMB 738, Box 10000
Saipan, MP 96950

Stephen J. Nutting
Attorney at Law
P.O. Box 5222
Saipan, MP 96950

IT IS ORDERED that the Case Management Conference in the above case scheduled for Friday, March 3, 2006 at 10:30 a.m., is rescheduled to 8:00 a.m., on the same date.

DATED THIS 24th day of February, 2006.

_Alex R Munson_

Judge Alex R. Munson