FILED
Clerk
District Court

MAR - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, *et al.*, | Civil No. 05-0019 |
| Plaintiffs | |
| v. | ORDER GRANTING MOTION TO WITHDRAW |
| JUNG JIN CORPORATION, a corporation of the Commonwealth of the Northern Mariana Islands; ASIA ENTERPRISES, a corporation of the Commonwealth of the Northern Mariana Islands; PARK HWA SUN; and, KIM HANG KWON, | AS COUNSEL OF RECORD FOR ALL DEFENDANTS and REMOVING HEARING FROM CALENDAR |
| Defendants | |

THIS MATTER came before the court on defendants' counsel's motion to withdraw as attorney of record.

THE COURT, having reviewed the file and finding the motion to be well-taken for the reasons stated therein, and it appearing that counsel has attempted to

notify his clients of this motion, and there being no objection from counsel for plaintiffs; NOW, THEREFORE,

IT IS ORDERED that Stephen J. Nutting be and hereby is allowed to withdraw as counsel for defendants, effective immediately. He shall serve a copy of this order on his former clients personally or at their last known mailing address. The March 9, 2006, hearing is taken off-calendar.

Defendants are admonished that corporations cannot appear *pro se* in federal court. *See* 28 U.S.C. § 1654; Rowland v. California Men's Colony, 113 S.Ct. 716, 721 (1993); and, United States v. High Country Broadcasting Company, Inc., 3 Fed.3d 1244, 1245 (9th Cir. 1993). Accordingly, corporate defendants are given until 3:30 p.m., Friday, March 17, 2006, to retain counsel and have that counsel file an appearance. Failure of corporate defendants to do so may result in sanctions being entered against them, including the sanction of entry of default.

DATED this 3rd day of March, 2006.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge

2