1     A.     Yes.

2     Q.     Okay.

3     A.     Out of $126,000, 26,000 has been waived.

4     Q.     And that 26 is the -- from the -- the Daora Poker?

5     A.     Yes.

6     Q.     Okay.  Is there anything else I need to know about this bill of sale?

7     A.     No.

8     Q.     Where are these 13 poker machines?

9     A.     I'm operating them.

10    Q.     Where are you operating?

11    A.     Chalan Kanoa.

12    Q.     All 13 in one place?

13    A.     (in English) Yes, yes.

14    Q.     What's the name of the poker place?

15    A.     (in English) Shany Two Poker.

16    Q.     Okay.  Shany Two Poker, is that inside the laundrymat?

17    A.     Yes.

18    Q.     Is that the one that used to be called Welcome Poker?

19    A.     (in English) Yes.

20    Q.     But you changed the name from welcome poker to Shany Two Poker.

21    A.     (in English) Shany Two, yeah, license -- all license change.

22    Q.     All license changed?

23    A.     (in English) Yeah, machine license change, KSK Corporation.

018

1      Q.    KSK Corporation –

2      A.    (in English) Yeah.

3      Q.    -- now has the license?

4      A.    (in English) Yes, all change.

5      Q.    When did you change the license for the poker machines?

6      A.    In January.

7      Q.    Did -- did Mrs. Park have to sign anything for you to change -- beside this

8      document here, did Mrs. Park have to sign anything for you to change the license?

9      A.    No.  It all ends from here.

10     Q.    Okay.  With regard to these 13 poker machines, has Mrs. Park signed any

11     other documents about these poker machines?

12     A.    No.

13     Q.    Did Mr. Kim ever sign anything about any of these poker machines?

14     A.    No because it belonged to Jung Jin Corporation.

15     Q.    So as far as you know all of these poker machines belong to Jung Jin

16     Corporation?

17     A.    (in English) Couple.

18     Q.    I don't -- explain that to me, they're a couple.  Who is a couple?

19     A.    Park Hwa Sun and Kim Hang Kwon are a couple.

20     Q.    So anything that they owe they owe together?

21     A.    (in English) I don't know.

22     Q.    Well, you said they're a couple, what does that mean?  Explain that to me.

23     A.    They're family.  Couples are family and in Korea you generally tend to

019

1      TRANSLATOR: Yes.

2      MR. HANSON: Okay.  All right.  We're going to go off record for about ten

3  minutes and then we'll come -- we'll continue.  The time is about 10 after 12.

4      MR. HANSON: Okay.  We're back on the record in the deposition of Mr. Kim Ki

5  Sung.  It is still March 9, 2006, about 12:23.  We're in the conference room of my

6  offices, this is Mark Hanson doing the deposition, plaintiff's attorney and the officer of

7  the deposition.  Still present is Mr. Kim Ki Sung, unrepresented, and the translator Mr.

8  Alex Tae.  Thank you.

9      Q.      After that short break I just want to go through the rest of these

10  documents, Mr. Kim, and try to get an understanding, a full understanding of what

11  happened with all of the different debts of Mrs. Park and Mr. Kim and their company.

12      So this Exhibit E, this promissory note, you say you had Mrs. Park sign that in

13  December of 2004 when you gave her $100,000?

14      A.      Yes.

15      Q.      Does this promissory note say anything about any interest?

16      A.      It's not listed here, but she agreed to pay one percent of the -- as an

17  interest of the principle amount.

