F I L E D
Clerk
District Court

APR 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MARK B. HANSON, ESQ.
First Floor, Macaranas Building
2  Beach Road, Garapan
PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
4  Facsimile:    (670) 233-5262

5  Attorney for Plaintiffs

6

7               IN THE UNITED STATES DISTRICT COURT
FOR THE
8               NORTHERN MARIANA ISLANDS

9  LI YING HUA, LI ZHENG ZHE and XU JING JI, )   CASE NO. CV 05-0019
                                            )
10            Plaintiffs,                    )
                                            )
11       vs.                                 )        DECLARATION OF
                                            )    COUNSEL FOR PLAINTIFFS
12  JUNG JIN CORPORATION, a CNMI corporation,)
ASIA ENTERPRISES, INC., a CNMI corporation,)   DATE: 5/25/06
13  PARK HWA SUN and KIM HANG KWON,          )   TIME: 8:30am
                                            )
14            Defendants.                    )
                                            )

15       I, MARK B. HANSON, do hereby declare as follows:

16       1.    I am competent to testify, and if called to testify, I would do so in accord herewith.

17       2.    I am the attorney for plaintiffs in the above-captioned case.

18  •   DAMAGE CALCULATION TABLES FOR PLAINTIFFS:

19       3.    Attached hereto as Exhibit "A" is a Calculation of Damages for Plaintiff Li Ying Hua.

20       4.    Exhibit A is a table representation of the damages to which Plaintiff Li Ying Hua

21  testifies in her declaration dated March 28, 2006.

22       5.    Attached hereto as Exhibit "B" is a Calculation of Damages for Plaintiff Xu Jing Ji.

23       6.    Exhibit B is a table representation of the damages to which Plaintiff Xu Jing Ji testifies

24  in her declaration dated March 28, 2006.

25       7.    Attached hereto as Exhibit "C" is a Calculation of Damages for Plaintiff Li Zheng

26

27

ORIGINAL

Zhe.

8.    Exhibit C is a table representation of the damages to which Plaintiff Li Zheng Zhe testifies in his declaration dated March 28, 2006.

9.    In all three tables, Plaintiffs' monthly salary was converted to a bi-weekly figure by multiplying the monthly salary (before deductions for taxes) by 12 and dividing the total by 26.

10.    In Exhibits A and B, all past wages due and liquidated damages were calculated based on the provisions, including the three (3) year statute of limitations period, provided by the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"). All prospective wages due and liquidated damages were based on common law contract principals and statutory damages provided for in 3 C.M.C. § 4447(d).

11.    In Exhibit C, all past wages and liquidated damages for periods during and after the pay period ending July 14, 2002 were calculated based on the provisions, including the three (3) year statute of limitations period, provided by the FLSA. Past wages for the pay period ending June 16, 2002 and June 30, 2002, and all prospective wages due and liquidated damages thereon, were based on common law contract principals and statutory damages provided for in 3 C.M.C. § 4447(d).

•    <u>DEPOSITIONS OF DEFENDANTS PARK HWA SUN AND JUNG JIN CORP.</u>:

12.    On January 10, 2006, after discussing the time and date with, Stephen J. Nutting, the attorney for defendants Jung Jin Corporation and Park Hwa Sun, Plaintiffs noticed the depositions of said defendants.

13.    The notice of deposition of Jung Jin Corporation was made pursuant to Fed. R. Civ. P. 30(b)(6) and was served on Stephen J. Nutting on January 10, 2006. Therein, said deposition was noticed to commence at 9:00 a.m. on Tuesday, January 24, 2006. A true and accurate copy of that Notice is attached hereto as Exhibit "D."

14.    The notice of deposition of Park Hwa Sun was made pursuant to Fed. R. Civ. P. 30(b)(1) and was served on Stephen J. Nutting on January 10, 2006. Therein, said deposition was

1  noticed to commence at 9:00 a.m. on Friday, January 27, 2006. A true and accurate copy of that
2  Notice is attached hereto as Exhibit "E."

