FILED
Clerk
District Court

APR 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>JUNG JIN CORPORATION, a CNMI corporation, )<br>ASIA ENTERPRISES, INC., a CNMI corporation, )<br>PARK HWA SUN and KIM HANG KWON, )<br><br>Defendants. ) | CASE NO. CV 05-0019<br><br>NOTICE OF HEARING<br>ON MOTION TO AMEND VERIFIED<br>COMPLAINT<br><br>Date:    Thursday, May 25, 2006<br>Time:    8:30 a.m.<br>Judge:   Hon. Alex R. Munson |

PLEASE TAKE NOTICE THAT Plaintiffs, by and through their counsel, Mark B. Hanson, have moved the Court to amend the Verified Complaint in the above-entitled action, and that a hearing on Plaintiffs' Motion will be held on Thursday, May 25, 2006, at 8:30 a.m. in the above-entitled Court located at the First Floor, Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

DATED this 21st day of April, 2005.

_____
For   MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950

Attorney for Plaintiffs