```
                                                        FILED
                                                          Clerk
                                                      District Court

                                                       APR 21 2006

                                                 For The Northern Mariana Islands
                                                 By_____
                                                         (Deputy Clerk)
```

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:  (670) 233-8600
Facsimile:  (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, <br><br> Plaintiffs, <br><br> vs. <br><br> JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, <br><br> Defendants. | CASE NO. CV 05-0019 <br><br> NOTICE OF HEARING ON MOTION FOR SANCTIONS/DEFAULT JUDGMENT <br><br> Date:   Thursday, May 25, 2006 <br> Time:   8:30 a.m. <br> Judge:  Hon. Alex R. Munson |

PLEASE TAKE NOTICE THAT Plaintiffs, by and through their counsel, Mark B. Hanson, have moved the Court for Sanctions: a Default Judgment against defendants Jung Jin Corporation and Asia Enterprises, Inc., and that a hearing on Plaintiffs' Motion will be held on Thursday, May 25, 2006, at 8:30 a.m. in the above-entitled Court located at the First Floor, Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

DATED this 21st day of April, 2005.

_____
/s/ MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950

Attorney for Plaintiffs