FILED
Clerk
District Court

APR 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) | CASE NO. CV 05-0019 <br><br> PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 22nd day of April 2006, at the time and in the manner indicated below, I served a true and correct copy of the documents:

A.   NOTICE OF HEARING ON MOTION FOR SANCTIONS DEFAULT JUDGMENT.

B.   MOTION FOR SANCTIONS DEFAULT JUDGMENT AGAINST JUNG JIN CORPORATION AND ASIA ENTERPRISES, INC.

C.   NOTICE OF HEARING ON MOTION TO AMEND VERIFIED COMPLAINT.

D.   MOTION TO AMEND VERIFIED COMPLAINT (Attached Transcript of Deposition Excerpts).

E.   DECLARATION OF COUNSEL FOR PLAINTIFFS.

F.  DECLARATION OF LI YING HUA.

G.  DECLARATION OF LI ZHENG ZHE.

H.  DECLARATION OF XU JING JI.

<u>Served Via Certified Mail at 9:24 a.m.:</u>

1.  MR. KIM HANG KWON
    P.O. Box 503448 CK
    Saipan, MP 96950

2.  MS. PARK HWA SUN
    P.O. Box 503428 CK
    Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 24th day of April, 2006.

_____
Rowena J. De Vera