FILED
Clerk
District Court

APR 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MARK B. HANSON, ESQ.
   First Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:  (670) 233-8600
4  Facsimile:  (670) 233-5262

5  Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI,  ) CASE NO. CV 05-0019
                                            )
              Plaintiffs,                   )
                                            )
       vs.                                  )
                                            ) PROOF OF SERVICE
JUNG JIN CORPORATION, a CNMI corporation,   )
ASIA ENTERPRISES, INC., a CNMI corporation, )
PARK HWA SUN and KIM HANG KWON,             )
                                            )
              Defendants.                   )

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 24th day of April 2006, at the time and in the manner indicated below, I served a true and correct copy of the documents:

A.   NOTICE OF HEARING ON MOTION TO AMEND VERIFIED COMPLAINT.

B.   MOTION TO AMEND VERIFIED COMPLAINT (Attached Transcript of Deposition Excerpts).

C.   DECLARATION OF COUNSEL FOR PLAINTIFFS.

D.   DECLARATION OF LI YING HUA.

E.   DECLARATION OF LI ZHENG ZHE.

F.   DECLARATION OF XU JING JI.

**Served Via Personal Delivery:**

1. MR. KIM KI SUNG
   at 8:10 a.m. at Welcome Laundry
   Chalan Kanoa
   Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 24th day of April, 2006.

_____
Rowena J. De Vera

Page 2 of 2