F I L E D
Clerk
District Court

MAY 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, *et al.*, ) | Civil No. 05-0019 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | ORDER AFTER SETTLEMENT |
| ) | CONFERENCE: |
| JUNG JIN CORPORATION, a ) | (1) ADMONISHING INDIVI- |
| corporation of the Commonwealth of ) | DUAL DEFENDANTS; |
| the Northern Mariana Islands; ASIA ) | (2) ENTERING DEFAULT |
| ENTERPRISES, a corporation of the ) | AGAINST CORPORATE |
| Commonwealth of the Northern ) | DEFENDANTS; and, |
| Mariana Islands; PARK HWA SUN; ) | (3) GRANTING MOTION TO |
| and, KIM HANG KWON, ) | FILE AMENDED COMPLAINT |
| ) | |
| Defendants ) | |
| _____ ) | |

THIS MATTER came before the court on Friday, May 12, 2006, for the scheduled settlement conference. Attorney Mark B. Hanson appeared for plaintiffs; no counsel or person appeared for any named defendant. NOW, THEREFORE,

AO 72
(Rev. 08/82)

IT IS ORDERED that:

1. Individual, named defendants are admonished that judgment may be entered against them upon filing by plaintiffs, and consideration by the court, of a dispositive motion; and,

2. There being no timely opposition filed, default is entered against corporate defendants Jung Jin Corporation and Asia Enterprises, in accordance with the court's order of March 3, 2006, as a sanction for failing to abide by any of the court's orders. A default judgment hearing will be set at a later date; and,

3. There being no timely opposition filed, plaintiffs' motion to file a first amended complaint is granted and the complaint shall be filed no later than Friday, May 19, 2006, at 3:30 p.m. and served in accordance with the law.

DATED this 12th day of May, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)