F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| Plaintiffs, ) | |
| vs. ) | MOTION TO AMEND CASE MANAGEMENT SCHEDULING ORDER; [proposed] ORDER |
| JUNG JIN CORPORATION, a CNMI corporation, ) ASIA ENTERPRISES, INC., a CNMI corporation, ) PARK HWA SUN and KIM HANG KWON, ) | Date: Time: |
| Defendants. ) | Judge: Hon. Alex R. Munson |

COMES NOW the Plaintiffs, by and through the undersigned counsel of record, with a with a motion to modify the present case management scheduling order in this matter, including the presently scheduled trial date therein. Discovery is complete and Plaintiffs have filed a motion to amend to add additional parties and a motion for default against two present defendants, and Plaintiffs anticipate filing a motion for summary judgment against all defendants remaining and/or added after those motions are decided. However, the dates for amendment and for dispositive motions set by the Court in its August 26, 2005 Case Management Scheduling Order have passed. Because of the late default by the corporate defendants in this case after the withdrawal of their counsel, and because of a change in circumstances that arose after the amendment deadline had passed, all of which is more fully discussed in Plaintiffs' pending motions, Plaintiffs request that the

**ORIGINAL**

1. Court extend the dates for motions to amend, for dispositive motions and that the Court set a new trial date in this matter.

Rule 16(b), providing for scheduling orders such as the Case Management Scheduling Order here, also specifically provides that the order can be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). As detailed in the pending motions before the Court, good cause exists to modify the Court's Case Management Scheduling Order because the deadlines therein were not met despite the continuing diligence of Plaintiffs and their counsel. Discovery is complete and the motions are already on file with the Court. A new trial date is necessary to accommodate the addition of parties as successors to the liability of the present defendants in light of the facts set forth in the pending motions.

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline to file motions to amend the pleadings and to add new parties to April 21, 2006, that the Court extend the deadline to file dispositive motions, including motions for default and for summary judgment, to June 30, 2006, and that the Court continue the trial in this matter to begin on September 5, 2006 at 9:00 a.m. Further, Plaintiffs waive any hearing on this motion.

Respectfully submitted this 12th day of May, 2006.

_____
MARK B. HANSON
Attorney for Plaintiffs

ORDER

SO ORDERED.

DATE: 5-12-06

_____
ALEX R. MUNSON
Chief Judge

RECEIVED
MAY 1 2 2006
Clerk
District Court
The Northern Mariana Islands

Page 2 of 2