AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI,

Plaintiffs,

V.

JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES INC., a CNMI corporation, PARK HWA SUN, KIM HANG KWON, KSK CORPORATION, a CNMI corporation and KIM KI SUNG,

Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV 05-00019

FILED
Clerk
District Court

MAY 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of Defendant)

MR. KIM KI SUNG
PMB 234, P.O. Box 10,001
Saipan, Mariana Islands 96950

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark B. Hanson, Esq.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
(670) 233-8600
(670) 233-5262

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ                                    May 18, 2006
CLERK                                            DATE

_[signature]_

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/18/06    2:30 p.m. |
| NAME OF SERVER (PRflVT)<br>RAINALDO S. AGULTO | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: AT WELCOME LAUNDRY & MART IN CHALAN KANOA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES    $ 25.00 | TOTAL    $ 25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/06
                Date                    *Signature of Server*

P.O. BOX 5340 CHRB SAIPAN MP 96950
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.