MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN, KIM HANG KWON, KSK CORPORATION, a CNMI corporation and KIM KI SUNG.<br><br>Defendants. | CASE NO. CV 05-0019<br><br>PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 18th day of May 2006, at the time and manner indicated below, I served a true and correct copy of the document.

A. **FIRST AMENDED VERIFIED COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT AND SUPPLEMENTAL STATE LAW CLAIMS.**

FILED
Clerk
District Court

MAY 19 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  <u>Served Via Certified Mail at 11:47 a.m.</u>

2

3    1.    MR. KIM HANG KWON
        P.O. Box 503448 CK
4        Saipan, MP 96950

5    2.    MRS. PARK HWA SUN
        P.O. Box 503428 CK
6        Saipan, MP 96950

7

8  This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 19th day of May, 2006.

9

10

11

12  _____
    ROWENA J. DE VERA