F I L E D
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, *et al.*, | Civil No. 05-0019 |
| Plaintiffs | |
| v. | ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR MOTION TO DISMISS OR STRIKE |
| JUNG JIN CORPORATION, a corporation of the Commonwealth of the Northern Mariana Islands; ASIA ENTERPRISES, a corporation of the Commonwealth of the Northern Mariana Islands; PARK HWA SUN; and, KIM HANG KWON, | |
| Defendants | |

THE COURT has received an objection to the first amended verified complaint, filed by plaintiffs after the court's order of May 12, 2006. The objection is in the nature of a motion to strike or dismiss the first amended complaint. In the interests of conserving the resources of the court and the parties,

AO 72
(Rev. 08/82)

IT IS ORDERED:

1. That a hearing on the motion to strike or dismiss the first amended complaint will be held on **Tuesday, June 20, 2006, at 8:30 a.m.**

2. Any opposition to the motion shall be filed by 3:30 p.m., Thursday, June 8, 2006.

3. Any reply shall be filed by 3:30 p.m., Thursday, June 15, 2006.

4. All matters involving the proposed new defendants are stayed pending the court's decision on this motion.

DATED this 23rd day of May, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)