ORIGINAL

F I L E D
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Mrs. Kim Sung Eun, Mr. Kim Ki Sung
and KSK Corporation, A CNMI Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, AND XU JING JI,<br><br>Plaintiff,<br><br>vs.<br><br>JUNG JIN CORP., a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN, KIM HANG KWON, KSK CORPORATION, a CNMI corporation, and KIM KI SUNG,<br><br>Defendants. | Civil Action No. 05-0019 ~~03-0027A~~<br><br>DECLARATION OF SERVICE |

I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I personally served a true and correct copy of the **NOTICE OF LIMITED AND SPECIAL APPEARANCE OF COUNSEL TO OBJECT TO MOTION TO AMEND VERIFIED COMPLAINT/, SPECIAL APPEARANCE OF KSK CORPORATION AND**

**KIM KI SUNG TO OBJECT TO MOTION TO AMEND VERIFIED COMPLAINT,** in the above-captioned matter, upon the Plaintiff's Li Ying Hua, Zheng Zhe, and Xu Jing Ji, by and through their counsel Mark Hanson, on May 22, 2006 at the following address:

Mark Hanson,
1st Flor. Macaranas Bldg.
Garapan,
Saipan, MP 96950

DATED this 22th day of May 2006.

_____
ROLAND B. SALAS