FILED
Clerk
District Court

JUN -1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI,

    Plaintiffs,

vs.

JUNG JIN CORPORATION, a CNMI Corporation, ASIA ENTERPRISES INC., a CNMI Corporation, PARK HWA SUN and KIN HANG KWON,

    Defendants,

Civil Action No. 05-0019

<u>Order Taking Pretrial Conference Off-Calendar</u>

Mark B. Hanson
Attorney at Law
PMB 738, Box 10000
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

IT IS ORDERED that the Pretrial Conference in the above case scheduled for Friday, June 2, 2006, at 9:00 a.m., is hereby taken off-calendar.

DATED THIS 1st day of June, 2006.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 08/82)