FILED
Clerk
District Court

JUN - 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON,<br><br>Defendants. | CASE NUMBER CV 05-0019<br><br>**JOINDER IN MOTION TO DISMISS OR TO STRIKE** |

COME NOW, defendants, Asia Enterprises Inc., and Kim Hang Kwon to join in the objection to motion to amend verified complaint filed by KSK Corporation and Kim Ki Sung, in addition to the issues raised in the motion filed by KSK, joining defendants object to the amendment in that it unnecessarily delays the trial date previously scheduled in this matter and the motion to amend is untimely.

Dated this ___31___ day of May, 2006.

_____
Kim Hang Kwon
Personally and on behalf of Asia Enterprises