FILED
Clerk
District Court

JUN - 5 2006

For The Northern Mariana Islands
By________
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

LI YING HUA, *et al.*,

Plaintiffs

v.

JUNG JIN CORPORATION, a corporation of the Commonwealth of the Northern Mariana Islands; ASIA ENTERPRISES, a corporation of the Commonwealth of the Northern Mariana Islands; PARK HWA SUN; and, KIM HANG KWON,

Defendants

Civil No. 05-0019

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO JOIN IN MOTION TO DISMISS OR STRIKE

THE COURT has received this day a purported motion to join in the motion

to dismiss or strike the first amended complaint.[1] The motion was filed by Kim Hang Kwon personally and on behalf of Asia Enterprises, Inc.

In the interests of conserving the resources of the court and the parties, the court hereby grants the motion to join the motion to dismiss or strike as to Kim Hang Kwon personally and denies it as to Asia Enterprises, Inc. As the court stated in its order of March 3, 2006:

> Defendants are admonished that corporations cannot appear *pro se* in federal court. *See* 28 U.S.C. § 1654; Rowland v. California Men's Colony, 113 S.Ct. 716, 721 (1993); and, United States v. High Country Broadcasting Company, Inc., 3 Fed.3d 1244, 1245 (9th Cir. 1993).

The failure of defendant Asia Enterprises, Inc. to retain an attorney and appear may result in sanctions being filed against it, including entry of default.

IT IS SO ORDERED.

DATED this 5th day of June, 2006.

ALEX R. MUNSON
Judge

---

[1] Some confusion has been engendered by the order in which defendant KSK Corporation and Kim Ki Sung filed their objection to plaintiffs' motion to file a first amended verified complaint. The objection was filed May 22, 2006, but, because there had been no earlier objection to plaintiffs' motion, the court *sua sponte* granted the motion to amend. When the court received the objection referenced above, it deemed it a motion to strike or dismiss the first amended verified complaint, and set a hearing and briefing schedule.