F I L E D
Clerk
District Court

JUN - 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, *et al.*, ) | Civil No. 05-0019 |
| ) | |
| Plaintiffs ) | |
| ) | AMENDED ORDER |
| v. ) | GRANTING IN PART |
| ) | AND DENYING IN PART |
| JUNG JIN CORPORATION, a ) | MOTION TO JOIN IN MOTION |
| corporation of the Commonwealth of ) | TO DISMISS OR STRIKE |
| the Northern Mariana Islands; ASIA ) | |
| ENTERPRISES, a corporation of the ) | |
| Commonwealth of the Northern ) | |
| Mariana Islands; PARK HWA SUN; ) | |
| and, KIM HANG KWON, ) | |
| ) | |
| Defendants ) | |
| _____) | |

THE COURT yesterday received a purported motion to join in the motion

AO 72
(Rev. 08/82)

to dismiss or strike the first amended complaint.[1]  The motion was filed by Kim Hang Kwon personally and on behalf of Asia Enterprises, Inc.

In the interests of conserving the resources of the court and the parties, the court hereby grants the motion to join the motion to dismiss or strike as to Kim Hang Kwon personally and denies it as to Asia Enterprises, Inc.  Default was entered against defendant Asia Enterprises, Inc. by order dated May 12, 2006.

IT IS SO ORDERED.

DATED this 6th day of June, 2006.

                                                            _____
                                                                    ALEX R. MUNSON
                                                                            Judge

---

[1] Some confusion has been engendered by the order in which defendant KSK Corporation and Kim Ki Sung filed their objection to plaintiffs' motion to file a first amended verified complaint.  The objection was filed May 22, 2006, but, because there had been no earlier objection to plaintiffs' motion, the court *sua sponte* granted the motion to amend.  When the court received the objection referenced above, it deemed it a motion to strike or dismiss the first amended verified complaint, and set a hearing and briefing schedule.