Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Mrs. Kim Sung Eun, Mr. Kim Ki Sung
and KSK Corporation, A CNMI Corporation

FILED
Clerk
District Court

JUN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORP., a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN, KIM HANG KWON, KSK CORPORATION, a CNMI corporation, and KIM KI SUNG,<br><br>Defendants. | Case No. CV 05-00019<br><br>STIPULATION TO CONTINUE JUNE 20, 2006 HEARING/<br><br>MINUTE ORDER |

Counsel for the above parties hereby stipulate to continue the hearing in this matter currently set for June 20, 2006 at 8:30 a.m. This stipulation is made for the reason that Mr. Torres, counsel for Mr. Kim Ki Sung and KSK Corporation, will be off island on that date.

1  SO STIPULATED this  6th  day of June, 2006.

3  _____          _____
4  ROBERT T. TORRES, F0197              MARK B. HANSON, _____
   Attorney for Kim Ki Sung and KSK Corp.   Attorney for Plaintiffs

## MINUTE ORDER

Based on the foregoing stipulation and for good cause shown, the hearing in the above matter currently set for June 20, 2006 at 8:30 a.m. is hereby taken off calendar. The court will hear this matter on ~~July 20, 2006 at 9:00 a.m.~~  R.T

June 19, 2006 at 1:00 pm

SO ORDERED this  6th  day of June, 2006.

_____
Hon. Judge Alex R. Munson

Page 2 of 2