Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Kim Sung Eun, Kim Ki Sung and KSK Corporation

F I L E D
Clerk
District Court

JUN - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORP., a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN, KIM HANG KWON, KSK CORPORATION, a CNMI corporation, and KIM KI SUNG,<br><br>Defendants. | Case No. CV 05-00019<br><br>DECLARATION OF SERVICE |

I, the undersigned, hereby declare, under the penalty of perjury, that I personally served a true and correct copy of the **STIPULATION TO CONTINUE JUNE 20, 2006 HEARING/ MINUTE ORDER**, filed in the US District Court on June 6, 2006 upon the Plaintiff's, through their attorney, Mr. Mark Hanson on the same day as the following address:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Mark Hanson
Attorney at Law
1st Flr., Macaranas Bldg.
Garapan
Saipan, MP 96950

Dated this 6th day of June 2006

_____
ROLAND B. SALAS