F I L E D
Clerk
District Court

JUN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, <br><br> Plaintiffs, <br><br> vs. <br><br> JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, <br><br> Defendants. | CASE NO. CV 05-0019 <br><br> DECLARATION OF <br> MARK B. HANSON |

I, MARK B. HANSON, do hereby declare as follows:

1.   I am competent to testify, and if called to testify, I would do so in accord herewith.

2.   I am the attorney for plaintiffs in the above-captioned case.

3.   At my direction, on March 31, 2006, a letter was sent to Mr. Kim Ki Sung at the address PMB 234, P.O. Box 10,001 informing him of the completion of the transcript of his deposition and that a copy was available at my office. At true and correct copy of that letter is attached hereto as Exhibit "A."

4.   To date, Mr. Kim Ki Sung has never requested a copy of the completed transcript of his deposition.

5.   On May 22, 2006, after having learned of the untimely objection of Kim Ki Sung and KSK Corporation to a Motion to Amend already granted by the Court, I contacted Robert Torres,

1  attorney for those parties, and informed him, among other things, that he could request a copy of the
2  certified transcript of Mr. Kim Ki Sung's deposition, that I would provide him, upon request, a copy
3  of the video of the deposition, and that, upon request, I would give him a copy of a
4  contemporaneously made digital recording from which the transcript of the deposition was prepared.
5      6.  To date, Mr. Torres has not made a request for any materials related to Mr. Kim Ki
6  Sung's deposition, including a copy of the complete, certified transcript of that deposition.
7      7.  I am aware of the general order of the Court that transcripts of depositions are not to
8  be filed with the Court, but I have and can and will file the transcript for the Court's review if it
9  would like me to file the complete certified transcript.
10     I swear under the penalty of perjury that the above-stated facts are true and correct, and that
11  this Declaration was executed this 8th day of June, 2006 in Saipan, Commonwealth of the Northern
12  Mariana Islands.

*[signature]*

MARK B. HANSON
Attorney for Plaintiffs

## MARK B. HANSON
ATTORNEY AT LAW

PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
(670) 233-8600 ○ (670) 233-5262 (fax)
mark@saipanlaw.com

Admitted to practice:   Commonwealth of the Northern Mariana Islands
State of Colorado

March 31, 2006

Mr. Kim Ki Sung
PMB 234, Box 10001
Saipan, MP 96950

RE:   Notice of deposition transcript completion.

Dear Mr. Kim:

Please be advised that the transcript of your deposition held at the Law office of Mark B. Hanson on March 9, 2006 has been completed. A copy of the transcript is available at our office at First Floor Macaranas Building, Beach Road, Garapan, Saipan, MP 96950.

Thank you,

Mark B. Hanson