```
                                                    F I L E D
                                                        Clerk
                                                    District Court

MARK B. HANSON, ESQ.                                JUN - 9 2006
First Floor, Macaranas Building
Beach Road, Garapan                             For The Northern Mariana Islands
PMB 738 P.O. Box 10,000                         By_____
Saipan, Mariana Islands 96950                          (Deputy Clerk)
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
```

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI, )   CASE NO. CV 05-0019
                                          )
            Plaintiffs,                   )
                                          )
    vs.                                   )
                                          )   PROOF OF SERVICE
JUNG JIN CORPORATION, a CNMI corporation, )
ASIA ENTERPRISES, INC., a CNMI corporation,)
PARK HWA SUN, KIM HANG KWON,              )
KSK CORPORATION, a CNMI corporation       )
and KIM KI SUNG.                          )
                                          )
            Defendants.                   )
_____)

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 9th of June 2006, at the time and the manner indicated below, I served a true and correct copy of the documents which were filed with the Superior Court for the Commonwealth of the Northern Mariana Islands:

    A.    PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION STRIKE OR TO DISMISS THE FIRST AMENDED COMPLAINT.

    B.    DECLARATION OF MARK B. HANSON.

<u>**Served Via Hand Delivery:**</u>

Robert T. Torres, Esq.
Law Office of Robert T. Torres
at 9:30 a.m. at Chalan Kiya
Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 9th day of June, 2006.

_____
Rowena J. De Vera