```
                                                                    FILED
                                                                     Clerk
       MINUTES OF THE UNITED STATES DISTRICT COURT                District Court
           FOR THE NORTHERN MARIANA ISLANDS
                                                                  JUN 1 9 2006
```

****************************************************************************************
                                                               For The Northern Mariana Islands
CV-05-0019                               June 19, 2006  By_____
                                         4:00 p.m.            (Deputy Clerk)

### LI YING HUA, et al -vs- JUNG JIN CORPORATION, et al

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Randy Schmidt, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Mark Hanson, Attorney for Plaintiffs
                Robert Torres, Attorney for Defendants

ROCEEDINGS:     MOTION TO DISMISS or STRIKE 1st AMENDED COMPLAINT.

   Plaintiffs were represented in court by Attorney Mark Hanson. Attorney Robert Torres was present on behalf of Defendants.

   Attorney Torres argued the motion to dismiss. Attorney Hanson argued on behalf of the Plaintiffs.

   Court, after hearing all argument, took the matter under advisement, and stated that a written decision would be forthcoming.

                                              Adjourned 4:30 p.m.

                                              _____
                                              K. Lynn Lemieux, Courtroom Deputy