FILED
Clerk
District Court

JUN 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, *et al.*, ) | Civil No. 05-0019 |
| ) | |
| Plaintiffs ) | |
| ) | CLARIFICATION OF |
| v. ) | ORDER DISMISSING |
| ) | COMPLAINT, WITHOUT |
| JUNG JIN CORPORATION, a ) | PREJUDICE, AS TO |
| corporation of the Commonwealth of ) | DEFENDANTS KIM KI SUNG |
| the Northern Mariana Islands; ASIA ) | and KSK CORPORATION |
| ENTERPRISES, a corporation of the ) | |
| Commonwealth of the Northern ) | |
| Mariana Islands; PARK HWA SUN; ) | |
| and, KIM HANG KWON, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

THE COURT hereby clarifies its order of June 20, 2006, to reflect that the first amended complaint is dismissed without prejudice only as to any causes of action which seek relief from Kim Ki Sung and KSK Corporation. The remaining claims for relief against other named defendants in the first amended complaint

are not dismissed. Further, non-defaulted defendants who have not yet filed an answer have ten business days from the date of this order to answer.

DATED this 21st day of June, 2006.

_____
ALEX R. MUNSON
Judge