1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JUNG JIN CORPORATION, a CNMI corporation,)<br>ASIA ENTERPRISES, INC., a CNMI corporation,)<br>PARK HWA SUN and KIM HANG KWON, )<br>)<br>Defendants. )<br>) | CASE NO. CV 05-0019<br><br>ORDER MODIFYING CASE<br>MANAGEMENT SCHEDULE |

Based on the Motion by Plaintiffs, for good cause shown, and because no party would be prejudiced by a modification of the case management schedule in this matter, the Court hereby modifies its case management scheduling order as follows:

(1) Dispositive motions, including motions for summary judgment and motions for a default judgment, shall be filed, if at all, on or before July 14, 2006;

(2) A pre-trial conference in this matter will be held on _____ at _____ a.m./p.m.

SO ORDERED.


DATE: _____                    _____
                                             ALEX R. MUNSON
                                             Chief Judge