F I L E D
Clerk
District Court

JUL - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, <br><br> Plaintiffs, <br><br> vs. <br><br> JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, <br><br> Defendants. | CASE NO. CV 05-0019 <br><br> ORDER MODIFYING CASE MANAGEMENT SCHEDULE |

Based on the Motion by Plaintiffs, for good cause shown, and because no party would be prejudiced by a modification of the case management schedule in this matter, the Court hereby modifies its case management scheduling order as follows:

(1) Dispositive motions, including motions for summary judgment and motions for a default judgment, shall be filed, if at all, on or before July 14, 2006;

(2) A pre-trial conference in this matter will be held on __AUG 1 1 2006__ at __9:00__ a.m./p.m.

SO ORDERED.

DATE: __JUL - 3 2006__

_____
ALEX R. MUNSON
Chief Judge