# Exhibits

DO NOT DETACH THIS SHEET FROM APPLICATION!!

Name of Employer/Agent _____

Name of Employee _____

## PRESCREEN CHECKLIST
### TRANSFER
### CONSENSUAL / ADMINISTRATIVE / EXPIRATION

*(handwritten: CONDITIONAL ... FOR APPROVAL)*

**A.    FOR DIVISION OF LABOR**

*(handwritten: Payment Fee $ 225.00)*

- [x] Copy of CT / Administrative Order
- [x] Original Permit / Affidavit of Permit (Notarized)
- [x] Non-Resident Workers Affidavit with Color Photo
- [x] Certificate of Employment (2 Yrs. Experience)
- [x] Employment Contract
- [x] Birth Certificate
- [x] Marriage Certificate (if applicable)
- [ ] Police Clearance
- [ ] Health Certificate
- [ ] Copy of Passport
- [x] Employers Agreement
- [ ] Original - Certified Job Vacancy Announcement with News Ads
- [x] Copy of Valid Business License
- [ ] Copy of BGR & Withholding Tax (Past 4 Qtrs.)
- [ ] Original Sworn Statement of Compliance
- [x] Original Waiver 1 to 1 20% (if applicable)
- [x] Bank Certification
- [x] ~~Map to~~ Business Establishment *(handwritten: Inspection)*
- [x] Proof of Project (6 mos. to a Year)
- [x] Original Bond / Cash Bond
- [x] Other Requirement as Requested
- [x] Living Quarter or Self-Arrange Housing (Affidavit)

**B.    EMPLOYER'S COPY (Must be Provided)**

- [x] Copy - Nonresident Worker's Affidavit
- [x] Copy - Employment Contract
- [x] Copy - Employer's Agreement

| | |
|---|---|
| ☐ | ACCEPTED FOR SUBMISSION DATE _____ |
| ☐ | REJECTED FOR SUBMISSION DATE _____ |
| | REVIEWER NAME _____ |

00338

EX A

EXB

RECEIVED AUG 2 9 2005

01229

## RECEIPT
*RECIBO*

| HOW PAYMENT RECEIVED *FORMA DE PAGO* | | |
|---|---|---|
| TOTAL AMOUNT *CANTIDAD TOTAL* | $ | |
| LESS % *MENOS* | | |
| TAX % *+ IMPUESTO* | | |
| TOTAL DUE *TOTAL A PAGAR* | $ | |
| CASH *EFECTIVO* | | |
| CHECK *CHEQUE* | | |
| CREDIT CARD *TARJETA DE CREDITO* | | |
| MONEY ORDER *MONEY ORDER* | | |
| PAID SUB TOTAL *PAGO SUBTOTAL* | $ | |
| TOTAL BALANCE *BALANCE* | $ | |

Date: *FECHA* 2 - 16, 20 09    22908

RECEIVED FROM: *RECIBIDO DE:* Jung Tin Corp

ADDRESS: *DIRECCION:* _____ $ 540.—

AMOUNT DOLLARS: *TOTAL EN $* five hundred forty Only

FOR: *POR:* Li Yinghua & (1) Tin's

processing Sev fee

200.—

RECEIVED BY: *RECIBIDO POR*

©Copyright, 2000 KHS    Order Through Internet (On-line Shop Available)　http://OfficeAmigo.Com　or e-mail：order@OfficeAmigo.Com  Item #12-RB

**DEPARTMENT OF FINANCE**
**DIVISION OF REVENUE AND TAXATION**
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| a1. Federal ID number | a3. VOID | b. Serial number | g. Loc. code | h. Days out of CNMI | i. Cit. code | Copy C |
|---|---|---|---|---|---|---|
| a2. CNMI Tax ID number | | 00001 | 20 | | RR | **For Employer's Record** |

| c. Employer's name, address, and ZIP code | j. SIC | k. SOC | l. Entry permit no. |
|---|---|---|---|
| JONG JIN CORPORATION P.O. BOX 503428 Saipan, MP 96950 | 7993 | 2220 | |

| | 1. Wages, tips, other compensation | 2a. Income tax withheld (Chap. 7) | 2b. Local wage & salary tax withheld (Chap. 2) |
|---|---|---|---|
| | $ 12,000.00 | 240.00 | 480.00 |

| d. Employee's social security number | 3. Social security wages | 4. Social security tax withheld |
|---|---|---|
| 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 | 12,000.00 | 744.00 |

| e. Employee's first name and initial | Last name | 5. Medicare wages and tips | 6. Medicare tax withheld |
|---|---|---|---|
| HWA SUN | PARK | 12,000.00 | 174.00 |

| f. Employee's address and ZIP code | 7. Social security tips | 8. Allocated tips |
|---|---|---|
| P.O. BOX 503428 Saipan, MP 96950 | | |

| 9. Advance EIC payment | 10. Dependent care benefits |
|---|---|
| 0 | 0 |

| 11. Nonqualified plans | 12a. See Instructions for box 12 |
|---|---|
| 0 | $ 0 |

| 13. Statutory employee | Retirement plan | Third-party sick pay | 12b. $ 0 |
|---|---|---|---|

| 14a. Other | 14b. | 12c. $ 0 |
|---|---|---|
| 0 | | |

| | | 12d. $ 0 |
|---|---|---|

Form **2003**
**W-2CM**   **Wage and Tax Statement**

EX C

ASIA ENTERPRISES INC.

Balance Sheet
as of September 30, 2004

ASSETS:

| | |
|---|---|
| Cash on hand & in bank | $  64,174.00 |
| Property & Equipments, at cost: | |
| Machineries & Equipments | 50,000.00 |
| TOTAL ASSETS | $ 114,174.00 |

LIABILITIES & STOCKHOLDERS' EQUITY:
   Liabilities:

| | |
|---|---|
| Taxes Payables | $      333.00 |
| Total Liabilities | 333.00 |

Stockholders' Equity:

| | | |
|---|---|---|
| Capital Stock | | 130,000.00 |
| Retained Earnings: | | |
| Beginning | ( 32,856.00) | |
| Net Income | 16,697.00 | (16,159.00 ) |
| Total Stockholders' Equity | | 113,841.00 |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | | $ 114,174.00 |

CERTIFIED & TRUE CORRECTED BY

CINDY YU
Accountant

00016

EXD

ASIA ENTERPRISES INC.

