1      A.    $100,000.

2      Q.    $100,000?  You gave her a $100,000 on December 1st 2004?

3      A.    Yes.

4      Q.    Okay.  You see this, Exhibit A, here.  That's the document that I copied

5 earlier in this deposition?

6      A.    Yes.

7      Q.    Who made this document?

8      A.    This is just a list of -- munching list who gets their turns.

9      Q.    Okay.

10     A.    Everybody gets a copy, whoever is in this munching thing.

11     Q.    Okay.  And so this is the munching thing and that's why there's -- it

12 appears that there's something -- paper covered over there so you can't see the names of

13 the people; is that right?

14     A.    Yes.  It's confidential.

15     Q.    Okay.  But you're saying you're number one on that list; is that right?

16     A.    Yes.

17     Q.    Were you the banker for the munching?

18     A.    No, but I spoke to the banker for a favor, ask the banker for a favor for me

19 to get the first one and -- and -- and another one in somewhere in between 11 and 14.

20     Q.    Okay.  All right.  But you get $60,000 from this community bank, right?

21     A.    Yes.

22     Q.    But you loan Miss Park $100,000 the next day?

23     A.    Yes.  Together with my own -- my money.

1    Q.    You had $40,000 and you put that in yourself?

2    A.    Yes.

3    Q.    Did you get a -- any document from Mrs. Park showing that you gave her

4    $100,000 on December 1st, 2004?

5    A.    Yes.

6    Q.    You got it?

7    A.    Yes.

8    Q.    What does it look like?

9    A.    (in English) This paper.

10    Q.    This is the paper here?

11    A.    (in English) Yes.

12    Q.    Okay.  I have the copies.  I'm going to look at this copy.  I'm going to

13    mark this document as Exhibit E.  It's been previously Bates stamped document number

14    01720, it's Exhibit E.  I'm going to show this to you.  Okay?  Now, this is what you just

15    said, can you -- tell me what this is?

16    A.    It's a promissory note.

17    Q.    What does it say at the very top in the brackets there?

18    A.    Says it's a promissory note.

19    Q.    Okay.  Who prepared this document?  Whose handwriting is this?

20    A.    I prepared it myself?

21    Q.    When did you prepare this?

22    A.    Upon the time of the -- the transaction.

23    Q.    So 200-- what date was the transaction?

1    A.    December 1st year 2004.

2    Q.    And it's signed by Mrs. Park?

3    A.    Yes.

4    Q.    When did she sign this document?

5    A.    The same date, 1st of December, 2004.

6    Q.    So you didn't like Mrs. Park very much, right?

7    A.    (in English) Why?

8    Q.    Well, now, before I asked you about Mr. Lee, right?

9    A.    Yes.

10   Q.    And you told me -- I asked you about the money that you used to give to

11   Mr. Lee, $150,000.

12   A.    Yeah.

13   Q.    And you told me, no, you never wrote anything down -- any documents

14   because you and Mr. Lee were friends and Koreans don't do that because they trust each

15   other.  But you don't trust Mrs. Park, right?

16   A.    I don't have a personal relationship with her.  We were more like business

17   partners.

18   Q.    You were business partners?  So explain that to me, how were you

19   business partners with Mrs. Park?

20   A.    She's the wife of Mr. Kim.

21   Q.    So you have Daora Poker with Mr. Kim, right?

22   A.    Yes, but I knew him before.

23   Q.    You knew him before Daora Poker, Mr. Kim?

1    A.    Yeah.

2    Q.    Did you have a business relationship with Mr. Kim before Daora Poker?

3    A.    No.

4    Q.    Did you have any business relationship with Mr. Kim before Daora Poker?

5    A.    No.

6    Q.    Okay.  When did Daora Poker start?

7    A.    Early December year 2004.

8    Q.    Early December 2004.  When -- you have receipts there that you paid --

9    can you look at Exhibits -- Exhibit B for me?  Was that the first time that you paid

10   licensing fees or was that like the third time you paid licensing fees?

11   A.    Third time.

12   Q.    How many -- how many -- how many -- how many months was Daora

13   Poker open?

14   A.    We started around December 2004 and it closed down when those

15   employees file for a lawsuit.

16   Q.    Daora Poker?

17   A.    (in English) Yes, yeah.

18   A.    Daora Poker, yes.

19   Q.    When did it close down?

20   A.    In between October to December, before -- just before all the employees

21   file for a lawsuit, as far as I can -- as far as I know.

22   Q.    Okay.  Just before they filed the lawsuit.  How do -- how -- why do you

23   think that -- that Asia or that Daora Poker closed down when these employees filed a

1    lawsuit, why do you think that?

2        A.    Because -- because the business was really bad and Mr. Kim came to me

3    and ask me to close down the business and I agreed to it.

4        Q.    When was that that Mr. Kim came to you?

5        A.    I don't remember the exact time frame but we've met often and there was

6    a time when he came to me -- when we met together and we talked about it and the way

7    we -- we're going right now we're just going to lose more and more and he proposed to

8    close down the business and I agreed to it.

9        Q.    Okay.   And then right after that that's when these employees that I

10   represent they filed a lawsuit?

11       A.    I don't know.  There was a complaint filed.

12       Q.    Who filed a complaint?

13       A.    I don't know, three people.  How would I know, Mr. Kim would never tell

14   . me.

