# Exhibit A

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING:  THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

INITIAL REPORT _____   REPORT FOR THE YEAR __2001__
CHECK ONE:  (X) Domestic Corporation    ( ) Foreign Corporation

Name, Mailing Address & Telephone No. of Corporation: (Attach map showing location if address is only a P.O. Box)

Asia Enterprises Inc.
P.O. Box 503448
Saipan, MP 96950

Tel. No.: 234-9415

Name, Mailing Address & Telephone No. of Registered Agent: (Attach Map showing location if address is only a P.O. Box)

Park, Hwa Sun
P.O. Box 503448
Saipan, MP 96950

Tel. No.: 235-8949

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| Kim, Hang Kwon | Korean | P.O. Box 503448, Saipan, MP 96950 |
| Park, Hwa Sun | Korean | " |
| Choi, Byoong Seob | Korean | " |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| Kim, Hang Kwon | President | Korean | P.O. Box 503448, Saipan, MP 96950 |
| Choi, Byoong Seob | Vice-President | Korean | " |
| Park, Hwa Sun | Treasurer Secretary | Korean | " |

DESCRIPTION OF BUSINESS ACITIVITIES - List all lines of business:

Auto Repair Shop/Tire Repair Shop/Amusement Center:Poker/Mkt-Retail Gen. Mdse/Laundry/Building Maintenance

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 30,000 shares | Common Stock | $30,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| Kim, Hang Kwon | Bus. Visa | Korea | 27,000 shares |
| Park, Hwa Sun | Bus. Visa | Korea | 3,000 |

Signature:

Date: Feb. 13, 2002

Park, Hwa Sun/Secretary
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

01647

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION. ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

INITIAL REPORT: _____  REPORT FOR THE YEAR  2002
CHECK ONE:  ( X ) Domestic Corporation  ( ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P. O. Box)

ASIA ENTERPRISES INCORPORATED
P.O. Box 503448
Saipan, MP 96950

Tel. No.: 235-6638

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P. O. Box)

Park, Hwa Sun
P.O. Box 503448
Saipan, MP 96950

Tel. No.: 235-6638

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| KIM, HANG KWON | KOREAN | P.O. BOX 503448, SAIPAN, MP 96950 |
| PARK, HWA SUN | KOREAN | " |
| YU, SEUNG-HEE CINDY | USA | " |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| KIM, HANG KWON | PRESIDENT | KOREAN | P.O. BOX 503448, SAIPAN, MP 96950 |
| YU, SEUNG-HEE CINDY | VICE-PRESIDENT | USA | " |
| PARK, HWA SUN | SECRETARY TREASURER | KOREAN | " |

**DESCRIPTION OF BUSINESS ACTIVITIES** - List all lines of business:

Market-Retail General Mdse/Laundromat

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 30,000 shares | COMMON STOCK | $ 30,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| KIM, HANG KWON | BUS. VISA | KOREAN | 27,000 shares |
| PARK, HWA SUN | BUS. VISA | KOREAN | 3,000 |

Signature:

Date 02/21/2003

PARK, HWA SUN/SECRETARY
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

01648

## ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
'ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

INITIAL REPORT: _____   REPORT FOR THE YEAR   2003
CHECK ONE:   (X) Domestic Corporation   ( ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P.O. Box)

ASIA ENTERPRISES INCORPORATED
P.O. Box 503448
Saipan, MP 96950
Tel. No.: 235-4321

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P.O. Box)

PARK, HWA SUN
P.O. BOX 503448
Saipan, MP 96950
Tel. No.: 235-4321

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| KIM, HANG KWON | Korea | P.O. Box 503448, Saipan, MP 96950 |
| PARK, HWA SUN | Korea | " |
| YU, SEUNG-HEE CINDY | USA | " |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| KIM, HANG KWON | Pres. | Korea | same as above |
| YU, SEUNG-HEE C. | Vice-Pres. | USA | " |
| PARK, HWA SUN | Secretary Treasurer | Korea | " |

**DESCRIPTION OF BUSINESS ACTIVITIES** - List all lines of business:

Market/Laundromat

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 30,000 shares | COMMON STOCK | $30,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| KIM, HANG KWON | Bus. Visa (2 yrs) | Korea | 27,000 shares |
| PARK, HWA SUN | Bus. Visa (2 yrs) | Korea | 3,000 |

Signature: *[signed]*

Date: 02/13/2004

Park, Hwa Sun/Secretary
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

01649

## ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING:  THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH:  REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

