# Exhibit D




# VISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

Please type or print in ink)    (See reverse side of this form for instructions)    **20  01  DLN**

A  1  Taxpayer's Name
**ASIA ENTERPRISES INC.**

A  2  Doing Business As
**WONDERFUL MARKET & LAUNDRY**

B  Mailing Address
**P.O. Box 503448**

**Saipan, MP 96950**

C  1.  Taxpayer's Identification Number
**66-0458813**

C  2.  Identification No. Used Previous Quarter

D  Quarter Ended
**Dec. 31, 2001**

E  Telephone Number(s)
**670  )  234-9415**

F  MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED ☐

DATE

3  BUSINESS FORM

☐ SOLE PROPRIETORSHIP    ☐ PARTNERSHIP
☒ CORPORATION    ☐ ASSOCIATION
☐ NON-PROFIT ORGANIZATION

H  LOCATION OF BUSINESS

☒ SAIPAN    ☐ TINIAN
☐ ROTA    ☐ NORTHERN IS.

**Susupe**
(Indicate Village)

I  ACTIVITIES:
☒ RETAILING    ☐ LAND LEASE    ☐ BARBER/BEAUTY SHOP
☐ CONSTRUCTION    ☐ NIGHT CLUB,    ☐ HOUSE RENTAL (UNITS
☐ TAILORING SHOP    ☒ SERVICES  **Bldg Maintenance**
☐ OCEAN SHIPPING    ☒ OTHER(S)  **Laundry**
(Specify each separately)

## COMPUTATION OF TAX AND OTHER CHARGES

| | | FOR OFFICIAL USE ONLY |
|---|---|---|
| 1  TOTAL REVENUE FOR THE PERIOD JANUARY 1 – MARCH 31 | | |
| 2  TOTAL REVENUE FOR THE PERIOD APRIL 1 – JUNE 30. | 33,150.00 | |
| 3  TOTAL REVENUE FOR THE PERIOD JULY 1 – SEPTEMBER 30. | 14,579.00 | |
| 4  TOTAL REVENUE FOR THE PERIOD OCTOBER 1 – DECEMBER 31. | 59,076.00 | |
| 5  TOTAL OF LINES 1, 2, 3, AND 4. | 57,319.00 | |
| 6  LESS REVENUE NOT SUBJECT TO TAX. (attach detailed statement of explanation) | 164,124.00 | |
| 7  GROSS REVENUE SUBJECT TO TAX. (line 5 minus line 6) | | |
| 8  TAX ON AMOUNT SHOWN ON LINE 7. | 164,124.00 | |
| 9  TAX ALLOCATED PREVIOUS QUARTER(S). | 4,103.10 | |
| 10  TAX ALLOCATED THIS QUARTER. (line 8 minus line 9) | 2,670.13 | |
| 11  TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | 1,432.97 | |
| 12  TAX DUE (OVERPAYMENT) THIS QUARTER. (line 10 minus line 11, if any) | 1,432.97 | |
| 13a  ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | | |
| 13b  ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | | |
| 13c  EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | |
| 13d  EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | 0 | |
| 14  TAX AFTER CREDIT. (line 12 minus line 13d) | 1,432.97 | |
| 15  PENALTY CHARGE (If return is filed and paid after the deadline, complete this line.)   16a (10%) | | |
|    15b ( 1%) | | |
| 16  INTEREST CHARGES. (If payment is made after the deadline, complete this line.) | | |
| TOTAL DUE (Add lines 14, 15a, 15b and 16)    PAY THIS AMOUNT | 1,432.97 | |

**DECLARATION:** Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

for  _David John Sain_

Kim, Wang Kwon
Name (Typed) and Signature

President
Title

Jan. 15, 2002
Date

PREPARER'S USE ONLY

| Preparer's Signature | | Date: | Preparer's SSN | | TIN |
|---|---|---|---|---|---|
| Firm's Name | | Mailing Address: | | | |

| FOR OFFICIAL USE ONLY | | | |
|---|---|---|---|
| DLN NO. | Account No | Account No | Account No |
| AMT. | Amount | Amount | Amount |
| DATE PAID | RECEIPT NO: | RECEIVED BY: | POST MARK  **01519** |
| CHECKED BY | INPUT BY | INPUT DATE: | |

DS-3105 (Rev. 1/2000)

