# Exhibit E





# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
### TERRITORIAL INDIVIDUAL INCOME TAX RETURN
### FOR SINGLE AND JOINT FILERS WITH NO DEPENDENTS AND CNMI SOURCE INCOME ONLY

Form 1040EZ-CM    (Please type or print in ink)    **2002**

**Name and address**

Your first name and initial: Hwa Sun
Last Name: Park
Your social security number: 586 96 5772

If a joint return, spouse's first name and initial: —
Spouse's social security number: —

Home address (number and street): P.O. Box 503428

City, town or post office, state, and ZIP code: Saipan, MP 96950

Stamp: RECEIVED APR 01 2003 Div. of Revenue & Taxation

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

**Income**

1. Total wages, salaries, and tips. This should be shown in box 1 of your W-2CM form(s). Attach your W-2CM form(s)...1   **12000 —**
2. Taxable interest income. If the total is over $1,500, you cannot use Form 1040EZ...2
3. Unemployment compensation (see page 16)...3
4. Add lines 1, 2, and 3. This is your **adjusted gross income**...4   **12000 —**
5. Can your parents (or someone else) claim you on their return? NOTE: You must check YES or NO

   [ ] Yes. Enter amount from worksheet on page 3, line G.
   [X] No. If single, enter $7,700.00
          If married, enter $13,850.00...5   **7700 —**
          See page 3 "worksheet section" for explanation.

6. Subtract line 5 from line 4. If line 5 is larger than line 4, enter 0. This is your **taxable income**...6   **4300 —**

**Payments and tax**

7. Enter your NMTIT (Chapter 7) income tax withheld from box 22 of your W-2CM form(s)...7   **160 —**
8. Earned Income credit (EIC)...8
9. Add lines 7 and 8. These are your **total payments**...9   **160 —**
10. Tax. Use the amount on line 6 above to find your tax in the tax table on pages 25-29 of the booklet. Then, enter the tax from the table on this line...10   **433 —**

**Refund or amount you owe**

11. If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund (before rebate)**...11
12. If line 10 is larger than line 9, subtract line 9 from line 10. This is the amount you owe...12   **273 —**
    For details on how to pay, see page 22.

**Third party designee**

Do you want to allow another person to discuss this return with the Division of Revenue and Taxation (see page 22)? [ ] Yes. Complete the following. [ ] No

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign here. Keep a copy of your return for your records**

Under penalties of perjury, I declare that I have examined this return and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ /s/ Park Hwa Sun   Date: 3/26/2003   Your occupation: Businesswoman   Daytime telephone number (optional): ( )

Spouse's signature if joint return, both must sign.   Date:   Spouse's occupation:

**Paid Preparer's Use Only**

Preparer's signature ▶   Date:   Check if self-employed [ ]   Preparer's SSN or PTIN

Firm's name (for yours if self-employed) and address ▶   EIN   ZIP code

Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 24.   Form 1040EZ-CM (2002)

Form 1040EZ-CM (2002)

PAGE 2

(See instructions on page 4)

