Form 1040CM (2003)                                                                                                                                                            Page 3

(See instructions on pages 79, 80 and 81)

| | | | A. YOURSELF | B. SPOUSE |
|---|---|---|---|---|
| **PART A** Wage and Salary Tax Computation | 1 | CNMI wages and salaries from Form(s) W-2 and W-2CM ............................. 1 | 12000 — | |
| | 2 | Other CNMI wages and salaries not included in line 1 ................................. 2 | | |
| | 3 | Total CNMI wages and salaries (add lines 1 and 2) ................................... 3 | 12000 — | |
| | 4 | Amount on line 3 not subject to the wage and salary tax (attach explanation) ....... 4 | | |
| | 5 | CNMI wages and salaries (subtract line 4 from line 3) .............................. 5 | 12000 — | |
| | 6 | Annual wage and salary tax ................................................................. 6 | 480 — | |
| | 7 | Education tax credit (attach Schedule ETC) ........................................... 7 | | |
| | 8 | Wage and salary tax after credit (subtract line 7 from line 6) ...................... 8 | 480 — | |
| | 9 | Combined annual wage and salary tax (add line 8, columns A and B) ..................................................... 9 | | 480 — |
| | 10 | Wage and salary tax withheld and/or paid .................................................................................. 10 | | ( 480 — ) |
| | 11 | Total wage and salary tax due or (overpaid) (add lines 9 and 10) ........................................ ▶ 11 | | 0 |

| | | | A. YOURSELF | B. SPOUSE |
|---|---|---|---|---|
| **PART B** Earnings Tax Computation | 1 | Gain from the sale of personal property ................................................. 1 | | |
| | 2 | One half of the gain from the sale of real property .................................. 2 | | |
| | 3 | One half of the net income from leasing of real property .......................... 3 | | |
| | 4 | Interest, dividends, rents, royalties (see Important Instructions on page 80) .... 4 | | |
| | 5a | Gross winnings from any gaming, lottery, raffle, etc. ............................... 5a | 2500 — | |
| | b | Less amount excludable (attach Form(s) W-2G) ..................................... 5b | ( 2500 — ) | ( ) |
| | c | Balance (subtract line 5b from line 5a) ................................................. 5c | 0 | |
| | 6 | Other income subject to the NMTIT, unless excludable under the earnings tax .. 6 | | |
| | 7 | Total income subject to the earnings tax (add lines 1 thru 4, line 5c, and line 6) ... 7 | 0 | |
| | 8 | Annual earnings tax ........................................................................... 8 | 0 | |
| | 9 | Education tax credit (attach Schedule ETC) ........................................... 9 | | |
| | 10 | Earnings tax after credit (subtract line 9 from line 8) ............................... 10 | 0 | |
| | 11 | Total earnings tax due (add line 10, columns A and B) .................................................... ▶ 11 | | 0 |

COMPLETE SCHEDULE OS-3405A (APPLICATION FOR REBATE ON CNMI SOURCE TAX) ON PAGE 4, BEFORE COMPLETING PART C

| **PART C** Chapter 7 Tax and Rebate Offset Calculations | 1 | Chapter 7 tax underpayment after non-refundable credit (enter amount from Form OS-3405A, line 16, part B) ..... 1 | 0 |
|---|---|---|---|
| | 2 | Chapter 7 overpayment after non-refundable credit (enter amount from Form OS-3405A, line 15, part B) ..... 2 | ( 47 — ) |
| | 3 | Rebate offset amount (enter amount from Form OS-3405A, line 17, part B) ..... 3 | ( 173 70 ) |
| | 4 | Chapter 7 liability or (overpayment) after rebate offset amount (add lines 1 through 3) ..... 4 | ( 220 70 ) |
| | 5 | Tax on overpayment of credits ..... 5 | |
| | 6 | Estimated tax penalty ..... 6 | |
| | 7 | Total Chapter 7 liability or (overpayment) (add lines 4, 5 and 6) ........ ▶ 7 | ( 220 70 ) |

