# Exhibit F

276-0949/50/51

# Department of Labor & Immigration
## Division of Labor
### Safety & Health Unit

## Business Establishment Request Form


RECEIVED
C.C. 12-9-03

The undersigned hereby states that I/We give the Director of Labor or authorized designee a consent to conduct an establishment inspection.

| EMPLOYER'S NAME | JUNG JIN CORPORATION | | |
|---|---|---|---|
| TYPE OF BUSINESS | Mini Mkt/Laundromat/Poker | | |
| MAILING ADDRESS | P.O. Box 503428, Saipan, MP 96950 | | |
| CONTACT PERSON | Mrs. Kim or Cindy Yu | | |
| TELEPHONE NO. | 483-4321 or 483-8383 | | |
| NO. OF NON-RESIDENT EMPLOYEE(S) | 4 | | |
| NO. OF RESIDENT EMPLOYEE(S) | 2 | | |
| POSITION APPLIED FOR | General Supervisor | | |
| CONSENSUAL TRANSFER | | T.W.A. | |
| ADMIN. ORDER TRANSFER | | RENEWAL | X |
| PERMIT EXP. TRANSFER | | REPLACEMENT | |
| LOCATION | C.K., Saipan | | |

_Park, Hwa Sun /President_  
EMPLOYER'S NAME/TITLE (PRINT & SIGN)

12/08/2003  
DATE

DRAW A DIRECTIONAL MAP:

[Hand-drawn map showing: CK Beach Rd, San Antonio, Garapan, CK post office, JB poker, welcome Laundry + Mart, Jung Jin Corp.]

00294

Attach the following requirements upon submission of the business establishment inspection request form:
1. A copy of the business license
2. A copy of the lease/rental agreement.