# Exhibit G

**DIVISION OF REVENUE AND TAXATION**
Department of Finance
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950

☒ RENEWAL

## APPLICATION FOR BUSINESS LICENSE

Pursuant to Title 4, §1503 of the Commonwealth Code and its accompanying regulations, the undersigned hereby make an application to engage in or continue engaging in the commercial operation of ☒ POKER MACHINES ☒ AMUSEMENT MACHINES for calendar year _____ beginning _____.

In consideration for the issuance of such license, the applicant provides the following information: *(Answer each item as accurately as possible.)*

1. Applicant's Full Name: **PARK HWA SUN**
2. Applicant's local mailing address: **P O BOX 503438**
3. Name of Business: **JUNG JIN CORP  J POKER**
4. Business' mailing address in CNMI: **P O BOX 503438  C.K**
5. Form of Business: ☐ Sole Proprietorship ☐ Partnership ☒ Corporation ☐ Association ☐ Non-profit Organization
6. Business phone no.: **234-8949**
7. Location of Business in CNMI: ☒ Saipan ☐ Northern Islands ☐ Tinian ☐ Rota — **Susupe** (village or area)
8. The Applicant is the ☐ owner ☒ president ☐ other: _____

NUMBER OF MACHINES: **7**

### IMPORTANT REQUIREMENT

All new and renewed license applications for amusement machines must be accompanied by a listing of machines to be licensed showing [foll]owing information: (A) type of machine to be licensed; (B) serial number of machines to be licensed, (C) the location where the machine is to be used, (the location must include the name and address of the establishment), and (D) the license tags issued by Revenue and Taxation.
All amusement license fees shall become due and payable at the time the license application is submitted to Revenue and Taxation.
A separate license certificate shall be issued for each class of machine showing the serial numbers of machines licensed and the numbers of the license tags issued by Revenue and Taxation.

I, the Applicant, hereby certify that the statements contained herein are true and correct. I further agree that any license to be issued will be granted and accepted upon the condition that I will fully comply with the requirement of 4 CMC §1503, its accompanying regulations, and other laws and regulations of the Commonwealth Government of the Northern Mariana Islands.

Signature of Applicant    Date: **08-29-03**

---

### BELOW FOR OFFICIAL USE ONLY

The Cashier certifies that the applicable license fee(s) have been paid.

Amount: $ **21,000**    Receipt No.: **846406**
Penalty: _____
Interest: _____
Total Fee(s) Paid: $ **21,000**
Signature of Cashier    Date: **8-29-03**

**First Endorsement:**
The Enforcement and Regulatory Branch has reviewed this application and hereby recommends: ☒ approval ☐ disapproval of the business license.
If disapproved, give reason(s): _____

(1) Enforcement Officer    Date: **8/29/03**

**Final Endorsement:**
Director of Revenue and Taxation ☒ approves ☐ disapproves the issuance of the business license in the preceeding endorsement.

Director, Revenue and Taxation    Date: **1/16/04**

0040

WHITE - Revenue    YELLOW - Applicant    Form: OS-3401A (6/95)

Case 1:05-cv-00019   Document 77-6   Filed 07/15/2006   Page 3 of 6



# Revenue and Taxation
# Department of Finance

P.O. Box 5234 CHRB SAIPAN, MP 96950      TEL. (670) 664-1000      FAX. (670) 664-1015

## QUARTERLY POKER FEE PAYMENT SCHEDULE
### (Saipan)

Owner: **JUNG JIN CORP**
Address: **P O BOX 503408**
Tax Identification Number: _____

