


# DIVISION OF REVENUE AND TAXATION
Department of Finance
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950

☐ NEW
☒ RENEWAL

## APPLICATION FOR BUSINESS LICENSE

Pursuant to Title 4, §1503 of the Commonwealth Code and its accompanying regulations, the undersigned hereby make an application to engage in or continue engaging in the commercial operation of ☒ POKER MACHINES ☐ AMUSEMENT MACHINES for calendar year _2004-2005_ beginning _APRIL 2004_.

In consideration for the issuance of such license, the applicant provides the following information: *(Answer each item as accurately as possible.)*

| | |
|---|---|
| 1. Applicant's Full Name: | JUNG JIN CORP. |
| 2. Applicant's local mailing address: | P.O. BOX 503428 C.K. |
| 3. Name of Business: | JUNG JIN CORP. |
| 4. Business' mailing address in CNMI: | |

5. Form of Business: (Check one)
☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation
☐ Association  ☐ Non-profit Organization

6. Business phone no.: 235-4321
(If none, give number presently used)

7. Location of Business in CNMI:
☒ Saipan  ☐ Northern Islands
☐ Tinian
☐ Rota
_Chalan Kanoa_ (village or area) (specify island)

8. The Applicant is the
☐ owner  ☐ president  ☒ other: _Secretary_ (Specify)

_12_ NUMBER OF MACHINES

### IMPORTANT REQUIREMENT

All new and renewed license applications for amusement machines must be accompanied by a listing of machines to be licensed showing the following information: (A) type of machine to be licensed, (B) serial number of machines to be licensed, (C) the location where the machine is to be used, (the location must include the name and address of the establishment), and (D) the license tags issued by Revenue and Taxation.
All amusement license fees shall become due and payable at the time the license application is submitted to Revenue and Taxation.
A separate license certificate shall be issued for each class of machine showing the serial numbers of machines licensed and the numbers of the license tags issued by Revenue and Taxation.

I, the Applicant, hereby certify that the statements contained herein are true and correct. I further agree that any license to be issued will be granted and accepted upon the condition that I will fully comply with the requirement of 4 CMC §1503, its accompanying regulations, and other laws and regulations of the Commonwealth Government of the Northern Mariana Islands.

_____     04-05-04
Signature of Applicant            Date

### BELOW FOR OFFICIAL USE ONLY

The Cashier certifies that the applicable license fee(s) have been paid.

Amount: $ _36,000_     Receipt No.: _992170_
Penalty: _____
Interest: _____
Total Fee(s) Paid: $ _36,000_

_____  4/5/04
Signature of Cashier   Date

**First Endorsement:**
The Enforcement and Regulatory Branch has reviewed this application and hereby recommends: ☒ approval  ☐ disapproval  of the business license.
If disapproved, give reason(s): _____

(1) _____  4/5/04
Enforcement Officer  Date

**Final Endorsement:**
The Director of Revenue and Taxation ☒ approves  ☐ disapproves  the issuance of the business license in the preceeding endorsement.

_____  4/2/04
Director, Revenue and Taxation   Date

0065

WHITE - Revenue   YELLOW - Applicant    Form: OS-3401A (6/96)



# Division of Revenue and Taxation
## Poker Machine Quarterly Payment Schedule

**Name of Owner:** Junia Jin Cy D

**License Number/Exp. Date:** 2004-P-0084   4/5/04 – 4/4/05

**Game Room:** Various SNA

| Date - 1st Payment | Payment Due Date | | Payment Due Date | | Payment Due Date | | Payment Due Date | |
|---|---|---|---|---|---|---|---|---|
| | 4.5.04 | | 7.1.04 | | 10.1.04 | | 1.1.05 | |
| Initial Payment | | 2nd Payment Date | Receipt # | 3rd Payment Date | Receipt # | 4th Payment Date | Receipt # |
| 4.5.04 36,000 | 10/21/72 | 07-07-04 | 1058753 | 10/14/04 | 114496 | 1/13/05 | 118440? |
| | | | Amt. Paid 36,000 | | Amt. Paid 36,000 | | Amt. Paid 36,000 |

| | Serial # | Tag # |
|---|---|---|
| 1 | 823017 | 2892 |
| 2 | 822707 | 2893 |
| 3 | 822823 | 2894 |
| 4 | 822114 | 2895 |
| 5 | 822690 | 2896 |
| 6 | 822706 | 2897 |
| 7 | 823033 | 2898 |
| 8 | 822693 | 2899 |
| 9 | 811642 | 2900 |
| 10 | 822025 | 2901 |
| 11 | 815238 | 2902 |
| 12 | 822287 | 2903 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

