# Exhibit H

Commonwealth of the Northern Mariana Islands
**DIVISION OF LABOR**
P.O. Box 10007, Saipan, MP 96950

## DECLARATION OF ACCEPTING EMPLOYER

I, _____ of _____, located in the CNMI,
(NAME OF AUTHORIZED SIGNATORY)  (CORPORATION/BUSINESS NAME)
declare under penalty of perjury that I knowingly and freely accept the transfer of employment of _____, of the _____, from
(NAME OF EMPLOYEE)             (COUNTRY OF ORIGIN)
_____ the Employer of Record. Furthermore, I hereby declare that I will assume all duties, responsibilities, obligations, etc., of an Employer of Non-resident Worker as required and provided under the Non-resident Workers Act, Minimum Wage and Hour Act and the CNMI Alien Labor Rules and Regulations, C.R. Vol. 10, No. 4 (April 15, 1988), et seq. Furthermore, I hereby declare that the above named transferee will be under my employment as a _____ and that I will be responsible for the payment of all applicable fees to effectuate this Transfer and that I knowingly assume all liabilities.

Entry Permit No. _____   Surety Bond Co./No. _____

## CONDITIONAL GRANT OF TRANSFER

The transfer of the employee _____
to _____ Accepting Employer
is hereby **CONDITIONALLY GRANTED** as of this date pursuant to Section 3(b) of Public Law No. 11-6 and Section 5 (b) of P.L. 12-11, to perform services in the job category of _____.
**The Employee's Work Days and Hours** shall be _____ to _____,
from _____ to _____, for a total of _____ hours per week.

**Compensation:** In consideration of the services to be performed by the Employee, the Employer agrees to pay the Employee compensation in the amount of:
  1. $ _____ per _____ and
  2. $ _____ per _____ for overtime compensation payable by check in bi-weekly intervals.
  3. Other compensation, specify amount and method of calculation.

**All other contract provisions, obligations and restrictions** including **termination** or employment shall be controlled by the terms and conditions of the attached employment contract signed by the employer and employee.

Both the Accepting Employer and the Employee understand this conditional transfer / accompanying application shall be **denied later** should the Accepting employer **fail to comply with all requirements** of law, regulation and policy **within the standard time allowed** in order to obtain a Work/Entry Permit. Should the application be denied or should either the employee or Accepting Employer terminate the employment relationship, the Accepting Employer shall be liable for/required to purchase a one-way ticket to the employee's original point of recruitment outside the Commonwealth and the employee shall depart on the next available flight.

If the application is denied by the Division, this conditional transfer will also expire the same day of denial issuance. However, if for any reason the application is neither approved nor denied by the Division, this conditional transfer will expire one year from the date the conditional transfer is approved.

Date: _____                Date: _____

_____                      _____
Accepting Employer: Print Name and Sign     Employee: Print Name and Sign
Title: _____

IN WITNESS WHEREOF, I hereunto set my hand and official seal this _____ day of _____, 200___.

SEUNG-HEE CINDY YU
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands

_____
NOTARY PUBLIC

00255



Commonwealth of the Northern Mariana Islands
DIVISION OF LABOR
P.O. Box 10007, Saipan, MP 96950

## DECLARATION OF ACCEPTING EMPLOYER

I, __PARK, HWA SUN__ of __ASIA ENTERPRISES INC.__, located in the CNMI,
(NAME OF AUTHORIZED SIGNATORY)   (CORPORATION/BUSINESS NAME)
declare under penalty of perjury that I knowingly and freely accept the transfer of employment of __LI, ZHENGZHE__, of the __CHINA__, from
(NAME OF EMPLOYEE)                      (COUNTRY OF ORIGIN)
__JUNG JIN CORPORATION__ the Employer of Record. Furthermore, I hereby declare that I will assume all duties, responsibilities, obligations, etc., of an Employer of Non-resident Worker as required and provided under the Non-resident Workers Act, Minimum Wage and Hour Act and the CNMI Alien Labor Rules and Regulations, C.R. Vol. 10, No. 4 (April 15, 1988), et seq. Furthermore, I hereby declare that the above named transferee will be under my employment as a __GENERAL SUPERVISOR__ and that I will be responsible for the payment of all applicable fees to effectuate this Transfer and that I knowingly assume all liabilities.

