MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON,<br><br>Defendants. | CASE NO. CV 05-0019<br><br>ERRATA TO:<br><br>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 10, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

PLAINTIFFS, by and through the undersigned counsel of record, file the following errata to their Memorandum in Support of Plaintiffs' Motion for Summary Judgment filed on April 15, 2006 to correct the Table of Authorities included therein.

Respectfully submitted this 15th day of July, 2006.

/s/ Mark B. Hanson

MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

TABLE OF AUTHORITIES

Cases:


*Alvarez v. IBP, Inc.*, 339 F.3d 894 (9th Cir. 2003) . . . . . . . . . . 8

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255, 106 S. Ct. 2505, 2513, 91 L. Ed. 2d 202 (1986) . . . . . . . . . . 2-3

*Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 66 S.Ct. 1187, 90 L.Ed. 1515 (1946) . . . . . . . . . . 5-7

*Balint v. Carson City*, 180 F.3d 1047 (9th Cir. 1999)(*en banc*) . . . . . . . . . . 2

*Bigelow v. RKO Radio Pictures, Inc.*, 327 U.S. 251, 66 S.Ct. 574 (1946) . . . . . . . . . . 6

*Bonnette v. California Health and Welfare Agency*, 704 F. 2d 1465 (9th Cir. 1983) . . . . 13-14

*Bratt v. City of Los Angeles*, 912 F. 2d 1066 (9th Cir. 1990), *cert. denied*, 498 U.S. 1086, 111 S. Ct. 962, 112 L. Ed. 2d 1049 (1991) . . . . . . . . . . 9-10, 10 n.1

*Brennan v. Arnheim & Neely, Inc.*, 410 U.S. 512, 93 S.Ct. 1138, 35 L. Ed. 2d 463 (1973) . . . . . . . . . . 17

*Brock v. Seto*, 790 F. 2d 1446 (9th Cir. 1986) . . . . . . . . . . 6

*Brock v. Shirk*, 833 F. 2d 1326 (9th Cir. 1987) (per curiam), *vacated on other grounds* 488 U.S. 806, 109 S.Ct. 38, 102 L. Ed. 2d 18 (1988) . . . . . . . . 9

*Bureerong v. Uvawas*, 922 F. Supp. 1450 (C.D. Cal. 1996) . . . . . . . . . . 4

*Castillo v. Givens*, 704 F. 2d 181 (5th Cir. 1983), *cert. denied*, 464 U.S. 850, 104 S.Ct. 160, 78 L. Ed. 2d 147 (1983) . . . . . . . . . . 14

*Celotex Corp. v. Catrett*, 477 U.S. 317, 106 S.Ct. 3548, 91 L.Ed. 2d 265 (1986) . . . . . . . . . 2

*Chao v. A-One Medical Services, Inc.*, 346 F.3d 908 (9th Cir. 2003) . . . . . . . . . . 7-9, 17

*Cox v. Brookshire Grocery Co.*, 919 F. 2d 354 (5th Cir. 1990) . . . . . . . . . . 10

*Dole v. Elliott Travel & Tours, Inc.*, 942 F. 2d 962 (6th Cir. 1991) . . . . . . . . . . 8, 16

*Donovan v. Grim Hotel Co.*, 747 F. 2d 966 (5th Cir. 1984) . . . . . . . . . . 14, 16

*Donovan v. Sabine Irrigation Co., Inc.*, 695 F. 2d 190 (5th Cir. 1983), *cert. denied*, 463 U.S. 1207 (1983) . . . . . 16

*Donovan v. Sureway Cleaners*, 656 F. 2d 1368 (9th Cir. 1981) . . . . . 14

*Eastman Kodak Co. of New York v. Southern Photo Materials Co.*, 273 U.S. 359, 47 S.Ct. 400, 405, 71 L. Ed. 684 (1927) . . . . . 6

*Erie R. Co. v. Tompkins*, 304 U.S. 64, 58 S.Ct. 817, 82 L.Ed. 1188 (1938) . . . . . 11 n.2

*Economic Dev. Loan Fund v. Pangelinan*, 2 CR 451 (D.N.M.I. App. Div. 1986) . . . . . 19-20

*E.E.O.C. v. First Citizens Bank of Billings*, 758 F. 2d 397 (9th Cir. 1985), *cert. denied*, 474 U.S. 902 (1985), *overruled in part on other grounds*, *McLaughlin v. Richland Shoe Co.*, 486 U.S. 128 (1988) . . . . . 8

*Elwell v. Univ. Hosps. Home Care Servs.*, 276 F.3d 832 (6th Cir. 2002) . . . . . 9

