MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) | CASE NO. CV 05-0019 <br><br> NOTICE OF HEARINGS ON MOTIONS <br><br> Date: Thursday, August 10, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Alex R. Munson |

PLEASE TAKE NOTICE that Plaintiffs have filed motions for Summary Judgment and for Default Judgment against the Defendants in this action and have asked the Court to set a hearing before the Honorable Alex R. Munson, located in the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, on **Thursday, August 10, 2006, at 9:00 a.m.** or as soon thereafter as the motions may be heard in the above-entitled Court.

Respectfully submitted this 15th day of July, 2006.

/s/ Mark B. Hanson
────────────────────────
MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950