MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) | CASE NO. CV 05-0019 <br><br> APPLICATION FOR <br> INCREASED TIME <br><br> Date:   Thursday, August 10, 2006 <br> Time:   9:00 a.m. <br> Judge:  Hon. Alex R. Munson |

     COMES NOW the Plaintiffs, by and through the undersigned counsel of record, with a application to increase the time for filing Plaintiffs' Motions for Summary Judgment and for Default Judgment filed this day — July 15, 2006.

     Previously, the Court modified its Case Management Scheduling Order to extend by an additional two weeks the time for filing dispositive motions.  The increase was due, in part, to the fact that recent motions practice altered time frames in the case, and the time for defendants (non-defaulting) to file their response to Plaintiffs' First Amended Verified Complaint had not yet come. The Court, on July 3, 2006, extended the deadline for filing dispositive motions for two weeks to July 14, 2006.  The non-defaulting defendants have not answered the First Amended Verified Complaint.

Because of reasons associated with compiling documents for filing electronically on the Court's new system, and problems Plaintiffs' counsel and staff encountered when using the Court's new e-filing system, Plaintiffs' counsel underestimated the time it would take to accomplish a filing of the scope of Plaintiffs' Motion for Summary Judgment. The Motion was filed twenty minutes after midnight — the morning of July 15 — twenty minutes late.

Plaintiffs' Motion for Default Judgment against the two previously defaulted defendants was filed early this day, after the Motion for Summary Judgment.

Neither late motion filing will alter the briefing schedule and all motions and supporting documentation will be served at the same time they would have had the Motions been filed before midnight on Friday, July 14, 2006. Accordingly, no party may argue that it is prejudiced by the half-day delay in e-filing the motions. No other dates set by the Court will change if the extension applied for herein is granted.

Wherefore, Plaintiffs respectfully request that the Court allow the extended time and the filing of Plaintiffs' Motions for Summary Judgment and for Default Judgment as they were filed today, July 15, 2006 — one day late. Plaintiffs further waive any hearing on this application.

Respectfully submitted this 15th day of July, 2006.

/s/ Mark B. Hanson

MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs