MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON,<br><br>Defendants. | CASE NO. CV 05-0019<br><br>PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 15th of July 2006, at the time and the manner indicated below, I served a true and correct copy of the documents which were filed with the U.S. District Court for the Commonwealth of the Northern Mariana Islands:

    A.    APPLICATION FOR INCREASED TIME;
    B.    NOTICE OF HEARINGS ON MOTIONS;
    C.    MOTION FOR SUMMARY JUDGMENT;
    D.    MEMORANDUM IN SUPPORT OF PLAINTIFFS'
          MOTION FOR SUMMARY JUDGMENT;
    F.    ERRATA TO: MEMORANDUM IN SUPPORT OF PLAINTIFFS'
          MOTION FOR SUMMARY JUDGMENT;
    G.    PROPOSED FINDINGS OF UNCONTROVERTED FACT (w/EXHIBITS).

1  <u>Served Via Priority Mail at approximately 3:00 p.m. to the following addresses below:</u>

3  **MR. KIM HANG KWON**
   P.O. Box 503448, CK
4  Saipan, MP 96950

6  **MRS. PARK HWA SUN**
   P.O. Box 503428, CK
   Saipan, MP 96950

8  This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 17th day of July, 2006.

/s/ Rowena J. De Vera
_____
Rowena J. De Vera