F I L E D
Clerk
District Court

JUL 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | CASE NO. CV 05-0019 |
| Plaintiffs, | |
| vs. | ORDER GRANTING APPLICATION FOR EXTENSION OF TIME |
| JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, | |
| Defendants. | |

Based on the Motion by Plaintiffs, for good cause shown, and because no party would be prejudiced by a one-day extension of time in this matter, the Court GRANTS Plaintiffs' Application to increase the time for filing their Motion for Summary Judgment and Motion for Default Judgment allowing the filing of the two motions on July 15, 2006.

SO ORDERED.

DATE: July 17, 2006

ALEX R. MUNSON
Chief Judge