FILED
Clerk
District Court

JUL 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI Corporation, ASIA ENTERPRISES INC., a CNMI Corporation, PARK HWA SUN and KIN HANG KWON,<br><br>Defendants, | Civil Action No. 05-0019<br><br><u>Plaintiff's Motion to Amend Case Management Scheduling Order</u> |

Mark B. Hanson
Attorney at Law
PMB 738, Box 10000
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

Plaintiff's Motion to Amend the Case Management Scheduling Order will be discussed at the Pre-trial Conference scheduled for Friday, August 11, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED THIS 20TH day of July, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)