# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0019                                                                August 10, 2006
                                                                           9:35 a.m.

**LI YING HUA, et al -vs- JUNG JIN CORPORATION, et al**

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Ellia Ciammaichella, Law Clerk
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Mark Hanson, Attorney for Plaintiffs

PROCEEDINGS:   MOTION FOR DEFAULT JUDGMENT/MOTION FOR SUMMARY JUDGMENT

   Plaintiffs were represented in court by Attorney Mark Hanson. No one was present on behalf of the defendants. Dennis Tse was present as interpreter/translator of the Chinese language.

   Attorney Hanson argued on behalf of the Plaintiffs.

   Court, after hearing all argument, GRANTED the motion.

                                                        Adjourned 9:40 a.m.


                                                        */s/* K. Lynn Lemieux, Courtroom Deputy