FILED
Clerk
District Court

AUG 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, <br><br> Plaintiffs, <br><br> vs. <br><br> JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, <br><br> Defendants. | CASE NO. CV 05-0019 <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

On July 15, 2006, Plaintiffs Li Ying Hua, Xu Jing Ji and Li Zheng Zhe (collectively "Plaintiffs") moved the Court for Summary Judgment against all four named defendants in this action: Jung Jin Corporation, Asia Enterprises, Inc., Park Hwa Sun and Kim Hang Kwon (collectively the "Defendants"). As an alternative, and because the Court previously entered the defaults of the corporate defendants, Jung Jin Corporation and Asia Enterprises, Inc., Plaintiffs moved the Court to enter a default judgment against those two defendants. Both motions came for hearing on August 10, 2006. Mark B. Hanson appeared with Plaintiffs and Chinese interpreter, Dennis Tse. None of the Defendants appeared, nor where they represented by counsel,[1] nor did the Defendants file any opposition to the two motions.

---

[1] On March 3, 2006, this Court granted the withdrawal of Defendants' counsel. Since that date, no attorney has entered their appearance in this matter on behalf of any of the Defendants.

It appearing that all the Defendants were properly served with Plaintiffs' motions and supporting documents, and the Court having considered the evidence filed by Plaintiffs in support of their motions in the light most favorable to the Defendants, and having reviewed and considered the arguments of Plaintiffs in support of their motions, and their being no opposition by any of the Defendants, the Court HEREBY FINDS that the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits of Plaintiffs, show that there is no genuine issue as to any material fact and that Plaintiffs are entitled to a judgment as a matter of law. In so doing, the Court HEREBY ADOPTS as the findings of this Court the facts set forth in Plaintiffs' Proposed Findings of Uncontroverted Fact filed on July 15, 2006 in support of their Motion for Summary Judgment.

Accordingly, Plaintiffs' Motion for Summary Judgment is HEREBY GRANTED.[2] Plaintiffs are entitled to judgment as a matter of law against the Defendants, jointly and severally, in the total amount of $168,292.80, plus costs and attorney's fees.

Plaintiffs shall, within ten days from the date of this order, submit to the Court a statement of the total hours expended by Plaintiffs in this case, including therein a statement of the total costs associated with the prosecution of this action. Thereafter, the Court will enter final judgment for Plaintiffs and against the Defendants, jointly and severally.

SO ORDERED.

DATE: 8-14-06

ALEX R. MUNSON
Chief Judge

---

[2] The Court, having granted Plaintiffs' Motion for Summary Judgment against all four Defendants in this matter, including the two previously defaulted defendants, hereby finds Plaintiffs' Motion for Default Judgment moot.

RECEIVED
AUG 1 … 
Clerk
District Court
The Northern Mariana Islands