AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

**LI YING HUA, LI ZHENG ZHE & XU JING JI**

V.

**JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC. a CNMI corporation, PARK HWA SUN and KIM HANG KWON**

## BILL OF COSTS

Case Number:    CV 05-0019

Judgment having been entered in the aboveentitled action on _____ Date against **ALL DEFENDANTS** ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ | 250.00 |
| Fees for service of summons and subpoena - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | 140.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | 1,143.75 |
| Fees for witnesses (itemize on  reverse side) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | 135.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case - - - - - - - - - | 222.43 |
| Docket fees under 28 U.S.C. 1923 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| Costs as shown on Mandate of Court of Appeals - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| Compensation of court-appointed experts - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 - - - - | 1,450.00 |
| Other costs (please itemize) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | 2,206.44 |
| TOTAL    $ | **5,547.62** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs inall categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: _____

Signature of Attorney: _____

Name of Attorney:  Mark B. Hanson

For: _____LI YING HUA, LI ZHENG ZHE & XU JING JI_____    Date: 8/21/06
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court    Deputy Clerk    Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| KIM PIL SUN KITAMI | | | | | | | $    45.00 |
| SEUNG-HEE CINDY YU | | | | | | | 45.00 |
| KIM SUNG EUN | | | | | | | 45.00 |
| | | | | | | TOTAL | **$   135.00** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement  t shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. 0ption served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

**Li Ying Hua, Li Zheng Zhe & Xu Jing Ji**
**Civil Case No. 05-0019**

## OTHER COSTS

| | | |
|---|---|---:|
| Mileage Expenses | $ | 72.96 |
| Postage | | 46.93 |
| CM-ECF PACER, Internet Access & Online Research | | 591.55 |
| Deposition Transcripts | | 1,306.00 |
| Staff Expenses (4.2 hours) | | 189.00 |
| Total Other Costs: | $ | **2,206.44** |

AO 82
(Rev. 08/01)

**ORIGINAL**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
DISTRICT OF THE NORTHERN MARIANA ISLANDS

7372

RECEIVED FROM: Mark B. Hansan, Esq.
PMB 738 P.O. Box 10000
Saipan, MP 96950

| CASE NUMBER OR OTHER REFERENCE | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|
| CV-05-009 | | 086900 | 60 | 00 |
| **FUND** | | 510000 | 190 | 00 |
| 6855___* | Deposit Funds | | | |
| | Registry Funds | | | |
| 086900 | Filing Fees | | | |
| 322350 | Copy Fees | | | |
| 322360 | Miscellaneous Fees | | | |
| 092037 | Noticing Fees | | | |
| 143500 | Interest Deposits to U.S. | | | |
| 323800 | Recovery -- Court Costs | | | |
| 504100 | Crime Victims Fund | **TOTAL** | 250 | 00 |
| 507310 | U.S. Trustee System Fund | | | |
| 106000 | Forfeitures of Unclaimed Monies | | | |

\* Last two digits same as last two digits of DO symbol

Li Xing Hua, etal -vs- Jung Jin Corp., etal
Verified Complaint

*Check and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.*

| DATE | CASH | CHECK | M.O. | CREDIT | DEPUTY CLERK |
|---|---|---|---|---|---|
| 6/23/05 | | ✓ | | | man |
| | | # 1782 | | | |

**RECEIPT**    DATE _2/10/06_    **1162**

RECEIVED FROM _Mark Manson Law office_

ADDRESS _Mangilao_

_Twenty five dollars and 0/100_    DOLLARS $ _25.00_

FOR _Service of process for Seung Ku Cindy Lyu_

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | 25 | ✓ | CHECK | | ✓ |
| BALANCE DUE | | | MONEY ORDER | | BY _Randall J. Smith_ |

---

**RECEIPT**    DATE _2/2/06_    **0293**

RECEIVED FROM _Mark Manson Law office_

ADDRESS _Mangilao_

_Twenty five dollars and 0/100_    DOLLARS $ _25.00_

FOR _Service of process for Pil Bon Kim Ketani_

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | 25 | ✓ | CHECK | | ✓ |
| BALANCE DUE | | | MONEY ORDER | • | BY _Randall S. Smith_ |

