# Mark B. Hanson
Attorney at Law
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262
mark@saipanlaw.com

---

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji
Saipan MP 96950

August 17, 2006

    In Reference To: Li Ying Hua etal. v. Jung Jin Corp., etal.

Attorney Fees:

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 | MBH | Meeting with clients to discuss facts of case. | 2.20<br>200.00/hr | 440.00 |
| 6/13/2005 | MBH | Additional meeting with clients to discuss representation and facts of case. | 2.50<br>200.00/hr | 500.00 |
| 6/20/2005 | MBH | Prepare draft fee agreement and draft complaint. | 4.30<br>200.00/hr | 860.00 |
| 6/21/2005 | MBH | Meeting with clients to review draft fee agreement and discuss additional facts of case. | 2.60<br>200.00/hr | 520.00 |
| 6/22/2005 | MBH | Prepare amendments to FLSA complaint and finalize with clients; prepare and amend summons. | 2.30<br>200.00/hr | 460.00 |
| 7/13/2005 | MBH | E-mail to and from Steve Nutting regarding answer and beginning settlement negotiations (.2); review defendants' answer and case management conference statement (.5). | 0.70<br>200.00/hr | 140.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                Page    2

|            |     |                                                                                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 7/18/2005  | MBH | Work on initial disclosures and case management conference statement.                                                                                                | 1.50 200.00/hr  | 300.00 |
| 7/25/2005  | MBH | Meeting with clients to discuss (A) temporary work authorization, (B) proposed settlement demand and (C) identification of witnesses necessary for initial disclosures. | 0.80 200.00/hr  | 160.00 |
| 8/5/2005   | MBH | Review and calendar case management conference order (.2); call with Nutting regarding settlement (.2).                                                              | 0.40 200.00/hr  | 80.00  |
| 8/8/2005   | MBH | Review, modify and finalize CMC statement and initial disclosures (.7); prepare calculations of damages for the three clients (3.2).                                 | 3.90 200.00/hr  | 780.00 |
| 8/25/2005  | MBH | Discussion with Steve Nutting regarding upcoming Case Management Conference and settlement possibilities.                                                            | 0.20 200.00/hr  | 40.00  |
| 8/26/2005  | MBH | Attend Case Management Conference; discussion with Steve Nutting regarding settlement.                                                                               | 0.50 200.00/hr  | 100.00 |
| 8/30/2005  | MBH | Begin review of documents received from Nutting; meeting with clients to discuss some of the documents, settlement offer and assets of their employers.              | 1.80 200.00/hr  | 360.00 |
| 9/6/2005   | MBH | Preliminary investigation of three poker establishments, a laundry and the house lot of defendants.                                                                  | 1.20 200.00/hr  | 240.00 |
| 9/7/2005   | MBH | Call with Steve Nutting regarding documents received, settlement offer and known assets of defendants (.2); work on draft of subpoena to Revenue and Tax regarding poker licenses (.5). | 0.70 200.00/hr  | 140.00 |
| 9/8/2005   | MBH | Finish poker license subpoena.                                                                                                                                       | 0.50 200.00/hr  | 100.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji    Page   3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2005 | MBH | Review attachment to subpoena for poker license documents; discussion with staff regarding copying, filing and serving. | 0.30<br>200.00/hr | 60.00 |
| 9/28/2005 | MBH | Review title documents and court documents obtained based on grantor/grantee searches and instructions to staff regarding obtaining additional documents (.9); meeting with Dennis to discuss status of case (.2). | 1.10<br>200.00/hr | 220.00 |
| 10/4/2005 | MBH | Review documents provided by Revenue and Tax pursuant to subpoena regarding poker licenses and prepare table of same (1.5); review additional file documentation; draft letter to Nutting regarding final disclosures and settlement offer (.7). | 2.20<br>200.00/hr | 440.00 |
| 10/18/2005 | MBH | Review settlement letter from Steve Nutting. | 0.20<br>200.00/hr | 40.00 |
| 12/12/2005 | MBH | Discussion with Steve Nutting regarding discovery document production and defendants' plan to file for bankruptcy protection (.2); call from Dennis Tse regarding ad in paper for sale of Jung Jin assets; e-mail to Nutting regarding same (.3). | 0.50<br>200.00/hr | 100.00 |
| 12/15/2005 | RDV | Pick-up discovery documents from Nutting's Office and drop it off at Pacific Quick Print for copying. | 0.50<br>45.00/hr | 22.50 |
| 12/16/2005 | RDV | Bates stamping of discovery documents. | 3.50<br>45.00/hr | 157.50 |
| | RDV | Drop borrowed files to Nutting's Office. | 0.20<br>45.00/hr | 9.00 |
| 12/19/2005 | MBH | Meeting with clients to discuss status of case and recent actions by defendants to sell their assets. | 1.00<br>200.00/hr | 200.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                        Page    4