18      Q.      But you didn't put that in the promissory note?

19      A.      No.

20      Q.      Does it say when it's supposed to be paid back?

21      A.      Yes.  After one year.

22      Q.      Okay.  Does it have a specific date?

23      A.      December 1st year 2005.

020

1    Q.  For Asia?

2    A.  Asia and something.

3    Q.  And you, Mr. Kim?

4    A.  Yes.

5    Q.  How much do you think Asia Enterprise had in gross revenues in all of 2003?

6    A.  Absolutely no idea.

7    Q.  How much do you think Jung Jin had in gross revenues in 2003?

8    A.  You should have it all.  I wouldn't know.

9    Q.  Okay.  I'll show you what they, I'll show you what Asia Enterprises and Jung

10   Jin supposedly reported to the government in 2003.  I'm going to show you what we've

11   marked as identification as Document number 01543, which is Asia Enterprises Business

12   Gross Revenue Tax Quarterly Return for 2003, Fourth Quarter 2003.

13       I'll show you also Document 01585, which is a Business Gross Revenue Tax

14   Quarterly Return for the Fourth Quarter of 2003 for Jung Jin Corporation.

15       Now those - have you seen those documents before?

16       A.  Not clearly.  I only sign on those documents whenever they ask me to sign on

17   them.

18       Q.  But you don't look at them?

19       A.   I wouldn't know even if I looked at them.  How many of those Korean

20   businessmen would know this kind of thing.  Everybody depends on business agent.

21       Q.  What business agent did you depend on in this circumstance?

22       A.  Cindy Yu.

23       Q.  So Cindy Yu is the one that prepared those documents?

24       A.   I provide her all the documents.  I provide her all the documents, the

021

| 1 | A. | December 1st year 2004. |
|---|----|--------------------------|
| 2 | Q. | Now, has -- has Mrs. Park paid back that $100,000 debt? |
| 3 | A. | No. |
| 4 | Q. | Does she still owe you $100,000? |
| 5 | A. | No, because I follow what's listed here in the promissory note. |
| 6 | Q. | Which is what? |
| 7 | A. | That I have taken over the management and operation of -- for the amount |
| 8 | | that they owe me. |
| 9 | Q. | Management and operation of what? |
| 10 | A. | The laundrymat and poker parlor. |
| 11 | Q. | So -- Jung Jin's business, the whole thing you took over? |
| 12 | A. | (in English) I don't know. |
| 13 | Q. | Well – You took over the whole Welcome Laundry; is that right? |
| 14 | A. | Yes. |
| 15 | Q. | Did you change the name? |
| 16 | A. | (in English) Yes, whole change. |
| 17 | Q. | Did you change the employees? |
| 18 | A. | (in English) Yes, whole change. |
| 19 | Q. | So what happened to the employees of Welcome from before? |
| 20 | A. | (in English) Shany Two. |
| 21 | A. | They all have been transferred. |
| 22 | Q. | So -- transferred to -- all right.  Welcome Laundry had employees, right? |
| 23 | A. | Yes. |

022

1      Q.    Did those employees transfer to KSK Corporation?

2      A.    (in English) Yes.

3      Q.    What about the CUC meter that Welcome Laundry used to have?  Did that

4  transfer to KSK Corporation?

5      A.    That's the only thing -- only one that has not been changed?

6      Q.    So who's paying in the utility bill now?

7      A.    (in English) Me pay.

8      Q.    You pay?  What is the name on the bill?  Who is the name on the bill?

9      A.    I don't know.

10      Q.    But it's for that place that Welcome Laundry used to be?

11      A.    Yes.

12      Q.    You changed -- where the Welcome Laundry is, the lease, you changed

13  the lease?

14      A.    Yes.

15      Q.    Okay.  I'm going to show you what has been previously Bates stamped

16  documents number 01698 and 01699 and I'm going to label this Exhibit H.

17  Can you look at this for me?  That's two pages all one exhibit.  You've seen that

18  document before?

19      A.    Yes, this is the sublease of the lot.

20      Q.    Okay.  And that's the document that you provided to my office pursuant to

21  the subpoena, right?

22      A.    Yes.

23      Q.    And this is the sublease of what lot?

023

1    A.    I went -- I went there a number of times, a number of times in November.

2    Q.    After you heard about they were trying to sell?

3    A.    Yes.

4    Q.    And what did they say to you?

5    A.    I first asked them to pay back my money and they said they have

6    absolutely no way of paying him back.  He mentioned about a labor complaint -- Mr.

7    Kim mentioned about a labor complaint and they just told -- told me to -- just follow

8    what's in the promissory note.