3      15.    On January 24, 2006, as the officer of the deposition, I started the deposition of Jung
4  Jin Corporation at the time agreed by the parties.

5      16.    Initially, I believed, and it appeared that Stephen J. Nutting believed, that the
6  individual that would testify for Jung Jin Corporation was defendant Kim Hang Kwon. The
7  documents Plaintiffs were able to obtain suggested that Mr. Kim was and officer, director and
8  shareholder of Jung Jin Corporation.

9      17.    Kim Hang Kwon was sworn in and questioning began, but when asked if he was
10  appearing on behalf of Jung Jin Corporation pursuant to the Rule 30(b)(6) Notice, Kim Hang Kwon
11  stated that he was not. Jung Jin Depo. Trans., p. 6, lines 3-4.

12      18.    I then asked Mr. Kim and Mr. Nutting if anyone was going to appear for Jung Jin
13  Corporation. Mr. Nutting responded:  "No, Miss Park Hwa Sun would be the individual to appear
14  on their behalf, and as we discussed, she's not on island." Jung Jin Depo. Trans., p. 6, lines 11-15.

15      19.    Just prior to beginning the deposition of Jung Jin Corporation, Mr. Nutting and I
16  discussed the fact that Park Hwa Sun had left for Korea a day or two earlier and no plans of returning
17  to the Commonwealth.

18      20.    The parties agreed, and the deposition of defendant Asia Enterprises, Inc. immediately
19  followed.

20      21.    Therein, Kim Hang Kwon, testifying on behalf of Asia Enterprises, Inc. confirmed that
21  Park Hwa Sun had left for Korea the day before, January 24, 2006.

22      22.    Thereafter, Park Hwa Sun did not appear for her own noticed deposition and, as of
23  March 24, 2006, Park Hwa Sun had not returned to the Commonwealth.

24

25

26

27

1

2          I swear under the penalty of perjury that the above-stated facts are true and correct, and that

3   this Declaration was executed this 5th day of April, 2006 in Saipan, Commonwealth of the Northern

4   Mariana Islands.

5

6                                                    MARK B. HANSON
                                                    Attorney for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# Exhibit A

# LI YING HUA CALCULATION OF DAMAGES

## (April 4, 2003 to January 14, 2006)

COMPLAINT FILED June 29, 2005
ENDED EMPLOYMENT May 4, 2005
CONTRACT EXP. January 14, 2006

$655.00 processing fees and related expenses for first contract
$150.00 per/mo rent deducted for employer provided housing (3 months)
$215.00 deducted for shortages

FLSA PERIOD BEGAN (April 4, 2003)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 4/6/03 | 24.0 | | 3.05 | 4.58 | 73.20 | 0.00 | 41.00 | 32.20 | | | 32.20 |
| 4/20/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 5/4/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 5/18/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 6/1/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 6/15/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 6/29/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 7/13/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 7/27/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 8/10/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 8/24/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 9/7/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |

# LI YING HUA CALCULATION OF DAMAGES
## (April 4, 2003 to January 14, 2006)

COMPLAINT FILED June 29, 2005          $655.00 processing fees and related expenses for first contract          FLSA PERIOD BEGAN (April 4, 2003)
ENDED EMPLOYMENT May 4, 2005          $150.00 per/mo rent deducted for employer provided housing (3 months)
CONTRACT EXP. January 14, 2006          $215.00 deducted for shortages

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 9/21/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 10/5/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 10/19/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 11/2/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 11/16/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 11/30/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 12/14/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 12/28/03 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | 75.00 | 422.04 | 844.08 |
| 1/11/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | 100.00 | 447.04 | 894.08 |
| 1/25/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| 2/8/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 100.00 | 424.04 | 848.08 |
| 2/22/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |

# LI YING HUA CALCULATION OF DAMAGES

### (April 4, 2003 to January 14, 2006)

COMPLAINT FILED June 29, 2005     $655.00 processing fees and related expenses for first contract     FLSA PERIOD BEGAN (April 4, 2005)
ENDED EMPLOYMENT May 4, 2005     $150.00 per/mo rent deducted for employer provided housing (3 months)
CONTRACT EXP. January 14, 2006     $215.00 deducted for shortages