Balance Sheet
as of December 31, 2003

ASSETS:

| | |
|---|---|
| Cash on hand & in bank | $ 102,637.00 ✓ |
| TOTAL ASSETS | $ 102,637.00 |

LIABILITIES & STOCKHODLERS' EQUITY:

| | | |
|---|---|---|
| Loans from Shareholders | | $ 105,493.00 ✓ |
| Capital Stock | | 30,000.00 |
| Retained Earnings: | | |
| Beginning | ( 40,985.00) | |
| Net Income-2003 | 8,129.00 | (32,856.00) |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | | $ 102,637.00 |

CERTIFIED & TRUE CORRECTED BY

_____
CINDY YU
Accountant

00018

## LISTING OF NONRESIDENT WORKERS
## ISSUED CERTIFICATES FOR THE LAST FOUR YEARS
(LIST WORKERS BY BUSINESS ACTIVITIES)

| | Name | Job Title | Citizenship | Salary | Permit Expiration Date | STATUS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | On-Island | Date Repatriated | Date Transferred |
| 1. | NAVALTA, FLORA N. | STOCKER | PHL | $3.05/hour | 12/06/2003 | X | | |
| 2. | CHAULAGAIN, KRISHNA | MECHANIC | NPL | $3.05/hour | 03/17/2004 | X | | |
| 3. | OGERIO, HERMINIA D. | COMMERCIAL CLEANER | PHL | $3.05/hour | 04/02/2004 | X | | |
| 4. | BUHAY, ELDEN HAYGOOD | ADM. ASSIT. | PHL | $3.05/hour | | X | | |
| 5. | BARROMEO, ARTHUR P. | BLDG MAINT REPAIRER | PHL | $3.05/hour | 03/05/2002 | | 03/2002 | |
| 6. | LI, ZHONG SAN | WELDER | CHN | $3.05/hour | | | 04/2001 | |
| 7. | LU, CHUNZI | SUPERVISOR | CHN | $3.05/hour | 12/02/2001 | | | 12/2001 |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |

00575

EX F

00576

KIM, HANG KWON
PRINT NAME

PRESIDENT
JOB TITLE

of ___ASIA ENTERPRISES, INC.___ declares penalty of perjury that the employer named herein has
NAME OF EMPLOYER

4. ___ nonresident worker(s) and ___1___ resident workers and that this declaration was executed at Saipan, Northern Mariana Islands on this __18th__ day of ___JULY___, 200³

SIGN NAME

Commonwealth of the Northern Mariana Islands
My Commission expires: Oct. 31, 2004

SEUNG-HEE CINDY ___
NOTARY PUBLIC

Page 2 of 2



ASIA ENTERPRISES INC.
Balance Sheet
as of December 31, 2002

ASSETS:

| | | |
|---|---|---|
| Cash on hand & in bank | | $ 14,300.00 |
| Inventories | | 90,551.00 |
| Property & Equipment, at cost: | | |
| Laundromat Equipment | 93,980.00 | |
| Market Equipments | 35,100.00 | |
| Improvements | 16,550.00 | |
| | 145,630.00 | |
| Less Accumualted Derp. | (29,023.00) | 116,607.00 |
| Other assets(Sec. Deposit) | | 6,000.00 |
| TOTAL ASSETS | | $ 227,458.00 |

LIABILITIES & STOCKHOLDERS' EQUITY:

| | |
|---|---|
| Taxes Payables | $ 1,577.00 |
| Loans from Shareholders | 236,866.00 |
| Total Liabilities | 238,443.00 |
| Capital Stock | 30,000.00 |
| Retained Earnings | ( 40,985.00) |
| Total Stockholders' Equity | ( 10,985.00) |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | $ 227,458.00 |

CERTIFIED & TRUE CORRECTED BY

Cindy Yu
Accountant

00608

EX G



# D. ISION OF REVENUE AND T ATION
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## CORPORATE INCOME TAX RETURN

For calendar year 2004 or tax year beginning_____,2004, ending_____,20____

**2004**

**Form 1120CM**

*(Please type or print in ink)*

**A Check if:**
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 required (attach Sch. M-3) ☐

**Name**
ASIA ENTERPRISES INCORPORATED

**Number, street, and room or suite no. (If a P.O. box, see page 9 of instructions.)**
P.O. Box 503448

SAIPAN, MP 96950

**B Employer identification number**
66-0458813

**C Date incorporated**

**D Total assets (see page 8 of instructions)**
$ 180,610.00

**E Check applicable boxes:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address Change

## SOURCE OF INCOME

| | | A. INCOME WITHOUT | B. INCOME WITHIN | C. TOTAL |
|---|---|---|---|---|
| **Income** | 1a Gross receipts or sales | | | |
| | b Less returns and allowances    c Bal ▶ 1c | | 42,820.00 | |
| | 2 Cost of goods sold (Schedule A, line 8) ... 2 | | | |
| | 3 Gross profit. Subtract line 2 from line 1c ... 3 | | | |
| | 4 Dividends (Schedule C, line 19) ... 4 | | | |
| | 5 Interest ... 5 | | | |
| | 6 Gross rents ... 6 | | | |
| | 7 Gross royalties ... 7 | | | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) ... 8 | | | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797). 9 | | | |
| | 10 Other income (see page 11 of instructions - attach schedule) ... 10 | | | |
| | 11 Total income. Add lines 3 through 10 ▶ 11 | | 42,820.00 | 42,820.00 |
| **Deductions (See instructions for limitations on deductions)** | 12 Compensation of officers (Schedule E, line 4) ... 12 | | | |
| | 13 Salaries and wages (less employment credits) ... 13 | | 732.00 | |
| | 14 Repairs and maintenance ... 14 | | | |
| | 15 Bad debts ... 15 | | | |
| | 16 Rents ... 16 | | 28,425.00 | |
| | 17 Taxes and licenses (Do not include non-refundable credits used on this return).. 17 | | 24,356.00 | |
| | 18 Interest ... 18 | | | |
| | 19 Charitable contributions (see page 14 of instructions for 10% limitation) 19 | | | |
| | 20 Depreciation (attach Form 4562)  20 | | | |
| | 21 Less depreciation claimed on Schedule A and elsewhere on return  21a    21b | | | |
| | 22 Depletion ... 22 | | | |
| | 23 Advertising ... 23 | | | |
| | 24 Pension, profit-sharing, etc., plans ... 24 | | | |
| | 25 Employee benefit programs ... 25 | | | |
| | 26 Other deductions (attach schedule) ... 26 | | 13,630.00 | |
| | 27 Total deductions. Add lines 12 through 26 ... 27 | | 67,143.00 | 67,143.00 |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 ... 28 | | ( 24,323.00) | ( 24,323.00) |
| | 28a Allocable percentage ...................% 28a | 100 % | 100 % | |
| | 29 Less: a Net operating loss (NOL)deduction (see page 16 of instructions).... 29a | | | |
| | b Special deductions (Schedule C, line 20) ... 29b | | | 29c |
| **Tax and Payments** | 30 Taxable income. Subtract line 29c from line 28, (see instructions if Schedule C, line 12, was completed).. 30 | | | ( 24,323.00) |
| | 31 Total tax (Schedule J, line 11) ... 31 | | | 0 |
| | 32 Payments: a 2003 overpayment credited to 2004. 32a | | | |
| | b 2004 estimated tax payments ... 32b | | | |
| | c Less 2004 refund applied for on Form 4466. 32c (         )    d Bal ▶ 32d | | | |
| | e Tax deposited with Form 7004 ... 32e | | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) ... 32f | | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions ... 32g | | | 32h   0 |
| | 33 Estimated tax penalty (see pages 17 and 29 of instructions). Check if Form 2220 is attached ... ▶ ☐ 33 | | | |
| | 34 Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed (see instructions on page 29) ... 34 | | | 0 |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid (see instructions on page 29).... 35 | | | |
| | 36 Enter amount of line 35 you want:   Credited to 2005 estimated tax (see line 7, part A, page 2) .... Refunded ▶ 36 | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  09/15/2005  PRESIDENT
Signature of officer    Date    Title