15       MR. HANSON:       Okay.  Mr. Kim we've been going for now one hour and 41

16   minutes.  I have more questions to ask because I want to go through more of the

17   documents that you gave me, but if you want to take a break, you want to go to lunch and

18   then come back that's fine, or do you want to keep going?  It's up to you.

19·      TRANSLATOR: He wants to continue.

20       MR. HANSON: Okay.

21       THE WITNESS: (in English) Yeah.

22       MR. HANSON: Do you want to take a short break so that you can go to the

23   bathroom?

1      TRANSLATOR: Yes.

2      MR. HANSON: Okay.  All right.  We're going to go off record for about ten

3  minutes and then we'll come -- we'll continue.  The time is about 10 after 12.

4      MR. HANSON: Okay.  We're back on the record in the deposition of Mr. Kim Ki

5  Sung.  It is still March 9, 2006, about 12:23.  We're in the conference room of my

6  offices, this is Mark Hanson doing the deposition, plaintiff's attorney and the officer of

7  the deposition.  Still present is Mr. Kim Ki Sung, unrepresented, and the translator Mr.

8  Alex Tae.  Thank you.

9      Q.    After that short break I just want to go through the rest of these

10  documents, Mr. Kim, and try to get an understanding, a full understanding of what

11  happened with all of the different debts of Mrs. Park and Mr. Kim and their company.

12      So this Exhibit E, this promissory note, you say you had Mrs. Park sign that in

13  December of 2004 when you gave her $100,000?

14      A.    Yes.

15      Q.    Does this promissory note say anything about any interest?

16      A.    It's not listed here, but she agreed to pay one percent of the -- as an

17  interest of the principle amount.

18      Q.    But you didn't put that in the promissory note?

19      A.    No.

20      Q.    Does it say when it's supposed to be paid back?

21      A.    Yes.  After one year.

22      Q.    Okay.  Does it have a specific date?

23      A.    December 1st year 2005.

1    business.

2    Q.    Okay. And in here this says that if they -- if Jung Jin Corporation and Mrs.

3    Park doesn't pay back the money that you can take the laundrymat and the poker place?

4    A.    Yes.

5    Q.    Okay.  At some -- who -- you were the one personally that loaned Mrs.

6    Park the money, right?

7    A.    Yes.

8    Q.    Okay. At some point in time did you assign your right to collect the

9    $100,000 under this promissory note, did you assign that to your wife?

10    A.    No.

11    Q.    Did you ever assign it to KSK Corporation?

12    A.    No.

13    Q.    So it's still a personal debt owed to you, right?

14    A.    Yes.

15    Q.    Okay.  I'm going to show you what I had marked previously Bates

16    stamped document 01719, I'm going to mark this as Exhibit F.  Okay.  Exhibit F.

17    Do you recognize this document?

18    A.    Yes.

19    Q.    And this is one of the documents that you actually provided to us through

20    the subpoena, right?

21    A.    Yes.

22    Q.    Okay. What is this document?  Can you describe it for me please?

23    A.    This is the total amount of the money they owed to me.  The first one is

1    the $100,000 that was loaned to Mrs. Park on December 1st year 2004, second was the

2    loan to Mr. -- second and third one was loan to Mr. Park when we were in a business

3    relationship –

4          Q.    Mr. Kim?

5          A.    Mr. Kim when we were partner in a -- with a poker parlor and I paid tax

6    for the poker machines. And the total amount comes out to be $124,000.

7          Q.    Okay. What does it say at the very top in the brackets?

8          A.    That list.

9          Q.    Who prepared this document, Exhibit F?

10         A.    I did it.

11         Q.    And when did you prepare this?

12         A.    When I provided documents to you after I received this.

13         Q.    Okay. How about E and F, did you do those at the same time?

14         A.    No separately. This was done before. It was an existing promissory note.

15   I only prepared this to provide to you.

16         Q.    Okay. How about Exhibit E, did you ever give Mrs. Park a copy of that

17   document?

18         A.    Yes, of course.

19         Q.    When did you give her a copy of that?

20         A.    The same day.

21         Q.    Okay. The same day that it was signed?

22         A.    Yes.

23         Q.    And what date was that?

1    Q.    Does it say what happens if it's not paid by December 1st, 2005?

2    A.    Yes.

3    Q.    What does it say will happen?

4    A.    That they're giving up their rights of -- of a laundrymat and a poker parlor

5    that they're operating.

6    Q.    Okay. Who's they?

7    A.    Jung Jin Corporation.

8    Q.    Who's Jung Jin Corporation.

9    A.    (in English) Mrs. Park.

10    A.    Mrs. Park.

11    Q.    What about Mr. Kim, is he part of Jung Jin Corporation?

12    A.    I would assume so because they're a couple.

13    Q.    Okay. When you loaned the money did you give -- who did you give the

14    money to again?

15    A.    (in English) Mrs. Park.

16    A.    Mrs. Park.

17    Q.    Why did Mrs. Park need to borrow the money?

18    A.    She urgently needed it because she owed some other -- other people or

19    person.

20    Q.    Okay. She owned -- or did Jung Jin Corporation owe anybody any

21    money?

22    A.    Well, Mrs. Park owns Jung Jin Corporation so therefore this promissory

23    note was made under Jung Jin Corporation because Jung Jin Corporation had the

47

1    A.    December 1st year 2004.

2    Q.    Now, has -- has Mrs. Park paid back that $100,000 debt?

3    A.    No.

4    Q.    Does she still owe you $100,000?

5    A.    No, because I follow what's listed here in the promissory note.

6    Q.    Which is what?

7    A.    That I have taken over the management and operation of -- for the amount

8    that they owe me.