INITIAL REPORT: _____      REPORT FOR THE YEAR  2004
CHECK ONE:  XX ) Domestic Corporation   ( ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P.O. Box)

ASIA ENTERPRISES INCORPORATED
P.O. Box 503448          Tel. No.: 235-4321
SAIPAN, MP  96950

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P.O. Box)

PARK, HWA SUN
P.O. Box 503448          Tel. No.: 235-4321
SAIPAN, MP  96950

LIST OF DIRECTORS:

| Name | Nationality | Address |
|---|---|---|
| KIM, HANG KWON | KOREA | P.O. Box 503448, SAIPAN, MP 96950 |
| PARK, HWA SUN | KOREA | " " |
| YU, SEUNG-HEE C. | USA | " " |

LIST OF OFFICERS:

| Name | Position | Nationality | Address |
|---|---|---|---|
| KIM, HANG KWON | PRES. | KOREA | same as above |
| YU, SEUNG-HEE C. | VICE-PRES. | USA | " " |
| PARK, HWA SUN | SECRETARY TREASURER | KOREA | " " |

DESCRIPTION OF BUSINESS ACTIVITIES - List all lines of business:

MARKET/LAUNDROMAT/AMUSEMENT CENTER:POKER/BUILDING MAINTENANCE/HOUSE RENTAL

STOCK ISSUED AND OUTSTANDING.

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 130,000 shares | Common Stock | $ 130,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES |
|---|---|---|---|
| KIM, HANG KWON | BUS. VISA(2 yrs) | KOREA | 100,000 shares |
| PARK, HWA SUN | BUS. VISA(2 yrs) | KOREA | 30,000 |

Signature:

Date 02/08/2005          PARK, HWA SUN/SECRETARY
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

01650

## ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

INITIAL REPORT: _____       REPORT FOR THE YEAR  2001
CHECK ONE: ( X ) Domestic Corporation   (  ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P.O. Box)

JUNG JIN CORPORATION
P.O. Box 503428
Saipan, MP 96950
Tel. No.: 235-8949

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P.O. Box)

Reynaldo O. Yana
P.O. Box 500052
Saipan, MP 96950
Tel. No.: 234-6529

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| Park, Hwa Sun | Korea | P.O. Box 503428, Saipan, MP 96950 |
| Kim, Hang Kwon | Korea | " |
| Park, Young Kwang | Korea | " |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| Park, Hwa Sun | President | Korea | P.O. Box 503428, Saipan, MP 96950 |
| Kim, Hang Kwon | Secretary Preasurer | Korea | " |
| Park, Young Kwang | Vice-President | Korea | " |

**DESCRIPTION OF BUSINESS ACITIVITIES** - List all lines of business:

Retail General Merchandise(Mkt)/Laundromat/Amusement Center:Poker

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 30,000 | Common Stock | $30,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| Park, Hwa Sun | Bus. Visa | Korea | 22,500 shares |
| Kim, Hang Kwon | Bus. Visa | Korea | 7,500 |

Jan. 10, 2002

Signature: _Park Hwa Sun_
Park, Hwa Sun/President
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

Date _____

01651

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING:  THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH:  REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

INITIAL REPORT: _____   REPORT FOR THE YEAR  2002
CHECK ONE:  (XX) Domestic Corporation  ( ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P. O. Box)

JUNG JIN CORPORATION
P.O. Box 503428
Saipan, MP 96950
Tel. No.: 235-8949

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P. O. Box)

REYNALDO O. YANA
P.O. Box 500052
Saipan, MP 96950
Tel. No.: 234-6529

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| PARK, HWA SUN | KOREA | P.O. BOX 503428, Saipan, MP 96950 |
| KIM, HANG KWON | KOREA | " |
| PARK, YOUNG KWANG | KOREA | " |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| PARK, HWA SUN | PRESIDENT | KOREA | P.O. BOX 503428, SAIPAN, MP 96950 |
| KIM, HANG KWON | SECRETARY TREASURER | KOREA | " |
| PARK, YOUNG KWANG | VICE-PRESIDENT | KOREA | " |

**DESCRIPTION OF BUSINESS ACTITIVITIES** - List all lines of business:

RETAIL GENERAL MERCHANDISE/LAUNDROMAT/AMUSEMENT CENTER:POKER

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 30,000 | COMMON STOCK | $30,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| PARK, HWA SUN | BUS. VISA | KOREA | 22,500 shares |
| KIM, HANG KWON | BUS. VISA | KOREA | 7,500 |