NOTE: This revision is effective 1st Quarter 2000




# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

Please type or print in ink) This schedule must be attached to Form OS-3105

| A: Taxpayer's Name ASIA ENTERPRISES INC. | C. 1. Taxpayer's Identification Number 66-0458813 |
|---|---|
| B. Doing Business As | C. 2. Identification No. Used Previous Quarter |
| | D. Quarter Ended Dec. 31, 2001 |

| E. Type(s) Of Activity Engaged In (If Activity is "SERVICES", Specify Each Type Separately) | F. Gross Revenue Derived From Each Activity | G. FOR OFFICIAL USE ONLY |
|---|---|---|
| 1. Market-Retail General Mdse | 44,685.00 | |
| 2. Laundry Mart | 8,134.00 | |
| 3. Building Maintenance | 4,500.00 | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| TOTAL GROSS REVENUE | $ 57,319.00 | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.      Enter the name of the owner for sole proprietorship, partnership, or corporations/association name.
B.      Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1.      Enter your Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2.      Enter your Federal Employer I.D. Number used in previous quarter.
D.      Enter the quarter ended for which you are filing this schedule.
E.      List EACH type of activity that you engaged in; if for "services", identify each type separately, e.g., accounting, consulting, domestic or tour services, etc.
F.      Enter the Gross Revenue derived for each activity listed in Item E.
G      Do not write in this space.

01520

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands
Commonwealth Treasury
P.O. Box 5234 CHRB
Saipan, MP 96950

OFFICIAL CASH RECEIPT

Date Entered:  1/31/2002

Receipt No.: 0004

Received From: Asia Enterprises Incorporated
P.O. BOX 503448 CK
SAIPAN, MP 969500000

Payer ID  : 660458813    Date:  1/31/2002    7:38:30    Received By:

Credit to Account(s):

Gross Revenue Tax CY
660458813    03-3105G    2001    4         1000 40110
Asia Enterprises Incorporated

Payment(s) Tendered:
Check
101501              0032020933

TOTAL

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***

01521




# [DI]VISION OF REVENUE AND [TA]XATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

(Please type or print in ink)     (See reverse side of this form for instructions)   **20 02**   **DLN**

| A. 1. Taxpayer's Name | C. 1. Taxpayer's Identification Number (TIN) | F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED |
|---|---|---|
| ASIA ENTERPRISES INC. | 66-0458813 | |
| A. 2. Doing Business As | C. 2. TIN previously reported, if different from above | |
| B. Mailing Address | D. Quarter Ended | |
| P.O. Box 503448CK | 12/31/2002 | |
| Saipan, MP 96950 | E. Telephone Number(s) 235-6638 | DATE |

**G. BUSINESS FORM:**
- ☐ SOLE PROPRIETORSHIP   ☐ PARTNERSHIP
- ☒ CORPORATION   ☐ ASSOCIATION
- ☐ NON-PROFIT ORGANIZATION

**H. LOCATION OF BUSINESS**
- ☒ SAIPAN   ☐ TINIAN
- ☐ ROTA   ☐ NORTHERN IS.
- Susupe
- (Indicate Village)

**I. ACTIVITIES:**
- ☒☒ RETAILING   ☐ LAND LEASE   ☐ BARBER/BEAUTY SHOP
- ☐ CONSTRUCTION   ☐ NIGHT CLUB   ☐ HOUSE RENTAL/UNITS
- ☐ TAILORING SHOP   ☒ SERVICES laundromat
- ☐ OCEAN SHIPPING   ☐ OTHER(S):
- (Specify each separately)

| COMPUTATION OF TAX AND OTHER CHARGES | | | | FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1 | TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | ▶ | 43,424.00 | |
| 2 | TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | ▶ | 42,449.00 | |
| 3 | TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | ▶ | 44,300.00 | |
| 4 | TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | ▶ | 56,564.00 | |
| 5 | TOTAL OF LINES 1, 2, 3, AND 4. | ▶ | 186,737.00 | |
| 6 | LESS REVENUE NOT SUBJECT TO TAX. (attach detailed statement of explanation) | ▶ | | |
| 7 | GROSS REVENUE SUBJECT TO TAX. (line 5 minus line 6) | ▶ | 186,737.00 | |
| 8 | TAX ON AMOUNT SHOWN ON LINE 7. | ▶ | 4,668.43 | |
| 9 | TAX ALLOCATED PREVIOUS QUARTER(S). | ▶ | 3,254.33 | |
| 10 | TAX ALLOCATED THIS QUARTER. (line 8 minus line 9) | ▶ | 1,414.10 | |
| 11 | TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | ▶ | | |
| 12 | TAX DUE (OVERPAYMENT) THIS QUARTER. (line 10 minus line 11, if any) | ▶ | 1,414.10 | |
| 13a | ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | ▶ | | |
| 13b | ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | ▶ | | |
| 13c | EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | | |
| 13c | EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | ▶ | 0 | |
| 14a | OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See Instructions) | ▶ | 0 | |
| 14b | ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | |
| 14c | ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | |
| 15 | TAX AFTER CREDIT. (line 12 minus lines 13d and 14a) | ▶ | 1,414.10 | |
| 16 | PENALTY CHARGE (If return is filed and paid after the deadline, complete this line.) | 16a (10%) | ▶ | |
| | | 16b ( 1%) | ▶ | |
| 17 | INTEREST CHARGES. (If payment is made after the deadline, complete this line.) | ▶ | | |
| 18 | TOTAL DUE (Add lines 15, 16a, 16b and 17)   PAY THIS AMOUNT | ▶ | 1,414.10 | |