| | | | A. YOURSELF | B. SPOUSE |
|---|---|---|---|---|
| **PART A** Wage and salary tax computation | 1 | CNMI wages and salaries from Form(s) W-2CM .....................1 | 12000 — | |
| | 2 | Other CNMI wages and salaries not included in line 1 ..............2 | | |
| | 3 | Total CNMI wages and salaries (add lines 1 and 2) ..................3 | 12000 — | |
| | 4 | Amount in line 3 not subject to the wage and salary tax (attach explanation) .....4 | | |
| | 5 | CNMI wages and salaries (subtract line 4 from line 3) ...............5 | 12000 — | |
| | 6 | Annual wage and salary tax ...............................................6 | 480 — | |
| | 7 | Combined annual tax (add line 6, Columns A and B) ................................7 | | 480 — |
| | 8 | Wages and salary tax withheld and/or paid ........................................8 | | ( 480 — ) |
| | 9 | Total wage and salary tax due or (overpaid) (add lines 7 and 8) ..................9 | | 0 |
| **PART B** Rebate computation | 1 | Total NMTIT (Chapter 7) tax (line 10, page 1) .....................................1 | | 433 — |
| | 2 | Total NMTIT (Chapter 7) payments made (enter sum of line 9, page 1) ..........2 | | 160 — |
| | 3 | Total non-refundable credits (enter amount from line 7, part A) ..................3 | | 480 — |
| | 4 | Tax after non-refundable credit (subtract line 3 from line 1. If zero or less, enter -0-) ...4 | | 0 |
| | 5 | NMTIT overpayment (subtract line 4 from line 2. If zero or less, enter -0-) .....5 | | 160 — |
| | 6 | NMTIT underpayment (subtract line 2 from line 4. If zero or less, enter -0-) ....6 | | 0 |
| | 7 | Rebate base computation .................................................................7 | | 0 |
| **PART C** Chapter 7 tax and rebate offset calculations | 1 | Chapter 7 tax underpayment after non-refundable credit (enter amount from line 6, part B) ....1 | | 0 |
| | 2 | Chapter 7 overpayment after non-refundable credit (enter amount from line 5, part B) ....2 | | ( 160 — ) |
| | 3 | Rebate/rebate offset amount (enter amount from line 7, part B) ..................3 | | ( 0 ) |
| | 4 | Chapter 7 liability or (overpayment) after rebate offset amount (add lines 1 through 3) ...4 | | ( 160 — ) |
| | 5 | Tax on overpayment of credits ............................................................5 | | |
| | 6 | Estimated tax penalty .....................................................................6 | | |
| | 7 | Total Chapter 7 liability or (overpayment) (add lines 4 through 6) ............▶ 7 | | ( 160 — ) |
| **PART D** Combined due or (overpayment) | 1 | Total due or (overpaid), Chapter 2 and Chapter 7 (Add line 9 of part A and line 4 of part C) ....1 | | ( 160 — ) |
| | 2 | CHAPTER 2 : (b) Failure to File ........2b | | |
| | | (a) _____ Enter amount underpaid (c) Failure to Pay ........2c | | |
| | | (d) Interest Charge ........2d | | |
| | 3 | CHAPTER 7 : (b) Failure to File ........3b | | |
| | | (a) _____ Enter amount underpaid (c) Failure to Pay ........3c | | |
| | | (d) Interest Charge ........3d | | |
| | 4 | Total penalty and interest charges (add lines 2b, 2c, 2d, 3b, 3c, and 3d) ..........4 | | 0 |
| | 5 | Total amount due or (overpaid), Chapter 2 and Chapter 7 (add lines 1 and 4 of this part, and lines 5 and 6 of part C) ...5 | | ( 160 — ) |
| | 6 | If line 5 is an overpayment, enter amount you want credited to your 2003 ESTIMATED TAX .....6 | | — |
| | 7 | Net overpayment .........................................................▶ 7 | | ( 160 — ) |

**FOR OFFICIAL USE ONLY**

| DATE FILED | DATE PAID | AMOUNT PAID | RECEIPT NO. | VERIFIED BY | POSTED BY |
|---|---|---|---|---|---|
| | | | | | |

If received after the due date, show post mark.