| **PART D** Combined Due or (Overpayment) | 1 | Amount due or (overpaid), Chapter 2 and Chapter 7 (add lines 11 of part A and B, and line 4 of part C) ..... 1 | ( 220 70 ) |
|---|---|---|---|
| | 2 | CHAPTER 2    (b) Failure to File ..... 2b | |
| | | (a) _____ Enter amount underpaid   (c) Failure to Pay ..... 2c | |
| | | (d) Interest Charge ..... 2d | |
| | 3 | CHAPTER 7    (b) Failure to File ..... 3b | |
| | | (a) _____ Enter amount underpaid   (c) Failure to Pay ..... 3c | |
| | | (d) Interest Charge ..... 3d | |
| | 4 | Total penalty and interest charges (add lines 2b, 2c, 2d, 3b, 3c, and 3d) ..... 4 | 0 |
| | 5 | Total amount due or (overpaid), Chapter 2 and Chapter 7 (add lines 1 and 4 of this part, and lines 5 and 6 of part C) ..... 5 | ( 220 70 ) |
| | 6 | If line 5 is an overpayment, enter amount you want credited to your 2004 ESTIMATED TAX ..... 6 | |
| | 7 | Amount from line 5 you want credited to your 2004 BUSINESS GROSS REVENUE TAX indicate the quarter ..... 7 | |
| | 8 | Net overpayment ..... ▶ 8 | ( 220 70 ) |

**Third Party Designee**  Do you want to allow another person to discuss this return with the Division of Revenue and Taxation (see page 58)? ☐ Yes. Complete the following.  ☐ No

Designee's name ▶ _____    Phone no. ▶ ( )    Personal identification number (PIN) ▶ [    ]

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Keep a copy for Your Records**

| Your signature ▶ *[signed]* | Date 4-12-04 | Your occupation Businesswoman | Daytime phone number ( ) |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. ▶ | Date | Spouse's occupation | 014?8 |

**Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed) address and zip ▶ | | EIN | |
| | | Phone no. ( ) | |

Form 1040CM(2003)                                                                                             Page 4

## SCHEDULE OS-3405A (APPLICATION FOR REBATE ON CNMI SOURCE INCOME TAX) AND CLAIM FOR ADDITIONAL CHILD TAX CREDIT

(See instructions on page 82)

### PART A - Non-refundable Credits

1. Wage and salary tax .................................................................................................. 1    480 —
2. Earnings tax ............................................................................................................ 2    0
3. Business gross revenue tax

   | Name | Tax ID No. |
   |------|-----------|
   |      |           |
   |      |           |
   |      |           |

   .................................................................................................................................. 3

4. User fees paid ......................................................................................................... 4
5. Concession fees paid ............................................................................................... 5
6. Total non-refundable credits (add lines 1 through 5) ................................................. 6    480 —

### PART B - Rebate Computation

7. Allocable percentage:
   a. Tax without the CNMI    7a    0 %
   b. Tax within the CNMI    7b    100 %
8. Total NMTIT on all sources ..................................................................................... 8    673 —
9. Total NMTIT payments made .................................................................................. 9    240 —
10. Tax on sources without CNMI (multiply line 8 by the percentage as shown on line 7a) ... 10    0
11. Tax on sources within the CNMI (multiply line 8 by the percentage as shown on line 7b) ... 11    673 —
12. Total non-refundable credits (enter amount from line 6, part A) ............................... 12    480 —
13. Adjusted CNMI source tax rebate base (subtract line 12 from line 11. If zero or less, enter -0-) ... 13    193 —
14. Total CNMI and NON-CNMI source tax after non-refundable credits (add lines 10 and 13) ... 14    193 —
15. NMTIT overpayment (subtract line 14 from line 9. If zero or less, enter -0-) ............. 15    47 —
16. Total tax underpaid (If line 14 is greater than line 9, subtract line 9 from line 14, otherwise, enter -0-) ... 16    0
17. Rebate base computation. (Enter this amount on Page 3, Part C, line 3) ................. 17    173 | 70

### PART C - Additional Child Tax Credit Computation

Special Notice
This Part is provided to enable the Division of Revenue and Taxation to process your claim of the Additional Child Tax Credit (ACTC). Please note that the ACTC is being paid by the U.S. Treasury, and the Division of Revenue and Taxation is only facilitating your ACTC claim as agreed upon between the CNMI Department of Finance and the U.S. Treasury. By applying for the ACTC Refund and allowing the refund to be processed by the Division of Revenue and Taxation, you are giving the Division of Revenue and Taxation authorization to release tax information to the Internal Revenue Service (IRS). See important instructions on page 82, Part C, line 2 regarding rebate offset.