☑ Renewal
☐ New

**8-29-03** Initial payment deposit $ **21,000.00**, Receipt # **846406**

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| LV0329 |  | $3,000.00 |  | 8-29-03 | 846406 |  |
|  |  | 2nd Payment $3,000.00 | 11-1-03 |  |  |  |
|  |  | 3rd Payment $3,000.00 | 2-1-04 |  |  |  |
|  |  | 4th Payment $3,000.00 | 5-1-04 |  |  |  |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| L72848 |  | $3,000.00 |  | 8-29-03 | 846406 |  |
|  |  | 2nd Payment $3,000.00 | 11-1-03 |  |  |  |
|  |  | 3rd Payment $3,000.00 | 2-1-04 |  |  |  |
|  |  | 4th Payment $3,000.00 | 5-1-04 |  |  |  |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| L75082 |  | $3,000.00 |  | 8-29-03 | 846406 |  |
|  |  | 2nd Payment $3,000.00 | 11-1-03 |  |  |  |
|  |  | 3rd Payment $3,000.00 | 2-1-04 |  |  |  |
|  |  | 4th Payment $3,000.00 | 5-1-04 |  |  |  |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| L32781 |  | $3,000.00 |  | 8-29-03 | 846406 |  |
|  |  | 2nd Payment $3,000.00 | 11-1-03 |  |  |  |
|  |  | 3rd Payment $3,000.00 | 2-1-04 |  |  |  |
|  |  | 4th Payment $3,000.00 | 5-1-04 |  |  |  |

I understand that pursuant to 4 CMC §1503(c), a minimum initial deposit of 25% of the total annual poker license fee shall be paid prior to issuance of a license. The remaining balance for that license year shall be due on the first day of the month of each quarter and thereafter in equal installments. Failure to comply with these provisions shall result in the revocation of the poker license.

_____        08-29-03
Name and Signature of Applicant                Date
Form BLR02-04

0041

## QUARTERLY POKER FEE PAYMENT SCHEDULE-Saipan (continuation page 2)

Owner: _____ Tax Identification Number: _____

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| 232786 | | $3,000.00 | | 8-29-03 | 846406 | |
| | 2nd Payment | $3,000.00 | 11-1-03 | | | |
| | 3rd Payment | $3,000.00 | 2-1-04 | | | |
| | 4th Payment | $3,000.00 | 5-1-04 | | | |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| 2v8448 | | $3,000.00 | | 8-29-03 | 846406 | |
| | 2nd Payment | $3,000.00 | 11-1-03 | | | |
| | 3rd Payment | $3,000.00 | 2-1-04 | | | |
| | 4th Payment | $3,000.00 | 5-1-04 | | | |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| 197139 | | $3,000.00 | | 8-29-03 | 846406 | |
| | 2nd Payment | $3,000.00 | 11-1-03 | | | |
| | 3rd Payment | $3,000.00 | 2-1-04 | | | |
| | 4th Payment | $3,000.00 | 5-1-04 | | | |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| | | $3,000.00 | | | | |
| | 2nd Payment | $3,000.00 | | | | |
| | 3rd Payment | $3,000.00 | | | | |
| | 4th Payment | $3,000.00 | | | | |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| | | $3,000.00 | | | | |
| | 2nd Payment | $3,000.00 | | | | |
| | 3rd Payment | $3,000.00 | | | | |
| | 4th Payment | $3,000.00 | | | | |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| | | $3,000.00 | | | | |
| | 2nd Payment | $3,000.00 | | | | |
| | 3rd Payment | $3,000.00 | | | | |
| | 4th Payment | $3,000.00 | | | | |

| Serial # | Tag # | Amount | Due Date | Date Paid | Receipt # | Verified by |
|---|---|---|---|---|---|---|
| | | $3,000.00 | | | | |
| | 2nd Payment | $3,000.00 | | | | |
| | 3rd Payment | $3,000.00 | | | | |
| | 4th Payment | $3,000.00 | | | | |



Form BLR02-04

0042




**DIVISION OF REVENUE AND TAXATION**
Department of Finance
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950

☐ NEW
☒ RENEWAL

## APPLICATION FOR BUSINESS LICENSE

Pursuant to Title 4, §1503 of the Commonwealth Code and its accompanying regulations, the undersigned hereby make an application to engage in or continue engaging in the commercial operation of  ☐ POKER MACHINES  ☐ AMUSEMENT MACHINES  for calendar year _____ beginning _____.