For Official Use Only:
- Initial Payment: 36,000
- 2nd Payment: 36,000
- 3rd Payment: 36,000
- 4th Payment: 36,000
- TTL Payment: 144,000

I understand that pursuant to 4 CMC §1503(c), a minimum deposit of 25% of the total annual poker license fee shall be paid prior to issuance of a license. The remaining balance for that license year shall be due on the first day of the month of each quarter and thereafter in equal installments. Failure to comply with these provisions shall result in the revocation of the poker license.

_____    _____
Name and Signature of Applicant      Date  04/28/04

0067

04-06 (01/26/04)

# DIVISION OF REVENUE AND TAXATION
### Department of Finance
### COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
### SAIPAN, MP 96950

☐ NEW
☒ RENEWAL

## APPLICATION FOR BUSINESS LICENSE

Pursuant to Title 4, §1503 of the Commonwealth Code and its accompanying regulations, the undersigned hereby makes an application to engage in or continue engaging in the commercial operation of ☒ POKER MACHINES ☐ AMUSEMENT MACHINES for calendar year _____ beginning _____.

In consideration for the issuance of such license, the applicant provides the following information: *(Answer each item as accurately as possible.)*

1. Applicant's Full Name: **JUNG JIN CORP**
2. Applicant's local mailing address: **P O BOX 503428 C.K**
3. Name of Business: **J.A. POKER**
4. Business' mailing address in CNMI: **P O BOX 503428**
5. Form of Business: ☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation
   (Check one)  ☐ Association  ☐ Non-profit Organization
6. Business phone no.: _____
   (If none, give number presently used)
7. Location of Business in CNMI:
   ☒ Saipan  ☐ Northern Islands _____
   ☐ Tinian  (specify island)
   ☐ Rota  _____
   (village or area)
8. The Applicant is the
   ☒ owner  ☐ president  ☐ other: _____
   (Specify)

**6** NUMBER OF MACHINES

### IMPORTANT REQUIREMENT

All new and renewed license applications for amusement machines must be accompanied by a listing of machines to be licensed showing the following information: (A) type of machine to be licensed, (B) serial number of machines to be licensed, (C) the location where the machine is to be used, (the location must include the name and address of the establishment), and (D) the license tags issued by Revenue and Taxation.
All amusement license fees shall become due and payable at the time the license application is submitted to Revenue and Taxation.
A separate license certificate shall be issued for each class of machine showing the serial numbers of machines licensed and the numbers of the license tags issued by Revenue and Taxation.

I, the Applicant, hereby certify that the statements contained herein are true and correct. I further agree that any license to be issued will be granted and accepted upon the condition that I will fully comply with the requirement of 4 CMC §1503, its accompanying regulations, and other laws and regulations of the Commonwealth Government of the Northern Mariana Islands.

Signature of Applicant   Date: **03-03-04**

### BELOW FOR OFFICIAL USE ONLY

The Cashier certifies that the applicable license fee(s) have been paid.

Amount: $ **30,000.—**   Receipt No.: **96971**
Penalty: _____
Interest: _____
Total Fee(s) Paid: $ **30,000.—**

Signature of Cashier   Date: **3/3/04**

**First Endorsement:**
The Enforcement and Regulatory Branch has reviewed this application and hereby recommends: ☒ approval ☐ disapproval of the business license.
If disapproved, give reason(s): _____

(1) _____ Date: **3/3/04**
Enforcement Officer

**Endorsement:**
Director of Revenue and Taxation ☒ approves ☐ disapproves the issuance of the business license in the preceeding endorsement.