Entry Permit No. __132618__          Surety Bond Co./No. __OIC 20173__

## CONDITIONAL GRANT OF TRANSFER

The transfer of the employee __LI, ZHENGZHE__
to __ASIA ENTERPRISES INCORPORATED__ Accepting Employer
is hereby **CONDITIONALLY GRANTED** as of this date pursuant to Section 3(b) of Public Law No. 11-6 and Section 5 (b) of P.L. 12-11, to perform services in the job category of __GENERAL SUPERVISOR__.

**The Employee's Work Days and Hours** shall be __MONDAY__ to __SUNDAY__,
from __FLEXIBLE HOURS__, for a total of __NLT 40__ hours per week. (1 day off)

**Compensation:** In consideration of the services to be performed by the Employee, the Employer agrees to pay the Employee compensation in the amount of:
1. $ __3.05__ per __hour__ and
2. $ __x 1.5__ per __hour__ for overtime compensation payable by check in bi-weekly intervals.
3. Other compensation, specify amount and method of calculation.

**All other contract provisions, obligations and restrictions** including **termination** or employment shall be controlled by the terms and conditions of the attached employment contract signed by the employer and employee.

Both the Accepting Employer and the Employee understand this conditional transfer / accompanying application shall be **denied later** should the Accepting employer **fail to comply with all requirements** of law, regulation and policy **within the standard time allowed** in order to obtain a Work/Entry Permit. Should the application be denied or should either the employee or Accepting Employer terminate the employment relationship, the Accepting Employer shall be liable for/required to purchase a one-way ticket to the employee's original point of recruitment outside the Commonwealth and the employee shall depart on the next available flight.

If the application is denied by the Division, this conditional transfer will also expire the same day of denial issuance. However, if for any reason the application is neither approved nor denied by the Division, this conditional transfer will expire one year from the date the conditional transfer is approved.

Date: __Jan. 21, 2005__                    Date: __Jan. 21, 2005__

__Park Hwa Sun__ (signature)              __Li, Zhengzhe__ (signature)
__PARK, HWA SUN__                          __LI, ZHENGZHE__
Accepting Employer: Print Name and Sign   Employee: Print Name and Sign
Title: __SECRETARY__

IN WITNESS WHEREOF, I hereunto set my hand and official seal this ____ day of __JAN.__, 200_5_.

SEUNG-HEE CINDY YU
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires __31, 2006__       NOTARY PUBLIC

01252



Commonwealth of the Northern Mariana Islands
DIVISION OF LABOR
P.O. Box 10007, Saipan, MP 96950

### DECLARATION OF ACCEPTING EMPLOYER

I, ___PARK, HWA SUN___ of ___ASIA ENTERPRISES INC.___, located in the CNMI,
(NAME OF AUTHORIZED SIGNATORY)    (CORPORATION/BUSINESS NAME)
declare under penalty of perjury that I knowingly and freely accept the transfer of
employment of ___XU, JINGJI___, of the ___CHINA___, from
(NAME OF EMPLOYEE)                              (COUNTRY OF ORIGIN)
___HONG XIN CORPORATION___ the Employer of Record. Furthermore, I hereby declare
that I will assume all duties, responsibilities, obligations, etc., of an Employer of Non-resident
Worker as required and provided under the Non-resident Workers Act, Minimum Wage and Hour
Act and the CNMI Alien Labor Rules and Regulations, C.R. Vol. 10, No. 4 (April 15, 1988), et seq.
Furthermore, I hereby declare that the above named transferee will be under my employment as a
___COMMERCIAL CLEANER___ and that I will be responsible for the payment of all
applicable fees to effectuate this Transfer and that I knowingly assume all liabilities.

Entry Permit No. ___191082___        Surety Bond Co./No. _____

### CONDITIONAL GRANT OF TRANSFER

The transfer of the employee ___XU, JINGJI___
to ___ASIA ENTERPRISES INCORPORATED___ Accepting Employer
is hereby **CONDITIONALLY GRANTED** as of this date pursuant to Section 3(b) of Public Law
No. 11-6 and Section 5 (b) of P.L. 12-11, to perform services in the job category of
___COMMERCIAL CLEANER___.
**The Employee's Work Days and Hours** shall be ___MONDAY___ to ___SUNDAY___,
from ___FLEXIBLE HOURS___ to ___, for a total of ___NLT 40___ hours per week.