*Gasperini v. Ctr. for Humanities, Inc.*, 518 U.S. 415, 116 S.Ct. 2211, 135 L. Ed. 2d 659 (1996) . . . . . 11 n.2

*Goldberg v. Whitaker House Cooperative*, 366 U.S. 28, 81 S.Ct. 933, 6 L. Ed. 2d 100 (1961) . . . . . 13

*Hale v. State of Arizona*, 993 F.2d 1387 (9th Cir. 1993), *cert. denied*, 510 U.S. 946, 114 S.Ct. 386, 126 L. Ed. 2d 335 (1993) . . . . . 13-14

*Herman v. RSR Security Services*, 172 F.3d 132 (2nd Cir. 1999) . . . . . 8

*Hodgson v. Wheaton Glass Co.*, 446 F. 2d 527 (3rd Cir. 1971) . . . . . 4

*In re Larry's Apartment, L.L.C.*, 249 F.3d 832 (9th Cir. 2001) . . . . . 11 n.2

*Laffey v. Northwest Airlines, Inc.*, 567 F. 2d 429 (D.C. Cir. 1976), *cert. denied*, 434 U.S. 1086, 98 S.Ct. 1281, 55 L.Ed. 2d 792 (1978) . . . . . 9

*Marshall v. Brunner*, 668 F. 2d 748 (3rd Cir. 1982) . . . . . 9-10

*Marshall v. Coach House Restaurant, Inc.*, 457 F. Supp. 946 (S.D.N.Y. 1978) . . . . . 4

*Martin v. Deiriggi*, 985 F. 2d 129 (4th Cir. 1992) . . . . . 17

*McLaughlin v. Ho Fat Seto*, 850 F. 2d 586 (9th Cir. 1988) . . . . . 6

*Meade v. Cedarapids, Inc.*, 164 F.3d 1218 (9th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3

*Nationwide Mutual Ins. Co. v. Darden*, 503 U.S. 318, 112 S.Ct. 1344, 117 L. Ed. 2d 581 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Overnight Motor Transp. Co. v. Missel*, 316 U.S. 572, 62 S.Ct. 1216, 86 L.Ed. 1682 (1942) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Palmer v. Connecticut Railway & Lighting Co.*, 311 U.S. 544, 61 S.Ct. 379, 85 L.Ed. 336 (1941) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Real v. Driscoll Strawberry Associates*, 603 F. 2d 748 (9th Cir. 1979) . . . . . . . . . . . . . . . 13-14

*Reich v. Circle C Investments, Inc.*, 998 F. 2d 324 (5th Cir. 1993) . . . . . . . . . . . . . . . . . . . 15

*Reich v. Japan Enterprises, Inc.*, 91 F.3d 154 (9th Cir. 1996) (Unpublished) . . . . 15-16, 17-18

*Reich v. Southern New England Telecommunications Corp.*, 121 F.3d 58 (2nd Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Rutherford Food Corp. v. McComb*, 331 U.S. 722, 67 S.Ct. 1473, 91 L. Ed. 1772 (1947) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Samson v. Apollo Res., Inc.*, 242 F.3d 629 (5th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Story Parchment Co. v. Paterson Parchment Co.*, 282 U.S. 555, 51 S.Ct. 248, 75 L.Ed. 544 (1931) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Thiebes v. Wal-Mart Stores, Inc.*, 2004 WL 1688544 (D. Or. 2004) . . . . . . . . . . . . . . . . . . . . 7

*United Enterprises, Inc. v. King*, 4 N.M.I. 304 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . 19-20

Statutes:

Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. . . . . . . . . . . . . . . . . . . . . . . . . 1, 4-10, 13-17

Title 3 Commonwealth Code § 4447(d) (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-12

Title 7 Commonwealth Code C.M.C. § 3401 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . 11 n.2

Rules:

Fed. R. Civ. P. 56(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Regulations:

29 C.F.R. § 516. 2(a) . . . . . . . . . . 5

29 C.F.R. § 516. 6(a) . . . . . . . . . . 5

29 C.F.R. Part 779, Subpart C . . . . . . . . . . 17

29 C.F.R. § 791.2 . . . . . . . . . . 14-15

Other:

Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America, Article V, §502(a)(2) . . . . . . . . . 4

Sen. Rep. No. 145, 87th Cong., 1st Sess., *reprinted in* 1961 U.S.C.C.A.N. 1620, 1659) . . . . 4

RESTATEMENT (SECOND) OF CONTRACTS § 235(2) (1981) . . . . . . . . . . 11