---

**RECEIPT**    DATE _5/19/06_    **1192**

RECEIVED FROM _Mark B. Manson Law office_

ADDRESS _Mangilao_

_Fifty dollars and 0/100_    DOLLARS $ _50.00_

FOR _Service of process for Kim Hi Song & KSK Corporation_

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | 50 | ✓ | CHECK | | ✓ |
| BALANCE DUE | | | MONEY ORDER | | BY _Randall S. Smith_ |

---

**RECEIPT**    DATE _6/27/05_    **0221**

RECEIVED FROM _Mark B. Manson Law office_

ADDRESS _Mangilao_

_Forty dollars and 0/100_    DOLLARS $ _40.00_

FOR _Service of process for Kim Hong Khoun and Asia Enterprises Inc._

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | 40 | ✓ | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands

OFFICIAL CASH RECEIPT

Payment Entered: 9/27/2005                    Receipt No.: 001369739

Received From: Mark Hanson

Received by  : Ellen K. Santos          9/27/2005  9:56:18    97741 999

Payment to Account(s):

    Reproduction Fee                    5720 46070              20.00
    Mark Hanson / Copies

Payment(s) Tendered:
    Cash                                                        20.00

                        TOTAL . . . . . . . . :                20.00

            *** KEEP THIS RECEIPT FOR YOUR RECORDS ***

---

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands

OFFICIAL CASH RECEIPT

Payment Entered: 9/28/2005                    Receipt No.: 001370985

Received From: Mark Hanson

Received by  : Evelyn P. Calvo          9/28/2005 14:42:36    98701 999

Payment to Account(s):

    Reproduction Fee                    5720 46070               4.50
    Mark Hanson / Copies

Payment(s) Tendered:
    Cash                                                         4.50

                        TOTAL . . . . . . . . :                 4.50

            *** KEEP THIS RECEIPT FOR YOUR RECORDS ***

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands

*Lili eXn*

OFFICIAL CASH RECEIPT

Payment Entered:  9/28/2005                           Receipt No.: 001370836

Received From: Mark Hanson

Received by  : Evelyn P. Calvo          9/28/2005 13:35:02    98594 999

Payment to Account(s):

    Reproduction Fee            5720 46070              7.00        *Verner*
    Mark Hanson / Copies                                  .

Payment(s) Tendered:
    Cash                                                 7.00

                            TOTAL . . . . . . . . :     7.00


        *** KEEP THIS RECEIPT FOR YOUR RECORDS ***

**Dennis T.C. Tse**
dba: D.T. Translation Services
P.O. Box 5767 CHRB
Saipan, MP 96950-5767
Tel : (670) 287-3098

# Invoice

Number: **1004**

Date: **August 15, 2006**

**Bill To:**

Law Office of Mark Hanson
PMB 738
P.O. Box 10000
Saipan, MP 96950

**Ship To:**

Law Office of Mark Hanson
PMB 738
P.O. Box 10000
Saipan, MP 96950

| PO Number | Terms | Project |
|---|---|---|
|  | Net 7 days | Case # : CV 05-0019 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| May 20, 2005 | Conference meeting with complainants: Mr. LI, ZHENG ZHE, Miss XU, JING JI and Miss LI, YING HUA at the office. ( 14:00 ~ 15:00 ) | 1.00 | 30.00 | 30.00 |
| June 13, 2005 | Conference meeting with complainants at the office. ( 16:30 ~ 17:30 ) | 1.00 | 30.00 | 30.00 |
| June 21, 2005 | Conference meeting with complainants at the office. ( 16:30 ~ 18:30 ) | 2.00 | 30.00 | 60.00 |
| June 22, 2005 | Conference meeting with complainants at the office. ( 16:30 ~ 18:15 ) | 2.00 | 30.00 | 60.00 |
| July 25, 2005 | Conference meeting with complainants at the office. ( 16:00 ~ 17:00 ) | 1.00 | 30.00 | 30.00 |
| August 30, 200 | Conference meeting with complainants at the office. ( 16:00 ~ 18:20 ) | 3.00 | 30.00 | 90.00 |
| Sept. 9, 2005 | Called up Atty. Hanson regarding witness of the case leaving back to China as per request of plaintiffs. | 1.00 | 30.00 | 30.00 |
| Dec. 19, 2005 | Conference meeting with plaintiffs at the office. ( 09:30 ~ 10:50 ) | 2.00 | 30.00 | 60.00 |
| Jan. 10, 2006 | Meeting with plaintiffs at Shirley coffee shop for information requested by attorney. ( 08:30 ~ 10:00 ) | 2.00 | 30.00 | 60.00 |