|                |     |                                                                                                                                                                                                                                            | Hrs/Rate        | Amount |
|----------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 12/22/2005     | MBH | Draft letter to Steve Nutting regarding defendants' advertisement to sell all their assets; notes regarding advertisement.                                                                                                                                   | 0.30 200.00/hr  | 60.00  |
| 1/3/2006       | MBH | Call from translator regarding clients information that laundry sold for $200K; draft e-mail to Steve Nutting regarding same and scheduling depositions (.2); preliminary review of defendants' responses to interrogatories (.5).                          | 0.70 200.00/hr  | 140.00 |
| 1/4/2006       | MBH | Call from translator regarding additional transfers by defendants of their assets; e-mail to Steve Nutting regarding same; additional research regarding fraudulent transfers.                                                                              | 1.20 200.00/hr  | 240.00 |
| 1/6/2006       | MBH | E-mail to and from Steve Nutting regarding discovery issues, including scheduling of depositions.                                                                                                                                                           | 0.40 200.00/hr  | 80.00  |
| 1/9/2006       | MBH | Discussion with Dennis Tse regarding communications with clients about further information on asset transfers of Defendants (.2); review e-mail from Steve Nutting; draft notices of deposition (1.0).                                                      | 1.20 200.00/hr  | 240.00 |
| 1/11/2006      | MBH | E-mail to Steve Nutting regarding deposition dates and communications with his clients.                                                                                                                                                                     | 0.10 200.00/hr  | 20.00  |
| 1/13/2006      | MBH | Call with Steve Nutting regarding deposition scheduling, some discovery issues and possibility of additional settlement negotiations (.2); prepare subpoenas to business licensing and to BMV; call to BMV regarding name of director (.8)                  | 1.00 200.00/hr  | 200.00 |
| 1/18/2006      | MBH | Discussions with staff regarding translator for upcoming deposition; e-mail to Steve Nutting regarding same and additional discovery issues.                                                                                                                 | 0.20 200.00/hr  | 40.00  |
| 1/19/2006      | MBH | Calls with BMV regarding responses to subpoena; review correspondence from Nutting regarding discovery due; meeting with Joe Taijeron to review BMV response to                                                                                              | 0.50 200.00/hr  | 100.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                          Page    5