9    Q.    Okay.  So then what -- then what happened?

10    A.    Then I -- after -- after asking them to follow what's listed in the

11    promissory note a number of times I finally pulled it through and took over their

12    business.

13    Q.    Okay.  How much money every month does the laundrymat make?

14    A.    Due to the increase cost of the gas profit is about 1,000 to -- $1000 a

15    month.

16    Q.    And how much does the poker -- how much are the 13 poker machines

17    making at the new Shany Two poker?  How much, one month?

18    A.    Hardly making any money, I'm having a hard time paying for the tax.

19    A.    (in English) Very very business slow down, very hard.  How many poker

20    stop.  Renewal, one time pay, governor.  Now (indiscernible) pay, tax.  Governor,

21    newspaper, one time pay.  All poker room business close, maybe.  (indiscernible).  don't

22    like.  Very, very hard.  Close down, employees.  Korean, Chinese.  Chinese go out.

23    Business no good, very, very no good.

**024**

| 1 | A. | Yes. |
|---|----|------|
| 2 | Q. | Okay.  When did Kim Sung Eun, your wife, when did she sign? |
| 3 | A. | (in English) Same time. |
| 4 | Q. | Same time? |
| 5 | A. | (in English) Yeah. |
| 6 | Q. | Where was it signed? |
| 7 | A. | (in English) Me house. |
| 8 | Q. | Your house? |
| 9 | A. | (in English) Yeah. |
| 10 | Q. | And Mrs. Park came over to your house? |
| 11 | A. | (in English) No, no, not together, difference. |
| 12 | Q. | Oh, then you took it to Mrs. Park – |
| 13 | A. | (in English) Yes, yes. |
| 14 | Q. | -- on the same day? |
| 15 | A. | (in English) Yes. |

16    Q.    I have a question: why did -- KSK Corporation, why are they getting the

17 55 laundry machines that are worth 100,000, the whole business is and the poker?  Why

18 is KSK getting the business -- you're the one that loaned Mrs. Park the money, why is K -

19 - why is your wife and KSK getting the businesses?

20    A.    Because it's written in this promissory note that the money has borrowed

21 to Jung Jin Corporation and it also says if they don't do what's stated in the promissory

22 note KSK takes over the business.

23    Q.    Okay.  Now, I don't -- you're referring to Exhibit E, right?  I'm looking at

025

1    Exhibit E but I don't see KSK Corporation in there.    Where does it say KSK

2    Corporation?

3          A.     Because I am the manager of KSK Corporation and my wife is the owner

4    of KSK Corporation.

5          Q.     Okay. So the money that you gave -- your personal money to Mrs. Park

6    really it's -- strike that.

7          So you don't see any difference between you and your wife and KSK

8    Corporation, it's all the same thing?

9          A.     Yes.  Yes and no, because we are -- we're a couple.  I see me and my wife

10   as one.  But by document my wife is listed the owner of the corporation and I'm just

11   listed as the manager of the corporation.

12         Q.     Okay.  But you had a personal debt, Mrs. Park owed you $100,000, right,

13   you Kim Ki Sung.

14         A.     No, because the $60,000 belongs to my wife.  $60,000 from the munching

15   that I collected.

16         Q.     So your wife's name was the one on line number one of the munching?

17         A.     I don't know about that.

18         Q.     Well, you said the 40,000 that you took out was yours, though, right, you

19   said "that was my money I put in."

20         A.     I took it out from the company's account.

21         Q.     The 60,000, why is that your wife's money?   Why was that not your

22   money?

23         A.     What matters is -- what matters -- we're the same, we're like one.   It

026

1    doesn't matters whether the money is my wife's or mine, it's considered one.

2         Q.    Okay.  Now, the $100,000 that you gave to Mrs. Park on December 1st,

3    2004, was that cash or a check or how did you pay the $100,000?

4         A.    Cash.

5         Q.    $100,000 in cash?

6         A.    (in English) Yes.

7         Q.    Where did you get $100,000 in cash?

8         A.    $60,000 from the munching, another $40,000 that I kept in my house.

9         Q.    You kept $40,000 in cash in your house?

10        A.    At that time yes I had $40,000 at the house.

11        Q.    Where did that money come from?

12        A.    It was the money that I gather, saved for my poker machines tax that I

13    save every day -- on daily basis.