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 3/7/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 100.00 | 424.04 | 848.08 |
| 3/21/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 4/4/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 100.00 | 424.04 | 848.08 |
| 4/18/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 5/2/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 250.00 | 574.04 | 1148.08 |
| 5/16/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 5/30/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 6/13/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 230.00 | 554.04 | 1108.08 |
| 6/27/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 7/11/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 150.00 | 474.04 | 948.08 |
| 7/25/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 8/8/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |

# LI YING HUA CALCULATION OF DAMAGES
## (April 4, 2003 to January 14, 2006)

COMPLAINT FILED June 29, 2005      $655.00 processing fees and related expenses for first contract      FLSA PERIOD BEGAN (April 4, 2003)
ENDED EMPLOYMENT May 4, 2005      $150.00 per/mo rent deducted for employer provided housing (3 months)
CONTRACT EXP. January 14, 2006      $215.00 deducted for shortages

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 8/22/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 9/5/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 9/19/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 10/3/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 10/17/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 10/31/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 11/14/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 11/28/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 12/12/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 12/26/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 1/9/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 1/23/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |

# LI YING HUA CALCULATION OF DAMAGES
## (April 4, 2003 to January 14, 2006)

COMPLAINT FILED June 29, 2005          $655.00 processing fees and related expenses for first contract          FLSA PERIOD BEGAN (April 4, 2003)
ENDED EMPLOYMENT May 4, 2005          $150.00 per/mo rent deducted for employer provided housing (3 months)
CONTRACT EXP. January 14, 2006          $215.00 deducted for shortages

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 2/6/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 2/20/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 3/6/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 3/20/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 4/3/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 4/17/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 5/1/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 215.00 | 539.04 | 1078.08 |
| 5/15/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 5/29/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 6/12/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 6/26/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 7/10/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |

# LI YING HUA CALCULATION OF DAMAGES

(April 4, 2003 to January 14, 2006)

COMPLAINT FILED June 29, 2005
ENDED EMPLOYMENT May 4, 2005
CONTRACT EXP. January 14, 2006

$655.00 processing fees and related expenses for first contract
$150.00 per/mo rent deducted for employer provided housing (3 months)
$215.00 deducted for shortages

FLSA PERIOD BEGAN (April 4, 2003)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 7/24/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 8/7/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 8/21/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 9/4/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 9/18/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/2/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/16/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/30/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 11/13/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 11/27/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 12/11/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 12/25/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |

# LI YING HUA CALCULATION OF DAMAGES

## (April 4, 2003 to January 14, 2006)

COMPLAINT FILED June 29, 2005
ENDED EMPLOYMENT May 4, 2005
CONTRACT EXP. January 14, 2006

$655.00 processing fees and related expenses for first contract
$150.00 per/mo rent deducted for employer provided housing (3 months)
$215.00 deducted for shortages

FLSA PERIOD BEGAN (April 4, 2003)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 1/8/06 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 1/22/06 | 40.0 | | 3.05 | 4.58 | 122.00 | 0.00 | | 122.00 | | 122.00 | 244.00 |
| | | | | | | | | | | | |
| | 5,824 | 4,752 | | | 17,763.20 | 21,764.16 | 17,000.00 | 22,527.36 | 1,320.00 | 23,815.16 | 47,662.52 |

Page 7 of 7

# Exhibit B

# XU JING JI CALCULATION OF DAMAGES
## (November 28, 2003 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$750.00 processing fees and related expenses for first contract
$150.00 for housing deductions (8 months)
$125.00 deducted for shortages

FLSA PERIOD BEGAN (November 28, 2005)