May the Division of Revenue and Taxation discuss this return with the preparer shown below (see instructions)?
☐ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed) and address and zip code | | EIN ▶ | |
| | | Phone No. ▶ (     ) | |

EXH

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Form 1120CM (2004)

**Form 1120CM (2004)**

Page 2

| PART A | Chapter 7 Tax Adjustment (See page 29 of instructions.) | | | |
|---|---|---|---|---|
| 1 | Tax underpaid before rebate offset. Enter amount from line 14 of Form OS-3405A.................. | 1 | ( ) | |
| 2 | Tax overpaid before rebate offset. Enter amount from line 13 of Form OS-3405A.................. | 2 | ( 0 | ) |
| 3 | Late charges. Enter all applicable late charges here, based on the underpaid tax shown on line 1 of this part. Also include estimated tax penalty as shown on line 33, page 1 of this return (see supplemental instructions on page 29)................ | 3 | 0 | |
| 4 | Rebate offset amount. Enter the amount from line 15 of Form OS-3405A................ | 4 | ( 0 | ) |
| 5 | Tax on overpayment of credit. Enter the lesser of line 13 of Form OS-3405A or the total of lines 32f and 32g as shown in page 1 of this return.  If  zero or less enter -0- | 5 | | |
| 6 | Total due (or overpaid). Add lines 1 through 5 of this part. If this line shows amount due, pay this amount. Stop here. If this line shows an overpayment, place a bracket around the figure and continue on lines 7, 8, and 9................ | 6 | ( ) | |
| 7 | If line 6 is an overpayment enter amount you want credited to your 2005 ESTIMATED TAX. | 7 | | |
| 8 | If line 6 is an overpayment enter amount you want credited to your 2005 BUSINESS GROSS REVENUE TAX. Indicate the quarter to apply. _____ | 8 | | |
| 9 | Net overpayment. Subtract the total of lines 7 and 8 from line 6. | 9 | ( ) | |

| Schedule A | Cost of Goods Sold (See page 17 of instructions.) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year................................................ | 1 | |
| 2 | Purchases.......................................................................... | 2 | |
| 3 | Cost of labor...................................................................... | 3 | |
| 4 | Additional section 263A costs (attach schedule)....................... | 4 | |
| 5 | Other costs (attach schedule)................................................ | 5 | |
| 6 | Total. Add lines 1 through 5.................................................. | 6 | |
| 7 | Inventory at end of year....................................................... | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2........ | 8 | |

9a  Check all methods used for valuing closing inventory:

   (i)  ☐  Cost as described in Regulations section 1.471-3

   (ii) ☐  Lower of cost or market as described in Regulations section 1.471-4

   (iii)☐  Other (Specify method used and attach explanation.) ▶ _____

  b   Check if there was a writedown of subnormal goods as described in Regulations section 1.471 2(c)....................... ▶ ☐

  c   Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)............. ▶ ☐

  d   If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO **9d** |

  e   If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?................. ☐ YES   ☐ NO

  f   Was there any change in determining quantities, cost, or valuations between opening and closing inventory?  If "Yes," attach explanation.... ☐ YES   ☐ NO

| Schedule C | Dividends and Special Deductions (See page 18 of instructions.) | | (a) Dividends Received | (b) % | ( c ) Special deductions (a) x (b) |
|---|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed  stock)................................................................ | 1 | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock)................................................................ | 2 | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246 A)................... | 3 | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities.................... | 4 | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities.................... | 5 | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction................................................................ | 6 | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction................................................................ | 7 | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)).... | 8 | | 100 | |
| 9 | Total. Add lines 1 through 8.  See page 19 of instructions for limitation.................... | 9 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958................ | 10 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs that are subject to the 100% deduction ... | 11 | | 100 | |
| 12 | Dividends from controlled foreign corporations subject to the 85% deduction (attach Form 8895)...... | 12 | | 85 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12.................... | 13 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471)................... | 14 | | | |
| 15 | Foreign dividend gross-up (section 78)................................................ | 15 | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d))................ | 16 | | | |
| 17 | Other dividends................................................................ | 17 | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities.................... | 18 | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1................ | 19 | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b................ | ▶ 20 | | | |

# Form 1120CM (2004)

**Schedule E** | Compensation of Officers (See instructions for page 1, line 12, on page 13 of instructions)

Note: *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120CM) are $500,000 or more.*

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

2 Total compensation of officers........................................................................ | **2** |
3 Compensation of officers claimed on Schedule A and elsewhere on return.......................... | **3** |
4 Subtract line 3 from line 2. Enter the result here and on page 1, line 12............................. | **4** |

**Schedule J** | Tax Computation (See page 20 of instructions)

1 Check if the corporation is a member of a controlled group (see sections 1561 and 1563)............▶ ☐

Important: Members of a controlled group, see instructions on page 20.

2 If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):

(1) $ _____   (2) $ _____   (3) $ _____

b Enter the corporation's share of: (1) additional 5% tax (not more than $11,750) ▶ $ _____
(2) additional 3% tax (not more than $100,000) ▶ $ _____

3 Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 21)......▶ ☐ | **3** | 0 |
4 Alternative minimum tax (attach Form 4626)........................................................ | **4** | |
5 Add lines 3 and 4.................................................................................. | **5** | 0 |

6a Foreign tax credit (attach Form 1118)................. | 6a | |
b Possessions tax credit (attach Form 5735)............. | 6b | |
c Check: ☐ Nonconventional source fuel credit   ☐ QEV credit (attach Form 8834) | 6c | |
d General business credit. Check box(es) and indicate which forms are attached: ☐ 3800   ☐ Form(s) (specify) ▶ | 6d | |
e Credit for prior year minimum tax (attach Form 8827) | 6e | |
f Qualified zone academy bond credit (attach Form 8860) | | |

7 Total credits. Add lines 6a through 6f............................................................. | **7** | 0 |
8 Subtract line 7 from line 5........................................................................ | **8** | 0 |
9 Personal holding company tax (attach Schedule PH (Form 1120))..................................... | **9** | |
10 Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | **10** | |
11 **Total tax.** Add lines 8 through 10. Enter here and on page 1, line 31.............................. | **11** | 0 |

**Schedule K** | Other information (see page 23 of instructions)

| | YES | NO |
|---|---|---|

1 Check method of accounting: a ☐ Cash  b ☐ Accrual  c ☐ Other (specify) ▶

2 See page 25 of the instructions and enter the:
a Business activity code no. ▶ _____
b Business activity ▶ house rental/building maintenance
c Product or service ▶ appliance shop/poker

3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation?  (For rules of attribution, see section 267(c)).