9    Q.    Management and operation of what?

10    A.    The laundrymat and poker parlor.

11    Q.    So -- Jung Jin's business, the whole thing you took over?

12    A.    (in English) I don't know.

13    Q.    Well – You took over the whole Welcome Laundry; is that right?

14    A.    Yes.

15    Q.    Did you change the name?

16    A.    (in English) Yes, whole change.

17    Q.    Did you change the employees?

18    A.    (in English) Yes, whole change.

19    Q.    So what happened to the employees of Welcome from before?

20    A.    (in English) Shany Two.

21    A.    They all have been transferred.

22    Q.    So -- transferred to -- all right.  Welcome Laundry had employees, right?

23    A.    Yes.

1      Q.     Did those employees transfer to KSK Corporation?

2      A.     (in English) Yes.

3      Q.     What about the CUC meter that Welcome Laundry used to have?  Did that

4   transfer to KSK Corporation?

5      A.     That's the only thing -- only one that has not been changed?

6      Q.     So who's paying in the utility bill now?

7      A.     (in English) Me pay.

8      Q.     You pay?  What is the name on the bill?  Who is the name on the bill?

9      A.     I don't know.

10     Q.     But it's for that place that Welcome Laundry used to be?

11     A.     Yes.

12     Q.     You changed -- where the Welcome Laundry is, the lease, you changed

13   the lease?

14     A.     Yes.

15     Q.     Okay.  I'm going to show you what has been previously Bates stamped

16   documents number 01698 and 01699 and I'm going to label this Exhibit H.

17      Can you look at this for me?  That's two pages all one exhibit.  You've seen that

18   document before?

19     A.     Yes, this is the sublease of the lot.

20     Q.     Okay.  And that's the document that you provided to my office pursuant to

21   the subpoena, right?

22     A.     Yes.

23     Q.     And this is the sublease of what lot?

1      A.      The existing lot.  Where the laundrymat and poker place locate.

2      Q.      What laundrymat and what poker place?  Just so that I'm sure -- clear for

3    the record.

4      A.      (in English) Before Welcome.

5      Q.      Before it was Welcome?

6      Okay.  So the lot where the Welcome Laundry and Welcome Poker were located

7    then Mrs. Park -- you subleased that -- the lot where Welcome Laundry and Welcome

8    Poker were?

9      A.      (in English) All.

10     Q.      The whole thing you subleased from Mrs. Park and Jung Jin Corporation?

11     A.      (in English) Yes.

12     Q.      You understand?

13     A.      (in English) Yes.

14     Q.      Now, this says -- is your wife the one that signed for this?

15     A.      Yes.

16     Q.      For KSK Corporation?

17     A.      Yes.

18     Q.      This doesn't say any payment, this just says a sublease.  Is there any other

19    documents that show the assignor or the sublease from Mrs. Park and Jung Jin

20    Corporation of this property to KSK Corporation?

21     A.      I'm not too sure about that.  As far as I know I have made an advanced

22    payment of one year, $1,300 per month.

23     Q.      Okay. Who did you pay?

1    A.    To the -- the landlord.

2    Q.    Is that Sablan?

3    A.    (in English) Tudela, Sablan Tudela.

4    Q.    Yeah, Joanna Tudela Sablan, right?  Lucy Ann Tudela Sablan.

5    A.    (in English) Yes.

6    Q.    Lucy Ann Tudela Sablan.

7    A.    Yes.

8    Q.    You paid to her.  How much did you pay her?

9    A.    1,300- plus -- times 12.  By end this -- every year I pay -- agree to pay in -

10    - yearly basis in advance.

11    Q.    Okay.  But you've paid her already?

12    A.    Yes.

13    Q.    How much did you pay her?

14    A.    (in English) 15,600.

15    A.    15,600.

16    Q.    $15,600?  When did you pay that?

17    A.    Upon -- upon the signature of this -- sign of this agreement.

18    Q.    And you're talking about Exhibit H?

19    A.    Yes.

20    Q.    What date was that document signed?

21    A.    Should be dated here.  30th of December.

22    Q.    2005?

23    A.    Yes.

1    Q.    And that's the same day that you paid the money for the whole year of

2    2006 in advance?

3    A.    I paid her in two different occasions.  I paid $3,000 first and on this date I

4    paid the remaining balance of 1,200 and 600 -- 1,200 -- $1,200,  $15,000 and $600.

5    Q.    Okay. For a total of $15,600.

6    A.    Yes.

7    Q.    You paid $15,000 on December 30th, 2005 when you signed this -- when

8    your wife signed the document?

9    A.    I paid $3,000 upon this -- on this date and when we went to the courts to

10    file for the document I paid the remaining balance.

11    Q.    Which was what?

12    A.    $12,600.

13    Q.    Was this is cash or was it by check?  How did you pay?  The 3000?

14    A.    (in English) Cash.

15    Q.    Who did you give the cash to?  The Sablan, right?

16    A.    (in English) The Sablan, yes.

17    Q.    The 12,600 when you went to the court to record, was that cash or was

18    that a check?