Signature:

Date: Jan. 30, 2003

PARK, HWA SUN/PRESIDENT
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

01652

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

FILED
Commonwealth of the
Northern Mariana Islands

2004 FEB 19 AM 7: 31

INITIAL REPORT: ____
CHECK ONE: (X) Domestic Corporation  ( ) Foreign Corporation
REPORT FOR THE YEAR 2003

**Name, Mailing Address & Telephone No. of Corporation:**
JUNG JIN CORPORATION
P.O. Box 503428
SAIPAN, MP 96950
Tel No.: 235-4321

**Name, Mailing Address & Telephone No. of Registered Agent:**
REYNALDO O. YANA
P.O. BOX 500052
SAIPAN, MP 96950
Tel No.: 234-6529

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| PARK, HWA SUN | KOREA | P.O. BOX 503428, SAIPAN, MP 96950 |
| KIM, HANG KWON | KOREA | " |
| PARK, YOUNG KWANG | KOREA | " |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| PARK, HWA SUN | PRES. | KOREA | SAME AS ABOVE |
| KIM, HANG KWON | SEC./TREASURER | KOREA | " |
| PARK, YOUNG KWANG | VICE-PRES. | KOREA | " |

**DESCRIPTION OF BUSINESS ACTIVITIES** - List all lines of business

Retail Store/Laundromat/Amusement Center:Poker

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 30,000 | Common Stock | $30,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| PARK, HWA SUN | BUS. VISA (2 yrs) | KOREA | 22,500 shares |
| KIM, HANG KWON | BUS. VISA (2 yrs) | KOREA | 7,500 |

Date: 02/13/2004

Signature: _(signed)_
PARK, HWA SUN/PRES.
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

01653

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

2005 MAR 28 AM 10:49

INITIAL REPORT: _____
CHECK ONE:  (XXX) Domestic Corporation  ( ) Foreign Corporation    REPORT FOR THE YEAR: 2004

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P.O. Box)

JUNG JIN CORPORATION
P.O. Box 503428
SAIPAN, MP 96950      Tel. No.: 235-4321

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P.O. Box)

REYNALDO O. YANA
P.O. Box 500052
SAIPAN, MP 96950      Tel. No.: 234-6529

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| PARK, HWA SUN | KOREA | P.O. Box 503428, SAIPAN, MP 96950 |
| KIM, HANG KWON | KOREA | " |
| PARK, YOUNG KWANG | KOREA | " |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| PARK, HWA SUN | PRES. | KOREA | same as above |
| KIM, HANG KWON | SEC?TREASURER | KOREA | " |
| PARK, YOUNG KWANG | VICE-PRES. | KOREA | " |

**DESCRIPTION OF BUSINESS ACTIVITIES** - List all lines of business:

Mini Store/Laundromat/Amusement Center:Poker

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 30,000 | COMMON STOCK | $ 30,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| PARK, HWA SUN | BUS. VISA(2 yrs) | KOREA | 22,500 shares |
| KIM, HANG KWON | BUS. VISA(2 yrs) | KOREA | 7,500 |

Signature: _(signed)_

Date: 02/08/2005

PARK, HWA SUN/PRES.
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

01654

# Exhibit B

# CORPORATE RESOLUTION

## OF

## ASIA ENTERPRISES INCORPORTED

Whereas, the Board of Directors desires to increase the total authorized capitalization of the corporation;

Whereas, the shareholders have agreed that Kim, Hang Kwon would have $100,000 shares and Park, Hwa Sun would have 30,000 shares;

Whereas, the Board desires to amend the articles of incorporation to reflect their desire for such an increase;

**Wherefore, it is hereby resolved that** pursuant to Subchapter A of Chapter 10 of the Corporation Regulations of the Commonwealth of the Northern Mariana Islands, the following articles of amendment to its Articles of Incorporation be amended as follows:

Article Five of the Articles of Incorporation shall be hereby amended to read as follows:

"ARTICLE 5: AUTHORIZED STOCK

The authorized capitalization of the corporation shall be One Hundred Thirty Thousand Dollars ($130,000.00). The corporation shall have authority to issue a total of One Hundred Thirty Thousand (130,000) shares of common stock having a par value of One Dollar ($1.00) per share."

**It is further resolved that** in view of the fact that Kim, Hang Kwon shall have the right to subscribe a total of 100,000 shares of stock, and Park, Hwa Sun shall have the right to subscribe a total of 30,000 share of stock.