**DECLARATION:** *Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.*

| Park, Hwa Sun   *Park, Hwa Sun* | Secretary | 01/03/2003 |
|---|---|---|
| Name (Typed) and Signature | Title | Date |

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name: | Mailing Address: | | |

| FOR OFFICIAL USE ONLY | | | |
|---|---|---|---|
| Account No: | Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK: 01531 |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | |

Form OS-3105 (Rev 7/2002)                                NOTE: This revision is effective 2nd Quarter 2002




# D   ISION OF REVENUE AND  AXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
# SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name ASIA ENTERPRISES INC. | C. 1. Taxpayer's Identification Number (TIN) 66-0458813 |
|---|---|
| B. Doing Business As | C. 2. TIN previously reported, if different from above |
| | D. Quarter Ended 12/31/2002 |

| E. 1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. 6611 | Retail-market | 45,239.00 | | |
| 2. 7503 | Laundromat | 11,325.00 | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| | TOTAL GROSS REVENUE | $ 56,564.00 | | |

INSTRUCTIONS - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.    Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B.    Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1.  Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue an    at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use onr  n reporting CNMI Taxes).
C.2.  Enter your Federal Employer I.D. Number used in previous quarter.
D.    Enter the quarter ended for which you are filing this schedule.
E.1.  Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from
E.2.  Specify the business activity the gross revenue is derived from if such activity code is not listed.
F.    Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
G.    Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H.    **DO NOT WRITE IN THIS SPACE.**

01532

Schedule: OS-3105A (Rev. 7/2002)                                  NOTE: This revision is effective 2nd Quarter 2002

CNMI Tax System Release 4.0
Commonwealth of the Northern Mariana Islands
Commonwealth Treasury
P.O. Box 5234 CHRB
Saipan, MP 96950

OFFICIAL CASH RECEIPT

Date Entered: 1/31/2003                          Receipt No.: 00

Paid From: Asia Enterprises Incorporated
           P.O. BOX 503448 CK
           SAIPAN, MP 962500000

      ID: 660458813    Date: 1/31/2003   7:34:19   Received By: RO

      Amount(s):

      Internal Revenue Tax-CY                1000 40110
      Period  08-3105G     2002    4
      Asia Enterprises Incorporated


      Tender(s) Tendered:
      CK                 101501              0032013294

                          TOTAL

          *** KEEP THIS RECEIPT FOR YOUR RECORDS ***

01533




# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

(Please type or print in ink)    (See reverse side of this form for instructions)    **20** _03_   **DLN**

2004 FEB -2 AM 6:30

| | |
|---|---|
| **A. 1. Taxpayer's Name** ASIA ENTERPRISES INC. | **C. 1. Taxpayer's Identification Number (TIN)** 66-0458813 |
| **A. 2. Doing Business As** | **C. 2. TIN previously reported, if different from above** |
| **B. Mailing Address** P.O. Box 503448 Saipan, MP 96950 | **D. Quarter Ended** Dec. 31, 2003 |
| | **E. Telephone Number(s)** 235-4321 |

**F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED □**   DATE

**G. BUSINESS FORM:**
- □ SOLE PROPRIETORSHIP
- ☒ CORPORATION
- □ NON-PROFIT ORGANIZATION
- □ PARTNERSHIP
- □ ASSOCIATION

**H. LOCATION OF BUSINESS**
- ☒ SAIPAN   □ TINIAN
- □ ROTA   □ NORTHERN IS.

(Indicate Village)

**I. ACTIVITIES:**
- □ RETAILING
- □ CONSTRUCTION
- □ TAILORING SHOP
- □ OCEAN SHIPPING
- □ LAND LEASE
- □ NIGHT CLUB
- □ SERVICES
- □ OTHER(S)
- □ BARBER/BEAUTY SHOP
- □ HOUSE RENTAL (UNITS ___