01404

**DEADLINE:  APRIL 15, 2003**

## DEPARTMENT OF FINANCE
## DIVISION OF REVENUE AND TAXATION
### COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS

**Copy B — For Employee's Record**

| Field | Value |
|---|---|
| a.1 Federal ID number | 66-0469532 |
| a.2 CNMI Tax ID number | |
| a.3 VOID | ☐ |
| b. Serial number | 00001 |
| c. Employer's name, address, and ZIP code | JUNG JIN CORPORATION<br>P.O. Box 503428<br>Saipan, MP 96950 |
| d. Employee's social security number | 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 |
| e. Employee's first name and initial / Last name | HWA SUN PARK |
| f. Employee's address and ZIP code | P.O. Box 503428<br>Saipan, MP 96950 |
| g. Loc. code | 20 |
| h. Days out of CNMI | |
| i. Cit. code | 3J |
| j. SIC | 5399 |
| k. SOC | 1210 |
| l. Entry permit no. | |
| 1. Wages, tips, other compensation | $12,000.00 |
| 2a. Income tax withheld (Chap. 7) | 160.00 |
| 2b. Local wage & salary tax withheld (Chap. 2) | 480.00 |
| 3. Social security wages | 12,000.00 |
| 4. Social security tax withheld | 744.00 |
| 5. Medicare wages and tips | 12,000.00 |
| 6. Medicare tax withheld | 174.00 |
| 7. Social security tips | 0 |
| 8. Allocated tips | 0 |
| 9. Advance EIC payment | 0 |
| 10. Dependent care benefits | 0 |
| 11. Nonqualified plans | 0 |
| 12a. | $ 0 |
| 12b. | $ 0 |
| 12c. | $ 0 |
| 12d. | $ 0 |
| 13. Statutory employee / Retirement plan / Third-party sick pay | ☐ ☐ ☐ |
| 14a. Other | 0 |
| 14b. | |

**Form W-2CM    2002 Wage and Tax Statement**

01405




# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
### TERRITORIAL INDIVIDUAL INCOME TAX RETURN

**Form 1040CM** — **2003**

For the year Jan. 1 – Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20___

Please Type or Print in Ink

- Your first name and initial: **Awa Sun**   Last Name: **Park**
- Your social security number: **586 96 5772**
- If a joint return, spouse's first name and initial: _____   Last Name: _____
- Spouse's social security number: _____
- Home address (number and street): **P.O. Box 503428**   Apt. No.: _____
- City, town or post office, state, and ZIP code: **Saipan, MP 96950**

**IMPORTANT!** You must enter your SSN(s) above.

### Filing Status (Check only one box)
1. ☒ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here.
4. ☐ Head of household (with qualifying person).
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ _____)

### Exemptions
- 6a ☒ Yourself.
- 6b ☐ Spouse.
- c. Dependents: (none listed)
- No. of boxes checked on 6a and 6b: **1**
- Add numbers entered on lines above ▶ **1**
- d. Total number of exemptions claimed: _____

### SOURCE OF INCOME

| Line | Description | A. Income Without | B. Income Within | C. Total Income |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 and W-2CM | | 12000 — | |
| 8a | Taxable interest | | | |
| 8b | Tax-exempt interest | | | |
| 9a | Ordinary dividends | | | |
| 9b | Qualified dividends | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | | | |
| 11 | Alimony received | | | |
| 12 | Business income or (loss) | | | |
| 13a | Capital gain or (loss) | | | |
| 13b | Post-May 5 capital gain distribution | | | |
| 14 | Other gains or (losses) | | | |
| 15a/b | IRA distributions / Taxable amount | | | |
| 16a/b | Pensions and annuities / Taxable amount | | | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | | | |
| 18 | Farm income or (loss) | | | |
| 19 | Unemployment compensation | | | |
| 20a/b | Social security benefits / Taxable amount | | | |
| 21a | Gambling winnings | | | |
| 21b | Other income | | 2500 — | |
| 22a | Total income. Add amounts shown in all columns for lines 7 through 21b ▶ | | 14500 — | 14500 — |
| 22b | Allocable percentage | % | 100 % | 100% |