1. Additional Child Tax Credit. Enter the amount from line 13 of Form 8812. (Attach Form 8812) ............. 1
2. Enter the amount underpaid from line 5, Part D, page 3 .......................................................... 2
3. Additional Child Tax Credit refund (line 1 minus line 2, but not less than zero) ........................ 3
4. Amount you still owe on this return after offset of the ACTC (line 2 minus line 1, but not less than zero) ... 4

| | FOR OFFICIAL USE ONLY | | | | 01409 |
|---|---|---|---|---|---|
| DATE FILED* | DATE PAID | AMOUNT PAID | RECEIPT NO. | VERIFIED BY | POSTED BY |
| | | | | | |

* If received after the due date, show post mark.                          DEADLINE: APRIL 15, 2004

| PAYER'S name, address, ZIP code, ral identification number, and telephone number | ☐ CORRECTED (if checked) | | OMB No. 1545-0238 | |
|---|---|---|---|---|
| JUNG JIN CORPORATION<br>P.O. Box 503428<br>SAIPAN, MP 96950<br>66-0469532    235-4321 | 1 Gross winnings<br>1,250.00 | Federal income tax withheld | **2003**<br>Form **W-2G**<br>Certain Gambling Winnings | |
| | 3 Type of wager<br>Royal Flush | 4 Date won<br>07      2003 | | |
| | 5 Transaction | 6 Race | | |
| | 7 Winnings from identical wagers | 8 Cashier | | |
| WINNER'S name, address (including apt. no.), and ZIP code<br>PARK, HWA SUN | 9 Winner's taxpayer identification no.<br>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 | 10 Window | This information is being furnished to the Internal Revenue Service. | |
| | 11 First I.D. | 12 Second I.D. | | |
| | 13 State/Payer's state identification no. | 14 State income tax withheld<br>250.00 | **Copy B** | |

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the name, address, and taxpayer identification number that I have furnished correctly identify me as the recipient of this payment and any payments from identical wagers, and that no other person is entitled to any part of these payments.

Signature ▶ [signed]    Date ▶ 01/23/2004

Form **W-2G**                                       Department of the Treasury - Internal Revenue Service

Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 2, attach this copy to your return.

---

| PAYER'S name, address, ZIP code, ral identification number, and telephone number | ☐ CORRECTED (if checked) | | OMB No. 1545-0238 | |
|---|---|---|---|---|
| JUNG JIN CORPORATION<br>P.O. Box 503428<br>SAIPAN, MP 96950<br>66-0469532    235-4321 | 1 Gross winnings<br>1,250.00 | Federal income tax withheld | **2003**<br>Form **W-2G**<br>Certain Gambling Winnings | |
| | 3 Type of wager<br>Royal Flush | 4 Date won<br>01      2003 | | |
| | 5 Transaction | 6 Race | | |
| | 7 Winnings from identical wagers | 8 Cashier | | |
| WINNER'S name, address (including apt. no.), and ZIP code<br>PARK, HWA SUN | 9 Winner's taxpayer identification no.<br>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 | 10 Window | This information is being furnished to the Internal Revenue Service. | |
| | 11 First I.D. | 12 Second I.D. | | |
| | 13 State/Payer's state identification no. | 14 State income tax withheld<br>250.00 | **Copy B** | |

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the name, address, and taxpayer identification number that I have furnished correctly identify me as the recipient of this payment and any payments from identical wagers, and that no other person is entitled to any part of these payments.

Signature ▶ [signed]    Date ▶ 01/23/2004

Form **W-2G**                                       Department of the Treasury - Internal Revenue Service

01410

DEPARTMENT OF FINANCE
DIVISION OF REVENUE AND TAXATION
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| Field | Value |
|---|---|
| a1. Federal ID number | 05-0409552 |
| a3. VOID | ☐ |
| a2. CNMI Tax ID number | |
| b. Serial number | 00001 |
| g. Loc. code | 20 |
| h. Days out of CNMI | |
| i. Cit. code | KR |
| c. Employer's name, address, and ZIP code | JUNG JIN CORPORATION<br>P.O. Box 503428<br>Saipan, MP 96950 |
| j. SIC | 7993 |
| k. SOC | 1210 |
| l. Entry permit no. | |
| 1. Wages, tips, other compensation | $ 12,000.00 |
| 2a. Income tax withheld (Chap. 7) | 240.00 |
| 2b. Local wage & salary tax withheld (Chap. 2) | 480.00 |
| 3. Social security wages | 12,000.00 |
| 4. Social security tax withheld | 744.00 |
| d. Employee's social security number | 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 |
| 5. Medicare wages and tips | 12,000.00 |
| 6. Medicare tax withheld | 174.00 |
| e. Employee's first name and initial / Last name | HWA SUN  PARK |
| 7. Social security tips | 0 |
| 8. Allocated tips | 0 |
| f. Employee's address and ZIP code | P.O. Box 503428<br>Saipan, MP 96950 |
| 9. Advance EIC payment | 0 |
| 10. Dependent care benefits | 0 |
| 11. Nonqualified plans | 0 |
| 12a. See instructions for box 12 | $ 0 |
| 13. Statutory employee / Retirement plan / Third-party sick pay | ☐ ☐ ☐ |
| 12b. | $ 0 |
| 12c. | $ 0 |
| 14a. Other | 0 |
| 14b. | |
| 12d. | $ 0 |