In consideration for the issuance of such license, the applicant provides the following information: *(Answer each item as accurately as possible.)*

| | |
|---|---|
| 1. Applicant's Full Name: | JUNG JIN CORP |
| 2. Applicant's local mailing address: | P O Box 503408 C.K |
| 3. Name of Business: | |
| 4. Business' mailing address in CNMI: | |

5. Form of Business: (Check one)  ☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation  ☐ Association  ☐ Non-profit Organization

6. Business phone no.: 235-4371 (If none, give number presently used)

7. Location of Business in CNMI: ☒ Saipan  ☐ Northern Islands ____  ☐ Tinian  ☐ Rota   C.K  (specify island) / (village or area)

8. The Applicant is the  ☐ owner  ☐ president  ☐ other: Secretary (Specify)

___10___ NUMBER OF MACHINES

### IMPORTANT REQUIREMENT

All new and renewed license applications for amusement machines must be accompanied by a listing of machines to be licensed showing the following information: (A) type of machine to be licensed; (B) serial number of machines to be licensed, (C) the location where the machine is to be used, (the location must include the name and address of the establishment), and (D) the license tags issued by Revenue and Taxation. All amusement license fees shall become due and payable at the time the license application is submitted to Revenue and Taxation.
A separate license certificate shall be issued for each class of machine showing the serial numbers of machines licensed and the numbers of the license tags issued by Revenue and Taxation.

I, the Applicant, hereby certify that the statements contained herein are true and correct. I further agree that any license to be issued will be granted and accepted upon the condition that I will fully comply with the requirement of 4 CMC §1503, its accompanying regulations, and other laws and regulations of the Commonwealth Government of the Northern Mariana Islands.

_____  05-04-04
Signature of Applicant       Date

### BELOW FOR OFFICIAL USE ONLY

The Cashier certifies that the applicable license fee(s) have been paid.

Amount $ 30,000.—     Receipt No.: 1026603
Penalty: _____
Interest: _____
Total Fee(s) Paid: $ 30,000.—    _____ 5/17/04
                                   Signature of Cashier   Date

**First Endorsement:**
The Enforcement and Regulatory Branch has reviewed this application and hereby recommends:  ☒ approval  ☐ disapproval  of the business license.
If disapproved, give reason(s): _____

(1) _____TG_____  5/17/04
Enforcement Officer       Date

**Final Endorsement:**
Director of Revenue and Taxation  ☒ approves  ☐ disapproves  the issuance of the business license in the preceeding endorsement.

_____   5/26/04
Director, Revenue and Taxation    Date

WHITE - Revenue   YELLOW - Applicant                    Form: OS-3401A (6/96)

0060

# Division of Revenue and Taxation
## Poker Machine Quarterly Payment Schedule

**Name of Owner:** JUNG JIN CORP
**License Number/Exp. Date:** 2004-P-0125
**Game Room:** V.B. Poker

| | Date - 1st Payment 05-17-04 | Payment Due Date 08-01-04 | | Payment Due Date 11-01-04 | | Payment Due Date 02-01-05 | |
|---|---|---|---|---|---|---|---|
| | Initial Payment | 2nd Payment Date | Receipt # | 3rd Payment Date | Receipt # | 4th Payment Date | Receipt # |
| | | Amt. Paid | | Amt. Paid | | Amt. Paid | |

| # | Serial # | Tag # |
|---|---|---|
| 1 | 216858 | 3191 |
| 2 | 215493 | 3192 |
| 3 | 292236 | 3193 |
| 4 | A2292 | 3194 |
| 5 | A22192 | 3195 |
| 6 | A22691 | 3196 |
| 7 | A22723 | 3197 |
| 8 | 21294 | 3198 |
| 9 | 622RCV | 3199 |
| 10 | 022534 | 3200 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

I understand that pursuant to 4 CMC §1503(c), a minimum deposit of 25% of the total annual poker license fee shall be paid prior to issuance of a license. The remaining balance for that license year shall be due on the first day of the month of each quarter and thereafter in equal installments. Failure to comply with these provisions shall result in the revocation of the poker license.

_Kim Hach Kwn_                    05-14-04
Name and Signature of Applicant        Date

0061

BLR 04-06 (01/28/04)