_____ Date: **3/11/04**
Director, Revenue and Taxation

0070

WHITE - Revenue   YELLOW - Applicant   Form: OS-3401A (6/96)

## Division of Revenue and Taxation
## Poker Machine Quarterly Payment Schedule

**Name of Owner:** Jung Jin Corp / J.A. Poker

**License Number/Exp. Date:** 2004-P-0058 (3.3.04 - 3.3.05)

| | Initial Payment | Receipt # | 2nd Payment Date | Receipt # | 3rd Payment Date | Receipt # | 4th Payment Date | Receipt # |
|---|---|---|---|---|---|---|---|---|
| Payment Due Date | 3.3.04 | | 6.1.04 | | 9.1.04 | | 12.1.04 | |
| | 30,000 | 965-971 | 6/2/04 | 1037498 Amt Paid 50,000 | 9/7/04 | 1101162 Amt Paid 32,500 | 12/10/04 | 165141 Amt Paid 1,320 |

| # | Serial # | Tag # |
|---|---|---|
| 1 | 234025 | 2716 |
| 2 | 199182 | 2717 |
| 3 | 218748 | 2718 |
| 4 | 276224 | 2719 |
| 5 | 214916 | 2720 |
| 6 | 212196 | 2721 |
| 7 | 184748 | 2722 |
| 8 | 255054 | 2723 |
| 9 | 275213 | 2724 |
| 10 | 199124 | 2725 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

I understand that pursuant to 4 CMC §1503(c), a minimum deposit of 25% of the total annual poker license fee shall be paid prior to issuance of a license. The remaining balance for that license year shall be due on the first day of the month of each quarter and thereafter in equal installments. Failure to comply with these provisions shall result in the revocation of the poker license.

_____   08/03/04
Name and Signature of Applicant   Date

0072

BLR 04-06 (01/26/04)

## Division of Revenue and Taxation
## Poker Machine Quarterly Payment Schedule

**Name of Owner:** Jung Jin Corp / J.A- poker

**License Number/Exp. Date:** 2004-P-0058 (3.2.04 - 3.3.05)

| # | Serial # | Tag # | Initial Payment | Payment Due Date 3.3.04 2nd Payment Date | Receipt # | Payment Due Date 6.1.04 2nd Payment Amt. Paid | Receipt # | Payment Due Date 9.1.04 3rd Payment Amt. Paid | Receipt # | Payment Due Date 12.1.04 4th Payment Date | Amt. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 234075 | 2716 | 30,000 | 3.3.04 | 965-971 | | | | | | |
| 2 | 199782 | 2717 | | | | | | | | | |
| 3 | 215748 | 2718 | | | | | | | | | |
| 4 | 276724 | 2719 | | | | | | | | | |
| 5 | 214916 | 2720 | | | | | | | | | |
| 6 | 212196 | 2721 | | | | | | | | | |
| 7 | 184748 | 2722 | | | | | | | | | |
| 8 | 250552 | 2723 | | | | | | | | | |
| 9 | 275213 | 2724 | | | | | | | | | |
| 10 | 199124 | 2725 | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |

For Quarterly Payment:
- Initial Payment
- 2nd Payment
- 3rd Payment
- 4th Payment
- Full Payment

I understand that pursuant to 4 CMC §1503(c), a minimum deposit of 25% of the total annual poker license fee shall be paid prior to issuance of a license. The remaining balance for that license year shall be due on the first day of the month of each quarter and thereafter in equal installments. Failure to comply with these provisions shall result in the revocation of the poker license.

_____   08/03/04
Name and Signature of Applicant    Date

0073

BLR 04-06 (01/26/04)

 

**DIVISION OF REVENUE AND TAXATION**
Department of Finance
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950

☐ NEW
☒ RENEWAL

## APPLICATION FOR BUSINESS LICENSE

Pursuant to Title 4, §1503 of the Commonwealth Code and its accompanying regulations, the undersigned hereby make an application to engage in or continue engaging in the commercial operation of ☒ POKER MACHINES ☐ AMUSEMENT MACHINES for calendar year 2005-2006, beginning March 03, 2005.