**Compensation:** In consideration of the services to be performed by the Employee, the Employer
agrees to pay the Employee compensation in the amount of:
1. $ ___3.05___ per ___hour___ and
2. $ ___x 1.5___ per ___hour___ for overtime compensation payable by check
   in bi-weekly intervals.
3. Other compensation, specify amount and method of calculation.

**All other contract provisions, obligations and restrictions** including **termination** or
employment shall be controlled by the terms and conditions of the attached employment contract
signed by the employer and employee.

Both the Accepting Employer and the Employee understand this conditional transfer /
accompanying application shall be **denied later** should the Accepting employer **fail to comply
with all requirements** of law, regulation and policy **within the standard time allowed** in order to
obtain a Work/Entry Permit. Should the application be denied or should either the employee or
Accepting Employer terminate the employment relationship, the Accepting Employer shall be
liable for/required to purchase a one-way ticket to the employee's original point of recruitment
outside the Commonwealth and the employee shall depart on the next available flight.

If the application is denied by the Division, this conditional transfer will also expire the same day
of denial issuance. However, if for any reason the application is neither approved nor denied by the
Division, this conditional transfer will expire one year from the date the conditional transfer is
approved.

Date: 04/28/2005                                    Date: 04/28/2005

_Park Hwa Sun_
PARK, HWA SUN                                       XU, JINGJI
Accepting Employer: Print Name and Sign             Employee: Print Name and Sign
Title: ___SECRETARY___

IN WITNESS WHEREOF, I hereunto set my hand and official seal this ____ day of
_____, 200_5_.

SEUNG-HEE CINDY YU
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: _____      NOTARY PUBLIC

01231

Commonwealth of the Northern Mariana Islands
DIVISION OF LABOR
P.O. Box 10007, Saipan, MP 96950

## DECLARATION OF ACCEPTING EMPLOYER

I, __PARK, HWA SUN, President__ of __JUNG JIN CORPORATION__, located in the CNMI,
(NAME OF AUTHORIZED SIGNATORY)   (CORPORATION/BUSINESS NAME)
declare under penalty of perjury that I knowingly and freely accept the transfer of employment of __XU, JINGJI__, of the __CHN__, from
(NAME OF EMPLOYEE)   (COUNTRY OF ORIGIN)
__Yuns Corporation__ the Employer of Record. Furthermore, I hereby declare that I will assume all duties, responsibilities, obligations, etc., of an Employer of Non-resident Worker as required and provided under the Non-resident Workers Act, Minimum Wage and Hour Act and the CNMI Alien Labor Rules and Regulations, C.R. Vol. 10, No. 4 (April 15, 1988), et seq. Furthermore, I hereby declare that the above named transferee will be under my employment as a __COMMERCIAL CLEANER__ and that I will be responsible for the payment of all applicable fees to effectuate this Transfer and that I knowingly assume all liabilities.

Entry Permit No. __191082__    Surety Bond Co./No. RCIC 28920
                                                  PICI 20662

## CONDITIONAL GRANT OF TRANSFER

The transfer of the employee __XU, JINGJI__
to __JUNG JIN CORPORATION__ Accepting Employer
is hereby **CONDITIONALLY GRANTED** as of this date pursuant to Section 3(b) of Public Law No. 11-6 and Section 5 (b) of P.L. 12-11, to perform services in the job category of __COMMERCIAL CLEANER__
The Employee's Work Days and Hours shall be __Monday__ to __Sunday__, from __FLEXIBLE HOURS__, for a total of __NLT 40__ hours per week (1 day off/wk)

**Compensation:** In consideration of the services to be performed by the Employee, the Employer agrees to pay the Employee compensation in the amount of:
1. $ __3.05__ per __hour__ and
2. $ __x 1.5__ per __hour__ for ovetime compensation payable by check in bi-weekly intervals.
3. Other compensation, specify amount and method of calculation.

**All other contract provisions, obligations and restrictions** including **termination** or employment shall be controlled by the terms and conditions of the attached employment contract signed by the employer and employee.

Both the Accepting Employer and the Employee understand this conditional transfer / accompanying application shall be **denied later** should the Accepting employer **fail to comply with all requirements** of law, regulation and policy **within the standard time allowed** in order to obtain a Work/Entry Permit. Should the application be denied or should either the employee or Accepting Employer terminate the employment relationship, the Accepting Employer shall be liable for/required to purchase a one-way ticket to the employee's original point of recruitment outside the Commonwealth and the employee shall depart on the next available flight.