Authorized
Signature: _____
                        Dennis T.C. Tse

Date: ___August 15, 2006.___

**Dennis T.C. Tse**
dba: D.T. Translation Services
P.O. Box 5767 CHRB
Saipan, MP 96950-5767
Tel : (670) 287-3098

# Invoice

Number: **1004**

Date: **August 15, 2006**

**Bill To:**

Law Office of Mark Hanson
PMB 738
P.O. Box 10000
Saipan, MP 96950

**Ship To:**

Law Office of Mark Hanson
PMB 738
P.O. Box 10000
Saipan, MP 96950

| PO Number | Terms | Project |
|---|---|---|
|  | Net 7 days | Case # : CV 05-0019 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Jan. 21, 2006 | Office meeting with plaintiffs. ( 10:00 ~ 11:30 ) | 2.00 | 30.00 | 60.00 |
| Jan. 24, 2006 | Office meeting with plaintiffs before deposition. ( 12:00 ~ 13:00 ) | 1.00 | 30.00 | 30.00 |
| March 2, 2006 | Office meeting with 2 female plaintiffs. ( 10:00 ~ 10:40 ) | 1.00 | 30.00 | 30.00 |
| March 24, 2006 | Office meeting with plaintiffs. ( 15:30 ~ 16:20 ) | 1.00 | 30.00 | 30.00 |
| March 28, 2006 | Office meeting with plaintiffs. ( 15:30 ~ 20:15 ) | 5.00 | 30.00 | 150.00 |
| May 17, 2006 | Meeting with plaintiffs at Shirley coffee shop as per request. ( 19:30 ~ 21:00 ) | 2.00 | 30.00 | 60.00 |
| August 10, 200 | "Motion Hearing" at District Court and office coference after Hearing. ( 09:00 ~ 10:30 ) | 2.00 | 30.00 | 60.00 |

*8/16/06    19    30.—    √70.—Tse*

| | Total | $870.00 |
|---|---|---|

Authorized
Signature: _____
                    Dennis T.C. Tse

Amount Paid:

Amount Due:

Date: _____

General Account

Copying fee for Li,Li & Xu Case

190.93

MARK B. HANSON, ESQ./ATTORNEY AT LAW

Pacific Quick Print

Recoverable expenses:Copy charges:Commercial    Copying charges for employment documents on Li, Li & Xu case

2/2/2006

190.93

1896

Pacific Quick Print & Post
Pacific Galleries & Framing
Tel: 233-7678 / 235-3402

Store:1        Clerk:System Register:1
  12/15/2005              5:44:42
        Transaction#:   69897

| Number | On Customer Account Name |
|--------|--------------------------|

3663    Law Office of Bruce Berlin

| | | |
|---|---|---|
| 1 BLACK & WHITE COPY | | |
| 956 @ 0.08 | | 76.48 |
| 2 BLACK & WHITE COPY | | |
| 29 @ 0.16 | | 4.64 |
| 3 BLACK & WHITE COPY | | |
| 99 @ 0.28 | | 27.72 |
| 4 BLACK & WHITE COPY | | |
| 232 @ 0.13 | | 30.16 |
| 5 BLACK & WHITE COPY | | |
| 167 @ 0.23 | | 38.41 |
| 6 BLACK & WHITE COPY | | |
| 20 @ 0.43 | | 8.60 |
| 7 BLACK & WHITE COPY | | |
| 1 @ 0.33 | | 0.33 |
| 8 FINISHING SERVICES | | |
| 153 @ 0.03 | | 4.59 |

SubTotal:    190.93

Balance Due:    190.93
On Account:    190.93

Change:    0.00

Signature:

X_____

Custom Address Labels
Self-Inking Stamps
DHL Shipping Outlet

CLIENT: LI, LI & XU



**MARK B. HANSON, ESQ.**
**ATTORNEY AT LAW**
PMB 738  P.O. BOX 10000
SAIPAN, MP 96950
TEL # 233-8600 / 233-5262 (FAX)

1917

FIRST HAWAII BANK
SAIPAN, MP 96950
59-306/1214 17

3/13/2006

PAY TO THE
ORDER OF ___Alex Junghoon Tae_____ $ **580.00

Five Hundred Eighty and 00/100********************************************************************************* DOLLARS

Alex Junghoon Tae

MEMO
Translation services rendered for Li,Li&Xu Case

AUTHORIZED SIGNATURE                MP

⑈00⑈1917⑈⑉ ⑉1214030365⑉ 17⑈003844⑈⑉

---

**MARK B. HANSON, ESQ./ ATTORNEY AT LAW**                                1917

Alex Junghoon Tae                                3/13/2006

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | | Payment |
|------|------|-----------|---|---------------|-------------|----------|---|---------|
| 02/13/2006 | Bill | | | 580.00 | 580.00 | | | 580.00 |
| | | | | | | Check Amount | | 580.00 |

3/22/06

General Account          Translation services rendered for Li,Li&Xu Case                    580.00

Alex, Junghoon Tae
P.O. Box 502002
Saipan MP 96950

Law Office of Mark Hanson
Garapan Village
Saipan MP 96950

Civil Action No.05-0019
LI YING HUA, LI ZHENG ZHE, and XU JING JI
vs.
ASIA ENTERPRISES; KIM HANG KWON

## Billing Statement
### For Translation/Interpretation Services Rendered

| Date | Time | Activity | Hours |
|------|------|----------|-------|
| 3/09/06 | 10:30AM-1:40PM | Deposition of Kim, Ki Sung | 3 |

| | |
|---|---|
| Rate: | $50.00 p/h |
| Total Hours: | 3 |
| Total Fee: | **$150.00** |

Alex, Junghoon Tae
P.O. Box 502002
Saipan MP 96950


Law Office of Mark Hanson
Garapan Village
Saipan MP 96950


Civil Action No.05-0019
LI YING HUA, LI ZHENG ZHE, and XU JING JI
vs.
ASIA ENTERPRISES; KIM HANG KWON


**Billing Statement**
**For Translation/Interpretation Services Rendered**

| Date | Time | Activity | Hours |
|------|------|----------|-------|
| 3/07/06 | 10:30AM-11:30AM | Deposition of Kim, Sung Ki | 1 |

| | |
|---|---|
| Rate: | $50.00 p/h |
| Total Hours: | 1 |
| Total Fee: | **$50.00** |

Alex, Junghoon Tae
P.O. Box 502002
Saipan MP 96950

Law Office of Mark Hanson
Garapan Village
Saipan MP 96950

Civil Action No.05-0019
LI YING HUA, LI ZHENG ZHE, and XU JING JI
vs.
ASIA ENTERPRISES; KIM HANG KWON

**Billing Statement**
**For Translation/Interpretation Services Rendered**

| Date | Time | Activity | Hours |
|------|------|----------|-------|
| 1/21/06 | 10:00AM-12:00PM | Deposition of Pil Sun Kitami | 2 |

| | |
|---|---|
| Rate: | $50.00 p/h |
| Total Hours: | 2 |
| Total Fee: | **$100.00** |

Alex, Junghoon Tae
P.O. Box 502002
Saipan MP 96950


Law Office of Mark Hanson
Garapan Village
Saipan MP 96950


Civil Action No.05-0019
LI YING HUA, LI ZHENG ZHE, and XU JING JI
vs.
ASIA ENTERPRISES; KIM HANG KWON


**Billing Statement**
**For Translation/Interpretation Services Rendered**

| Date | Time | Activity | Hours |
|------|------|----------|-------|
| 1/24/06 | 2:00PM-5:10PM | Deposition | 3.10 |
| 1/25/06 | 9:00AM-10:38AM | " " | 1.38 |
| | 3:30PM-4:20PM | " " | .50 |

*ENTERED : 2/17/06*

| Rate: | $50.00 p/h |
|-------|-----------|
| Total Hours: | 5.38 |
| Total Fee: | **$280.00** |