|              |     |                                                                                                                                                                                                                                 | Hrs/Rate          | Amount   |
|--------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
|              |     | subpoena.                                                                                                                                                                                                                       |                   |          |
| 1/20/2006    | MBH | Calls to and from Steve Nutting regarding discovery and settlement possibilities; calls with Dennis Tse regarding same; briefly review bank records received in discovery.                                                      | 0.50<br>200.00/hr | 100.00   |
| 1/21/2006    | MBH | Meeting with clients regarding settlement (1.2); calls to and from Steve Nutting regarding settlement (.2).                                                                                                                     | 1.40<br>200.00/hr | 280.00   |
| 1/23/2006    | MBH | Review discovery documents and begin preparing for deposition of Jung Jin.                                                                                                                                                      | 4.20<br>200.00/hr | 840.00   |
| 1/24/2006    | MBH | Continue deposition preparation and meeting with clients regarding same (2.6); first part of deposition of Jung Jin (.2); first part of deposition of Asia Enterprises (3.0).                                                   | 5.80<br>200.00/hr | 1,160.00 |
| 1/25/2006    | MBH | Additional deposition preparation (.6); continue deposition of Asia Enterprises with Mr. Kim (1.7); complete deposition of Asia and dump audio to computer (1.8); meeting with Joe Taijeron regarding additional response to subpoena (.2). | 4.30<br>200.00/hr | 860.00   |
| 1/26/2006    | MBH | Discussion with Steve Nutting regarding lingering discovery issues and possible settlement.                                                                                                                                     | 0.20<br>200.00/hr | 40.00    |
| 1/30/2006    | MBH | Discussion with Steve Nutting regarding depositions and continuing discovery; draft notices of depositions of Kim Pil Sun and Kim Sung Ki; draft subpoenas and attachments for same; draft letter to Nutting regarding additional discovery documents. | 2.90<br>200.00/hr | 580.00   |
| 1/31/2006    | MBH | Several discussions with staff regarding service of subpoenas for Kim Sung Ki and Kim Pil Sun.                                                                                                                                  | 0.30<br>200.00/hr | 60.00    |
| 2/1/2006     | MBH | Call to Steve Nutting office (.1); call to Registrar of Corporations regarding KSK Corporation and review annual report received therefrom (.2); draft subpoenas with attachment for Kim Sung Eun and Cindy Yu (.6);            | 1.10<br>200.00/hr | 220.00   |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                    Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | discussions to staff and process server regarding witness and mileage fees and service (.2) |  |  |
| 2/3/2006 | MBH | Review Nutting motion to withdraw and calendar. | 0.20<br>200.00/hr | 40.00 |
| 2/6/2006 | MBH | Review letter from Richard Pierce objecting to subpoena to Kitami; research Rule 45 and issue raised by letter; draft letter in response. | 2.30<br>200.00/hr | 460.00 |
| 2/7/2006 | MBH | Review and respond to Pierce letter regarding Kim Pil Sun subpoena. | 1.00<br>200.00/hr | 200.00 |
| 2/14/2006 | MBH | Call with Richard Pierce regarding Kim Pil Sun deposition scheduling and other subpoena issues. | 0.20<br>200.00/hr | 40.00 |
| 2/15/2006 | MBH | Review letter from Dick Pierce and documents attached regarding Kim Pil Sun deposition (.2); call with Steve Nutting regarding same and prepare amended notice of deposition (.2); prepare stipulation to continue status/settlement conference (.3). | 0.70<br>200.00/hr | 140.00 |
| 2/16/2006 | MBH | Call with translator Alex Tae regarding scheduling of deposition; calls with Dick Pierce regarding same; calls with Steve Nutting office regarding same (.3); draft letter to Pierce regarding subpoena responses (.5); prepare additional subpoena for documents from Kim Pil Sun Kitami (.2); prepare amended notice of deposition (.1). | 1.10<br>200.00/hr | 220.00 |
| 2/17/2006 | MBH | Revise letter to Pierce; discussions with staff regarding preparation and service of documents. | 0.20<br>200.00/hr | 40.00 |
| 2/21/2006 | MBH | Deposition of Kim Pil Sun Kitami (2.1); review and respond to letter from Dick Pierce regarding second subpoena for documents (.4). | 2.50<br>200.00/hr | 500.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                                  Page   7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2006 | MBH | Meeting with clients to discuss settlement for upcoming conference (.5); work on revised and updated calculations of damages for three clients (1.2). | 1.70<br>200.00/hr | 340.00 |
| 3/3/2006 | MBH | Attend status conference. | 0.60<br>200.00/hr | 120.00 |
| 3/6/2006 | MBH | Discussion with staff regarding translator for upcoming depositions (.1); call from assistant of Kim Sung Ki regarding document production and upcoming deposition (.2). | 0.30<br>200.00/hr | 60.00 |
| 3/7/2006 | MBH | Prepare for deposition of Kim Sung Ki (.5); deposition of Kim Sung Ki (1.0). | 1.50<br>200.00/hr | 300.00 |
| 3/9/2006 | MBH | Prepare for deposition (.8); deposition of Kim Ki Sung including post-deposition management (3.5). | 4.30<br>200.00/hr | 860.00 |
| 3/13/2006 | MBH | Research regarding FLSA successor liability and alter ego; begin drafting motion to amend. | 5.10<br>200.00/hr | 1,020.00 |
| 3/14/2006 | MBH | Continue research and drafting of motion to amend; discussions with staff regarding ordering transcripts from depositions. | 2.20<br>200.00/hr | 440.00 |
| 3/21/2006 | MBH | Discussion with translator regarding meeting about declarations (.2); brief research regarding joint liability issues (.3). | 0.50<br>200.00/hr | 100.00 |
| 3/24/2006 | MBH | Deposition of Cindy Yu including deposition preparation (2.0); meeting with clients to discuss facts for declarations and status of case (.5); work on completing transcripts (1.2). | 3.70<br>200.00/hr | 740.00 |
| 3/28/2006 | MBH | Work on declarations of plaintiffs including meetings to review, revise and execute the same; review and revise calculations of damages. | 6.70<br>200.00/hr | 1,340.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2006 | MBH | Work on completion of transcripts. | 4.20<br>200.00/hr | 840.00 |
| 3/30/2006 | MBH | Work on transcript review and completion. | 3.90<br>200.00/hr | 780.00 |
| 3/31/2006 | MBH | Finish review and completion of transcripts for Jung Jin, Asia, Kim Ki Sung and Kitami depos (1.2); work on proposed findings of uncontroverted fact (4.1). | 5.30<br>200.00/hr | 1,060.00 |
| 4/5/2006 | SJR | Meeting with Mark Hanson to discuss needed work on Motions to amend for default and for summary judgment. | 1.20<br>150.00/hr | 180.00 |
|  | MBH | Review and certify Cindy Yu deposition (.5); finish declaration of counsel (.5); meeting with associate to discuss completing motions (1.2); additional notes to associate and e-mail regarding regulations (.3). | 2.50<br>200.00/hr | 500.00 |
| 4/6/2006 | SJR | Review deposition testimony and court documents. | 2.50<br>150.00/hr | 375.00 |
| 4/7/2006 | SJR | Research applicable law regarding Corporations represented by counsel and penalties for not having counsel. | 1.00<br>150.00/hr | 150.00 |
| 4/8/2006 | SJR | Work on draft of motion to dismiss for failure to have counsel. | 0.80<br>150.00/hr | 120.00 |
| 4/9/2006 | SJR | Research successor liability and amending pleadings. | 0.70<br>150.00/hr | 105.00 |
| 4/10/2006 | SJR | Work on draft of motion to amend pleadings. | 1.20<br>150.00/hr | 180.00 |
|  | SJR | Review deposition testimony for motion to amend pleadings. | 1.00<br>150.00/hr | 150.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                Page    9