14        Q.    How did -- where did you get the money to pay the poker machine taxes

15    when they came due if you gave your poker machine tax money to Mrs. Park?

16        A.    I think I paid with my credit card because that gives me -- that gives me at

17    least a month if I pay my taxes with my credit card.

18        Q.    Okay.

19        MR. HANSON: We're going to go off record, I need to change the disk real

20    quick, it's 1:10 and just one moment off the record.

21        MR. HANSON: Okay.  We're back on the record after a very short break, it's

22    about 12 after 1 on March 9th.  I had to change the DVD that we're recording on, we

23    missed a certain portion of maybe ten or fifteen minutes of that on the DVD, but the

027

# Exhibits

BILL OF SALE    # 01 / 01 / 06

This Agreement is on the 1th day jan 2006 by and-between

JUNG JIN CORP- owner, Sells and transfers it's right and

ownership of Poker Machines to K S K corporation and

consideration hereof, acknowledge the receipt of twentysex

thousand US dollars($26,000)and described as follows,

Serial#

| 1,816858 | 3191 | 8, 812927 | 3198 |
| 2,815493 | 3192 | 9, 822707 | 2893 |
| 3,397236 | 3193 | 10,813838 | 2902 |
| 4,822982 | 3194 | 11,811642 | 2900 |
| 5,822692 | 3195 | 12,822687 | 2903 |
| 6,822691 | 3196 | 13,822695 | 2899 |
| 7,822723 | 3197 | | |

Hwa sun park

Jung jin corp

Seller

kim ki sung    (MANAGER)    01/-1/0

k s k corp

buyer

028        01716

EX D

< 차용증서 >

본인 박하선은 JUNG JIN corp의 대표로서
웰컴 세탁스 및 포커장을 운영권 담보로 하고 김기성
으로 부터 $100,000을 차용 합니다.
지불일자는 2005년 12월 1일 까지 (1년 상환) 이며
만약 지불일자을 지키지 못할시 2005년 12월 2일자로
부터 담보물 인체를 권리행사는 포기함으로 동시에 여하한
법적 책임로 묻지 않기로 서약하고 차용 합니다.

2004. 12. 1

서약인 : 정신 (박하선) Dan Hun Son

029

01720
EX E

< 차용 내역서 >

1차 : 2004 . 12 . 1    $100.000

2차 : 2005 . 6.3    $ 12.000 (새로차용)

3차 : 2005 . 9.14    $ 12.000 ( ″ )

TOTAL : $124.000

01719

EX F



Ex G.

031

*06 - 011*

COMMONWEALTH OF THE NORTHERN            )
  MARIANAS                                                     )ss:
SAIPAN, MARIANA ISLANDS                           )
                                                                          )

*13/    98*

## AUTHORIZATION TO SUB-LEASE

This is to authorize PARK, HWA SUN and JUNG JIN CORPORATION to sub-Lease our Lease Agreement, dated the 30th of December, 1999, File No. 00-018, Bk 10, Page 82, dated January 4, 2000, and Lease Agreement dated the 30th of December, 1999, File No. 00-017, Bk. 10, Page 82, dated January 4, 2000, for the remaining four (4) years Lease that will expired on December 30, 2009, to KIM, SUNG EUN of KSK CORP., of KOREA, whose address and presently doing businesses in Saipan, Commonwealth of the Northern Mariana Islands, P. O. Box 502926, Saipan, MP, and phone no. (Cel) 287-5077, (Home) 235-8038, PROVIDED, that no changes or amendments will be made as filed with the Recorder's Office in Saipan, Commonwealth of the Northern Mariana Islands.

SUB-LESSEE has the option for an additional ten (10) years Lease Agreement With a direct Lease Agreement with the LESSOR upon the completion of SUB-LEASE.