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| | 11/30/03 | 36.0 | 0.0 | 3.05 | .58 | 109.80 | 0.00 | 109.80 | 0.00 | | 0.00 | 0.00 |
| | 12/1/03 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| | 12/28/03 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 300.00 | 347.04 | 75.00 | 422.04 | 844.08 |
| | 1/11/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 300.00 | 347.04 | 100.00 | 447.04 | 894.08 |
| | 1/25/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 300.00 | 347.04 | | 347.04 | 694.08 |
| | 2/8/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 300.00 | 347.04 | 100.00 | 447.04 | 894.08 |
| | 2/22/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| | 3/7/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 323.00 | 324.04 | 100.00 | 424.04 | 848.08 |
| | 3/21/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| | 4/4/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 323.00 | 324.04 | 100.00 | 424.04 | 848.08 |
| | 4/18/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| | 5/2/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 323.00 | 324.04 | 250.00 | 574.04 | 1148.08 |
| | 5/16/04 | 80.0 | 88.0 | 3.05 | .58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |

# XU JING JI CALCULATION OF DAMAGES
## (November 28, 2003 to January 24, 2006)

COMPLAINT FILED June 29, 2005          $730.00 processing fees and related expenses for first contract          FLSA PERIOD BEGAN (November 28, 2003)
EMPLOYMENT TERMINATED April 25, 2005          $150.00 for housing deductions (8 months)
CONTRACT EXP. January 24, 2006          $125.00 deducted for shortages

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 5/30/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 6/13/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 230.00 | 554.04 | 1108.08 |
| 6/27/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 7/11/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 150.00 | 474.04 | 948.08 |
| 7/25/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 8/8/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 150.00 | 474.04 | 948.08 |
| 8/22/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 9/5/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 150.00 | 474.04 | 948.08 |
| 9/19/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 10/3/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 150.00 | 474.04 | 948.08 |
| 10/17/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 10/31/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 11/14/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 150.00 | 474.04 | 948.08 |

# XU JING JI CALCULATION OF DAMAGES
## (November 28, 2003 to January 24, 2006)

COMPLAINT FILED June 29, 2005          $730.00 processing fees and related expenses for first contract          FLSA PERIOD BEGAN (November 28, 2003)
EMPLOYMENT TERMINATED April 25, 2005   $150.00 for housing deductions (8 months)
CONTRACT EXP. January 24, 2006         $125.00 deducted for shortages

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 11/28/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 12/12/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 150.00 | 474.04 | 948.08 |
| 12/26/04 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | 75.00 | 399.04 | 798.08 |
| 1/9/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 1/23/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 2/6/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 2/20/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 3/6 /05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 3/20/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 323.00 | 324.04 | | 324.04 | 648.08 |
| 4/3/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 73.20 | 573.84 | 125.00 | 698.84 | 1397.68 |
| 4/17/05 | 80.0 | 64.0 | 3.05 | 4.58 | 244.00 | 293.12 | | 537.12 | | 537.12 | 1074.24 |
| 5/1/05 | 80.0 | 44.0 | 3.05 | 4.58 | 244.00 | 201.52 | | 445.52 | | 445.52 | 891.04 |
| 5/15/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |

# XU JING JI CALCULATION OF DAMAGES
## (November 28, 2003 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$730.00 processing fees and related expenses for first contract
$150.00 for housing deductions (8 months)
$125.00 deducted for shortages

FLSA PERIOD BEGAN (November 28, 2003)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 5/29/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 6/12/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 6/26/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 7/10/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 7/24/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 8/7/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 8/21/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 9/4/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 9/18/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/2/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/16/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/30/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 11/13/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |

# XU JING JI CALCULATION OF DAMAGES
### (November 28, 2003 to January 24, 2006)

COMPLAINT FILED June 29, 2005          $730.00 processing fees and related expenses for first contract          FLSA PERIOD BEGAN (November 28, 2003)
EMPLOYMENT TERMINATED April 25, 2005          $150.00 for housing deductions (8 months)
CONTRACT EXP. January 24, 2006          $125.00 deducted for shortages

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 11/27/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 12/11/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 12/25/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 1/8/06 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 1/22/06 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 2/5/06 | 16.0 | | 3.05 | 4.58 | 48.80 | 0.00 | | 48.80 | | 48.80 | 97.60 |
| | | | | | | | | | | | |
| | 4,532 | 3,188 | | | 13,822.60 | 14,601.04 | 11,050.00 | 17,373.64 | 2,055.00 | 19,428.64 | 38,857.28 |