If "YES," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.

4 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?
If "YES," enter name and EIN of the parent corporation ▶

5 At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock?  (For rules of attribution, see section 267(c)).

"YES," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above). Enter percentage owned ▶

6 During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316)..................

"YES," file Form 5452, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on form on Form 851, Affiliations Schedule, for each subsidiary

7 At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of: (a) the total voting power of all classes of stock of the corporation entitled to vote, or (b) the total value of all classes of stock of the corporation?
If "YES," (a) Enter percentage owned ▶ _____
and (b) Enter owner's country ▶ _____

c The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

8 Check this box if the corporation issued publicly offered debt instruments with original issue discount.............. ▶ ☐
If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

9 Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10 Enter the number of shareholders at the end of the tax year, (If 75 or fewer) ▶ _____

11 If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ........................ ▶ ☐
If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3)(i) or (ii) must be attached or the election will not be valid.

12 Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ _____

13 Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000?.................................

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. Possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporation, to this return. See Schedule N for details.

**Form 1120CM (2004)**

Page 4

**NOTE:** *The corporation is not required to complete Schedules L, M-1 and M-2 if Question 13 on Schedule K is answered "Yes."*

| Schedule L | Balance Sheets per Books | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| **Assets** | | | (a) | (b) | (c) | (d) |
| 1 | Cash.......................................... | 1 | | 102,637.00 | | 16,352.00 |
| 2a | Trade notes and accounts receivable.......... | 2 | | | | |
| b | Less allowance for bad debts................. | 2b | ( | ) | ( | ) |
| 3 | Inventories.................................. | 3 | | | | |
| 4 | U.S. government obligations.................. | 4 | | | | |
| 5 | Tax-exempt securities (see instructions).... | 5 | | | | |
| 6 | Other current assets (attach schedule)...... | 6 | | | | |
| 7 | Loans to shareholders........................ | 7 | | | | |
| 8 | Mortgage and real estate loans.............. | 8 | | | | 23,775.00 |
| 9 | Other investments (attach schedule)......... | 9 | | | | |
| 10a | Buildings and other depreciable assets...... | 10a | | | 140,483.00 | |
| b | Less accumulated depreciation............... | 10b | ( | ) | ( | 140,483.00 |
| 11a | Depletable assets........................... | 11a | | | | |
| b | Less accumulated depletion.................. | 11b | ( | ) | ( | ) |
| 12 | Land (net of any amortization).............. | 12 | | | | |
| 13a | Intangible assets (amortizable only)........ | 13a | | | | |
| b | Less accumulated amortization............... | 13b | ( | ) | ( | ) |
| 14 | Other assets (attach schedule).............. | 14 | | | | |
| 15 | Total assets................................ | 15 | | 102,637.00 | | 180,610.00 |
| **Liabilities and Stockholders' Equity** | | | | | | |
| 16 | Accounts payable............................ | 16 | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year... | 17 | | | | |
| 18 | Other current liabilities (attach schedule)  Taxes payables & Lic. payables | 18 | | | | 72,657.00 |
| 19 | Loans from shareholders..................... | 19 | | 105,493.00 | | 35,774.00 |
| 20 | Mortgages, notes, bonds payable in 1 year or more... | 20 | | | | |
| 21 | Other liabilities (attach schedule)......... | 21 | | | | |
| 22 | Capital stock:   a Preferred stock.......... | 22a | | | | |
| | b Common stock............. | 22b | | 30,000.00 | | 130,000.00 |
| 23 | Additional paid-in capital.................. | 23 | | | | |
| 24 | Retained earnings - Appropriated (attach schedule)... | 24 | | | | |
| 25 | Retained earnings - Unappropriated.......... | 25 | | ( 32,856.00) | | ( 57,821.00) |
| 26 | Adjustments to shareholders' equity (attach schedule)... | 26 | | | | |
| 27 | Less cost of treasury stock................. | 27 | ( | ) | ( | ) |
| 28 | Total liabilities and shareholders' equity.. | 28 | | 102,637.00 | | 180,610.00 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books with Income per Return (See page 24 of instructions.) | |
|---|---|---|
| 1 Net income (loss) per books............. | 1 | (24,965.00) |
| 2 Federal income tax per books  XXXXXXX  BGRT | 2 | 642.00 |
| 3 Excess of capital losses over capital gains... | 3 | |

7 Income recorded on books this year not included on this return (itemize):
Tax-exempt interest   $ _____

4 Income subject to tax not recorded on books this year (itemize): _____ | 4 |

5 Expenses recorded on books this year not deducted on this return (itemize):
a Depreciation.....................$ _____
b Charitable contributions...$ _____
c Travel and entertainment....$ _____ | 5 |

| 7 | |

8 Deductions on this return not charged against book income this year (itemize):
a Depreciation                  $ _____
b Charitable contributions  $ _____

| 8 | |
| 9 Add lines 7 and 8.......................... | 9 | |

6 Add lines 1 through 5..................... | 6 | ( 24,323.00) |
10 Income (line 28, page 1) - line 6 less line 9. | 10 | ( 24,323.00) |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) | |
|---|---|---|
| 1 Balance at beginning of year................ | 1 | (32,856.00) |
| 2 Net income (loss) per books................. | 2 | (24,965.00) |
| 3 Other increases (itemize): _____ | | |

| 5 Distributions:  a Cash................. | 5a | |
| b Stock................ | 5b | |
| c Property............. | 5c | |
| 6 Other decreases (itemize): _____ | 6 | |

| 3 | |
| 7 Add lines 5 and 6......................... | 7 | |
| 4 Add lines 1 through 3.................... | 4 | ( 57,821.00) |
| 8 Balance at end of year (line 4 less line 7).. | 8 | ( 57,821.00) |




# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# APPLICATION FOR REBATE ON CNMI SOURCE INCOME TAX
### FOR USE WITH FORM 1120CM
*(Please type or print in ink)  (See instructions on reverse side)*