19    A.    (in English) Cash check.

20    Q.    Cashier's check?

21    A.    (in English) Personal check.  Personal check.

22    Q.    Personal check.

23    A.    (in English) Yes.

1      Q.    I don't want to get into that whole Korean cash check thing again.

2    Personal check from your account?

3      A.    (in English) Yes, me check.

4      Q.    What's the account, was it KSK or -- or -- or Kim Ki Sung?

5      A.    (in English) Yeah, Kim Ki Sung.

6      Q.    Okay.  So Kim Ki Sung, you pay personal check $12,600

7      A.    (in English) Yes.

8      Q.    -- who was the check written out to, paid to the order of?

9      A.    (in English) Sablan.

10     Q.    Lucy Tudela Sablan?

11     A.    (in English) Yes, yes, yes.

12     Q.    Do you still have a copy of it?  Did you make a copy of the check?

13     A.    I should have it somewhere.

14     Q.    And you gave that to her at the court or when you recorded?

15     A.    When I received this document.

16     Q.    When did you receive the document so I know when you got the payment?

17     A.    When -- it was exchanged to my check and this document.  This was after

18    this date.

19     Q.    Okay.  The employees of the poker place, did the poker place have any

20    employees, Welcome Poker?

21     A.    There was one but I was told that he was going back to China.

22     Q.    So he didn't transfer over to KSK?

23     A.    One employee actually transferred to KSK but I was -- I heard that there

1    was initially three employees, one—

2        Q.    Are we talking about the poker?

3        A.    Yes.    One went back to China; one was on vacation; one actually

4    transferred from Welcome to KSK.

5        Q.    The one on vacation, did the one on vacation come back yet?

6        A.    I don't know.

7        Q.    Okay.    The power for the poker is that on the same meter or under the

8    same name as the power for the laundry?

9        A.    I wouldn't know.

10       Q.    Who's paying the power for the poker now?

11       A.    I do.

12       Q.    Did you take -- did you change –

13       A.    (in English) Of course change.

14       Q.    And did you -- did you change the name on the account for the utilities for

15   the poker?

16       A.    But yes I only go by the utility account number and pay these.

17       Q.    The -- in there also is a little market next to the laundry and the poker,

18   right?  There's a market?

19       A.    (in English) Yeah.

20       Q.    There's not a small room?

21       A.    (in English)  Yeah small room.

22       A.    Yes, but we only sell detergents.

23       Q.    Okay.

1      A.    You can't really call it a market.

2      Q.    No cigarettes, no refrigerator full of beer.

3      A.    Only detergents no alcohol or cigarettes.

4      Q.    What about the hot water heaters and things like that, did -- did that also

5  transfer from Welcome to -- from Jung Jin to KSK?

6      A.    (in English) I don't know.

7      Q.    You have big water tanks there at the laundry?

8      A.    Why are you asking me?

9      Q.    I'm just curious.   I need to know -- how much that you get for the

10  $100,000.  I just want to know.

11      A.    I took over the whole place, everything.

12      Q.    Okay.   Did -- now -- and you did that because of the promissory note,

13  right?

14      A.    Yes.

15      Q.    Because that said that if they don't pay you -- if Mrs. Park and Jung Jin

16  don't pay you then you get to take over the poker and the laundry, right?

17      A.    (in English) Yes, sure.

18      Q.    Did you know they were trying to sell that before?

19      A.    I heard about it.  I heard they put up an ad.  That's why they -- they told

20  me that they're going to pay me back after -- when they sell their business and I said no I

21  would rather not take the risk and takeover the business.

22      Q.    Did you see the add in the paper?

23      A.    (in English) I don't know.

1  Q.  I'm going to show you Exhibit G, it's Exhibit G.

2    This hasn't been Bates stamped but can you describe that for me?  Did you ever

3 see that before?

4  A.  (in English) I don't know.

5  Q.  You don't remember?

6  A.  I don't -- this is a local newspaper, local Korean newspaper and I don't

7 read local Korean newspaper, I only read Korean newspaper, paper from Korea.

8  Q.  Okay.  So you understand that they -- is it your understanding that they,

9 Mrs. Park, put an ad in the Korean newspaper in Korea?

10  A.  No, I meant the local Korean newspaper.

11  Q.  And you don't read the local Korean newspaper?

12  A.  No, I only read Korean newspaper.

13  Q.  But somebody told you that they were advertising in the paper?

14  A.  Yes.

15  Q.  And -- and when you found out that they were trying to sell their -- their --

16 the laundrymat and the poker and some other things, what did you do?

17  A.  Then I went to them and I said just follow what's listed in the promissory

18 note.

19  Q.  Who did you go to?  You said you went to them.

20  A.  (in English) Mr. Kim and Mrs. Park together.

21  Q.  Together?

22  A.  (in English) Yes.

23  Q.  When was that?

1      A.      I went -- I went there a number of times, a number of times in November.

2      Q.      After you heard about they were trying to sell?

3      A.      Yes.

4      Q.      And what did they say to you?

5      A.      I first asked them to pay back my money and they said they have

6   absolutely no way of paying him back.  He mentioned about a labor complaint -- Mr.

7   Kim mentioned about a labor complaint and they just told -- told me to -- just follow

8   what's in the promissory note.

9      Q.      Okay.  So then what -- then what happened?

10     A.      Then I -- after -- after asking them to follow what's listed in the

11  promissory note a number of times I finally pulled it through and took over their

12  business.

13     Q.      Okay.  How much money every month does the laundrymat make?

14     A.      Due to the increase cost of the gas profit is about 1,000 to -- $1000 a

15  month.