Executed by the undersigned on this 12 day of November, 2004.

1

BY: _____
PARK, HWA SUN
Secretary

2

# Exhibit C



# Revenue and Taxation
# Department of Finance

P.O. Box 5234 CHRB SAIPAN, MP 96950      TEL. (670) 664-1000    FAX. (670) 664-1015

## AUDIT REPORT OF TAX CHANGES

| Name and Address of Taxpayer: | | | | |
|---|---|---|---|---|
| Jung Jin Corporation<br>P.O. Box 3428<br>Saipan MP 96950 | TIN:<br>66-0469532 | Person with whom audit changes were discussed. Give name and title. | | |
| | Return Form No<br>OS-3105G<br>BGRT | Mr. Kim, Hang Kwon     Title: | | |

| ITEM DESCRIPTIONS | Year/Period 2000 | Year/Period 2001 | Year/Period 2002 | Year/Period 2003 |
|---|---|---|---|---|
| Business Gross Revenue Tax Return | | | | |
| Other: | 0.00 | 180,794.15 | 269,551.00 | 431,919.50 |
| Adjustments | | | | |
| a. Unreported Poker Income | | | | |
| b. | 0.00 | 50,969.15 | 96,209.85 | 127,881.84 |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| Total Adjustments | | | | |
| Business Gross Revenue, Wages & Salaries, or other, after Adjustments | 0.00 | 50,969.15 | 96,209.85 | 127,881.84 |
| Exemptions or Revenue not Subject to Tax | 0.00 | 231,763.30 | 365,760.85 | 559,801.34 |
| Corrected Business Gross Revenue, Wages & Salaries, or Others | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Previously Paid - See attached schedule | 0.00 | 5,794.08 | 10,972.83 | 22,392.05 |
| Additional Tax (Refund) Due | 0.00 | 4,519.85 | 8,086.53 | 12,957.59 |
| Penalty | 0.00 | 1,274.23 | 2,886.30 | 9,434.46 |
| Interest §1817, 4CMC | 0.00 | 293.02 | 663.78 | 1,037.74 |
| TOTAL | 0.00 | 401.03 | 908.38 | 1,303.92 |
| Other Information: | 0.00 | 1,968.28 | 4,458.46 | 11,776.12 |

Examining Officer's Name and Signature

Flavia C. Borja     Date: 12/17/04

Taxpayer's Name and Signature     Date: 12/17/04

(Attach Specific Power of Attorney)

Date

Form: GT-2421 (Rev.2/95)




# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
### BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

(Please type or print in ink) (See reverse side of this form for instructions) 20 04  DLN

**A. Taxpayer's Name:** JUNG JIN CORPORATION
**A.2 Doing Business As:**
**B. Mailing Address:** P.O. BOX 503428, SAIPAN, MP 96950
**CHECK IF:** ☐ AMENDED  ☐ CONSOLIDATED  ☐ ORIGINAL

**C.1 Taxpayer's Identification Number (TIN):** 66-0469532
**C.2 TIN previously reported, if different from above:**
**D. Quarter Ended:** 12/31/2004
**E. Telephone Number(s):** 235-4321

**F. MARK HERE IF THIS IS A FINAL RETURN, AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED** ☐  DATE: ____

**G. BUSINESS FORM:**
- ☐ SOLE PROPRIETORSHIP
- ☒ CORPORATION
- ☐ PARTNERSHIP
- ☐ ASSOCIATION
- ☐ NON-PROFIT ORGANIZATION

**H. LOCATION OF BUSINESS:**
- ☒ SAIPAN  ☐ TINIAN
- ☐ ROTA  ☐ NORTHERN IS.
- C.K. (Indicate Village)

**I. ACTIVITIES:**
- ☒ RETAILING
- ☐ CONSTRUCTION
- ☐ TAILORING SHOP
- ☐ OCEAN SHIPPING
- ☐ LAND LEASE
- ☐ NIGHT CLUB
- ☐ SERVICES
- ☐ OTHER(S): Poker
- ☐ BARBER/BEAUTY SHOP
- ☐ HOUSE RENTAL (UNITS ___)
- Laundromat

(Specify each separately)