(Specify each separately)

| J. COMPUTATION OF TAX AND OTHER CHARGES | | FOR OFFICIAL USE ONLY |
|---|---:|---|
| 1. TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | ► | |
| 2. TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | ► | 84,105.00 |
| 3. TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | ► | 83,584.00 |
| 4. TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | ► | 136,270.00 |
| 5. TOTAL OF LINES 1, 2, 3, AND 4. | ► | 0 |
| 6. LESS REVENUE NOT SUBJECT TO TAX. (attach detailed statement of explanation) | ► | 303,959.00 |
| 7. GROSS REVENUE SUBJECT TO TAX. (line 5 minus line 6) | ► | |
| 8. TAX ON AMOUNT SHOWN ON LINE 7. | ► | 303,959.00 |
| 9. TAX ALLOCATED PREVIOUS QUARTER(S). | ► | 9,118.77 |
| 10. TAX ALLOCATED THIS QUARTER. (line 8 minus line 9) | ► | 9,118.77 |
| 11. TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | ► | 0 |
| 12. TAX DUE (OVERPAYMENT) THIS QUARTER. (line 10 minus line 11, if any) | ► | 0 |
| 13a. ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | ► | |
| 13b. ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | ► | |
| 13c. EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | ► | |
| 13d. EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | ► | 0 |
| 14a. OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See Instructions) | ► | 0 |
| 14b. ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ► | |
| 14c. ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ► | |
| 15. TAX AFTER CREDIT. (line 12 minus lines 13d and 14a) | ► | 0 |
| 16. PENALTY CHARGE (If return is filed and paid after the deadline, complete this line.)   16a (10%) | ► | |
|    16b ( 1%) | ► | |
| 17. INTEREST CHARGES. (If payment is made after the deadline, complete this line.) | ► | |
| 18. TOTAL DUE (Add lines 15, 16a, 16b and 17)   PAY THIS AMOUNT | ► | 0 |

**DECLARATION:** Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

_signature_

| Park, Hwa Sun | Secretary | 01/12/2004 |
|---|---|---|
| Name (Typed) and Signature | Title | Date |

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name: | Mailing Address: | | 00026 |

| FOR OFFICIAL USE ONLY | | | |
|---|---|---|---|
| Account No: | Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK: |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | |

Form OS-3105 (Rev. 7/2002)




# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name | | | | | |
|---|---|---|---|---|---|
| ASIA ENTERPRISES INC. | | | | | |

C. 1. Taxpayer's Identification Number (TIN)
66-0458813

B. Doing Business As

C. 2. TIN previously reported, if different from above

D. Quarter Ended
Dec. 31, 2003

| E. 1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. 6611 | Retail Store | 0 | | |
| 2. 7503 | Laundromat | 0 | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| | TOTAL GROSS REVENUE | $ 0 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.  Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B.  Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1. Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2. Enter your Federal Employer I.D. Number used in previous quarter.
D.  Enter the quarter ended for which you are filing this schedule.
E.1. Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E.2. Specify the business activity the gross revenue is derived from if such activity code is not listed.
F.  Enter the Gross Revenue derived for each activity listed in Item E.1. or E.2.
G.  Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H.  **DO NOT WRITE IN THIS SPACE.**

00027



# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

Please type or print in ink.

(See reverse side of this form for instructions)    **20 04    DLN**

A. 1. Taxpayer's Name
ASIA ENTERPRISES INCORPORATED

A. 2. Doing Business As

B. Mailing Address
P.O. Box 503448, Saipan, MP 96950

CHECK IF:  ☐ AMENDED  ☐ CONSOLIDATED  ☐ ORIGINAL

G. BUSINESS FORM:
☐ SOLE PROPRIETORSHIP    ☐ PARTNERSHIP
☒ CORPORATION    ☐ ASSOCIATION
☐ NON-PROFIT ORGANIZATION

C. 1. Taxpayer's Identification Number (TIN)
66-0458813

C. 2. TIN previously reported, if different from above

D. Quarter Ended
12/31/2004

E. Telephone Number(s)
235-4321

F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED
☐
DATE

H. LOCATION OF BUSINESS
☒ SAIPAN  ☐ TINIAN
☐ ROTA   ☐ NORTHERN IS.

C.K.
(Indicate Village)