### Adjusted Gross Income
| Line | Description | | |
|---|---|---|---|
| 23 | Educator expenses | | |
| 24 | IRA deduction | | |
| 25 | Student loan interest deduction | | |
| 26 | Tuition and fees deduction | | |
| 27 | Moving expenses. Attach Form 3903 | | |
| 28 | One-half of self-employment tax | | |
| 29 | Self-employed health insurance deduction | | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | | |
| 31 | Penalty on early withdrawal of savings | | |
| 32a | Alimony paid   b Recipient's SSN ▶ | | |
| 33 | Add lines 23 through 32a ▶ | 33 | 0 |
| 34 | Subtract line 33 from line 22a, col. C. This is your adjusted gross income ▶ | 34 | 14500 |

**01406**

Disclosure, Privacy Act and Paperwork Reduction Act Notice, see page 77.    Form 1040CM (2003)

Form 1040CM (2003) Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | 35 | 14500 |
| 36a | Check if: ☐ You were born before Jan. 2, 1939, ☐ Blind. ☐ Spouse was born before Jan. 2, 1939, ☐ Blind. Total boxes checked ▶ 36a ☐ | | |
| 36b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 36b ☐ | | |
| 37 | Enter the larger of your itemized deductions from Schedule A, OR Standard deduction shown below. People who checked any box on line 36a or 36b or who can claim as a dependent, see page 34. All others: • Single - $4,750 • Married filing jointly or Qualifying widow(er) - $9,500 • Head of household - $7,000 • Married filing separately - $4,750 | 37 | 4750 |
| 38 | Subtract line 37 from line 35 | 38 | 9750 |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | 3050 |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 6700 |
| 41 | Tax (see page 36). Check if any tax from   a ☐ Form(s) 8814   b ☐ Form 4972 | 41 | 673 |
| 42 | Alternative minimum tax (See page 38). Attach Form 6251 | 42 | |
| 43 | Add lines 41 and 42 ▶ | 43 | 673 |
| 44 | Foreign tax credit. Attach Form 1116 if required | 44 | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| 47 | Education credits. Attach Form 8863 | 47 | |
| 48 | Retirement savings contribution credit. Attach Form 8880 | 48 | |
| 49 | Child tax credit. (see page 40) | 49 | |
| 50 | Adoption credit. Attach Form 8839 | 50 | |
| 51 | Credits from:   a ☐ Form 8396   b ☐ Form 8859 | 51 | |
| 52 | Other credits. Check applicable box(es)   a ☐ Form 3800   b ☐ Form 8801   c ☐ Specify _____ | 52 | |
| 53 | Add lines 44 through 52. These are your total credits | 53 | 0 |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 673 |

## Other Taxes

| 55 | Self-employment tax. Attach Schedule SE | 55 | |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| 58 | Advance earned income credit payments from Form(s) W-2 and W-2CM | 58 | |
| 59 | Household employment taxes. Attach Schedule H | 59 | |
| 60 | Add lines 54, 57, and 58. This is your total tax ▶ | 60 | 673 |

## Payments

| 61a | Federal income tax withheld from Forms W-2 and 1099 | 61a | |
| 61b | NMTIT (Chapter 7) withheld from Forms W-2CM and 1099 | 61b | 240 |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | |
| 63 | Earned income credit. Attach Schedule EIC if you have a qualifying child | 63 | |
| 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| 66 | Amount paid with request for extension to file (see page 56) | 66 | |
| 67 | Other payments. Check if from:   a ☐ Form 2439   b ☐ Form 4136   c ☐ Form 8885 | 67 | |
| 68 | Add lines 61a, 61b, 62, 63, 66, and 67. These are your total payments ▶ | 68 | 240 |

## Refund

| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you OVERPAID ▶ | 69 | |
| 70 | Amount of line 69 you want REFUNDED TO YOU ▶ | 70 | |
| 71 | Amount of line 69 you want APPLIED TO YOUR 2004 ESTIMATED TAX ▶ | 71 | |

## Amount You Owe

| 72 | Amount you OWE. Subtract line 68 from line 60. (See additional instructions on page 79) | 72 | 433 |
| 73 | Estimated tax penalty. (See additional instructions on page 79) | 73 | |

01407