Form W-2CM  2003 Wage and Tax Statement

For Employee's Record

01411



# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
### TERRITORIAL INDIVIDUAL INCOME TAX RETURN
### FOR SINGLE AND JOINT FILERS WITH NO DEPENDENTS AND CNMI SOURCE INCOME ONLY

Form **1040EZ-CM**     (Please type or print in ink)     **2004**

**Name and Address**

Your first name and initial: Hwa Sun
Last Name: Park
Your social security number: 586 | 96 | [illegible]

If a joint return, spouse's first name and initial: [blank]
Last Name: [blank]
Apt. No.: [blank]
Spouse's social security number: [blank]

Home Address (number and street). If you have a P.O. Box, see page 11:
P.O. Box 503428

City, town or post office, state, and ZIP code. If you have a foreign address, see page 11:
Saipan, MP 96950

♦ **IMPORTANT** ♦
You must enter SSN(s) above.

**Income**

1. Total wages, salaries, and tips. This should be shown in box 1 of your W-2CM form(s). Attach your W-2CM form(s)....1 | 12000 —
2. Taxable interest income. If the total is over $1,000 or over, you cannot use Form 1040EZ-CM............2 |
3. Unemployment compensation (see page 13)............3 |
4. Add lines 1, 2, and 3. This is your adjusted gross income............4 | 12000 —
5. Can your parents (or someone else) claim you on their return?   NOTE: You must check YES or NO

   Yes: Enter amount from worksheet on page 3, line G. [ ]
   No: [X] If **single**, enter $7,950.00
        If **married filing jointly**, enter $15,900............5 | 7950 —
        See page 3 "worksheet section" for explanation.

6. Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income**............6 | 4050

**Payments and Tax**

7. Enter your NMTIT (Chapter 7) income tax withheld from box 2a of your W-2CM form(s)............7 | 240
8a. Earned income credit (EIC)............8a |
  b. Non-taxable combat pay election............8b |
9. Add lines 7 and 8a. These are your **total payments**............9 | 240
10. Tax. Use the amount on line 6 above to find your tax in the tax table on pages 24-32 of the booklet.
    Then, enter the tax from the table on this line............10 | 408

**Refund or Amount Owe**

11. If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund (before rebate)**............11 |
12. If line 10 is larger than line 9, subtract line 9 from line 10. This is the amount you owe **(before rebate offset)**..12 | 168 —

Do you want to allow another person to discuss this return with the Division of Revenue and Taxation (see page 19)? [ ] Yes. Complete the following. [ ] No
Designee's name: [blank]   Phone no. ( )   Personal identification number (PIN) [blank]

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed] Park Hwa Sun
Date: 3/25/2005
Your occupation: Bus [illegible]
Daytime phone number: [blank]

Spouse's signature. If a joint return, **both** must sign: [blank]
Date: [blank]
Spouse's occupation: [blank]

**Paid Preparer's Use Only**

Preparer's signature: [blank]
Date: [blank]
Check if self-employed [ ]
Preparer's SSN or PTIN: [blank]

Firm's name (or yours if self-employed) and address and Zip: [blank]
EIN: 01412
ZIP code: [blank]

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 23.     Form 1040EZ-CM (2004)

OEZ-CM (2004)

PAGE 2

(instructions on page 4)