In consideration for the issuance of such license, the applicant provides the following information: *(Answer each item as accurately as possible.)*

| # | Field | Value |
|---|---|---|
| 1. | Applicant's Full Name: | Jung Jin Corp. |
| 2. | Applicant's local mailing address: | P.O. Box 503428 C.K. |
| 3. | Name of Business: | Sun Poker |
| 4. | Business' mailing address in CNMI: | Same as above |
| 5. | Form of Business: | ☒ Corporation |
| 6. | Business phone no.: | 235-4321 |
| 7. | Location of Business in CNMI: | ☒ Saipan, Chalan Kanoa |
| 8. | The Applicant is the: | ☒ other: Secretary |
| | NUMBER OF MACHINES | 10 |

### IMPORTANT REQUIREMENT

All new and renewed license applications for amusement machines must be accompanied by a listing of machines to be licensed showing the following information: (A) type of machine to be licensed, (B) serial number of machines to be licensed, (C) the location where the machine is to be used, (the location must include the name and address of the establishment), and (D) the license tags issued by Revenue and Taxation.
All amusement license fees shall become due and payable at the time the license application is submitted to Revenue and Taxation.
A separate license certificate shall be issued for each class of machine showing the serial numbers of machines licensed and the numbers of the license tags issued by Revenue and Taxation.

I, the Applicant, hereby certify that the statements contained herein are true and correct. I further agree that any license to be issued will be granted and accepted upon the condition that I will fully comply with the requirement of 4 CMC §1503, its accompanying regulations, and other laws and regulations of the Commonwealth Government of the Northern Mariana Islands.

_____  March 03, 05
Signature of Applicant           Date

### BELOW FOR OFFICIAL USE ONLY

The Cashier certifies that the applicable license fee(s) have been paid.

Amount: $ 30,000
Penalty:
Interest:
Total Fee(s) Paid: $ 30,000
Receipt No.: 1225594
Signature of Cashier  Date: 3-3-05

**First Endorsement:**
The Enforcement and Regulatory Branch has reviewed this application and hereby recommends: ☒ approval ☐ disapproval of the business license.
If disapproved, give reason(s):

(1) _____  3/3/05
Enforcement Officer   Date

**Endorsement:**
Director of Revenue and Taxation ☐ approves ☐ disapproves the issuance of the business license in the preceeding endorsement.

_____  3/4/05
Director, Revenue and Taxation   Date

0080

WHITE - Revenue   YELLOW - Applicant                       Form: OS-3401A (6/96)

**Commonwealth of the Northern Mariana Islands — Department of Finance**

## Division of Revenue and Taxation
### Poker Machine Quarterly Payment Schedule

**Name of Owner:** Julie C.A.
**License Number/Exp. Date:** 235-P-0152   3/3/05 to 3/3/06
**Game Room:** Sun Poker

| Serial # | Tag # |
|---|---|
| 1. 1234075 | 2716 |
| 2. 101182 | 2717 |
| 3. 215743 | 2718 |
| 4. 276724 | 2719 |
| 5. 942014 | 2720 |
| 6. 212196 | 2721 |
| 7. 161145 | 2722 |
| 8. 255334 | 2723 |
| 9. 275315 | 2724 |
| 10. 101194 | 2725 |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

| | Initial Payment | | 2nd Payment | | 3rd Payment | | 4th Payment | |
|---|---|---|---|---|---|---|---|---|
| Date / Payment Due Date | 3/3/05 | | 6/1/05 | | 9/1/05 | | 12/1/05 | |
| | Receipt # | Amt. Paid | Receipt # | Amt. Paid | Receipt # | Amt. Paid | Receipt # | Amt. Paid |
| | 172556 | 32,222 | 124476 | 32,222 | 135386 | 32,222 | | |
| Date - 1st Payment | 3/3/05 | | 6/1/05 | | 9/1/05 | | 12/1/05 | |

I understand that pursuant to 4 CMC §1503(c), a minimum deposit of 25% of the total annual poker license fee shall be paid prior to issuance of a license. <u>The remaining balance for that license year shall be due on the first day of the month of each quarter and thereafter in equal installments.</u> Failure to comply with these provisions shall result in the revocation of the poker license.

_____
**Name and Signature of Applicant**

_____
**Date**

For Official Use Only
Initial Payment
2nd Payment
3rd Payment
4th Payment
MTL Payment

0081

04-06 (01/26/04)