If the application is denied by the Division, this conditional transfer will also expire the same day of denial issuance. However, if for any reason the application is neither approved nor denied by the Division, this conditional transfer will expire one year from the date the conditional transfer is approved.

Date: __12-29-2003__                         Date: __12-29-2003__

__Park, Hwa Sun__                              x __Xu Jingji__
Accepting Employer: Print Name and Sign         Employee: Print Name and Sign
Title: __President__

IN WITNESS WHEREOF, I hereunto set my hand and official seal this ____
_____Dec_____, 2003
SEUNG-HEE CINDY YU
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: __Oct 31, 2004__

NOTARY PUBLIC

__12/31/03__
Approval Date                                  Director of Labor/Designee

01240

Commonwealth of the Northern Mariana Islands
DIVISION OF LABOR
P.O. Box 10007, Saipan, MP 96950

## DECLARATION OF ACCEPTING EMPLOYER

I, __PARK, HWA SUN, PRESIDENT__ of __JUNG JIN CORPORATION__, located in the CNMI,
(NAME OF AUTHORIZED SIGNATORY)　　(CORPORATION/BUSINESS NAME)
declare under penalty of perjury that I knowingly and freely accept the transfer of employment of __LI, YINGHUA__, of the _____, from
(NAME OF EMPLOYEE)　　　　　　　　　　　　　　　　(COUNTRY OF ORIGIN)
__Mariana Fashion__ the Employer of Record. Furthermore, I hereby declare that I will assume all duties, responsibilities, obligations, etc., of an Employer of Non-resident Worker as required and provided under the Non-resident Workers Act, Minimum Wage and Hour Act and the CNMI Alien Labor Rules and Regulations, C.R. Vol. 10, No. 4 (April 15, 1988), et seq. Furthermore, I hereby declare that the above named transferee will be under my employment as a __COMMERCIAL CLEANER__ and that I will be responsible for the payment of all applicable fees to effectuate this Transfer and that I knowingly assume all liabilities.

Entry Permit No. __164717__　　　　Surety Bond Co./No. __RCIC 28917 / VICI 23663__

## CONDITIONAL GRANT OF TRANSFER

The transfer of the employee __LI, YINGHUA__,
to __JUNG JIN CORPORATION__ Accepting Employer
is hereby **CONDITIONALLY GRANTED** as of this date pursuant to Section 3(b) of Public Law No. 11-6 and Section 5 (b) of P.L. 12-11, to perform services in the job category of __COMMERCIAL CLEANER__.
The Employee's Work Days and Hours shall be __Monday__ to __Sunday__,
from __FLEXIBLE HOURS__, for a total of __NLT 40__ hours per week. 1 day off.

**Compensation:** In consideration of the services to be performed by the Employee, the Employer agrees to pay the Employee compensation in the amount of:
1. $ __3.05__ per __hour__ and
2. $ __x 1.5__ per __hour__ for overtime compensation payable by check in bi-weekly intervals.
3. Other compensation, specify amount and method of calculation.

**All other contract provisions, obligations and restrictions** including **termination** of employment shall be controlled by the terms and conditions of the attached employment contract signed by the employer and employee.

Both the Accepting Employer and the Employee understand this conditional transfer / accompanying application shall be **denied later** should the Accepting employer **fail to comply with all requirements** of law, regulation and policy **within the standard time allowed** in order to obtain a Work/Entry Permit. Should the application be denied or should either the employee or Accepting Employer terminate the employment relationship, the Accepting Employer shall be liable for/required to purchase a one-way ticket to the employee's original point of recruitment outside the Commonwealth and the employee shall depart on the next available flight.

If the application is denied by the Division, this conditional transfer will also expire the same day of denial issuance. However, if for any reason the application is neither approved nor denied by the Division, this conditional transfer will expire one year from the date the conditional transfer is approved.

Date: __12-29-2003__　　　　　　　　　Date: __12-29-2003__

_Park Hwa Sun_　　　　　　　　　　　_Li Ying Hua_
__Park, Hwa Sun__　　　　　　　　　　__Li, Yinghua__
Accepting Employer: Print Name and Sign　　Employee: Print Name and Sign
Title: __President__

IN WITNESS WHEREOF, I hereunto set my hand and official seal this _____ day of __Dec__, 200_3_.