1890

**MARK B. HANSON, ESQ.**
ATTORNEY AT LAW
PMB 738  P.O. BOX 10000
SAIPAN, MP 96950
TEL # 233-8600 / 233-5262 (FAX)

**FIRST HAWAIIAN BANK**
SAIPAN, MP 96950
59-306/1214  17

2/1/2006

PAY TO THE
ORDER OF___ Kim Sung Eun                                                              $  **45.00

Forty-Five and 00/100******************************************************************************************** DOLLARS

Kim Sung Eun

MEMO
Witness fee + Mileage

⑈004890⑈ ⑉121403065⑉ 17⑈003844⑈

---

**MARK B. HANSON, ESQ./ ATTORNEY AT LAW**                                          1890
    Kim Sung Eun
    Recoverable expenses:Witness fees                  2/1/2006
            Witness fee for Li, Li & Xu case
                                      45.00

General Account         Witness fee + Mileage                                      45.00

**MARK B. HANSON, ESQ./ ATTORNEY AT LAW**                                          1890
    Kim Sung Eun
    Recoverable expenses:Witness fees                  2/1/2006
            Witness fee for Li, Li & Xu case
                                      45.00

General Account         Witness fee + Mileage                                      45.00



1891

MARK B. HANSON, ESQ.
ATTORNEY AT LAW
PMB 738  P.O. BOX 10000
SAIPAN, MP 96950
TEL # 233-8600 / 233-5262 (FAX)

FIRST HAWAIIAN BANK
SAIPAN, MP 96950
59-308/1214  17

2/1/2006

PAY TO THE
ORDER OF___ Seung-Hee Cindy Yu                                    $   **45.00

Forty-Five and 00/100***************************************************************************************** DOLLARS

Seung-Hee Cindy Yu

MEMO
    Witness fee + Mileage

⑈001891⑈ ⑆121403065⑆ 17⑈003844⑈

---

**MARK B. HANSON, ESQ./ ATTORNEY AT LAW**                        1891
    Seung-Hee Cindy Yu                                     2/1/2006
    Recoverable expenses:Witness fees        Witness fee for Li, Li & Xu case
                                                                    45.00

General Account        Witness fee + Mileage                        45.00

**MARK B. HANSON, ESQ./ ATTORNEY AT LAW**                        1891
    Seung-Hee Cindy Yu                                     2/1/2006
    Recoverable expenses:Witness fees        Witness fee for Li, Li & Xu case
                                                                    45.00

General Account        Witness fee + Mileage                        45.00



**MARK B. HANSON, ESQ.**
**ATTORNEY AT LAW**
PMB 738  P.O. BOX 10000
SAIPAN, MP 96950
TEL # 233-8600 / 233-5262 (FAX)

**FIRST HAWAIIAN BANK**
SAIPAN, MP 96950
59-306/1214  17

1889

2/1/2006

PAY TO THE
ORDER OF___ Pil Sun Kim Kitami                                    $  **45.00

Forty-Five and 00/100******************************************************************************** ___ DOLLARS

Pil Sun Kim Kitami

MEMO    Witness fee + MILEAGE

⑈001889⑈ ⑆121403065⑆ 17⑈003844⑈

---

**MARK B. HANSON, ESQ./ ATTORNEY AT LAW**                                    1889
    Pil Sun Kim Kitami                              2/1/2006
    Recoverable expenses:Witness fees        Witness fee for Li, Li & Xu case          45.00

General Account        Witness fee                                              45.00

**MARK B. HANSON, ESQ./ ATTORNEY AT LAW**                                    1889
    Pil Sun Kim Kitami                                      2/1/2006
    Recoverable expenses:Witness fees      Witness fee for Li, Li & Xu case          45.00

General Account        Witness fee                                              45.00