|            |     |                                                                                                                                                                                                                                                                              | Hrs/Rate         | Amount |
|------------|-----|---|---|---|
| 4/14/2006  | MBH | Call with associate regarding briefs.                                                                                                                                                                                                                                        | 0.60<br>200.00/hr | 120.00 |
|            | SJR | Telephone conference with Mark Hanson regarding changes to draft motions.                                                                                                                                                                                                    | 0.60<br>150.00/hr | 90.00  |
| 4/15/2006  | SJR | Review e-mail message from Mark Hanson regarding changes to draft motions.                                                                                                                                                                                                   | 0.20<br>150.00/hr | 30.00  |
|            | MBH | Review and revise draft motion for default judgment; e-mail to associate regarding same.                                                                                                                                                                                     | 2.30<br>200.00/hr | 460.00 |
| 4/16/2006  | SJR | Revise motion to dismiss and to amend pleadings.                                                                                                                                                                                                                             | 2.00<br>150.00/hr | 300.00 |
| 4/19/2006  | MBH | Calls with staff regarding preparation of documents for filing (.2); preliminary review of most recent drafts of motion for sanctions and motion to amend (.5); calls with associate regarding same and changes (.3).                                                        | 1.00<br>200.00/hr | 200.00 |
|            | SJR | E-mail to Mark Hanson regarding additional changes to draft motions (.2) ; telephone conference with Mark Hanson regarding same (.3).                                                                                                                                        | 0.50<br>150.00/hr | 75.00  |
| 4/20/2006  | SJR | Review documents for filing and delivery to Mark Hanson's Office.                                                                                                                                                                                                            | 0.50<br>150.00/hr | 75.00  |
|            | MBH | Review changes and additional editing of motion for sanctions brief (.9); review changes and additional editing of motion to amend brief (1.5).                                                                                                                              | 2.40<br>200.00/hr | 480.00 |
| 5/12/2006  | MBH | Attend settlement/status conference (.5); draft motion and proposed order regarding extension of Case Management deadlines; review and revise (.5); review orders from court and discussion with staff regarding preparation, review and filing of an amended complaint (.2); call with translator regarding meeting for clients | 1.40<br>200.00/hr | 280.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | regarding same (.2). |  |  |
| 5/16/2006 | MBH | Work on amended complaint. | 0.50<br>200.00/hr | 100.00 |
| 5/17/2006 | MBH | Additional review and revision of Amended complaint. | 1.50<br>200.00/hr | 300.00 |
| 5/22/2006 | MBH | Review opposition filing of Kim Ki Sung to motion to amend; call to Robert Torres regarding same; meeting with Mr. Kim Hang Kwon regarding settlement. | 1.20<br>200.00/hr | 240.00 |
| 5/23/2006 | MBH | Review and calendar order from Court setting hearing and briefing schedule regarding KSK motion. | 0.20<br>200.00/hr | 40.00 |
| 6/6/2006 | MBH | Work on draft of opposition to motion to strike or to dismiss. | 0.90<br>200.00/hr | 180.00 |
|  | MBH | Attend status conference regarding scheduling matters. | 0.70<br>200.00/hr | 140.00 |
| 6/7/2006 | MBH | Continue drafting opposition to motion to strike or to dismiss filed by KSK. | 2.10<br>200.00/hr | 420.00 |
| 6/8/2006 | MBH | Additional research regarding issues in defendants' motion to dismiss; complete, review, revise, and edit opposition brief; draft declaration; instructions to staff regarding filing and service. | 5.20<br>200.00/hr | 1,040.00 |
| 6/15/2006 | MBH | Review KSK reply brief. | 0.40<br>200.00/hr | 80.00 |
| 6/19/2006 | MBH | Attend hearing on KSK motion to dismiss. | 0.50<br>200.00/hr | 100.00 |
| 6/20/2006 | MBH | Review order granting KSK motion to dismiss; research regarding effects of outright dismissal of complaint on claims against original defendants and statute of | 1.80<br>200.00/hr | 360.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                Page    11