032            01698

EX H

IN WITNESS WHEROF, the parties have hereunto set their respective signatures

As of the date and year stated below:

DATED THIS 70TH DAY OF DECEMBER, 2005.

LESSOR:

_____
LUCY ANN TUDELA SABLAN

WITNESS:

_____
JO ANN TUDELA SABLAN

LESSEE:

_____
PARK,HWA SUN-JUNG JIN CORP
The Authorized Representative

SUB-LESSEE:

_____
KIM, SUNG EUN-KSK CORP.
The Authorized Representative

Commonwealth of the Northern      )
 Mariana Islands                              )ss:    ACKNOWLEDGEMENT
Saipan, Mariana Islands                  )
_____            )

On this 30th day of DECEMBER, 2005, before me, in and for the Common-
Wealth of the Northern Mariana Islands, personally appeared LUCY ANN TUDELA
SABLAN, PARK, HWA SUN authorized representative of JUNG JIN CORP., and
KIM, SUNG EUN authorized representiave of KSK CORP., known to me to be the
Persons whose names and signatures arehereinabove affixed and subscribed to the
Foregoing statements and have acknowledged to me that they have executed the same
Instrument in their own free will, acts and deeds.

IN WITNESS WHEREOF, I have hereunto set my name, signature and official
Seal, the date last above written, in Saipan, Commonwealth of the Northern Mariana
Islands.

_____
NOTARY PUBLIC

//

//

Page 2 of 2 pages



OFFICIAL SEAL
MARIAN DLG. TUDELA
NOTARY PUBLIC
IN AND FOR THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS
MY COMMISSION
EXPIRES:  May 23, 2006

033        01690

BILL OF SALE

January 1, 2006

This Agreement is entered on this 1st day of January 2006, at Saipan, CNMI by and between Jung Jin Corporation-Owner, sells and transfer it's right and ownership of fifty five (55) Laundry machines to KSK Corporation and in consideration hereof, acknowledge the receipt of ONE HUNDRED THOUSAND US Dollars ($100,000.00) as payment for the attach descriptions and number of the laundry machines.

(Signed)                              (Signed)


_____            _____
Park, Hwa Sun                        Kim, Sung Eun
Jung Jin Corporation                 KSK Corporation
(SELLER)                             (BUYER)


01723

034                    EX I

⟨ LAUNDRY MACHINE ⟩  01/01/06

| Speed Queen | No | SERIAL No | No | SERIAL No | | |
|---|---|---|---|---|---|---|
| DRY | 1 | XTEK 9608046884 | 25 | CR 2745862 | 49 | CL 2602178 |
| " | 2 | " 9412025101 | 26 | CR 2745883 | 50 | CP 3823062 |
| " | 3 | " 9412025102 | 27 | CR 2745849 | 51 | CM 0107108 |
| " | 4 | " 9412025107 | 28 | CR 2745874 | 52 | X |
| " | 5 | " 9608046885 | 29 | CR 3323065 | 53 | CL 4506526 |
| " | 6 | " 9608046886 | 30 | CR 2745848 | 54 | CL 3103434 |
| " | 7 | UTCK 9609061830 | 31 | CR 2745859 | 55 | CL 3103305 |
| " | 8 | " 9609061821 | 32 | CR 2745880 | | |
| " | 9 | " 9609061822 | 33 | CR 4453269 | TOTAL | 55 MACHINE |
| " | 10 | " 9609061827 | 34 | CR 4453283 | | |
| whirlpool | 11 | MC 3801629 | 35 | CR 4452651 | | |
| " | 12 | MC 3801662 | 36 | CR 4453270 | | |
| Speed Queen | 13 | UTCK 9909028019 | 37 | CR 4453278 | | |
| " | 14 | " 9909014291 | 38 | CR 4453319 | | |
| " | 15 | " 9909014292 | 39 | X | | |
| " | 16 | " 9909028009 | 40 | CR 4453276 | | |
| " | 17 | 0108003614 | 41 | CR 4453268 | | |
| Speed Queen | 18 | 0396080041 | 42 | CR 4453275 | | |
| washing | 19 | 0396078779 | 43 | CR 4453267 | | |
| " | 20 | M0100163569 | 44 | CR 4452706 | | |
| " | 21 | M1199159714 | 45 | CR 4453305 | | |
| whirlpool | 22 | CR 2745875 | 46 | CL 2602192 | | |
| | 23 | CR 2745871 | 47 | CL 2602202 | | |
| washing | 24 | CR 2745881 | 48 | CL 2602294 | | |