Page 5 of 5

# Exhibit C

# LI ZHENG ZHI CALCULATION OF DAMAGES

## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 12/02/01 | 55.0 | 65.0 | 3.05 | 4.58 | 167.75 | 297.70 | 310.00 | | | | 0.00 |
| 12/16/01 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 12/30/01 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 1/13/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 1/27/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 2/10/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 2/24/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 3/10/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 3/24/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 4/7/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 4/21/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 5/5/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 5/19/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |

# LI ZHENG ZHI CALCULATION OF DAMAGES
## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 6/2/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | | | | 0.00 |
| 6/16/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 6/30/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 7/14/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 7/28/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 8/11/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 8/25/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 9/8/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 9/22/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 10/6/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 10/20/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 11/03/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 11/17/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |

# LI ZHENG ZHI CALCULATION OF DAMAGES
## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 12/1/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 50.00 | 474.40 | 948.80 |
| 12/15/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 12/29/02 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 1/12/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 1/26/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 2/9/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 2/23/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 3/9/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 3/23/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 4/6/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 4/20/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 5/4/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 5/18/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |

# LI ZHENG ZHI CALCULATION OF DAMAGES

## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 6/1/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 6/15/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 6/29/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 7/13/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 7/27/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 8/10/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 8/24/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 9/7/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 9/21/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 10/5/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 10/19/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 11/2/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 11/16/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |

# LI ZHENG ZHI CALCULATION OF DAMAGES
## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 11/30/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 12/14/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 12/28/03 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 175.00 | 599.40 | 1198.80 |
| 1/11/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 1/25/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 2/8/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 2/22/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 3/7/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 3/21/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 100.00 | 524.40 | 1048.80 |
| 4/4/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 4/18/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 5/2/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 5/16/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |

# LI ZHENG ZHI CALCULATION OF DAMAGES

## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 5/30/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 6/13/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 6/27/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 7/11/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 7/25/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 8/8/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 8/22/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 9/5/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 9/19/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 10/3/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 10/17/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 10/31/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 11/14/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |

# LI ZHENG ZHI CALCULATION OF DAMAGES

## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 11/28/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 12/12/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 12/26/04 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | 75.00 | 499.40 | 998.80 |
| 1/9/05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 1/23/05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 2/6/05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 2/20/05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 3/6 /05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 3/20/05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | 415.00 | 424.40 | | 424.40 | 848.80 |
| 4/3/05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | | 839.40 | | 839.40 | 1678.80 |
| 4/17/05 | 80.0 | 130.0 | 3.05 | 4.58 | 244.00 | 595.40 | | 839.40 | | 839.40 | 1678.80 |
| 5/1/05 | 80.0 | 65.0 | 3.05 | 4.58 | 244.00 | 297.70 | | 541.70 | | 541.70 | 1083.40 |
| 5/15/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |

Page 7 of 9

# LI ZHENG ZHI CALCULATION OF DAMAGES
## (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 5/29/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 6/12/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 6/26/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 7/10/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 7/24/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 8/7/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 8/21/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 9/4/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 9/18/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/2/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/16/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 10/30/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 11/13/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |

## LI ZHENG ZHI CALCULATION OF DAMAGES
### (November 25, 2001 to January 24, 2006)

COMPLAINT FILED June 29, 2005
EMPLOYMENT TERMINATED April 25, 2005
CONTRACT EXP. January 24, 2006

$875.00 processing fees for contract processing fees and related expenses
$100.00 per/mo rent for employer provided housing (11/25/01 to 4/30/04)