**2004**

| Corporate Name | | TIN |
|---|---|---|
| ASIA ENTERPRISES INCORPORATED | | 00-0458813 |

| Mailing Address | Telephone number | Contact person |
|---|---|---|
| P.O. Box 503448, Saipan, MP 96950 | ( ) | |

## PART A - NON-REFUNDABLE CREDITS

1  Business gross revenue tax

| | Name | Tax ID No. | | |
|---|---|---|---|---|
| a) | | | a) | 642.00 |
| b) | | | b) | |
| c) | | | c) | |

2  User fees paid............................................................................2

3  Fees and taxes imposed under 4CMC §2202(h)...............................3

4  Total non-refundable credits (add lines 1 through 3)..........................................4    642.00

## PART B - REBATE COMPUTATION

5  Allocable percentage:  a  Tax without the CNMI  5a ___0___ %
                                    b  Tax within the CNMI  5b ___100___ %

6  Total NMTIT on all sources..................................................6    0

7  Total NMTIT payments made..............................................7    0

8  Tax on sources without CNMI (multiply line 6 by the percentage as shown on line 5a)..............8    0

9  Tax on sources within the CNMI (multiply line 6 by the percentage as shown on line 5b)....9    0

10  Total non-refundable credits (enter amount from line 4, part A)..........................10    642.00

11  Adjusted CNMI source tax (subtract line 10 from line 9.  If zero or less, enter -0-).............11    0

12  Total CNMI and NON-CNMI source tax after non-refundable credits (add lines 8 and 11)..........12    0

13  NMTIT overpayment (subtract line 12 from line 7.  If zero or less, enter -0-.....................13    0

14  Total tax underpaid (If line 12 is greater than line 7, subtract line 7 from line 12, otherwise, enter -0-)..........14    0

15  Rebate base computation (Enter here and  on line 4, page 2, Part A..........................15    -0-

## PART C - Business Gross Revenue Tax Credit Allocation

Enter the TIN and amount you want credited from line 8, Part A, page 2.  The total credit allocation shall be equal to the amount on line 8, Part A, page 2

| TIN | | | | |
|---|---|---|---|---|
| TAX TYPE | 3105G | 3105AF | 3105B | 3105MW |
| AMOUNT | | | | |

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

**PLEASE SIGN HERE**

| ➡ Signature of officer | Date 09/15/2005 | Title President |
|---|---|---|

**PAID PREPARER'S USE ONLY**

| ➡ Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ➡ | | EIN | |
| | | ZIP code | |

| FOR OFFICIAL USE ONLY | | | | |
|---|---|---|---|---|
| DATE PAID | AMOUNT PAID | RECEIPT NO. | VERIFIED BY | POSTED BY |
| | | | | |

*If received after the due date, show post mark.

Form **OS-3405A** 2004

ASIA ENTERPRISES INCORPORATED                    1120CM(2004)
                                                 EIN#66-0458813

26. Other Deductions.

|  |  |
|---|---|
| Utilities | $  8,880.00 |
| Professional Services | 2,175.00 |
| Communications | 1,255.00 |
| Freight charges | 1,100.00 |
| Representative | 220.00 |
| Total | $ 13,630.00 |

-15-

# ASIA ENTERPRISES INCORPORATED

## Depreciation Worksheet (2004) (keep for your records)

| Description of Property | Date Placed in Service | Cost or Other Basis | Business Investment Use % | Section 179 Deduction and Special Allowance | Depreciation Years | Basis for Depreciation | Method/ Convention | Recovery Period | Rate or Table % | Depreciation Deduction |
|---|---|---|---|---|---|---|---|---|---|---|
| Building Improvement | | 88,583.00 | | | | | | | | |
| Poker Arcade fur. & Equipment | | 26,900.00 | | | | | | | | |
| poker machine | | $2500 x 8 units | | | | | | | | |
| aircon | | 4,000 | | | | | | | | |
| camera | | 1,900 | | | | | | | | |
| others | | 1,000 | | | | | | | | |
| tools | | 25,000.00 | | | | | | | | |
| | | 140,483.00 | | | | | | | | |

Form **7004**
(Rev. September 2003)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233

Name of corporation

ASIA ENTERPRISES INCORPORATED

Employer identification number

66  0458813

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.)

P.O. Box 503448

City or town, state, and ZIP code

SAIPAN, MP  96950

Check type of return to be filed:

- [ ] Form 990-C
- [X] Form 1120 CM
- [ ] Form 1120-A
- [ ] Form 1120-F
- [ ] Form 1120-FSC
- [ ] Form 1120-H
- [ ] Form 1120-L
- [ ] Form 1120-ND
- [ ] Form 1120-PC
- [ ] Form 1120-POL
- [ ] Form 1120-REIT
- [ ] Form 1120-RIC
- [ ] Form 1120S
- [ ] Form 1120-SF

- • Form 1120-F filers: Check here if the foreign corporation does not maintain an office or place of business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**1  Request for Automatic Extension** (see instructions)

**a  Extension date.** I request an automatic 6-month (or, for certain corporations, 3-month) extension of time until ....Sept. 15.........., 20.05., to file the income tax return of the corporation named above for ▶ [XX] calendar year 20 ...04. or ▶ [ ] tax year beginning .........................., 20........, and ending ....................., 20......

**b  Short tax year.** If this tax year is for less than 12 months, check reason:
[ ] Initial return    [ ] Final return    [ ] Change in accounting period    [ ] Consolidated return to be filed

**2  Members of an affiliated group of corporations filing a consolidated return (consolidated group)** (see instructions).

| Name and address of each member of the affiliated group | Employer identification number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Tentative tax (see instructions) . . . . . . | | | | 3 | |
| 4 | **Payments and refundable credits:** (see instructions) | | | | | |
| a | Overpayment credited from prior year | 4a | | | | |
| b | Estimated tax payments for the tax year | 4b | | | | |
| c | Less refund for the tax year applied for on Form 4466 | 4c ( | ) Bal ▶ | 4d | | |
| e | Credit for tax paid on undistributed capital gains (Form 2439) . | | | 4e | | |
| f | Credit for Federal tax on fuels (Form 4136) . | | | 4f | | |
| 5 | Total. Add lines 4d through 4f (see instructions) . . . . . . | | | | 5 | |
| 6 | **Balance due.** Subtract line 5 from line 3. **Deposit this amount using the Electronic Federal Tax Payment System (EFTPS) or with a Federal Tax Deposit (FTD) Coupon** (see instructions) | | | | 6 | |

Signature. Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

_____          .........President.................          03/10/2005
(Signature of officer or agent)                     (Title)                              (Date)

For Paperwork Reduction Act Notice, see instructions.          Cat. No. 13804A          Form **7004** (Rev. 9-2003)

ASIA ENTERPRISES INCORPORATED
Balance Sheet
as of December 31, 2004

ASSETS:

| | | |
|---|---|---|
| Cash on hand & in bank | $ | 16,352.00 |
| Loans to Shareholders | | 23,775.00 |