16     Q.      And how much does the poker -- how much are the 13 poker machines

17  making at the new Shany Two poker?  How much, one month?

18     A.      Hardly making any money, I'm having a hard time paying for the tax.

19     A.      (in English) Very very business slow down, very hard.  How many poker

20  stop.  Renewal, one time pay, governor.  Now (indiscernible) pay, tax.  Governor,

21  newspaper, one time pay.  All poker room business close, maybe.  (indiscernible).  don't

22  like.  Very, very hard.  Close down, employees.  Korean, Chinese.  Chinese go out.

23  Business no good, very, very no good.

1    Q.    By the way that check you keep -- you keep waiving the check, that's for

2    you or for your wife.

3    A.    (in English) What?

4    Q.    If you don't want it, that's okay, I can tear it up.

5    A.    (in English) Nevermind, nevermind.  Copy.  Different.

6    Q.    But this is for you—

7    A.    (in English)  This  is  copy  nevermind.    Don't  touch,  don't  touch,

8    nevermind.

9    Q.    Okay.  But wait, I have a few more questions. I just want to go through --

10    now, at the end of all this when you did the transfer of all the -- of Mrs. Park, her

11    laundrymat and poker, you made the document, right?

12    I'm going to show you Exhibit I, which for the record has previously been Bates

13    stamped 01723 and 01724, it's a two page document.  Can you look at that for me.

14    A.    Without this bill of sales I'm not fully entitled to the business.

15    Q.    Okay. And who prepared this bill of sale?   And we're talking about

16    Exhibit I first page; is that right?

17    A.    I did it.  For me to have the full ownership, you never know what's going

18    to happen afterwards.

19    Q.    Let's look at the second page real quick please. Okay.  You see the second

20    page?  This is the list of the laundry machines; is that right?

21    A.    There are 15 year old machines.

22    Q.    Okay.  But is this a list of all of the serial numbers of the machines, the 55

23    machines that you took over from Mrs. Park?

1    A.    Yes.

2    Q.    Were there any other machines or only 55?

3    A.    I replace -- I replace nine new machines myself but those are not listed

4    here.

5    Q.    Okay.  Who prepared this list?

6    A.    I did.  Me and Mr. Kim.

7    Q.    You and Mr. Kim went through and checked everything?

8    A.    Yes.

9    Q.    Was the first page and the second page of this document prepared at the

10    same time?

11    A.    This was done first, it was only attached -- this one.

12    Q.    Okay.  When did you do this -- this second page?  When did you and Mr.

13    Kim do the inventory?

14    A.    Right after I -- they agreed to takeover -- I mean, give up the business.

15    Around December to January.

16    Q.    Okay.  And you said you were the one that prepared the first page, the bill

17    of sale; is that right?

18    A.    Yes.  Without this bill of sales I cannot have the full ownership.

19    Q.    Okay.  Did you prepare this yourself or did you tell somebody else to

20    prepare it for you?

21    A.    I did it.  I just asked somebody to type it up for me.

22    Q.    Okay.  Who typed it up for you?

23    A.    My office.

1    Q.    And do you know what it says?

2    A.    Yes.

3    Q.    What does it -- it says -- tell me if I'm wrong, but doesn't it say that Jung

4    Jin Corporation transfers -- sells and transfers all of its rights in the 55 laundry machines

5    to KSK Corporation; is that what it says?

6    A.    Yes.

7    Q.    And then is says for the consideration and you acknowledge -- and KSK

8    Corporation acknowledges the receipt of $100,000US, right?

9    A.    Yes.

10    Q.    And that's the value of the 55 laundry machines you say in this bill of sale,

11    right?

12    A.    (in English) Yes.

13    A.    Yes.

14    Q.    And this is signed by your wife, Kim Sung Eun, right?

15    A.    Yes.

16    Q.    And Miss Park Hwa Sun for Jung Jin was the seller she signed?

17    A.    Once again, it's no good without this bill of sales.

18    Q.    Do you know when Mrs. Park signed this document?

19    A.    Probably in January.

20    Q.    Was it on the same date that the -- the date at the top?

21    A.    Yes.

22    Q.    So she -- you remember Mrs. Park signing this document on January 1st,

23    2006?

1      A.      Yes.

2      Q.      Okay.  When did Kim Sung Eun, your wife, when did she sign?

3      A.      (in English) Same time.

4      Q.      Same time?

5      A.      (in English) Yeah.

6      Q.      Where was it signed?

7      A.      (in English) Me house.

8      Q.      Your house?

9      A.      (in English) Yeah.

10     Q.      And Mrs. Park came over to your house?

11     A.      (in English) No, no, not together, difference.

12     Q.      Oh, then you took it to Mrs. Park –

13     A.      (in English) Yes, yes.

14     Q.      -- on the same day?

15     A.      (in English) Yes.

16     Q.      I have a question: why did -- KSK Corporation, why are they getting the

17     55 laundry machines that are worth 100,000, the whole business is and the poker?  Why

18     is KSK getting the business -- you're the one that loaned Mrs. Park the money, why is K -

19     - why is your wife and KSK getting the businesses?

20     A.      Because it's written in this promissory note that the money has borrowed

21     to Jung Jin Corporation and it also says if they don't do what's stated in the promissory

22     note KSK takes over the business.