**COMPUTATION OF TAX AND OTHER CHARGES**

| Line | Description | Amount | For Official Use Only |
|---|---|---|---|
| 1 | TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31 | | |
| 2 | TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30 | 137,254.00 | |
| 3 | TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30 | 165,421.23 | |
| 4 | TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31 | 200,103.46 | |
| 5 | TOTAL OF LINES 1, 2, 3, AND 4 | 187,503.50 | |
| 6 | LESS REVENUE NOT SUBJECT TO TAX (attach detailed statement of explanation) | 690,282.19 | |
| 7 | GROSS REVENUE SUBJECT TO TAX (line 5 minus line 6) | | |
| 8 | TAX ON AMOUNT SHOWN ON LINE 7 | 690,282.19 | |
| 9 | TAX ALLOCATED PREVIOUS QUARTER(S) Current year only | 27,611.29 | |
| 10 | TAX ALLOCATED THIS QUARTER (line 8 minus line 9) | 20,111.15 | |
| 11 | ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH | 7,500.14 | |
| 12 | TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY | | |
| 13 | TAX DUE (OVERPAYMENT) THIS QUARTER (line 10 minus lines 11 and 12, if any) | | |
| 14a | ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | 7,500.14 | |
| 14b | ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | | |
| 14c | EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | |
| 14d | EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | | |
| 15a | OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See instructions) | 0 | |
| 15b | ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | 0 | |
| 15c | ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| 16 | TAX AFTER CREDIT (line 13 minus lines 14d and 15a) | | |
| 17 | PENALTY CHARGE (If return is filed and paid after the deadline, complete this line) 17a (10%) | 7,500.14 | |
| | 17b (1%) | | |
| 18 | INTEREST CHARGES (If payment is made after the deadline, complete this line.) | | |
| 19 | TOTAL DUE (Add lines 16, 17a, 17b and 18) | | |
| | **PAY THIS AMOUNT** | 7,500.14 | |

**DECLARATION:** Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct

[Signature]
PARK, Hwa Sun — Name (Typed) and Signature — Pres. — 01/09/2005

DROP RETURN — Revenue and Taxation — Collection Branch

**PAID PREPARER'S USE ONLY**
- Preparer's Signature:
- Date:
- Firm's Name:
- Mailing Address:
- Preparer's TIN:

**FOR OFFICIAL USE ONLY**
- Account No:  Account No:  Account No:
- Amount:  Amount:  Amount:
- DATE PAID:  RECEIPT NO:  RECEIVED BY:  POST MARK:
- VERIFIED BY:  INPUT BY:  INPUT DATE:

01537

Form OS-3105 (Rev. 1/2004)

NOTE: This revision is effective 4th Quarter 2003




# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name: JUNG JIN CORPORATION | C.1. Taxpayer's Identification Number (TIN): 66-0469532 |
| --- | --- |
| B. Doing Business As: | C.2. TIN previously reported, if different from above: |
| | D. Quarter Ended: 12/31/2004 |

| | E.1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
| --- | --- | --- | --- | --- | --- |
| 1 | 7503 | LAUNDROMAT | 20,457.00 | | |
| 2 | 6611 | STORE | 4,328.00 | | |
| 3 | 8000 | POKER- SUN | 17,815.00 | | |
| 4 | | JB | 83,128.75 | | |
| 5 | | JA | 0 | | |
| 6 | | J | 61,774.75 | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| | | TOTAL GROSS REVENUE | $ 187,503.50 | | |

INSTRUCTIONS - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A   Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B   Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C 1  Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C 2  Enter your Federal Employer I.D. Number used in previous quarter.
D   Enter the quarter ended for which you are filing this schedule.
E 1  Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E 2  Specify the business activity the gross revenue is derived from if such activity code is not listed.
F   Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
G   Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H   DO NOT WRITE IN THIS SPACE.

01598

Schedule: OS-3105A (Rev.1/2004)                     NOTE: This revision is effective 4th Quarter 2003.



```
                    CNMI Tax System Release 6.0
                Commonwealth of the Northern Mariana Islands
                          Commonwealth Treasury
                           P.O. Box 5234 CHRB
                            Saipan, MP 96950

                           OFFICIAL CASH RECEIPT

Payment Entered: 2/02/2005                              Receipt No.: 0012055

Received From: Jung Jin Corporation
               P.O. Box 503428
               Saipan, MP 969500000

Taxpayer ID  : 660469532   Date: 1/31/2005  10:54:04   Received By: REVSA

Payment to Account(s):

   Bus. Gross Revenue Tax-CY                1000 40110             7,500.00
   660469532   OS-3105G    2004  4
   Jung Jin Corporation

Payment(s) Tendered
   Check                      101501         0032020933

                                    TOTAL                          7,500.00

               *** KEEP THIS RECEIPT FOR YOUR RECORDS ***
```

01599