I. ACTIVITIES:
☐ RETAILING        ☐ LAND LEASE      ☐ BARBER/BEAUTY SHOP
☐ CONSTRUCTION     ☐ NIGHT CLUB      ☒ HOUSE RENTAL (UNITS
☐ TAILORING SHOP   ☒ SERVICES  Maintenance
☐ OCEAN SHIPPING   ☒ OTHER(S)  Poker

| COMPUTATION OF TAX AND OTHER CHARGES | (Specify each separately) | FOR OFFICIAL USE ONLY |
|---|---|---|
| 1. TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | | |
| 2. TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | 0 | |
| 3. TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | 0 | |
| 4. TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | 22,200 00 | |
| 5. TOTAL OF LINES 1, 2, 3, and 4. | 20,620 00 | |
| 6. LESS REVENUE NOT SUBJECT TO TAX. (attach detailed statement of explanation) | 42,820 00 | |
| 7. GROSS REVENUE SUBJECT TO TAX. (line 5 minus line 6) | | |
| 8. TAX ON AMOUNT SHOWN ON LINE 7. | 42,820 00 | |
| 9. TAX ALLOCATED PREVIOUS QUARTER(S) Current year only | 642 30 | |
| 10. TAX ALLOCATED THIS QUARTER. (line 8 minus line 9) | 333 00 | |
| 11. ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | 309 30 | |
| 12. TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY | | |
| 13. TAX DUE (OVERPAYMENT) THIS QUARTER. (line 10 minus lines 11 and 12, if any) | | |
| 14a. ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | 309 30 | |
| 14b. ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | | |
| 14c. EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | |
| 14d. EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | | |
| 15a. OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM , IF ANY. (See instructions) | 0 | |
| 15b. ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | 0 | |
| 15c. ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| 16. TAX AFTER CREDIT. (line 13 minus lines 14d and 15a) | 309 30 | |
| 17. PENALTY CHARGE. (If return is filed and paid after the deadline, complete this line) | 17a (10%) | 309 30 | |
| | 17b ( 1%) | | |
| 18. INTEREST CHARGES. (If payment is made after the deadline, complete this line.) | | |
| 19. TOTAL DUE (Add lines 16, 17a, 17b and 18)    PAY THIS AMOUNT | 309 30 | |

DECLARATION: Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct

Park, Hwa Sun
Name (Typed) and Signature

Secretary
Title

DROP RETURN
Revenue and Taxation
Collection Branch   01/07/2005
Received By:

| PAID PREPARER'S USE ONLY | Preparer's Signature: | | Date: | Preparer's SSN: | Date |
|---|---|---|---|---|---|
| | Firm's Name: | | Mailing Address: | | |

| FOR OFFICIAL USE ONLY | | | | |
|---|---|---|---|---|
| Account No. | Account No: | Account No: | Date: | Account No: 01349 |
| Amount: | Amount: | Amount: | | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | | POST MARK: |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | | |

Form OS-3105 (Rev. 1/2004)




# DIVISION OF REVENUE AND TAXATION
### COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

Please type or print in ink) This schedule must be attached to Form OS-3105

| A | Taxpayer's Name | | C. 1. | Taxpayer's Identification Number (TIN) |
|---|---|---|---|---|
| | ASIA ENTERPRISES INCORPORATED | | | 66-0458813 |
| B | Doing Business As | | C. 2. | TIN previously reported, if different from above |
| | | | D. | Quarter Ended  12/31/2004 |

| E. 1 Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1 | 6618 | Buy & Sell Used Items | 0 | |  |
| 2 | 7402 | House Rental | 7,200.00 | |  |
| 3 | 7510 | Maintenance (Bldg) | 9,000.00 | |  |
| 4 | 7510 | Appliance Repair Shop | 0 | |  |
| 5 | 8000 | Amusement Center:Poker | 4,420.00 | |  |
| 6 | | | | |  |
| 7 | | | | |  |
| 8 | | | | |  |
| 9 | | | | |  |
| 10 | | | | |  |
| 11 | | | | |  |
| 12 | | | | |  |
| 13 | | | | |  |
| 14 | | | | |  |
| 15 | | | | |  |
| | | TOTAL GROSS REVENUE | $  20,620.00 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.     Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B.     Enter the name(s) under which the taxpayer operates as; e.g. "John.Doe's Restaurant".
C.1.   Enter the Taxpayer Identification Number (TIN).  If you do not have one, please apply at the Division of Revenue and Taxation or at the Social Security Administration.  (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2.   Enter your Federal Employer I.D. Number used in previous quarter.
D.     Enter the quarter ended for which you are filing this schedule.
E.1    Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E.2.   Specify the business activity the gross revenue is derived from if such activity code is not listed.
F.     Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
G.     Place a check mark (✓) if the business activity is final for the quarter.  (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H.     DO NOT WRITE IN THIS SPACE.

01550

Schedule: OS-3105A (Rev.1/2004)                    NOTE: This revision is effective 4th Quarter 2003

01551