| | | A. YOURSELF | B. SPOUSE |
|---|---|---|---|
| **PART A** — Wage and salary tax computation | | | |
| 1 | CNMI wages and salaries from Form(s) W-2CM | 12000 — | |
| 2 | Other CNMI wages and salaries not included in line 1 | | |
| 3 | Total CNMI wages and salaries (add lines 1 and 2) | 12000 — | |
| 4 | Amount in line 3 not subject to the wage and salary tax (attach explanation) | | |
| 5 | CNMI wages and salaries (subtract line 4 from line 3) | 12000 — | |
| 6 | Annual wage and salary tax | 480 | |
| 7 | Combined annual tax (add line 6, Columns A and B) | 480 | |
| 8 | Wages and salary tax withheld and/or paid | 480 | |
| 9 | Total wage and salary tax due or (overpaid) (add lines 7 and 8) | (480) | |
| **PART B** — Rebate computation | | | |
| 1 | Total NMTIT (Chapter 7) tax (line 10, page 1) | 408 — | |
| 2 | Total NMTIT (Chapter 7) payments made (enter amount from 9, page 1) | 240 — | |
| 3 | Total non-refundable credits (enter amount from line 7, part A) | 480 — | |
| 4 | Tax after non-refundable credit (subtract line 3 from line 1. If zero or less, enter -0-) | 0 | |
| 5 | NMTIT overpayment (subtract line 4 from line 2. If zero or less, enter -0-) | 240 — | |
| 6 | NMTIT underpayment (subtract line 2 from line 4. If zero or less, enter -0-) | 0 | |
| 7 | Rebate base computation (see table on Part B, Page 4) | 0 | |
| **PART C** — Chapter 7 tax and rebate offset calculations | | | |
| 1 | Chapter 7 tax underpayment after non-refundable credit (enter amount from line 6, part B) | 0 | |
| 2 | Chapter 7 overpayment after non-refundable credit (enter amount from line 5, part B) | (240) | |
| 3 | Rebate/rebate offset amount (enter amount from line 7, part B) | 0 | |
| 4 | Chapter 7 liability or (overpayment) after rebate offset amount (add lines 1 through 3) | (240) — | |
| 5 | Tax on overpayment of credits | | |
| 6 | Estimated tax penalty | | |
| 7 | Total Chapter 7 liability or (overpayment) (add lines 4 through 6) | (240) | |
| **PART D** — Combined due or (overpayment) | | | |
| 1 | Total due or (overpaid), Chapter 2 and Chapter 7 (Add line 9 of part A and line 4 of part C). If this line shows an overpayment, continue on to line 5 | (240) — | |
| 2 | CHAPTER 2: Enter amount underpaid  (b) Failure to File .. 2b | | |
|   | (a) _____  (c) Failure to Pay .. 2c | | |
|   |          (d) Interest Charge .. 2d | | |
| 3 | CHAPTER 7: Enter amount underpaid  (b) Failure to File .. 3b | | |
|   | (a) _____  (c) Failure to Pay .. 3c | | |
|   |          (d) Interest Charge .. 3d | | |
| 4 | Total penalty and interest charges (add lines 2b, 2c, 2d, 3b, 3c, and 3d) | 0 | |
| 5 | Total amount due or (overpaid), Chapter 2 and Chapter 7 (add lines 1 and 4 of this part, and lines 5 and 6 of part C) | (240) — | |
| 6 | If line 5 is an overpayment, enter amount you want credited to your 2005 ESTIMATED TAX | | |
| 7 | Net overpayment | (240) | |

| FOR OFFICIAL USE ONLY | | | | | |
|---|---|---|---|---|---|
| DATE FILED | DATE PAID | AMOUNT PAID | RECEIPT NO. | VERIFIED BY | POSTED BY |
| | | | | | 01413 |

*If received after the due date, show post mark.

DEADLINE: APRIL 15, 2005

**DEPARTMENT OF FINANCE**
**DIVISION OF REVENUE AND TAXATION**
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Form W-2CM — 2004 Wage and Tax Statement**

| Box | Label | Value |
|---|---|---|
| a1 | Federal ID number | (illegible) |
| a2 | CNMI Tax ID number | (illegible) |
| a3 | VOID | ☐ |
| b | Serial number | 00001 |
| c | Employer's name, address, and ZIP code | (illegible) P.O. Box 505426, Saipan, MP 96950 |
| d | Employee's social security number | 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 |
| e | Employee's first name and initial / Last name | (illegible) |
| f | Employee's address / ZIP code | P.O. Box 505426, Saipan, MP 96950 |
| g | Loc. code | 23 |
| h | Days out of CNMI | — |
| i | SIC | 1775 |
| j | Entry permit no. | (illegible) |
| k | SOC | 220 |
| 1 | Wages, tips, other compensation | 12,000.00 |
| 2a | Income tax withheld (Chap. 7) | 290.00 |
| 2b | Local wage & salary tax withheld (Chap. 2) | 480.00 |
| 3 | Social security wages | 12,000.00 |
| 4 | Social security tax withheld | 744.00 |
| 5 | Medicare wages and tips | 12,000.00 |
| 6 | Medicare tax withheld | 174.00 |
| 7 | Social security tips | 0 |
| 8 | Allocated tips | 0 |
| 9 | Advance EIC payment | 0 |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | 0 |
| 12a | See instructions for box 12 | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | ☐ ☐ ☐ |
| 14a | Other | |

01414