SEUNG-HEE CINDY V——
NOTARY PUBLIC
Commonwealth of the Northern Mariana Is.
My Commission expires __10-31-2004__　　NOTARY PUBLIC

__01/14/04__　　　　　　　　　　　　　　　　　　　　　　01227
**Approval Date**　　　　　　　　　　__Director of Labor/Designee__

Commonwealth of the Northern Mariana Islands
**DIVISION OF LABOR**
P.O. Box 10007, Saipan, MP 96950

## DECLARATION OF ACCEPTING EMPLOYER

I, __PARK, HWA SUN  President__ of __JUNG JIN CORPORATION__, located in the CNMI,
(NAME OF AUTHORIZED SIGNATORY)      (CORPORATION/BUSINESS NAME)
declare under penalty of perjury that I knowingly and freely accept the transfer of employment of __XU, JINGJI__, of the __CHN__, from
(NAME OF EMPLOYEE)                                    (COUNTRY OF ORIGIN)
__Yuns Corporation__ the Employer of Record. Furthermore, I hereby declare that I will assume all duties, responsibilities, obligations, etc., of an Employer of Non-resident Worker as required and provided under the Non-resident Workers Act, Minimum Wage and Hour Act and the CNMI Alien Labor Rules and Regulations, C.R. Vol. 10, No. 4 (April 15, 1988), et seq. Furthermore, I hereby declare that the above named transferee will be under my employment as a __COMMERCIAL CLEANER__ and that I will be responsible for the payment of all applicable fees to effectuate this Transfer and that I knowingly assume all liabilities.

Entry Permit No. __191082__     Surety Bond Co./No. __RCIC 28920 / PICI 20662__

## CONDITIONAL GRANT OF TRANSFER

The transfer of the employee __XU, JINGJI__
to __JUNG JIN CORPORATION__ Accepting Employer
is hereby **CONDITIONALLY GRANTED** as of this date pursuant to Section 3(b) of Public Law No. 11-6 and Section 5 (b) of P.L. 12-11, to perform services in the job category of __COMMERCIAL CLEANER__.
The Employee's Work Days and Hours shall be __Monday__ to __Sunday__, from __FLEXIBLE__ toOURS, for a total of __NLT 40__ hours per week (1 day off/wk)

**Compensation:** In consideration of the services to be performed by the Employee, the Employer agrees to pay the Employee compensation in the amount of:
1. $ __3.05__ per __hour__ and
2. $ __x 1.5__ per __hour__ for ovetime compensation payable by check in bi-weekly intervals.
3. Other compensation, specify amount and method of calculation.

**All other contract provisions, obligations and restrictions** including **termination** or employment shall be controlled by the terms and conditions of the attached employment contract signed by the employer and employee.

Both the Accepting Employer and the Employee understand this conditional transfer / accompanying application shall be **denied later** should the Accepting employer **fail to comply with all requirements** of law, regulation and policy **within the standard time allowed** in order to obtain a Work/Entry Permit. Should the application be denied or should either the employee or Accepting Employer terminate the employment relationship, the Accepting Employer shall be liable for/required to purchase a one-way ticket to the employee's original point of recruitment outside the Commonwealth and the employee shall depart on the next available flight.

If the application is denied by the Division, this conditional transfer will also expire the same day of denial issuance. However, if for any reason the application is neither approved nor denied by the Division, this conditional transfer will expire one year from the date the conditional transfer is approved.

Date: __12-29-2003__                      Date: __12-29-2003__

__Park, hwa Sun__                          __Xu, Jingji__
Accepting Employer: Print Name and Sign    Employee: Print Name and Sign
Title: __President__

IN WITNESS WHEREOF, I hereunto set my hand and official seal this ____ day of __Dec__, 200_3_
SEUNG-HEE CINDY YU
NOTARY PUBLIC
Commonwealth of the Northern Mariana Isl.
My Commission expires: __04-31-2004__
NOTARY PUBLIC

00270

__12/31/03__
Approval Date                              Director of Labor/Designee

# Exhibit I

## Certificate of Ownership — Owner's Copy

Government of the Northern Mariana Islands
Department of Public Safety
Bureau of Motor Vehicle

DOC NUMBER: R84374

| License Plate | Issue Date | Year | Make | Model | Body Style | Color | Weight |
|---|---|---|---|---|---|---|---|
| ACF873 | 03/10/05 | 5 | TOYO | TACOMA | PTRK | SILV | 4500 |

| VIN | Engine Serial Number | Passenger | Capacity |
|---|---|---|---|
| 5TENX22N35Z025455 | 0072175 | 4 | 3 |