Ph +61 7 3378 2668
invoices@pacificsolutions.com.au
www.pacificsolutions.com.au

ABN 67 100 292 171

**Law Office of Bruce Berline**
**P.O. Box 5682 CHRB**
**Saipan  MP  96950**

**jaime@saipanlaw.com**

pacific
solutions

**Tax Invoice**

Invoice #:     00002380

Date Issued:     22/03/2006

Payment Terms:   10 working days

*All billings are in client's LOCAL CURRENCY*

| Date | Time/Units | | Rate | Amount |
|------|------|------|------|------|
| 22/03/2006 | 95 | Alex Sabugo | 2.70 | 256.50 |
| 22/03/2006 | 162 | Eduard Dimatera | 2.70 | 437.40 |
| 22/03/2006 | 9 | Jung Jin | 2.00 | 18.00 |
| 22/03/2006 | 170 | Kim Ki Sung | 2.00 | 340.00 |
| 22/03/2006 | 115 | Kim Pil Sun Kitami | 2.00 | 230.00 |
| 22/03/2006 | 272 | Asian Enterprises Depo | 2.00 | 544.00 |

1.132 ENTERED
PAID CK#
ATTACHED

PAID
4/6/06
CK# 2705

RECEIVED

Total:     **1,825.90**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## How to pay

  Detach this section and mail your cheque to...
PO Box 745 INDOOROOPILLY
QLD 4068 AUSTRALIA

  **Credit card by phone**
Call +61 7 3378 2668
During office hours

**Invoic**

**Direct Deposit**

Pacific Solutions Pty Ltd
Commonwealth Bank, Toowong Branch
BSB 064129
Account Number 1025 9960
SWIFT CTBAA U2S

For enquiries, email:   invoices@pacificsolutions.com.au

Ph +61 7 3378 2668
invoices@pacificsolutions.com.au
www.pacificsolutions.com.au

ABN 67 100 292 171

**Law Office of Bruce Berline**
**P.O. Box 5682 CHRB**
**Saipan  MP  96950**

**jaime@saipanlaw.com**

**pacific solutions**

**Tax Invoice**

Invoice #:                    00002480

Date Issued:            10/04/2006

Payment Terms:     10 working days

*All billings are in client's LOCAL CURRENCY*

| Date | Time/Units | | Rate | Amount |
|------|-----------|---|------|--------|
| 30/03/2006 | 87 | Deposition_of_Cindy_Yu_unproofed | 2.00 | 174.00 |

Total:          **174.00**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

How to pay


Detach this section and mail your cheque to...
PO Box 745 INDOOROOPILLY
QLD 4068 AUSTRALIA


**Credit card by phone**
Call +61 7 3378 2668
During office hours

**Invoic**

**Direct Deposit**

Pacific Solutions Pty Ltd
Commonwealth Bank, Toowong Branch
BSB 064129
Account Number 1025 9960
SWIFT CTBAA U2S

For enquiries, email:    invoices@pacificsolutions.com.au



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | 4.20 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.45 |

Postmark Here — SAIPAN — 22 2006

Sent To   MS. PARK HWA SUN
Street, Apt. No.; or PO Box No.   P.O. Box 503428 CK
City, State, ZIP+4   SAIPAN, MP 96950

PS Form 3800, June 2002                 See Reverse for Instructions

7005 0390 0000 3290 5740

---

Li, Li & Xy

```
**** U.S. POSTAL SERVICE ****
SAIPAN                   96950
584000                   62.00
JAIME                    # 02
04-22-06              09:24:25

          CUSTOMER RECEIPT

109 POST VAL IMP          8.45
109 POST VAL IMP          8.45

       TOTAL             16.90
       CASH T            20.00

       CHANGE             3.10


        *** THANK YOU ***
```

Mailed 4/24/06

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | 4.20 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.45 |

Postmark Here — SAIPAN — APR 22 2006

Sent To   MR. KIM HANG KWON
Street, Apt. No.; or PO Box No.   P.O. Box 503448 C.K.
City, State, ZIP+4   SAIPAN, MP 96950

PS Form 3800, June 2002                 See Reverse for Instructions

7005 0390 0002 3290 5757

DOUBLETREE GUEST SUITES, 16500 SOUTHCENTER PARKWAY
SEATTLE, WA 98188
TELEPHONE 206-575-8220        FAX 206-575-4743

HANSON, MARK
PMB 738, P.O. BOX 10,000

SAIPAN, JP 96950
JP

1301/NK1S
04/21/06 1:58PM
04/22/06

2/0

RATE PLAN        S-QO1
HH#
AL:
BONUS AL:              CAR:

Confirmation: 87078224

*ok*

04/22/06        PAGE        1

04/21/06        1520047        INTERNET ACCESS                        $3.95

WILL BE SETTLED TO VS *1571        $3.95
EFFECTIVE BALANCE OF        $0.00

*Li, Li + Xu*

272529    A

0.00

*** THANK YOU ***

CHANGE                          6.84

TOTAL                           3.16
CASH T                         10.00
CHANGE                          6.84

CUSTOMER RECEIPT

090 POSTAGE STAMPS              1.90
   ($.95 X 2)
090 POSTAGE STAMPS              1.26
   ($.63 X 2)

SAIPAN                         96950
580000                         62.00
#02                           JAIME
05-13-06                    09:25:20

**** U.S. POSTAL SERVICE ****

Hanson 5/13/06



U.S. POSTAL SERVICE    **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
MARK B. HANSON. ESQ
PMB 738, P.O. Box 10000
SAIPAN, MP 96950

One piece of ordinary mail addressed to:
MR. KIM HANG KWON
ASIA ENTERPRISES, INC.
P.O. Box 503448 CK
SAIPAN, MP 96950

PS Form 3817, Mar. 1989          *U.S. GPO:1991-312-605/51430

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current f..



U.S. POSTAL SERVICE    **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
MARK B. HANSON
PMB 738, P.O. Box 10,000
SAIPAN, MP 96950

One piece of ordinary mail addressed to:
MRS. PARK HNA SUN/JUNG JI
P.O. Box 503428 CK
SAIPAN, MP 96950

PS Form 3817, Mar. 1989          *U.S. GPO:1991-312-60..

Affix fee here in stamps or meter postage and post mark. Inquire of f..

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com.**

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Sent To MR. KIM HANG KWON
Street, Apt. No.; or PO Box No. P.O. Box 503428 CK
City, State, ZIP+4 SAIPAN MP 96950

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com.**

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Sent To MRS. PARK HWA SUN
Street, Apt. No.; or PO Box No. P.O. Box 503428 CK
City, State, ZIP+4 SAIPAN, MP 96950

PS Form 3800, June 2002                See Reverse for Instructions

---

```
**** U.S. POSTAL SERVICE ****
SAIPAN                 96950
584000                 62.00
JACKIE                  # 03
05-18-06             11:47:48
_____

       CUSTOMER RECEIPT

090 POSTAGE STAMPS        5.12
090 POSTAGE STAMPS        5.12
                        _____
    TOTAL                10.24
    CREDIT CARD          10.24
                        _____
    CHANGE                 .00
_____


       *** THANK YOU ***
_____
```

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

MARK B. HANSON, ESQ.
PMB 738, BOX 10,000
SAIPAN, MP 96950

One piece of ordinary mail addressed to:

MR. KIM HANG KWON
P.O. BOX 503448 CK
SAIPAN, MP 96950

PS Form **3817**, January 2001





| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

MARK B. HANSON, ESQ.
PMB 738, BOX 10,000
SAIPAN, MP 96950

One piece of ordinary mail addressed to:

MS. PARK HWA SUN
P.O. BOX 503428 C.K.
SAIPAN, MP 96950

PS Form **3817**, January 2001



```
**** U.S. POSTAL SERVICE ****
SAIPAN                    96950
584000                    62.00
CARLOS                     # 01
06-09-06             08:56:15
_____
          CUSTOMER RECEIPT
_____
109 POST VAL IMP           1.90
    ($.95 x 2)
109 POST VAL IMP           1.11
109 POST VAL IMP           1.11

    TOTAL                  4.12
    CASH T                20.00

    CHANGE                15.88


      *** THANK YOU ***
```





$3.16

Lili Xu Case

```
**** U.S. POSTAL SERVICE ****
SAIPAN                    96950
584000                    62.00
JAIME                     # 02
07-01-06              11:08:04

--------------------------------
           CUSTOMER RECEIPT
--------------------------------
109 POST VAL IMP            .34
   ($.17 x 2)
                        --------
   TOTAL                    .34
   CASH T                   .34

   CHANGE                   .00
--------------------------------


        *** THANK YOU ***
--------------------------------
```







Priority Mail

Li, Li & Xu