|            |     |                                                                                                                                                                                                                                             | Hrs/Rate        | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
|            |     | limitations problems.                                                                                                                                                                                                                                    |                 |          |
| 6/21/2006  | MBH | Review corrections to order dismissing KSK and Kim Ki Sung.                                                                                                                                                                                              | 0.20 200.00/hr  | 40.00    |
| 6/28/2006  | MBH | Work on Proposed Findings of Uncontroverted Fact for motions.                                                                                                                                                                                            | 4.70 200.00/hr  | 940.00   |
| 6/29/2006  | MBH | Continue work on proposed findings of uncontroverted fact.                                                                                                                                                                                               | 3.70 200.00/hr  | 740.00   |
| 6/30/2006  | MBH | Draft motion to modify case management schedule.                                                                                                                                                                                                         | 0.70 200.00/hr  | 140.00   |
| 7/10/2006  | MBH | Continue working on proposed findings of uncontroverted fact.                                                                                                                                                                                            | 3.10 200.00/hr  | 620.00   |
| 7/11/2006  | MBH | Continue work on proposed findings of uncontroverted fact.                                                                                                                                                                                               | 3.70 200.00/hr  | 740.00   |
| 7/13/2006  | MBH | Continue work on Proposed Findings of Uncontroverted Fact; begin drafting Motion for Summary Judgment; research regarding various issues in same.                                                                                                        | 7.70 200.00/hr  | 1,540.00 |
| 7/14/2006  | MBH | Complete findings of uncontroverted fact; finish review and revise summary judgment motion and memorandum including table of contents and table of authorities; supplemental research; e-file documents including assisting staff with exhibit and other attachment filings. | 10.30 200.00/hr | 2,060.00 |
| 7/15/2006  | MBH | Prepare errata and correct table of authorities; draft motion for default judgment; draft application for extension of time and proposed order; prepare all documents for filing and e-file; communications with staff regarding service on Park and Kim. | 4.20 200.00/hr  | 840.00   |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                              Page  12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2006 | MBH | Prepare for upcoming hearing on motions for summary judgment and default. | 0.50<br>200.00/hr | 100.00 |
| 8/10/2006 | MBH | Attend hearing on Motions for Summary Judgment and for Default Judgment (.5); meeting with clients to discuss the outcome of the hearing and continuing efforts to collect judgments (.7); call with Court regarding scheduled pretrial conference (.2); begin drafting summary judgment order (.2). | 1.60<br>200.00/hr | 320.00 |
| 8/11/2006 | MBH | Research regarding findings and conclusions with regard to orders granting summary judgment (.8); continue drafting and several revisions of order granting motion for summary judgment; draft proposed judgment and begin working on final compilation of cost (3.1). | 3.90<br>200.00/hr | 780.00 |
|  |  | For professional services rendered | 191.80 | $37,099.00 |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 6/23/2005 | Court filing<br>Filing Fee: FLSA Complaint. | 1<br>250.00 | 250.00 |
| 6/27/2005 | Service of process fees<br>Service of process fees. | 1<br>40.00 | 40.00 |
| 7/12/2005 | Copying<br>Office copies through July 11, 2005. | 157<br>0.25 | 39.25 |
|  | Mileage expense<br>Mileage expense through July 8, 2005. | 16.3<br>0.40 | 6.52 |
| 8/15/2005 | Copying<br>Office copies through August 15, 2005. | 124<br>0.25 | 31.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                            Page    13