035    01724



# ANNUAL CORPORATION REPORT

2005 MAR -1 PM 1: 07

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and Two Copies

**FILING:** THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH:    REGISTRAR OF CORPORATIONS
Department of Commerce
2nd Floor, Joeten Dandan Building Room 27
Caller Box 10007
Saipan, MP 96950

INITIAL REPORT _____    REPORT FOR THE YEAR  2004
CHECK ONE:   (XX ) Domestic Corporation   (   ) Foreign Corporation

*1222259*

| Name, Mailing Address & Telephone No. of Corporation: | (Attach map showing location if address is only a P. O. Box) |
|---|---|
| KSK Corporation | |
| PMB # 234 Box 10001, | |
| Saipan, MP 96950 | Telephone Number:   670-234-2331 |

| Name, Mailing Address & Telephone No. of Registered Agent: | (Attach Map showing location if address is only a P. O. Box) |
|---|---|
| Carolina Castro | |
| PO Box # 503500 CK, | |
| Saipan, MP 96950 | Telephone Number:   670-235-5442 |

LIST OF DIRECTORS

| Name | Nationality | Address |
|---|---|---|
| Kim, Sung Eun | Korean | PMB # 234 Box 10001, Saipan, MP 96950 |
| Kim, Ok Ja | Korean | PMB # 234 Box 10001, Saipan, MP 96950 |

LIST OF OFFICERS

| Name | Position | Nationality | Address |
|---|---|---|---|
| Kim ,Sung Eun | President/Secretary | Korean | Same as Above |
| Kim, Ok Ja | V-President/Treasurer | Korean | Same as Above |

DESCRIPTION OF BUSINESS ACTIVITIES - List all lines of business
Trade, amusement, poker game room, retail

STOCK ISSUED AND OUTSTANDING.

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 200,000 shares | Common Stock | $ 20.00 per share |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| Kim, Sung Eun | LTBEP | Korean | 180,000 shares |
| Kim, Ok Ja | Off-Island | Korean | 20,000 shares |

Date  02/28/05

Signature _____

Kim, Sung Eun - President
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

036      EX J      05

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI, | )  CASE NO. CV 05-0019 |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| JUNG JIN CORPORATION, a CNMI corporation, | ) |
| ASIA ENTERPRISES INC., a CNMI corporation, | ) |
| PARK HWA SUN and KIM HANG KWON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# DEPOSITION OF ASIA ENTERPRISES, INC.

Taken at the
Office of Mark B. Hanson
Attorney at Law
First Floor, Macaranas Building
Beach Road, Garapan
Saipan, Mariana Islands 96950

# January 24 & 25, 2006

1    A:   It must be named differently in English, it's in Chinese.   It uses Chinese

2   character although it's a Korean restaurant.  I know where it's located.

3    Q.   Phonetically what does it sound like?

4    A.   Like T-A-U something.  T-E-U.

5    Q.   So phonetically it's like Teu.

6    A.   Yes.

7    Q.   Okay.   Now, Mr. Kim is it your understanding then that Ms. Li is

8   complaining against you in this case about sexual harassment?

9    A.   (in English) Yes.

10    Q.   Do you know if she is also complaining against you for not paying her

11   wages?

12    A.   Who?

13    Q.   Li Ying Hua.

14    A.   She's not under the corporation, she's under Jung Jin Corporation.

15    Q.   Okay.  What is Jung Jin Corporation?

16    A.   Jung Jin Corporation belongs to Park Hwa Sun.

17    Q.   Who is Park Hwa Sun?

18    A.   She left for Korea last night.

19    Q.   It's a woman?

20    A.   (in English) Yes.

21    Q.   Is that your wife?

22    A.   (in English) No.

23    Q.   Is it your girlfriend?

24    A.   (in English) No.

037

1  back, she asked me to write a promissory note, and the total amount that I owed came to

2  about $350,000.