FLSA PERIOD BEGAN (June 29, 2002)
CONTRACT LIMITATIONS PERIOD (June 5, 2002)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Illegal Deductions | Liquidated Damages | Total Due |
| 11/27/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 12/11/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 12/25/05 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 1/8/06 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 1/22/06 | 80.0 | | 3.05 | 4.58 | 244.00 | 0.00 | | 244.00 | | 244.00 | 488.00 |
| 2/5/06 | 16.0 | | 3.05 | 4.58 | 48.80 | 0.00 | | 48.80 | | 48.80 | 97.60 |
| | | | | | | | | | | | |
| | 8,711 | 11,570 | | | 26,568.55 | 52,990.60 | 36,000.00 | 37,886.50 | 3,000.00 | 40,886.50 | 81,773.00 |

Page 9 of 9

# Exhibit D

1    MARK B. HANSON, ESQ.
     First Floor, Macaranas Building
2    Beach Road, Garapan
     PMB 738 P.O. Box 10,000
3    Saipan, Mariana Islands 96950
     Telephone:    (670) 233-8600
4    Facsimile:    (670) 233-5262

5    Attorney for Plaintiffs

6

7                        IN THE UNITED STATES DISTRICT COURT
                                        FOR THE
8                            NORTHERN MARIANA ISLANDS

9    LI YING HUA, LI ZHENG ZHE and XU JING JI, )  CASE NO. CV 05-0019
                                               )
10                   Plaintiffs,               )
                                               )
11        vs.                                  )        NOTICE OF RULE (30)(b)(6)
                                               )            DEPOSITION OF
12   JUNG JIN CORPORATION, a CNMI corporation, )         JUNG JIN CORPORATION
     ASIA ENTERPRISES, INC., a CNMI corporation,)
13   PARK HWA SUN and KIM HANG KWON,           )
                                               )
14                   Defendants.               )
                                               )
15

16        TO:    STEPHEN J. NUTTING, ESQ., Attorney for Defendants

17

18        PLEASE TAKE NOTICE that, pursuant to Rules 26, 28 and 30 of the Federal Rules of Civil

19   Procedure, on **Tuesday, January 24, 2006, at the hour of 9:00 a.m.** at the law office of Mark B.

20   Hanson, First Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the

21   Northern Mariana Islands, Plaintiffs' attorney will take the deposition of Defendant JUNG JING

22   CORPORATION, P.O. Box 503428, Saipan, MP 96950 ("JUNG JIN"), said deposition to continue

23   from day to day until completed.  Such deposition will be taken upon oral examination for the

24   purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before

25   the undersigned who will administer the oath and shall be the officer before whom the deposition

26   is taken as that term is used in Fed. R. Civ. P. 28(a).

27

Pursuant to Rule 30(b)(6), JUNG JIN shall, as known or reasonably available to it, designate and produce for deposition one or more of the JUNG JIN's officers, directors, employees, managing agents, consultants, auditors or other persons who consent to testify on JUNG JIN's behalf as to the subject matters identified below for the time period from January 2001 to the present (unless otherwise stated):

1.  The number of hours worked by Plaintiffs, or any of them, for JUNG JIN or any other person or entity at any time from January 2001 to the present;

2.  The person or persons responsible for recording the time Plaintiffs, or any of them, performed work for JUNG JIN, or any of its owners, officers, agents, or employees, from January 2001 to the present;

3.  The methods and forms of record keeping used by JUNG JIN, or any of its owners, officers, agents, or employees, to record any or all of the time Plaintiffs, or any of them, worked for JUNG JIN, or any of its owners, officers, agents, or employees, any time Plaintiffs, or any of them, performed such work;

4.  Any and all agreements, contracts, or understandings, either written or oral, between Plaintiffs, or any of them, and JUNG JIN, or any of its owners, officers, directors or employees, relating to Plaintiffs', or any of their, employment with, or work performed for, JUNG JIN and/or its owners, officers, directors or employees;

5.  The method, form and amount of payments, and all of them, made by JUNG JIN, or any of its owners, officers, agents, or employees, for any reason or purpose from January 2001 to the present;

6.  The non-cash benefits or other non-cash payments, if any, provided by JUNG JIN, or any of its owners officers, agents, or employees, to Plaintiffs, or any of them, at any time between January 2001 and the present;