Property & Equipments, at cost:

| | | |
|---|---|---|
| Building Improvement | 88,583.00 | |
| Poker Arcade Furn. & Equipments | 26,900.00 | |
| Tools | 25,000.00 | 140,483.00 |

TOTAL ASSETS                                    $  180,610.00


LIABILITIES & STOCKHOLDERS' EQUITY:

| | | |
|---|---|---|
| Taxes & Poker Lic. Payables | $ | 72,657.00 |
| Loans from shareholders | | 35,774.00 |
| Total Liabilities | | 108,431.00 |

| | | |
|---|---|---|
| Capital Stock | | 130,000.00 |

Retained Earnings:

| | | |
|---|---|---|
| Beginning | ( 32,856.00) | |
| Net Loss-2004 | ( 24,965.00) | ( 57,821.00) |
| Total Stockholders' Equity | | 72,179.00 |

TOTAL LIABILITIES & STOCKHOLDERS' EQUITY    $  180,610.00

ASIA ENTERPRISES INCORPORATED
Income Statement
for the Year Ended December 31, 2004

Gross Revenues:

| | |
|---|---|
| House Rental | $  14,400.00 |
| Building Maintenance | 18,000.00 |
| Appliance repair Shop | 6,000.00 |
| Amusement Center:Poker | 4,420.00 |
| Total Revenues | 42,820.00 |

Operating Expenses:

| | |
|---|---|
| Rents | 28,425.00 |
| Business Lic. & Taxes | 24,356.00 |
| Utilities | 8,880.00 |
| Professional Services | 2,175.00 |
| Communications | 1,255.00 |
| Freight charge | 1,100.00 |
| Wages | 732.00 |
| BGRT | 642.00 |
| Representative | 220.00 |
| Total Operating Expenses | 67,785.00 |

NET LOSS                                    $( 24,965.00)

```
la [ ]pr[ ] In[ ]or[ ]                          yr[ ]04

                                house rental 14,400
                                maint.       18,000
                                appliance repair shop   6000
                                poker                    4420

income          42,820.00

bgrt            642.30(309.50)
WAGES           732 (21.96)
FICA            55.99(74.66)
JACKPOT Tax     250 (250)

bus.lic.        300 +24000 poker lic. ($3000x8 units)  = 24,300
communication   248.69 /300.23/106.71/107.82/245.38/246.55/  =  1255.38
rent            800 /5200/4975 /4850/3200/4000/2100/1300/2000  =  28425
utility         268.26 /1384.52/1379.54/1806.67/1009.08/ 1205.4/495.15/529.36/801.59
serv. fee       225/225/225 /225/225/250/800/

loan to JJ      14000/1000/3775/15000/10000/......

repairs         1309.50/800/1072/3806/752.02/3142.19/2590/ 238.98/75.94

BLDG. IMPROVEMENT $5000 (barracks)/house 4000+29000+17500+300+9810+1686+5400  = $67,696
                  $2100(poker room)
ent             90/130/

freight         1100/

signboard       $ 800
Aircon          $ 2770
```

01/10/05

| | Check # | Date | Payee | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|
| | | 11/17 | ROSA T MALITI | 553.41 | | 5956.88 |
| | | 11/19 | | | 935.— | 6891.88 |
| | 5472 | 11/22 | ALBELT LEE | 2000.— | | 4891.88 |
| | 5473 | 11/24 | C.U.C | 93.52 | | 4798.36 |
| | 5474 | 12/2 | C.U.C | 918.16 | | 3880.20 |
| | 5475 | 12/10 | VERIZON | 107.55 | | 3772.65 |
| | 5476 | 12/16 | ROSA T. MALITI | 800.— | | 2972.65 |
| | 5477 | 12/24 | C.U.C | 235.70 | | 2736.95 |
| | 5478 | 12/27 | CNMI TREASURER | 50.— | | 2686.95 |
| | 5479 | 12/27 | CINDY YU | 50.— | | 2636.95 |
| | 5480 | | | | | |
| | | | 2004.— | | | |
| | 5480 | 1/7 | VOID | | | |
| | 5481 | 1/7 | | | | |
| | 5482 | 1/9 | CASH | 900.— | | 1736.95 |
| | 5483 | 1/15/04 | VERIZON | 107.55 | | 1629.40 |
| | 5484 | 1/19/04 | ROSA T. MALITI | 800.— | | 829.20 |
| | | 1/21/04 | VERIZON | 141.14 | | 688.26 |
| | | 1/27/04 | | | 5000.— | 5688.26 |
| | 5485 | 1/27/04 | | | 10000.— | 15688.26 |
| | | 1/28 | C.U.C | 268.26 | | 15420.— |
| | | 1/30 | | | 10000.— | 25420.— |
| | 5486 | 1/30 | CINDY YU | | 5000.— | 30420.— |
| | | | | 225.— | | 30195.00 |

EX I

| | | | | | |
|---|---|---|---|---|---|
| 5487 | 02-03-04 | CNMI TREASURER | 30000,— | | 195.00 |
| | 2/3-04 | | | 5000,— | 5195,— |
| | 2-10-04 | | | 2500,— | 7695 |
| 5488 | 2/6/04 | C.U.C | 1384.52 | | 6310.48 |
| | 1/30/04 | | | 10000,— | |
| | 2/3/04 | | | 5000,— | |
| | 2/10/04 | | | | 11313.42 |
| 5489 | 2/10/04 | JUNG JIN | 30000,— | | 3470.92 |
| 5490 | 02/16/04 | ROSA MALITI | 800,— | | 2670,92 |
| 5491 | 2/21/04 | ARTHUR'S ENT. | 380,— | | 2290.92 |
| | 3/8/04 | | | 1600,— | 1890.92 |
| 5492 | 3/6/04 | CECILIA MANIBUSAN | 2500,— | | 5390.92 |
| | | | | 9500,— | 14890.92 |
| 5493 | 3/14 | KIM SUNG KI KTI | 5000 | | 9890.92 |
| 5494 | 3/15 | ROSA Y MALITI | 800,— | | 9090.92 |
| 5495 | 3/15 | VOID | | | |
| 5496 | 4/4 | IAM and LEE ENT | 1000,— | | 8090.92 |
| 5497 | 4/5 | JUNG JIN | 8000,— | | 16090.92 |
| | 4/5 | | | 8000,— | 8090.92 |
| 5498 | 4/5 | VICENTE SABLAN | 300,— | | 7790.92 |
| 5499 | 4/7 | HONG YE | 880,— | | 6910.92 |
| 5500 | 4/15 | ROSA MALITI | 800,— | paid | 6110.92 |
| 5501 | 4/9 | HAN'S | 49.50 | | 6061.42 |