23     Q.      Okay.  Now, I don't -- you're referring to Exhibit E, right?  I'm looking at

63

1    Exhibit E but I don't see KSK Corporation in there.    Where does it say KSK

2    Corporation?

3         A.    Because I am the manager of KSK Corporation and my wife is the owner

4    of KSK Corporation.

5         Q.    Okay. So the money that you gave -- your personal money to Mrs. Park

6    really it's -- strike that.

7         So you don't see any difference between you and your wife and KSK

8    Corporation, it's all the same thing?

9         A.    Yes.  Yes and no, because we are -- we're a couple.  I see me and my wife

10   as one.  But by document my wife is listed the owner of the corporation and I'm just

11   listed as the manager of the corporation.

12        Q.    Okay.  But you had a personal debt, Mrs. Park owed you $100,000, right,

13   you Kim Ki Sung.

14        A.    No, because the $60,000 belongs to my wife.  $60,000 from the munching

15   that I collected.

16        Q.    So your wife's name was the one on line number one of the munching?

17        A.    I don't know about that.

18        Q.    Well, you said the 40,000 that you took out was yours, though, right, you

19   said "that was my money I put in."

20        A.    I took it out from the company's account.

21        Q.    The 60,000, why is that your wife's money?   Why was that not your

22   money?

23        A.    What matters is -- what matters -- we're the same, we're like one.   It

1   doesn't matters whether the money is my wife's or mine, it's considered one.

2        Q.      Okay.  Now, the $100,000 that you gave to Mrs. Park on December 1st,

3   2004, was that cash or a check or how did you pay the $100,000?

4        A.      Cash.

5        Q.      $100,000 in cash?

6        A.      (in English) Yes.

7        Q.      Where did you get $100,000 in cash?

8        A.      $60,000 from the munching, another $40,000 that I kept in my house.

9        Q.      You kept $40,000 in cash in your house?

10       A.      At that time yes I had $40,000 at the house.

11       Q.      Where did that money come from?

12       A.      It was the money that I gather, saved for my poker machines tax that I

13  save every day -- on daily basis.

14       Q.      How did -- where did you get the money to pay the poker machine taxes

15  when they came due if you gave your poker machine tax money to Mrs. Park?

16       A.      I think I paid with my credit card because that gives me -- that gives me at

17  least a month if I pay my taxes with my credit card.

18       Q.      Okay.

19       MR. HANSON: We're going to go off record, I need to change the disk real

20  quick, it's 1:10 and just one moment off the record.

21       MR. HANSON: Okay.  We're back on the record after a very short break, it's

22  about 12 after 1 on March 9th.  I had to change the DVD that we're recording on, we

23  missed a certain portion of maybe ten or fifteen minutes of that on the DVD, but the

1    digital recording has continued to record the whole time.

2          In the room is -- this is Mark Hanson, also still here is Kim Ki Sung and translator

3    Alex Tae.

4          Mr. Kim I understand we've all worked through lunch and I'm going to try to

5    finish as quickly as possible

6          THE WITNESS: (in English) No, never mind.

7          MR. HANSON: I'm almost finished.

8          THE WITNESS: (in English) Yeah, never mind.

9          MR. HANSON: It's just -- it's important for me to understand everything that

10   happened.

11         Q.    Now, right now, do you have any other agreements or any other

12   understandings with Mrs. Park about anything?

13         A.    No.

14         Q.    Have you agreed to pay Mrs. Park any money from operating her -- the

15   poker place or the laundrymat?

16         A.    (in English) No, no, no.

17         A.    No.

18         Q.    Have you -- have you agreed to pay her any money for anything else?

19         A.    No.

20         Q.    How about Mr. Kim, have you paid -- promised to pay him anything?

21         A.    No.

22         Q.    What about their companies, Jung Jin Corporation and Asia Enterprise

23   Inc? Have they -- have you made any promises to give their companies any money?

1     A.     No whatsoever.

2     Q.     How about them, have they promised to pay -- has Mrs. Park promised to

3 give you any more money?

4     A.     No

5     A.     (in English) . . . (indiscernible).

6     Q.     What about -- I just need to go through one by one because we're making

7 a record.  What about Mr. Kim has he paid -- promised to pay you anymore money?

8     A.     No.

9     Q.     What about their companies, Jung Jin or Asia, have they -- have they

10 promised to pay you anymore money?

11     A.     No.

12     Q.     Okay.  So any other -- any other things, any companies that Mrs. Park or

13 Mr. Kim may have already created, do any of them owe you anymore money?

14     A.     No. No it's all clear, I don't have anything to give them; they don't have

15 anything to give me.

16     Q.     What about your wife, do they owe your wife or any of your family

17 anymore money?

18     A.     (in English) No finish.

19     Q.     Is KSK Corporation also finished with—

20     A.     (in English) Yes, Jung Jin Corporation all finished.

21     Q.     Okay. Everything is finished.

22     A.     (in English) Yes.

23     Q.     What would happen if a court told you that you have to pay my workers',

1    my clients' money for their salaries, would you try to get that money back from Mrs.

2    Park and Mr. Kim?

3         A.    (in English) I don't know.  KSK Corporation employee paid.

4         Q.    But what I -- no, my question was -- all right, what's the answer I guess,

5    what did he say?