INTL. INS. POL: KMA05419S01   EXP: 08/19/2005

Registered Owner: PARK, HWA-SUN
Address: PO BOX 503428   CHALAN KANOA   SAIPAN   MP   96950
Lienholder: PARK, HWA-SUN
Signature: Capt. Pedro C. Muna

PART A – Release of Ownership of Interest: [signed] Park Hwa Sun / [signed] Park Hwa Sun

PART C – Application for Transfer of Registration to Purchaser: PIL SUN KIM KITAMI, LIENHOLDER, PO BOX 502879 SAIPAN MP

PART D – Lienholder or Legal Owner: PIL SUN KIM KITAMI, PO Box 502879 SAIPAN, MP

OWNER'S COPY   Rev. (08/97)



---

## Certificate of Ownership — Bureau of Motor Vehicle's Copy

45339

DOC NUMBER: R84374

| License Plate | Issue Date | Year | Make | Model | Body Style | Color | Weight |
|---|---|---|---|---|---|---|---|
| ACF873 | 01/20/06 | 5 | TOYO | TACOMA | PTRK | SILV | 4500 |

| VIN | Engine Serial Number | Passenger | Capacity |
|---|---|---|---|
| 5TENX22N35Z025455 | 0072175 | 4 | 3 |

INTL. INS. POL: KMA05419S01   EXP: 08/19/2005   DO NOT TRANSFER

Registered Owner: PARK, HWA-SUN    Registered Owner (2): SEE JUANA ASAP
Address: PO BOX 503428   CHALAN KANOA   SAIPAN   MP   96950
Lienholder: PIL SUN KIM KITAMI
Signature: Dir. Gregory F. Castro

BUREAU OF MOTOR VEHICLE'S COPY   Rev. (08/97)   01759





# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## DEPARTMENT OF PUBLIC SAFETY
### BUREAU OF MOTOR VEHICLES

[X] SAIPAN     [ ] TINIAN     [ ] ROTA

## VEHICLE REGISTRATION APPLICATION

9 CMC, Division 2, Subsection 2101. Registration: Application.
Every owner of a motor vehicle shall, before operating any such motor vehicle on any highway of the Commonwealth, register it with the Bureau. The application for registration shall be made on the prescribed form, signed by the owner or authorized representative with written authorization.

RENEWAL WITH NO CHANGE: Indicate license plate number only.
HAS THIS VEHICLE BEEN MODIFIED OR CHANGED FROM DESIGN? If yes, explain or furnish an affidavit regarding modification/change: **NO**

| [ ] NEW  [ ] RENEWAL | [ ] COMMERCIAL | [ ] CNMI GOVERNMENT | DATE: |
| [X] USED [ ] TRANSFER | [X] NON-COMMERCIAL | [ ] U.S. GOVT/U.S. MILITARY | RECEIVED BY: |
| [X] CHANGE OF INFORMATION | | | RECEIPT NO. |

**OWNER #1** PLEASE CHECK: ( ) And   OR   ( ) Or

| NAME: (Last) (First) (Middle Name) | EMPLOYER | SOCIAL SECURITY NO. | DATE OF BIRTH |
|---|---|---|---|
| PARK   HWA-SUN | | 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 | 10/17/1953 |

| ADDRESS: (RESIDENCE) | MAILING ADDRESS | DRIVER'S LICENSE NO. | CITIZENSHIP | ETHNIC | TELEPHONE NO. |
|---|---|---|---|---|---|
| Chalan Kanoa | POB 503428 | CNMI #2794-91 | Korea | Korea | 235-4321/483-4321 |

**OWNER #2** PLEASE CHECK: ( ) And   OR   ( ) Or

| NAME: (Last) (First) (Middle Name) | EMPLOYER | SOCIAL SECURITY NO. | DATE OF BIRTH |
|---|---|---|---|
| | | | |

| ADDRESS: (RESIDENCE) | MAILING ADDRESS | DRIVER'S LICENSE NO. | CITIZENSHIP | ETHNIC | TELEPHONE NO. |
|---|---|---|---|---|---|
| | | | | | |

| BUSINESS/COMPANY NAME | BUSINESS LOCATION | MAILING ADDRESS | TELEPHONE NO. |
|---|---|---|---|
| | | | |

**PLEASE CHECK:** ( ) LEGAL OWNER     (X) LIEN HOLDER

| NAME OF LEGAL OWNER OR LIENHOLDER #1 | ADDRESS | TELEPHONE NO. |
|---|---|---|
| Pil Sun Kim Kitami | P.O. Box 502879, Saipan, MP 96950 | 322-0440 |
| BUSINESS/COMPANY NAME | ADDRESS | TELEPHONE NO. |