|            |                                                                                                                          | Qty/Price    | Amount |
|------------|--------------------------------------------------------------------------------------------------------------------------|--------------|--------|
| 8/15/2005  | Mileage expense<br>Mileage expenses through August 15, 2005.                                                             | 17.4<br>0.40 | 6.96   |
| 9/14/2005  | Copying<br>Office copies through September 2005.                                                                         | 15<br>0.25   | 3.75   |
| 9/15/2005  | Facsimile<br>Office facsimile charges through September, 2005.                                                           | 3<br>0.25    | 0.75   |
|            | Mileage expense<br>Mileage expense through September, 2005.                                                              | 14.3<br>0.40 | 5.72   |
| 9/27/2005  | Court copies<br>Copying cost of filed documents of Asia Ent., Jung Jin Corp., Park Hwa Sun and Kim Hang Kwon from Court and Recorder's Office. | 63<br>0.50   | 31.50  |
| 10/31/2005 | Mileage expense<br>Mileage charges for September through October 2005.                                                   | 18.1<br>0.40 | 7.24   |
|            | Copying<br>Office copies through October 2005.                                                                           | 252<br>0.25  | 63.00  |
|            | Translation services<br>Translator fee for office conference from May through August, 2005. | 10<br>30.00  | 300.00 |
| 11/30/2005 | Mileage expense<br>Mileage expense through November 2005.                                                                | 8.9<br>0.40  | 3.56   |
|            | Copying<br>Office copies through November 2005.                                                                          | 126<br>0.25  | 31.50  |
| 12/15/2005 | Commercial Copies<br>Copying services of employment documents at Pacific Quick Print. | 1<br>190.93  | 190.93 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                         Page    14