3     Q.  And you say that that was about two years ago?

4     A.  Sometime in the year 2004.

5     Q.  And since then the amount has gone up to around 400,000; is that right?

6     A.  After I prepare the promissory note Mrs. Park went to Mrs. Kim and

7  borrowed some more.  I don't know the exact amount.

8     Q.  Mrs. Park borrowed the money or Jung Jin borrowed the money?

9     A.  Mrs. Park.

10    Q.  So how much of that $400,000 does Mrs. Park owe Kim Pil Sun?

11    A.  I don't know.  It was all Mrs. Park who went to Mrs. Kim and borrowed all

12 the money.

13    Q.  Well, you said earlier that you owe that money to Mrs. Kim; right?  Kim Pil

14 Sun?  You owe the money, you, Mr. Kim?

15    A.  (in English) Yes.

16    Q.  You owe the money to Mrs. Kim?

17    A.  (in English) Yes.

18    Q.  Even the money that Mrs. Park borrowed?

19    A.  (in English) Yes.

20    Q.  Why do you owe the money that Mrs. Park owed?

21    A.  Mrs. Kim thought that me and my, that me and Mrs. Park was husband and

22 wife, and when you're a couple it doesn't really matter who you give it to.

23    Q.  What did Mrs. Park do with the money?

24    A.  Mrs. Park handle the book, she handle the money.

038

1    Q.    Does it say what happens if it's not paid by December 1st, 2005?

2    A.    Yes.

3    Q.    What does it say will happen?

4    A.    That they're giving up their rights of -- of a laundrymat and a poker parlor

5    that they're operating.

6    Q.    Okay.  Who's they?

7    A.    Jung Jin Corporation.

8    Q.    Who's Jung Jin Corporation.

9    A.    (in English) Mrs. Park.

10   A.    Mrs. Park.

11   Q.    What about Mr. Kim, is he part of Jung Jin Corporation?

12   A.    I would assume so because they're a couple.

13   Q.    Okay.  When you loaned the money did you give -- who did you give the

14   money to again?

15   A.    (in English) Mrs. Park.

16   A.    Mrs. Park.

17   Q.    Why did Mrs. Park need to borrow the money?

18   A.    She urgently needed it because she owed some other -- other people or

19   person.

20   Q.    Okay.   She owned -- or did Jung Jin Corporation owe anybody any

21   money?

22   A.    Well, Mrs. Park owns Jung Jin Corporation so therefore this promissory

23   note was made under Jung Jin Corporation because Jung Jin Corporation had the

1          A.      Yes, but this is actually a replacement of a promissory note that they wrote

2    me for $26,000.

3          Q.      Oh okay.  Let's -- let's talk about that.  Where's the -- did you give m

4    copy of a promissory note for $26,000?

5          A.      This is -- this is the promissory note.

6          Q.      Now, you're showing me Exhibit B and Exhibit C.

7          A.      Yes.

8          Q.      So when you say that's in exchange for the promissory note you're talking

9    about the 24,000 that's reflected in Exhibits B and C?

10         A.      Yes.

11         Q.      Okay.  Are there any other promissory notes about this $26,000?

12         A.      (in English) No.

13         Q.      No.  It appears to me, and tell me if this is right, that you -- you got 13

14   poker machines from Jung Jin Corporation in exchange for this $26,000 debt of Mr.

15   Kim's; is that right?

16         A.      That' right.

17         Q.      And Miss Park Hwa Sun is the one that -- is she the one that signed this

18   bill of sale, Exhibit D?

19         A.      Yes.

20         Q.      And that says Jung Jin Corporation, right?

21         A.      (in English) Yes.

22         Q.      Okay.  So in exchange for 13 poker machines Mr. Kim, his debt for the

23   Daora Poker license -- the Daora Poker tax that he owed you, finished; is that right?

040