7.  Any disciplinary action taken by JUNG JIN, or any of its owners, officers, directors, or

Page 2 of 4

employees against Plaintiffs, or any of them, for any reason at any time from January 2001 to the present, including warning letters, notice of reprimand, suspensions or any other action;

8. The names, contact terms, work schedules, pay rate, duties and responsibilities, and present whereabouts, if known, of any and all employees of JUNG JIN, or any of its owners, officers, agents, or employees, at any time from January 2001 to the present;

9. The facts and circumstances surrounding Plaintiffs', or any of their, cessation of work for and employment with JUNG JIN, or any of its owners, officers, agents, or employees, in about April or May 2005;

10. All information disclosed in Defendants' Initial Disclosures and any supplements thereto up to and including the day of the deposition noticed hereunder including any continuance thereof;

11. All responses of JUNG JIN to plaintiffs' First Interrogatories to Defendants dated November 7, 2005 and any supplements thereto up to and including the day of the deposition noticed hereunder including any continuance thereof;

12. All responses of JUNG JIN to plaintiffs' First Request for Production of Documents from Defendants dated November 7, 2005 and any supplements thereto up to and including the day of the deposition noticed hereunder including any continuance thereof;

13. All documents produced or identified in Defendants' Initial Disclosures or in response to any document request or interrogatory served on Defendants by Plaintiff;

14. All responses to any additional discovery served by Plaintiffs on Defendants, or any of them, prior to the day of the deposition noticed hereunder including any continuance thereof;

15. The terms and conditions of Plaintiffs' employment with Defendant;

16. Plaintiffs' allegations in their Verified Complaint;

17. Defendants' Answer to Plaintiffs' Verified Complaint and the factual basis for the affirmative defenses contained therein;

Page 3 of 4

18.   Communications, either written or oral, by and between Plaintiffs, or any of them, and JUNG JIN, or any of its owners, officers, agents, or employees, at any time between January 2001 and the present;

19.   The relationships of the other Defendants to JUNG JIN, including but not limited to any stock ownership, officer, director or manager positions, dates of stock ownership, appointment, election, and/or employment, their duties and responsibilities, and their authority to enter into agreements on behalf of JUNG JIN or otherwise bind JUNG JIN by their actions;

20.   The operations, income and expenses of JUNG JIN; and

21.   The assets of JUNG JIN including, but not limited to any actual or intended disposition of such assets.

Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the deposition shall be recorded by video tape and digital voice recorder rather than stenographic means. You are invited to attend and cross-examine.

Respectfully submitted this 10th day of January, 2006.

MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950

Attorney for Plaintiffs

Page 4 of 4

# Exhibit E

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NOTICE OF DEPOSITION |
| ) | OF |
| JUNG JIN CORPORATION, a CNMI corporation, ) | PARK HWA SUN |
| ASIA ENTERPRISES, INC., a CNMI corporation, ) | |
| PARK HWA SUN and KIM HANG KWON, ) | |
| ) | |
| Defendants. ) | |

TO:     STEPHEN J. NUTTING, ESQ., Attorney for Defendants

PLEASE TAKE NOTICE that, pursuant to Rules 26, 28 and 30 of the Federal Rules of Civil Procedure, on **Friday, January 27, 2006, at the hour of 9:00 a.m.** at the law office of Mark B. Hanson, First Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiffs' attorney will take the deposition of Defendant PARK HWA SUN, P.O. Box 503428, Saipan, MP 96950, said deposition to continue from day to day until completed. Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will administer the oath and shall be the officer before whom the deposition is taken as that term is used in Fed. R. Civ. P. 28(a).

1      Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the

2 deposition shall be recorded by video tape and digital voice recorder rather than stenographic means.

3

4      You are invited to attend and cross-examine.

5

6      Respectfully submitted this 10th day of January, 2006.

7

8

9                         MARK B. HANSON

10               First Floor, Macaranas Building
Beach Road, Garapan

11               PMB 738, P.O. Box 10,000
Saipan, MP 96950

12               Attorney for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27