| 5502 | 4/21 | HONG YE | 800,— | | 6061.42 |
| 5503 | 4/30 | SEUNG-HEE | 225,— | | 5836.42 |
| | 5/3 | | | 10000,— | 15836.42 |
| | 5/4 | | | 7000,— | 22836.42 |
| 5504 | 5/4 | DOO KYUNG CORP 775 P. | | | 22061.42 |
| 5505 | 5/4 | JUNG JIN CORP | 15000,— | | 7061.42 |
| 5506 | 5/5 | KIN LEE | 1000,— | | 6061.42 |
| 5507 | 5/5 | VICENTE H. SABLAN V | 500,— | | 5561.42 |
| 5508 | 5/4 | SAE WOUN V | 4000,— | | 1561.42 |
| | 5/10 | | | 10000,— | 11561.42 |
| 5509 | 5/14 | ROSA T. MALITI | 250,— | | (pd CASH |
| 5510 | 5/14 | VERIZON V | 191,60 | | 11369.82 |
| 5511 | 5/16 | ROSA MALITI V | 50,— | | pd |
| 5512 | 5/16 | ROSA MALITI | 500,— | | 10.869.82 |
| 5513 | 5/17 | J M GUERRERO | 1275,— | | 9594.82 |
| 5514 | 5/31 | C. U. C | 189.42 | | 9405.40 |
| 5515 | 6/4 | C. U. C | 1190.12 | | 8215.28 |
| 5516 | 6/5 | VICENTE H. SABLAN | 500,— | | 7715.28 |
| 5517 | 6/9 | KIN and LEE | 2000,— | | 5715.28 |
| 5518 | 6/8 | TIAN MARKET | 1100,— | | 4615.28 |
| 5519 | 6/14 | VERIZON | 108.63 | | 4506.65 |
| 5520 | 6/15 | ROSA T. MALITI | 800,— | | 3706.65 |
| | 6/24 | | | 5000,— | 8706.65 |



| | | | | |
|---|---|---|---|---|
| 5521 | | —— VOID —— | | |
| 5522 | 6/23 | C.U.C ✓ 155,76 | | 8550.89 |
| 5523 | 6/24 | TOWN / COUNTRY ✓ 90,— | | 8460.89 |
| 5524 | 7/5 | VICENTE H. SABLAN ✓ 500,— | | 7960.89 |
| | 7/6 | | 10000,— | 17960.89 |
| 5525 | 7/6 | YANG YOUN GEUN ✓ 5000,— | | 12960.89 |
| 5526 | 7/6 | TIAN MARKET 1100,— | | 11860.89 |
| 5527 | 7/7 | C.U.C ✓ 325,77 | | 11535.12 |
| 5528 | 7/7 | C.U.C 821,32 | | 10 713.80 |
| 5529 | 7/12 | VERIZON 106,71 | | 10 607.09 |
| | 7/14 | | 10000,— | 20607.09 |
| 5530 | 7/15 | ROSA T. MALITI 800,— | | 19807.09 |
| 5531 | 7/19 | CINDY YUI 225,— | | 19582.09 |
| 5532 | 7/19 | YANG YOUN GEUN 12000,— | | 7582.09 |
| 5533 | 7/19 | HONG YE 1072,— | | 6510.09 |
| 5534 | 7/22 | C.U.C ✓ 503.82 | | 6006.27 |
| 5 | 7/30 | | 10000,— | 16006.27 |
| 5. | 8/3 | | 10000,— | 26006.27 |
| 5535 | 8/4 | TIAN MARKET 1100,— | | 24906.27 |
| 5536 | 8/5 | YANG YOUN GEUN 12000,— | | 12906.27 |
| 5537 | 8/9 | VICENTE SABLAN 500,— | | 12406.27 |
| | 8/16 | | 5000,— | 17406.27 |
| 5538 | 8/13 | J M GUERRERO 850 | | 16556.27 |

| | | | | | |
|---|---|---|---|---|---|
| 5502 5539 | 8/16 | PARK HWA N | 10000,— | | 6556.27 |
| 5503 5540 | 8/16 | ROSE MALITI | 800,— | | 5756.27 |
| 5541 | 8/20 | C U C | 134.11 | | 5622.16 |
| 5542 | 8/27 | C U C | 368.93 | | 5253.23 |
| 550 5543 | 8/28 | KOREA HARDWARE | 148.50 | | 5104.23 |
| 550 | 8/27 | | | 10000,— | 15104.23 |
| 550 5544 | 9/12 | GUANG DONG | 157.50 | | 14947.23 |
| 550 5545 | 9/2 | YANG YUN GEUNG | 3500,— | | 11447.23 |
| 55 | 9/3 | | | 10000,— | 11447.23 |
| 5546 | 9/5 | TIAN MARKET | 1100 | | 10347.23 |
| 55 | 9/7 | | | 10000,— | 20347.23 |
| 55 5547 | 9/7 | JUNG JIN | 8000,— | | 12347.23 |
| 55 5548 | 9/8 | VICENTE H SABLAN | 500,— | | 11847.23 |
| 55 5549 | 9/9 | VERIZON | 107.82 | | 11739.41 |
| 55 5550 | 9/14 | YANG YUN GEUN | 3000,— | | 8739.41 |
| 55 5551 | 9-14 | CINDY YU | 250,— | | 8489.41 |
| 55 5552 | 9/15 | ROSE T MALITI | 800,— | | 7689.41 |
| 5 5553 | 9/16 | SOLID BUILDERS | 3500,— | | 4189.41 |
| 5 5554 | 9/16 | SAIPAN SHIPPING | 1100,— | | 3089.41 |
| 5 | 9/17 | | | 10000,— | 13089.41 |
| 5 5555 | 9/23 | C U C | 506.04 | | 12583.37 |
| 5 5556 | 9/23 | 坤叔 | 1000,— | | 11583.37 |
| 5557 | 9/27 | CUI GUANG ZHE | 300,— | | pd CASH |