6         A.    That's what he said.  He didn't speak anything in Korean.

7         Q.    Okay.  No my question was, if a court told KSK Corporation and you and

8    your wife, Kim Sung Eun, you have to pay these workers of -- of -- of -- Jung Jin and

9    Asia, are you going to go talk to Mrs. Park and Mr. Kim and say, hey, why do I have to

10   pay this?

11        A.    (in English) I don't know.

12        A.    If it happens, if it happens, I'll definitely go to them and ask -- ask them

13   about it.

14        Q.    Have you and Mr. Kim had any kind of discussions about that already?

15        A.    No.

16        Q.    When is the last time you talked to Mr. Kim?

17        A.    It's been quite a while, quite long.

18        A.    (in English) I don't know . . . maybe Mrs. Park Korea . . . very sick.  Yeah.

19        Q.    Maybe – (laughing) . . .

20        A.    (in English) Mabye very sick.

21        Q.    But when is the last time you talked to Mr. Kim?  The last time you talked

22   to Mr. Kim, when?

23        A.    Around early February.

68

1    Q.    Okay. What did you talk about?

2    A.    Nothing specific.

3    Q.    Did you talk about this case?

4    A.    (in English) No talk.

5    Q.    Did you -- when you got served the subpoena did you call Mr. Kim and

6    say what's going on?

7    A.    (in English) Why?  Why have this letter.  Now, very hard.

8    Q.    What did he say?

9    A.    He told me to follow the instructions.

10    Q.    Did you talk about anything else?

11    A.    No.

12    Q.    When was that?

13    A.    (in English) Philippine guy come there.

14    Q.    He's actually a local guy, but yeah.

15    A.    The day I received this letter.

16    Q.    Okay.  So the same day that you got that you called Mr. Kim on the

17    phone?

18    A.    Yes.

19    Q.    Did you talk to Mrs. Park?

20    A.    (in English) No I don't -- this Korea, very sick, maybe not here.

21    Q.    When is the last time you talked to Mrs. Park?

22    A.    When I -- when I -- when she signed this document.

23    Q.    Let me think just a moment.  I think I'm almost finished but I want to

1    make sure in my mind that I asked all of the questions because I don't want to have to

2    bring you back again to ask you the same questions.

3         I want to show you this last document.  This will only take one minute.  This is --

4    what I marked as Exhibit J is previously Bates stamped -- it's -- can I -- I'm sorry.  Can I

5    see that real quick?  Previously Bates stamped document number 054.

6         Do you recognize that?

7    A.    Yes.

8    Q.    Okay.  That's the annual report for KSK Corporation for 2005, right?

9    A.    Yes.

10   Q.    Filed on March 1st, 2005 with the Registrar of Corporations?

11   A.    Yes.

12   Q.    Is that a true and accurate copy of what -- of the original that was filed

13   with the Registrar of Corporations?

14   A.    Yes.

15   Q.    Is all the information in there true and correct?

16   A.    Yes.

17   Q.    And who's Caroline Castro?

18   A.    (in English) Me friend.

19   Q.    Your friend.  Does she work somewhere?

20   A.    (in English) Carolina Castro.

21   A.    Who is it?  Is it a guy?

22   Q.    Let me see, I'm sorry.  This says Carolina, Carolina Castro.  That's a guy?

23   A.    Yeah.

1    Q.    A Chamorro guy named Carolina?

2    A.    (in English) Yes.

3    Q.    Okay.  I'm sorry. Tell him I'm sorry.

4    A.    (in English) No problem.

5    Q.    Carolina Castro, how -- how -- does that -- where does he work?  What's

6    his job?

7    A.    He used to be a cop now I think he's a fisherman now.

8    Q.    Oh okay.  How did you meet Mr. Castro?

9    A.    He lives behind me.

10   Q.    Where do you live now?

11   A.    San Vicente.

12   Q.    Okay.

13   I'm going to show you -- I'm going to put that down.  I'm going to show you one

14   more, Exhibit K.  Now, this is the same -- this is just a copy of the subpoena.  Okay.  This

15   is same same.  You look at that you can see the page one, this page two is the same, right,

16   except for this is after it was served so this has the information that --

17   See this one it was -- it was filed with the court.  Okay.  But page number three,

18   you see page number three?  This is page two and page three of the subpoena that you

19   got, same same, right?

20   A.    (in English) Yes.

21   Q.    Now, this page asked you to bring lots of documents, right?  It asked for

22   different documents, promissory note.  Did you go over this -- this list with somebody?

23   Did you give me today, I think we talked about the check -- you said you wrote a check.

1      A.     (in English) No.

2      Q.     No.  I don't think we talked about any other documents that you have.

3  Did you give me everything?  The documents that you brought me last week, you give

4  me everything that I asked for in this that you have?

5      A.     I don't have anything else.

6      Q.     You're not aware of any other documents?  No more documents?

7      A.     No.

8      Q.     Okay.  All right.  Now, just so I can go back through.  Can you hand me

9  these real quick?  All right.

10     These documents, this one, is this -- this Exhibit E that's -- that's a true and

11  correct copy of the original?

12     A.     Yes

13     Q.     How about this Exhibit I?  This one, Exhibit I is two pages.  This is the

14  true and correct copy of the original?