**VEHICLE INFORMATION**   RIGHT HAND DRIVE: Y ____ N ____

| LICENSE PLATE NO. | YEAR | MAKE | MODEL | BODY TYPE | COLOR | WEIGHT | FUEL | CAPACITY |
|---|---|---|---|---|---|---|---|---|
| ACF873 | 2005 | TOYOTA | Tacoma | PTRK | SILV | 4500 | | 3 |

| VEHICLE IDENTIFICATION | ENGINE NO. | CYLINDERS | VEHICLE TYPE | PREVIOUS LICENSE NO. AND STATE |
|---|---|---|---|---|
| 5TENX22N35Z025455 | 0072175 | 4 | | |

| INSURED BY: International Insurance | POLICY NO.: KMA-05419-S01 | POLICY EXPIRES 08-19-2006 |
|---|---|---|

| PRINT NAME & SIGN | TITLE (OWNER OR AUTHORIZED REPRESENTATIVE) | DATE SIGNED |
|---|---|---|
| PARK, HWA-SUN  /s/ | Owner | 01-18-06 |

## MOTOR CARRIER SAFETY ASSISTANCE PROGRAM
### DECLARATION FORM

I, _____ (Name of Company Representative) of _____ (Company Name) declare knowledge of Public Law 10-11 "Motor Carrier Safety Act," the Federal Motor Carrier Safety Regulations (FMCSR) and the Federal Hazardous Material Regulations (FHMR).

Signature of Company Representative: _____   Date: _____

01760

## Government of the Northern Mariana Islands
## Department of Public Safety
## Bureau of Motor Vehicle

**CERTIFICATE OF OWNERSHIP — OWNER'S COPY**

Doc Number: R74172

| License Plate Number | Issue Date | Year | Make | Model | Body Style | Color | Weight |
|---|---|---|---|---|---|---|---|
| ABR529 | 09/08/03 | 3 | KIA | SORENTO | 5WGN | RED | 5624 |

| Vehicle Identification / Serial Number | Engine Serial Number | Cylinder | Capacity |
|---|---|---|---|
| KNDJC733235161240 | NA | 6 | 5 |

Other Identifying Characteristics: INTL INS. PO#KMA05419   EXP: 8/19/04

Registered Owner: KIM HANG KWON
Address: P.O. BOX 503448   CHALAN KANOA#3   SAIPAN   MP   96950
Lienholder: KIM HANG KWON

Signature of Commissioner of Public Safety/Designee: Edward A. Flores

**ENDORSEMENTS FOR TRANSFER OF OWNERSHIP**

- PART A — Release of Ownership of Interest, DATE OF RELEASE: [signed]
- PART B — Endorsement by Dealer(s) Acquiring Vehicle Through Trade or Purchase
- PART C — Application for Transfer of Registration to Purchaser: Lien Holder — Pil Sun Kim Kitami — PO BOX 502879 SAIPAN MP
- PART D — Lienholder or Legal Owner: Pil Sun Kim Kitami — P.O. Box 502879, Saipan MP

---

**BUREAU OF MOTOR VEHICLE'S COPY**

45338
Doc Number: R74172
01762

| License Plate Number | Issue Date | Year | Make | Model | Body Style | Color | Weight |
|---|---|---|---|---|---|---|---|
| ABR529 | 01/20/06 | 3 | KIA | SORENTO | 5WGN | RED | 5624 |

| VIN/Serial Number | Engine Serial Number | Cylinder | Capacity |
|---|---|---|---|
| KNDJC733235161240 | NA | 6 | 5 |

Other Identifying Characteristics: INTL INS.POL#KMA-05419-S02   EXP:AUG.19,2006   DO NOT TRANSFER

Registered Owner: KIM HANG KWON
Registered Owner City: SEE JUANA ASAP
Address: P.O. BOX 503448   CHALAN KANOA#3   SAIPAN   MP   96950
Lienholder: PIL SUN KIM KITAMI

Signature of Commissioner of Public Safety/Designee: Dir. Gregory F. Castro

 

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**DEPARTMENT OF PUBLIC SAFETY**
**BUREAU OF MOTOR VEHICLES**

[X] SAIPAN  [ ] TINIAN  [ ] ROTA

### VEHICLE REGISTRATION APPLICATION

9 CMC, Division 2, Subsection 2101. Registration: Application.
Every owner of a motor vehicle shall, before operating any such motor vehicle on any highway of the Commonwealth, register it with the Bureau. The application for registration shall be made on the prescribed form, signed by the owner or authorized representative with written authorization.