|            |                                                                                                      | Qty/Price    | Amount |
|------------|------------------------------------------------------------------------------------------------------|--------------|--------|
| 1/19/2006  | Copying<br>Office copies through January 19, 2006.                                                   | 39<br>0.25   | 9.75   |
|            | Mileage expense<br>Mileage expense through January 19, 2006.                                         | 32.1<br>0.40 | 12.84  |
| 1/24/2006  | Translation services<br>Translation rendered for Kim Hang Kwon deposition.                           | 3.1<br>50.00 | 155.00 |
| 1/25/2006  | Translation services<br>Translation rendered for Kim Hang Kwon deposition.                           | 2.5<br>50.00 | 125.00 |
| 2/2/2006   | Service of process fees<br>Service of process fees for Pil Sun Kim Kitami.                           | 1<br>25.00   | 25.00  |
| 2/10/2006  | Service of process fees<br>Service of process fees for Cindy Seung-Hee.                              | 1<br>25.00   | 25.00  |
| 2/12/2006  | Deposition fees<br>Deposition fees plus mileage for Pil Sun Kim Kitami, Cindy Yu Seung Hee and Kim Sung Eun. | 3<br>45.00   | 135.00 |
| 2/15/2006  | Copying<br>Office copies through February 15, 2006.                                                  | 71<br>0.25   | 17.75  |
|            | Facsimile<br>Office facsimile charges through February 15, 2006.                                     | 62<br>0.25   | 15.50  |
|            | Mileage expense<br>Mileage expense through February 15, 2006.                                        | 13.6<br>0.40 | 5.44   |
|            | Online research<br>On-line research expenses through February 15, 2006.                              | 3.24<br>80.00| 259.20 |
| 2/21/2006  | Translation services<br>Translator for Pil Sun Kitami.                                               | 2<br>50.00   | 100.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                     Page   15

|            |                                                                                                              | Qty/Price   | Amount   |
|------------|--------------------------------------------------------------------------------------------------------------|-------------|----------|
| 3/7/2006   | Translation services<br>Translator for Kim Sung Ki deposition.                                               | 1<br>50.00  | 50.00    |
| 3/9/2006   | Translation services<br>Translator for Kim Ki Sung deposition.                                               | 3<br>50.00  | 150.00   |
| 3/15/2006  | Facsimile<br>Office facsimile charges through March 15, 2006.                                                | 4<br>0.25   | 1.00     |
|            | Copying<br>Office copies through March 15, 2006.                                                             | 188<br>0.25 | 47.00    |
| 3/22/2006  | Deposition transcripts<br>Transcription fees for Jung Jin Corp.; Kim Ki Sung; Kim Pil Sun Kitami and Asia Ent., Inc. depositions. | 1<br>1,132.00 | 1,132.00 |
| 3/31/2006  | Postage<br>Mail notice of transcript deposition completion to Mr. Kim Ki Sung, Mr. Kim Hang Kwon and Ms. Park Hwa Sun. | 1<br>1.17   | 1.17     |
|            | Online research<br>On-line research expenses through March 31, 2006.                                         | 1.57<br>80.00 | 125.60   |
| 4/10/2006  | Deposition transcripts<br>Transcription fees for Cindy Yu deposition.                                        | 1<br>174.00 | 174.00   |
| 4/22/2006  | Postage<br>Postage fee for mailing documents via certified mail.                                             | 2<br>8.45   | 16.90    |
| 4/29/2006  | Other expenses<br>Internet access.                                                                           | 1<br>3.95   | 3.95     |
| 5/13/2006  | Postage<br>Postage fee for mailing documents via certificate of mailing.                                     | 2<br>1.58   | 3.16     |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                Page   16