| 5558 | 9/27 | CUI LIN | 314,— | " |
|---|---|---|---|---|
| 5559 | 9/27 | CUI GUANG SHAN | 434,— | " |
| 5560 | 9/27 | JIN CHENG RE | 74,— | " |
| 5561 | 9/27 | LI LONG ZHU | 382,— | " |
| 5562 | 9/27 | JIN ZHE | 386,— | " |
| 5563 | 9/27 | JIN CHE (张旺之) | 398,— | " |
| 5564 | 10/2 | JIN CHE | 418 | " |
| 5569 | 10/2 | CECILIA MANIBUSAN | 3500,— | 8083.37 |
| 5573 | 9/29 | C U C | 1205,40 | 6877,97 |
| | 10/5 | | 10000 | 16877,97 |
| 5565 | 10/5 | PARK 1 SON (KOREANHARD) | 315,— | 16562.97 |
| 5566 | 10/5 | NOAA WATER TANK | 900,— | 15662.97 |
| 5567 | 10/5 | YANG YOUN GERN | 2000 | 13662.97 |
| 5568 | 10/6 | ACE | 437,02 | 13225.95 |
| 5570 | 10/7 | CUI XIANG DE | 504,— | pd |
| 5571 | 10/8 | LI LONG ZHU | 400,— | pd |
| 5572 | 10/9 | CUI GUANG SHAN | 296,— | pd |
| 5574 | 10/9 | JIN CHENG RE | 432,— | pd |
| 5596 | 10/9 | VICENTE SABLAN | 500,— | 12725.95 |
| 5575 | 10/9 | SHEN CHANGJI | 492,— | pd |
| 5576 | 10/9 | WU JUN HO | 688,— | pd |
| 5577 | 10/9 | BIAN JIASHI | 964,— | pd |
| 5578 | 10/9 | JIN DE | 220,— | pd |
| 5579 | 10/9 | JIN CHE | 508,— | pd |

| | | | | |
|---|---|---|---|---|
| 5580 | 10/9 | CUI LIN | 630,— | pd |
| 5581 | 10/9 | JIN BHZ | 408,— | pd |
| 5582 | 10/9 | CUI GUANG ZHZ | 648,— | pd |
| 5583 | 10/11 | ACE | 449.99 | 12275.7t |
| 5584 | 10/11 | HONG YB ✓1000,— | | 11275.96 |
| 5585 | 10/14 | ROSA T, MOLITI 800,— | | 10475.96 |
| 5586 | 10/20 | HONG ELECTRIC 44.80 | | 10431.16 |
| 5587 | 10/21 | D and A ✓1386,— | | 9045.16 |
| 5588 | 10/25 | C U C ✓495,15 | | 8550.01 |
| 5589 | 10/31 | CNMI TREASURER 333,— | | 8217.01 |
| 5590 | 10/31 | CINDY YU ✓225,— | | 7992.01 |
| 5591 | 11/2 | CNMI TREASURER 1000.00 | | 6992.01 |
| 5592 | 11/2 | HEE CHA LEE ✓2100 | | 4892.01 |
| 5593 | 11/8 | VICENTE M SABLAN ✓500,— | | 4392.01 |
| | 11/8 | | 12465.42 | 16857.43 |
| | 11/9 | | 13000,— | 29857.43 |
| 5594 | 11/9 | GUANG DONG 261.40 | | 29596.03 |
| 5595 | 11/10 | HCV ✓138.94 | | 29457.09 |
| 5597 | 11/10 | VERIZON ✓106.44 | | 29350.65 |
| 5598 | 11/13 | IS DORA TASI (ROSA) ✓800,— | | 28550.65 |
| | 11/10 | | 10000,— | 38550.65 |
| 5599 | | —— VOID —— | | |

| # | Date | Payee | Amount | | Balance |
|---|---|---|---|---|---|
| 5600 | 11/16 | HONG YE | 640,— | | 31910.65 |
| 5601 | 11/17 | KIM KWANG HO (건물) | 800,— | | 39110.65 |
| 5602 | 11/22 | SAM ELECTRIC | 2069.94 | AL | 34349.11 |
| 5603 | 11/24 | C.U.C | 529.36 | | 33811.35 |
| 5604 | 12/01 | YANG YOUNGKEUN | 4600,— | | 29211.35 |
| 5605 | 11/24 | GLORY ENT | 130,— | | 29081.35 |
| 5606 | 12/01 | SOLID BUILDERS | 1950,— | | 27131.35 |
| 5607 | 12/01 | YANG YOUN GEUN | 800,— | | 26331.35 |
| 5608 | 12/2 | CINDY YU | 250,— | | 26081.35 |
| 5609 | 12/ | CNMI TREASURER | 24000,— | | 2081.35 |
| 5610 | 12/3 | KIM KWANG HO | 200,— | | 1881.35 |
| 5611 | 12/6 | " | 600,— | | 1281.35 |
| 5612 | DEC/06 | ACE HARDWARE | 159.98 | | 1121.37 |
| 5613 | 12/6 | CASH | 79,— | | 1042.37 |
| | 12/6 | | | 10000 | 11042.37 |
| 5614 | 12/9 | VERIZON | 105.44 | | 10936.93 |
| 5615 | 12/9 | MCV | 141.06 | | 10795.87 |
| 5616 | 12/8 | VICENTE H SABLAN | 500,— | | 10295.87 |
| 5617 | 12/15 | ROSAT NALITI | 800,— | | 9495.87 |
| 5618 | 12/15 | #' BOH | 37.33 | | 9458.54 |
| 5619 | 12/15 | CNMI TREASURER | 150,— | | 9308.54 |
| | 12/22 | | | | |
| 5620 | 3/9/0? | | | 4180,— | 13488.54 |

| Check # | Date | Payee / Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| | 12/24 | ACE HARDWARE | 95.94 | | 13412.60 |
| | 12/27 | | | | |
| 5621 | 12/30 | CECILIA MANIBUSAN | 2000.— | 740.50 | 14153.30 / 12153.30 |
| 5622 | 12/30 | C.U.C. | 801.59 | | 11351.71 |
| ~~5623~~ | | | | | |
| | | 2005 (e) | | | |
| 5623 | 1/3/05 | HEE CHA LEE (ibm) | 700.— | | 10651.71 |
| 5624 | 1/4/05 | HONG YB | 245 | | 10406.71 |
| 5625 | 1/11 | # BORI | 74.66 | | 10332.05 |
| 5626 | 1/10 | CNMI TREASURER | 250.— | | 10082.05 |
| 5627 | 1/11 | VICENTE M SABLAN | 500.— | | 9582.05 |
| 5628 | 1/12/05 | PARK HWA SUN | 5000.— | | 4582.05 |
| 5629 | 1/12 | CINDY YU | 100.— | | 4482.05 |
| | 1/12 | | | 6000.— | 10482.05 |
| 5630 | 1/14 | GINA (ROSA MALTI) | 800.— | | 9682.05 |
| 5631 | 1/14 | VERIZON | 99.09 | | 9584.96 |
| 5632 | 1/20/05 | VOID | | | |
| 5633 | 1/20/05 | ESTHER (ROSA MALTI) | 1000.— | | 8584.96 |
| 5634 | 1/24/05 | CNMI TREASURER | 550.— | | 8034.96 |
| 5635 | 1/24/05 | CINDY YU | 630.— | | 7404.96 |
| 5636 | 1/26/05 | C.U.C. | 316.82 | | 7088.14 |
| 5637 | 1/31/05 | CNMI TREASURER | 337.26 | | 6751.88 |
| 5638 | 1/31/05 | CINDY YU | 221.— | | 6531.88 |