15     A.     Yes.

16     Q.     This one true and correct copy?

17     A.     (in English) Yes, yes.

18     Q.     How about Exhibit -- Exhibit A?

19     A.     (in English) Yes, yes.

20     Q.     Except for this one taken out, right?

21     A.     (in English) Yes.

22     Q.     But this is true and correct copy of the copy that you have?

23     A.     Yes.  I cannot reveal their names and phone numbers.

1      Q.     No, I know.  Exhibit H –

2      A.     (in English) Yes, yes.

3      Q.     -- two pages, true and correct copy of the original that was filed, right?

4      A.     (in English) Yes.

5      Q.     Exhibit D, this one's a true and correct copy?

6      A.     (in English) Yes, yes.

7      A.     Everything is.

8      Q.     That's your copy.  You hold on to that.  And this one's your copy, you

9   keep that.

10         Exhibit B and C, these two receipts, these are true and correct copies of the two

11   receipts, no?

12      A.     Yes.

13      Q.     Was there any -- any document between you and the woman -- the office

14   girl that paid with her credit card, did you have any agreement with her?

15      A.     The lady knows me.

16      Q.     When did you pay her back?

17      A.     Before -- before the due date on the credit card company.

18      Q.     How did you pay her, cash or --?

19      A.     Sometimes in cash, sometimes in check.

20      Q.     Personal check?

21      A.     Personal check, company check.

22      Q.     Company check is KSK, right?

23      A.     A lot in personal check and lot -- majority in cash.

1    Q.    Okay.    You said you wrote a personal check -- now, I'm trying to

2    remember.  You said you wrote a personal check -- oh, right, right, right.  That's right.

3    You said you wrote a personal check to Lucy Tudela Sablan, right?

4    A.    Yes.

5    Q.    And you said you could get me a copy of that check?  And this Anne, you

6    don't know her last name?

7    A.    I don't want to get her involved.

8    Q.    Is she a local or a Korean?

9    A.    (in English) Philippine.

10    A.    Philippine.

11    Q.    Philippine.

12    A.    (in English) Yes.

13    Q.    Where does she work?

14    A.    Office.

15    Q.    Whose office?

16    A.    Golden Bird Corporation office.

17    Q.    Okay.   The personal checks that you wrote her, did you -- were they

18    written out to her name, paid to the order of Anne?

19    A.    (in English) Anne friend card, I think.

20    Q.    Oh so the -- made to the order of the friend of Anne.

21    A.    (in English) Yes, yes.

22    Q.    Do you have copies of those checks?

23    A.    I wouldn't know, it's been a while.

1     Q.    Okay.  I can -- maybe if -- I don't know if I ever need those so I'm not

2  going to bother you now, maybe I can get those from the bank some other time.  But this

3  one for Lucy Sablan, I would like to see that one.

4     A.    (in English) We have sure.

5     Q.    If you make a copy you can just call through, I'll send my person down.  I

6  don't want you to have to come back down here.  I can send somebody to pick up.

7     A.    (in English) Yes, yes, no problem.

8     Q.    Do you -- do you have any questions for me?

9     A.    You've taken my precious time.

10     Q.    I understand.  I thank you for your time, unfortunately –  If you want to

11  blame anybody for this blame Mrs. Park and Mr. Kim, right?  And this…that's for your

12  time.

13     A.    (in English) No, no, no problem.  Only 3-0-5 dollar.  Only 3-0-5 dollar per

14  hour.  Don't worry.

15     Q.    Okay.  Well, Mr. Kim, thank you very much for your time.

16     A.    (in English) Yeah, thanks very much.

17     Q.    Okay.  Thank you for coming today.  And with that I will close the

18  deposition and you have a good day. Thank you.

19

20  END OF DEPOSITION

21

22

23

LIST OF EXHIBITS:

Exhibit A.     Loan schedule in Korean (1 page).

Exhibit B.     Payment receipt of Asia Enterprises, Inc. (1 page).

Exhibit C.     Payment receipt of Asia Enterprises, Inc. (1 page).

Exhibit D.     Bill of Sale dated January 1, 2006 (1 page).

Exhibit E.     Document in Korean signed by Park Hwa Sun  (1 page).

Exhibit F.     Document in Korean (1 page).

Exhibit G.     Korean newspaper advertisement (1 page).

Exhibit H.     Authorization to Sub-Lease Document (2 pages).

Exhibit I.     Bill of Sale dated January 1, 2006 (2 pages).

Exhibit J.     Annual Corporation Report (1 page).

Exhibit K.     Subpoena issued to Kim Sung Eun (3 pages).

# CERTIFICATE


I, KIM KI SUNG, hereby certify that I have reviewed the pages of the foregoing testimony of this deposition and I hereby certify it to be a true and correct record.


Date: _____        _____
                              KIM KI SUNG

## RULE 30(f)(1) Certification

I, Mark B. Hanson, do hereby certify:

That the foregoing deposition was taken by digital voice recording on the 9th of March, 2006 in the office of Mark B. Hanson and that the deponent was duly sworn by the undersigned Notary Public for the CNMI;

That the foregoing pages are a true and accurate record of the testimony of the deponent made from the examination record made at the time of the deposition and transcribed under my direction and thereafter verified by me to the best of my knowledge and ability;

That no Rule 30(e) review was requested before completion of the deposition; and

That the deponent has been notified, this day, of the completion of this transcript, the original of which is hereby filed with the office of Mark B. Hanson.

Sworn this 31st day of March, 2006 in Saipan, Commonwealth of the Northern Mariana Islands.

MARK B. HANSON

MARK B. HANSON
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission Expires: Dec. 8, 2006
P.O.Box 5682 CHRB  Saipan, MP 96950