RENEWAL WITH NO CHANGE: Indicate license plate number only.
HAS THIS VEHICLE BEEN MODIFIED OR CHANGED FROM DESIGN? If yes, explain or furnish an affidavit regarding modification/change: __NO__

[ ] NEW  [ ] RENEWAL  [ ] COMMERCIAL  [ ] CNMI GOVERNMENT  DATE: ____
[X] USED  [ ] TRANSFER  [X] NON-COMMERCIAL  [ ] U.S. GOVT./U.S. MILITARY  RECEIVED BY: ____
[X] CHANGE OF INFORMATION  RECEIPT NO: ____

**OWNER #1** PLEASE CHECK: ( ) And  OR  ( ) Or

| NAME: (Last) (First) (Middle Name) | EMPLOYER | SOCIAL SECURITY NO. | DATE OF BIRTH |
|---|---|---|---|
| KIM HANG KWON | | 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 | 03/23/1955 |

| ADDRESS: (RESIDENCE) | MAILING ADDRESS | DRIVER'S LICENSE NO. | CITIZENSHIP | ETHNIC | TELEPHONE NO. |
|---|---|---|---|---|---|
| Chalan Kanoa #3 | POB 503448 | CNMI #1146-88 | Korea | Korea | 235-4321/483-4321 |

**OWNER #2** PLEASE CHECK: ( ) And  OR  ( ) Or

| NAME: (Last) (First) (Middle Name) | EMPLOYER | SOCIAL SECURITY NO. | DATE OF BIRTH |
|---|---|---|---|
| | | | |

| ADDRESS: (RESIDENCE) | MAILING ADDRESS | DRIVER'S LICENSE NO. | CITIZENSHIP | ETHNIC | TELEPHONE NO. |
|---|---|---|---|---|---|
| | | | | | |

| BUSINESS/COMPANY NAME | BUSINESS LOCATION | MAILING ADDRESS | TELEPHONE NO. |
|---|---|---|---|
| | | | |

PLEASE CHECK: ( ) LEGAL OWNER  (X) LIEN HOLDER

| NAME OF LEGAL OWNER OR LIENHOLDER #1 | ADDRESS | TELEPHONE NO. |
|---|---|---|
| Pil Sun Kim Kitami | P.O. Box 502879, Saipan, MP 96950 | 322-0440 |
| BUSINESS/COMPANY NAME | ADDRESS | TELEPHONE NO. |
| | | |

**VEHICLE INFORMATION**  RIGHT HAND DRIVE: Y ____  N ____

| LICENSE PLATE NO. | YEAR | MAKE | MODEL | BODY TYPE | COLOR | WEIGHT | FUEL | CAPACITY |
|---|---|---|---|---|---|---|---|---|
| ABR529 | 2003 | KIA | Sorento | 5WGN | Red | 5624 | | 5 |

| VEHICLE IDENTIFICATION | ENGINE NO. | CYLINDERS | VEHICLE TYPE | PREVIOUS LICENSE NO. AND STATE |
|---|---|---|---|---|
| KNDJC733235161240 | NA | 6 | | |

| INSURED BY: | POLICY NO.: | POLICY EXPIRES |
|---|---|---|
| International Insurance | KMA-05419-S02 | 08-19-2006 |

| PRINT NAME & SIGN | TITLE (OWNER OR AUTHORIZED REPRESENTATIVE) | DATE SIGNED |
|---|---|---|
| KIM, HANG KWON | Owner | 01-18-06 |

**MOTOR CARRIER SAFETY ASSISTANCE PROGRAM**
**DECLARATION FORM**

I, _____ (Name of Company Representative) of _____ (Company Name) declare knowledge of Public Law 10-11 "Motor Carrier Safety Act," the Federal Motor Carrier Safety Regulations (FMCSR) and the Federal Hazardous Material Regulations (FHMR).

Signature of Company Representative: _____  Date: _____  01763