|              |                                                                                      | Qty/Price | Amount |
|--------------|--------------------------------------------------------------------------------------|-----------|--------|
| 5/18/2006    | Postage                                                                              | 2         | 5.12   |
|              | Postage fee for mailing documents via certified mail to Mr. Kim Hang Kwon and Ms. Park Hwa Sun. | 2.56      |        |
| 5/19/2006    | Copying                                                                              | 1198      | 299.50 |
|              | Office copies through May 19, 2006.                                                  | 0.25      |        |
|              | Facsimile                                                                            | 1         | 0.25   |
|              | Office facsimile charges through May 19, 2006.                                       | 0.25      |        |
|              | Mileage expense                                                                      | 26        | 10.40  |
|              | Mileage expense through May 19, 2006.                                                | 0.40      |        |
|              | Service of process fees                                                              | 2         | 50.00  |
|              | Service of process fee for serving Mr. Kim Ki Sung and KSK Corporation.              | 25.00     |        |
| 5/24/2006    | Facsimile                                                                            | 19        | 4.75   |
|              | Office facsimile charges through May 24, 2006.                                       | 0.25      |        |
| 6/9/2006     | Postage                                                                              | 1         | 4.12   |
|              | Mail via certificate mailing (Opposition to Motion) to Ms. Park & Mr. Kim Hang Kwon. | 4.12      |        |
| 6/20/2006    | Online research                                                                      | 1.3       | 104.00 |
|              | On-line research expenses through June 20, 2006.                                     | 80.00     |        |
| 6/30/2006    | CM-ECF-PACER Web Page Transcation                                                    | 5         | 0.40   |
|              | PACER-Web page net charges from 4/1/06 to 6/30/06.                                   | 0.08      |        |
| 7/1/2006     | Postage                                                                              | 1         | 3.16   |
|              | Mail filed documents to Mr. Kim & Mrs. Park.                                         | 3.16      |        |
| 7/7/2006     | Mileage expense                                                                      | 26.2      | 10.48  |
|              | Mileage expense through July 5, 2006.                                                | 0.40      |        |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                              Page    17

|  | | Qty/Price | Amount |
|---|---|---:|---:|
| 7/14/2006 | Copying<br>Copying and scanning documents for e-filing. | 881<br>0.25 | 220.25 |
| 7/15/2006 | Postage<br>Mail transcript, motions and other court filed documents to Mrs. Park & Mr. Kim. | 2<br>6.65 | 13.30 |
|  | Copying<br>Office copies through July 15, 2006. | 1427<br>0.25 | 356.75 |
| 8/10/2006 | Translation services<br>Translation fee for office conferences and court hearing from September 2005 through August 2006. | 19<br>30.00 | 570.00 |
| 8/11/2006 | Online research<br>On-line research expenses August 11, 2006. | 1.23<br>80.00 | 98.40 |
| 8/15/2006 | Copying<br>Office copies through August 15, 2006. | 8<br>0.25 | 2.00 |
|  | Mileage expense<br>Mileage expense through August 15, 2006. | 9.5<br>0.40 | 3.80 |
|  | Total costs |  | $5,358.62 |
|  | Total amount of this bill |  | $42,457.62 |
|  | Balance due |  | $42,457.62 |