# Mark B. Hanson
*Attorney at Law*
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262
mark@saipanlaw.com

---

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji
Saipan MP 96950

August 17, 2006

In Reference To: Li Ying Hua etal. v. Jung Jin Corp., etal.

Attorney Fees:

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 | MBH | Meeting with clients to discuss facts of case. | 2.20<br>200.00/hr | 440.00 |
| 6/13/2005 | MBH | Additional meeting with clients to discuss representation and facts of case. | 2.50<br>200.00/hr | 500.00 |
| 6/20/2005 | MBH | Prepare draft fee agreement and draft complaint. | 4.30<br>200.00/hr | 860.00 |
| 6/21/2005 | MBH | Meeting with clients to review draft fee agreement and discuss additional facts of case. | 2.60<br>200.00/hr | 520.00 |
| 6/22/2005 | MBH | Prepare amendments to FLSA complaint and finalize with clients; prepare and amend summons. | 2.30<br>200.00/hr | 460.00 |
| 7/13/2005 | MBH | E-mail to and from Steve Nutting regarding answer and beginning settlement negotiations (.2); review defendants' answer and case management conference statement (.5). | 0.70<br>200.00/hr | 140.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2005 | MBH | Work on initial disclosures and case management conference statement. | 1.50 200.00/hr | 300.00 |
| 7/25/2005 | MBH | Meeting with clients to discuss (A) temporary work authorization, (B) proposed settlement demand and (C) identification of witnesses necessary for initial disclosures. | 0.80 200.00/hr | 160.00 |
| 8/5/2005 | MBH | Review and calendar case management conference order (.2); call with Nutting regarding settlement (.2). | 0.40 200.00/hr | 80.00 |
| 8/8/2005 | MBH | Review, modify and finalize CMC statement and initial disclosures (.7); prepare calculations of damages for the three clients (3.2). | 3.90 200.00/hr | 780.00 |
| 8/25/2005 | MBH | Discussion with Steve Nutting regarding upcoming Case Management Conference and settlement possibilities. | 0.20 200.00/hr | 40.00 |
| 8/26/2005 | MBH | Attend Case Management Conference; discussion with Steve Nutting regarding settlement. | 0.50 200.00/hr | 100.00 |
| 8/30/2005 | MBH | Begin review of documents received from Nutting; meeting with clients to discuss some of the documents, settlement offer and assets of their employers. | 1.80 200.00/hr | 360.00 |
| 9/6/2005 | MBH | Preliminary investigation of three poker establishments, a laundry and the house lot of defendants. | 1.20 200.00/hr | 240.00 |
| 9/7/2005 | MBH | Call with Steve Nutting regarding documents received, settlement offer and known assets of defendants (,2); work on draft of subpoena to Revenue and Tax regarding poker licenses (.5). | 0.70 200.00/hr | 140.00 |
| 9/8/2005 | MBH | Finish poker license subpoena. | 0.50 200.00/hr | 100.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                      Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2005 | MBH | Review attachment to subpoena for poker license documents; discussion with staff regarding copying, filing and serving. | 0.30<br>200.00/hr | 60.00 |
| 9/28/2005 | MBH | Review title documents and court documents obtained based on grantor/grantee searches and instructions to staff regarding obtaining additional documents (.9); meeting with Dennis to discuss status of case (.2). | 1.10<br>200.00/hr | 220.00 |
| 10/4/2005 | MBH | Review documents provided by Revenue and Tax pursuant to subpoena regarding poker licenses and prepare table of same (1.5); review additional file documentation; draft letter to Nutting regarding final disclosures and settlement offer (.7). | 2.20<br>200.00/hr | 440.00 |
| 10/18/2005 | MBH | Review settlement letter from Steve Nutting. | 0.20<br>200.00/hr | 40.00 |
| 12/12/2005 | MBH | Discussion with Steve Nutting regarding discovery document production and defendants' plan to file for bankruptcy protection (.2); call from Dennis Tse regarding ad in paper for sale of Jung Jin assets; e-mail to Nutting regarding same (.3). | 0.50<br>200.00/hr | 100.00 |
| 12/15/2005 | RDV | Pick-up discovery documents from Nutting's Office and drop it off at Pacific Quick Print for copying. | 0.50<br>45.00/hr | 22.50 |
| 12/16/2005 | RDV | Bates stamping of discovery documents. | 3.50<br>45.00/hr | 157.50 |
|  | RDV | Drop borrowed files to Nutting's Office. | 0.20<br>45.00/hr | 9.00 |
| 12/19/2005 | MBH | Meeting with clients to discuss status of case and recent actions by defendants to sell their assets. | 1.00<br>200.00/hr | 200.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji     Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2005 | MBH | Draft letter to Steve Nutting regarding defendants' advertisement to sell all their assets; notes regarding advertisement. | 0.30 200.00/hr | 60.00 |
| 1/3/2006 | MBH | Call from translator regarding clients information that laundry sold for $200K; draft e-mail to Steve Nutting regarding same and scheduling depositions (.2); preliminary review of defendants' responses to interrogatories (.5). | 0.70 200.00/hr | 140.00 |
| 1/4/2006 | MBH | Call from translator regarding additional transfers by defendants of their assets; e-mail to Steve Nutting regarding same; additional research regarding fraudulent transfers. | 1.20 200.00/hr | 240.00 |
| 1/6/2006 | MBH | E-mail to and from Steve Nutting regarding discovery issues, including scheduling of depositions. | 0.40 200.00/hr | 80.00 |
| 1/9/2006 | MBH | Discussion with Dennis Tse regarding communications with clients about further information on asset transfers of Defendants (.2); review e-mail from Steve Nutting; draft notices of deposition (1.0). | 1.20 200.00/hr | 240.00 |
| 1/11/2006 | MBH | E-mail to Steve Nutting regarding deposition dates and communications with his clients. | 0.10 200.00/hr | 20.00 |
| 1/13/2006 | MBH | Call with Steve Nutting regarding deposition scheduling, some discovery issues and possibility of additional settlement negotiations (.2); prepare subpoenas to business licensing and to BMV; call to BMV regarding name of director (.8) | 1.00 200.00/hr | 200.00 |
| 1/18/2006 | MBH | Discussions with staff regarding translator for upcoming deposition; e-mail to Steve Nutting regarding same and additional discovery issues. | 0.20 200.00/hr | 40.00 |
| 1/19/2006 | MBH | Calls with BMV regarding responses to subpoena; review correspondence from Nutting regarding discovery due; meeting with Joe Taijeron to review BMV response to | 0.50 200.00/hr | 100.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                                   Page    5

|              |     |                                                                                                                                                                                                                                                          | Hrs/Rate          | Amount    |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
|              |     | subpoena.                                                                                                                                                                                                                                                |                   |           |
| 1/20/2006    | MBH | Calls to and from Steve Nutting regarding discovery and settlement possibilities; calls with Dennis Tse regarding same; briefly review bank records received in discovery.                                                                               | 0.50<br>200.00/hr | 100.00    |
| 1/21/2006    | MBH | Meeting with clients regarding settlement (1.2); calls to and from Steve Nutting regarding settlement (.2).                                                                                                                                              | 1.40<br>200.00/hr | 280.00    |
| 1/23/2006    | MBH | Review discovery documents and begin preparing for deposition of Jung Jin.                                                                                                                                                                                | 4.20<br>200.00/hr | 840.00    |
| 1/24/2006    | MBH | Continue deposition preparation and meeting with clients regarding same (2.6); first part of deposition of Jung Jin (.2); first part of deposition of Asia Enterprises (3.0).                                                                             | 5.80<br>200.00/hr | 1,160.00  |
| 1/25/2006    | MBH | Additional deposition preparation (.6); continue deposition of Asia Enterprises with Mr. Kim (1.7); complete deposition of Asia and dump audio to computer (1.8); meeting with Joe Taijeron regarding additional response to subpoena (.2).               | 4.30<br>200.00/hr | 860.00    |
| 1/26/2006    | MBH | Discussion with Steve Nutting regarding lingering discovery issues and possible settlement.                                                                                                                                                              | 0.20<br>200.00/hr | 40.00     |
| 1/30/2006    | MBH | Discussion with Steve Nutting regarding depositions and continuing discovery; draft notices of depositions of Kim Pil Sun and Kim Sung Ki; draft subpoenas and attachments for same; draft letter to Nutting regarding additional discovery documents.   | 2.90<br>200.00/hr | 580.00    |
| 1/31/2006    | MBH | Several discussions with staff regarding service of subpoenas for Kim Sung Ki and Kim Pil Sun.                                                                                                                                                           | 0.30<br>200.00/hr | 60.00     |
| 2/1/2006     | MBH | Call to Steve Nutting office (.1); call to Registrar of Corporations regarding KSK Corporation and review annual report received therefrom (.2); draft subpoenas with attachment for Kim Sung Eun and Cindy Yu (.6);                                      | 1.10<br>200.00/hr | 220.00    |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                             Page    6

                                                                          Hrs/Rate        Amount

|  |  |  |  |
|---|---|---|---|
|  | discussions to staff and process server regarding witness and mileage fees and service (.2) |  |  |
| 2/3/2006 MBH | Review Nutting motion to withdraw and calendar. | 0.20<br>200.00/hr | 40.00 |
| 2/6/2006 MBH | Review letter from Richard Pierce objecting to subpoena to Kitami; research Rule 45 and issue raised by letter; draft letter in response. | 2.30<br>200.00/hr | 460.00 |
| 2/7/2006 MBH | Review and respond to Pierce letter regarding Kim Pil Sun subpoena. | 1.00<br>200.00/hr | 200.00 |
| 2/14/2006 MBH | Call with Richard Pierce regarding Kim Pil Sun deposition scheduling and other subpoena issues. | 0.20<br>200.00/hr | 40.00 |
| 2/15/2006 MBH | Review letter from Dick Pierce and documents attached regarding Kim Pil Sun deposition (.2); call with Steve Nutting regarding same and prepare amended notice of deposition (.2); prepare stipulation to continue status/settlement conference (.3). | 0.70<br>200.00/hr | 140.00 |
| 2/16/2006 MBH | Call with translator Alex Tae regarding scheduling of deposition; calls with Dick Pierce regarding same; calls with Steve Nutting office regarding same (.3); draft letter to Pierce regarding subpoena responses (.5); prepare additional subpoena for documents from Kim Pil Sun Kitami (.2); prepare amended notice of deposition (.1). | 1.10<br>200.00/hr | 220.00 |
| 2/17/2006 MBH | Revise letter to Pierce; discussions with staff regarding preparation and service of documents. | 0.20<br>200.00/hr | 40.00 |
| 2/21/2006 MBH | Deposition of Kim Pil Sun Kitami (2.1); review and respond to letter from Dick Pierce regarding second subpoena for documents (.4). | 2.50<br>200.00/hr | 500.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                      Page   7

|            |     |                                                                                                                                                                                | Hrs/Rate         | Amount   |
|------------|-----|----|----|----|
| 3/2/2006   | MBH | Meeting with clients to discuss settlement for upcoming conference (.5); work on revised and updated calculations of damages for three clients (1.2). | 1.70<br>200.00/hr | 340.00   |
| 3/3/2006   | MBH | Attend status conference.                                                                                                                                                      | 0.60<br>200.00/hr | 120.00   |
| 3/6/2006   | MBH | Discussion with staff regarding translator for upcoming depositions (.1); call from assistant of Kim Sung Ki regarding document production and upcoming deposition (.2). | 0.30<br>200.00/hr | 60.00    |
| 3/7/2006   | MBH | Prepare for deposition of Kim Sung Ki (.5); deposition of Kim Sung Ki (1.0).                                                                                                   | 1.50<br>200.00/hr | 300.00   |
| 3/9/2006   | MBH | Prepare for deposition (.8); deposition of Kim Ki Sung including post-deposition management (3.5).                                                                             | 4.30<br>200.00/hr | 860.00   |
| 3/13/2006  | MBH | Research regarding FLSA successor liability and alter ego; begin drafting motion to amend.                                                                                     | 5.10<br>200.00/hr | 1,020.00 |
| 3/14/2006  | MBH | Continue research and drafting of motion to amend; discussions with staff regarding ordering transcripts from depositions.                                                     | 2.20<br>200.00/hr | 440.00   |
| 3/21/2006  | MBH | Discussion with translator regarding meeting about declarations (.2); brief research regarding joint liability issues (.3).                                                    | 0.50<br>200.00/hr | 100.00   |
| 3/24/2006  | MBH | Deposition of Cindy Yu including deposition preparation (2.0); meeting with clients to discuss facts for declarations and status of case (.5); work on completing transcripts (1.2). | 3.70<br>200.00/hr | 740.00   |
| 3/28/2006  | MBH | Work on declarations of plaintiffs including meetings to review, revise and execute the same; review and revise calculations of damages.                                       | 6.70<br>200.00/hr | 1,340.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                   Page    8

|            |     |                                                                                                                                                                                 | Hrs/Rate          | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 3/29/2006  | MBH | Work on completion of transcripts.                                                                                                                                              | 4.20<br>200.00/hr | 840.00   |
| 3/30/2006  | MBH | Work on transcript review and completion.                                                                                                                                       | 3.90<br>200.00/hr | 780.00   |
| 3/31/2006  | MBH | Finish review and completion of transcripts for Jung Jin, Asia, Kim Ki Sung and Kitami depos (1.2); work on proposed findings of uncontroverted fact (4.1).                      | 5.30<br>200.00/hr | 1,060.00 |
| 4/5/2006   | SJR | Meeting with Mark Hanson to discuss needed work on Motions to amend for default and for summary judgment.                                                                       | 1.20<br>150.00/hr | 180.00   |
|            | MBH | Review and certify Cindy Yu deposition (.5); finish declaration of counsel (.5); meeting with associate to discuss completing motions (1.2); additional notes to associate and e-mail regarding regulations (.3). | 2.50<br>200.00/hr | 500.00   |
| 4/6/2006   | SJR | Review deposition testimony and court documents.                                                                                                                                | 2.50<br>150.00/hr | 375.00   |
| 4/7/2006   | SJR | Research applicable law regarding Corporations represented by counsel and penalties for not having counsel.                                                                     | 1.00<br>150.00/hr | 150.00   |
| 4/8/2006   | SJR | Work on draft of motion to dismiss for failure to have counsel.                                                                                                                 | 0.80<br>150.00/hr | 120.00   |
| 4/9/2006   | SJR | Research successor liability and amending pleadings.                                                                                                                            | 0.70<br>150.00/hr | 105.00   |
| 4/10/2006  | SJR | Work on draft of motion to amend pleadings.                                                                                                                                     | 1.20<br>150.00/hr | 180.00   |
|            | SJR | Review deposition testimony for motion to amend pleadings.                                                                                                                      | 1.00<br>150.00/hr | 150.00   |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                    Page    9

|            |     |                                                                                                                                                                                                                                                            | Hrs/Rate          | Amount |
|------------|-----|-----|---|---|
| 4/14/2006  | MBH | Call with associate regarding briefs.                                                                                                                                                                                                                      | 0.60<br>200.00/hr | 120.00 |
|            | SJR | Telephone conference with Mark Hanson regarding changes to draft motions.                                                                                                                                                                                  | 0.60<br>150.00/hr | 90.00  |
| 4/15/2006  | SJR | Review e-mail message from Mark Hanson regarding changes to draft motions.                                                                                                                                                                                 | 0.20<br>150.00/hr | 30.00  |
|            | MBH | Review and revise draft motion for default judgment; e-mail to associate regarding same.                                                                                                                                                                   | 2.30<br>200.00/hr | 460.00 |
| 4/16/2006  | SJR | Revise motion to dismiss and to amend pleadings.                                                                                                                                                                                                           | 2.00<br>150.00/hr | 300.00 |
| 4/19/2006  | MBH | Calls with staff regarding preparation of documents for filing (.2); preliminary review of most recent drafts of motion for sanctions and motion to amend (.5); calls with associate regarding same and changes (.3).                                      | 1.00<br>200.00/hr | 200.00 |
|            | SJR | E-mail to Mark Hanson regarding additional changes to draft motions (.2) ; telephone conference with Mark Hanson regarding same (.3).                                                                                                                      | 0.50<br>150.00/hr | 75.00  |
| 4/20/2006  | SJR | Review documents for filing and delivery to Mark Hanson's Office.                                                                                                                                                                                          | 0.50<br>150.00/hr | 75.00  |
|            | MBH | Review changes and additional editing of motion for sanctions brief (.9); review changes and additional editing of motion to amend brief (1.5).                                                                                                            | 2.40<br>200.00/hr | 480.00 |
| 5/12/2006  | MBH | Attend settlement/status conference (.5); draft motion and proposed order regarding extension of Case Management deadlines; review and revise (.5); review orders from court and discussion with staff regarding preparation, review and filing of an amended complaint (.2); call with translator regarding meeting for clients | 1.40<br>200.00/hr | 280.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Li Ying Hua, Li Zheng Zhe & Xu Jing Ji | | | Page | 10 |
| | | regarding same (.2). | | |
| 5/16/2006 | MBH | Work on amended complaint. | 0.50<br>200.00/hr | 100.00 |
| 5/17/2006 | MBH | Additional review and revision of Amended complaint. | 1.50<br>200.00/hr | 300.00 |
| 5/22/2006 | MBH | Review opposition filing of Kim Ki Sung to motion to amend; call to Robert Torres regarding same; meeting with Mr. Kim Hang Kwon regarding settlement. | 1.20<br>200.00/hr | 240.00 |
| 5/23/2006 | MBH | Review and calendar order from Court setting hearing and briefing schedule regarding KSK motion. | 0.20<br>200.00/hr | 40.00 |
| 6/6/2006 | MBH | Work on draft of opposition to motion to strike or to dismiss. | 0.90<br>200.00/hr | 180.00 |
| | MBH | Attend status conference regarding scheduling matters. | 0.70<br>200.00/hr | 140.00 |
| 6/7/2006 | MBH | Continue drafting opposition to motion to strike or to dismiss filed by KSK. | 2.10<br>200.00/hr | 420.00 |
| 6/8/2006 | MBH | Additional research regarding issues in defendants' motion to dismiss; complete, review, revise, and edit opposition brief; draft declaration; instructions to staff regarding filing and service. | 5.20<br>200.00/hr | 1,040.00 |
| 6/15/2006 | MBH | Review KSK reply brief. | 0.40<br>200.00/hr | 80.00 |
| 6/19/2006 | MBH | Attend hearing on KSK motion to dismiss. | 0.50<br>200.00/hr | 100.00 |
| 6/20/2006 | MBH | Review order granting KSK motion to dismiss; research regarding effects of outright dismissal of complaint on claims against original defendants and statute of | 1.80<br>200.00/hr | 360.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                  Page    11

|            |     |                                                                                                                                                                                                                                                  | Hrs/Rate          | Amount    |
|------------|-----|------|------|------|
|            |     | limitations problems.                                                                                                                                                                                                                            |                   |           |
| 6/21/2006  | MBH | Review corrections to order dismissing KSK and Kim Ki Sung.                                                                                                                                                                                      | 0.20<br>200.00/hr | 40.00     |
| 6/28/2006  | MBH | Work on Proposed Findings of Uncontroverted Fact for motions.                                                                                                                                                                                    | 4.70<br>200.00/hr | 940.00    |
| 6/29/2006  | MBH | Continue work on proposed findings of uncontroverted fact.                                                                                                                                                                                       | 3.70<br>200.00/hr | 740.00    |
| 6/30/2006  | MBH | Draft motion to modify case management schedule.                                                                                                                                                                                                 | 0.70<br>200.00/hr | 140.00    |
| 7/10/2006  | MBH | Continue working on proposed findings of uncontroverted fact.                                                                                                                                                                                    | 3.10<br>200.00/hr | 620.00    |
| 7/11/2006  | MBH | Continue work on proposed findings of uncontroverted fact.                                                                                                                                                                                       | 3.70<br>200.00/hr | 740.00    |
| 7/13/2006  | MBH | Continue work on Proposed Findings of Uncontroverted Fact; begin drafting Motion for Summary Judgment; research regarding various issues in same.                                                                                                | 7.70<br>200.00/hr | 1,540.00  |
| 7/14/2006  | MBH | Complete findings of uncontroverted fact; finish review and revise summary judgment motion and memorandum including table of contents and table of authorities; supplemental research; e-file documents including assisting staff with exhibit and other attachment filings. | 10.30<br>200.00/hr | 2,060.00 |
| 7/15/2006  | MBH | Prepare errata and correct table of authorities; draft motion for default judgment; draft application for extension of time and proposed order; prepare all documents for filing and e-file; communications with staff regarding service on Park and Kim. | 4.20<br>200.00/hr | 840.00    |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                                    Page   12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/2006 MBH | Prepare for upcoming hearing on motions for summary judgment and default. | 0.50<br>200.00/hr | 100.00 |
| 8/10/2006 MBH | Attend hearing on Motions for Summary Judgment and for Default Judgment (.5); meeting with clients to discuss the outcome of the hearing and continuing efforts to collect judgments (.7); call with Court regarding scheduled pretrial conference (.2); begin drafting summary judgment order (.2). | 1.60<br>200.00/hr | 320.00 |
| 8/11/2006 MBH | Research regarding findings and conclusions with regard to orders granting summary judgment (.8); continue drafting and several revisions of order granting motion for summary judgment; draft proposed judgment and begin working on final compilation of cost (3.1). | 3.90<br>200.00/hr | 780.00 |
|  | For professional services rendered | 191.80 | $37,099.00 |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 6/23/2005 | Court filing<br>Filing Fee: FLSA Complaint. | 1<br>250.00 | 250.00 |
| 6/27/2005 | Service of process fees<br>Service of process fees. | 1<br>40.00 | 40.00 |
| 7/12/2005 | Copying<br>Office copies through July 11, 2005. | 157<br>0.25 | 39.25 |
|  | Mileage expense<br>Mileage expense through July 8, 2005. | 16.3<br>0.40 | 6.52 |
| 8/15/2005 | Copying<br>Office copies through August 15, 2005. | 124<br>0.25 | 31.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji      Page 13

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 8/15/2005 | Mileage expense<br>Mileage expenses through August 15, 2005. | 17.4<br>0.40 | 6.96 |
| 9/14/2005 | Copying<br>Office copies through September 2005. | 15<br>0.25 | 3.75 |
| 9/15/2005 | Facsimile<br>Office facsimile charges through September, 2005. | 3<br>0.25 | 0.75 |
| | Mileage expense<br>Mileage expense through September, 2005. | 14.3<br>0.40 | 5.72 |
| 9/27/2005 | Court copies<br>Copying cost of filed documents of Asia Ent., Jung Jin Corp., Park Hwa Sun and Kim Hang Kwon from Court and Recorder's Office. | 63<br>0.50 | 31.50 |
| 10/31/2005 | Mileage expense<br>Mileage charges for September through October 2005. | 18.1<br>0.40 | 7.24 |
| | Copying<br>Office copies through October 2005. | 252<br>0.25 | 63.00 |
| | Translation services<br>Translator fee for office conference from May through August, 2005. | 10<br>30.00 | 300.00 |
| 11/30/2005 | Mileage expense<br>Mileage expense through November 2005. | 8.9<br>0.40 | 3.56 |
| | Copying<br>Office copies through November 2005. | 126<br>0.25 | 31.50 |
| 12/15/2005 | Commercial Copies<br>Copying services of employment documents at Pacific Quick Print. | 1<br>190.93 | 190.93 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                                                 Page   14

|            |                                                                                                                      | Qty/Price   | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------|-------------|--------|
| 1/19/2006  | Copying<br>Office copies through January 19, 2006.                                                                   | 39<br>0.25  | 9.75   |
|            | Mileage expense<br>Mileage expense through January 19, 2006.                                                         | 32.1<br>0.40 | 12.84 |
| 1/24/2006  | Translation services<br>Translation rendered for Kim Hang Kwon deposition.                                           | 3.1<br>50.00 | 155.00 |
| 1/25/2006  | Translation services<br>Translation rendered for Kim Hang Kwon deposition.                                           | 2.5<br>50.00 | 125.00 |
| 2/2/2006   | Service of process fees<br>Service of process fees for Pil Sun Kim Kitami.                                           | 1<br>25.00  | 25.00  |
| 2/10/2006  | Service of process fees<br>Service of process fees for Cindy Seung-Hee.                                              | 1<br>25.00  | 25.00  |
| 2/12/2006  | Deposition fees<br>Deposition fees plus mileage for Pil Sun Kim Kitami, Cindy Yu Seung Hee and Kim Sung Eun.         | 3<br>45.00  | 135.00 |
| 2/15/2006  | Copying<br>Office copies through February 15, 2006.                                                                  | 71<br>0.25  | 17.75  |
|            | Facsimile<br>Office facsimile charges through February 15, 2006.                                                     | 62<br>0.25  | 15.50  |
|            | Mileage expense<br>Mileage expense through February 15, 2006.                                                        | 13.6<br>0.40 | 5.44  |
|            | Online research<br>On-line research expenses through February 15, 2006.                                              | 3.24<br>80.00 | 259.20 |
| 2/21/2006  | Translation services<br>Translator for Pil Sun Kitami.                                                               | 2<br>50.00  | 100.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji  Page   15

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 3/7/2006 | Translation services<br>Translator for Kim Sung Ki deposition. | 1<br>50.00 | 50.00 |
| 3/9/2006 | Translation services<br>Translator for Kim Ki Sung deposition. | 3<br>50.00 | 150.00 |
| 3/15/2006 | Facsimile<br>Office facsimile charges through March 15, 2006. | 4<br>0.25 | 1.00 |
|  | Copying<br>Office copies through March 15, 2006. | 188<br>0.25 | 47.00 |
| 3/22/2006 | Deposition transcripts<br>Transcription fees for Jung Jin Corp.; Kim Ki Sung; Kim Pil Sun Kitami and Asia Ent., Inc. depositions. | 1<br>1,132.00 | 1,132.00 |
| 3/31/2006 | Postage<br>Mail notice of transcript deposition completion to Mr. Kim Ki Sung, Mr. Kim Hang Kwon and Ms. Park Hwa Sun. | 1<br>1.17 | 1.17 |
|  | Online research<br>On-line research expenses through March 31, 2006. | 1.57<br>80.00 | 125.60 |
| 4/10/2006 | Deposition transcripts<br>Transcription fees for Cindy Yu deposition. | 1<br>174.00 | 174.00 |
| 4/22/2006 | Postage<br>Postage fee for mailing documents via certified mail. | 2<br>8.45 | 16.90 |
| 4/29/2006 | Other expenses<br>Internet access. | 1<br>3.95 | 3.95 |
| 5/13/2006 | Postage<br>Postage fee for mailing documents via certificate of mailing. | 2<br>1.58 | 3.16 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                           Page   16

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 5/18/2006 | Postage<br>Postage fee for mailing documents via certified mail to Mr. Kim Hang Kwon and Ms. Park Hwa Sun. | 2<br>2.56 | 5.12 |
| 5/19/2006 | Copying<br>Office copies through May 19, 2006. | 1198<br>0.25 | 299.50 |
|  | Facsimile<br>Office facsimile charges through May 19, 2006. | 1<br>0.25 | 0.25 |
|  | Mileage expense<br>Mileage expense through May 19, 2006. | 26<br>0.40 | 10.40 |
|  | Service of process fees<br>Service of process fee for serving Mr. Kim Ki Sung and KSK Corporation. | 2<br>25.00 | 50.00 |
| 5/24/2006 | Facsimile<br>Office facsimile charges through May 24, 2006. | 19<br>0.25 | 4.75 |
| 6/9/2006 | Postage<br>Mail via certificate mailing (Opposition to Motion) to Ms. Park & Mr. Kim Hang Kwon. | 1<br>4.12 | 4.12 |
| 6/20/2006 | Online research<br>On-line research expenses through June 20, 2006. | 1.3<br>80.00 | 104.00 |
| 6/30/2006 | CM-ECF-PACER Web Page Transcation<br>PACER-Web page net charges from 4/1/06 to 6/30/06. | 5<br>0.08 | 0.40 |
| 7/1/2006 | Postage<br>Mail filed documents to Mr. Kim & Mrs. Park. | 1<br>3.16 | 3.16 |
| 7/7/2006 | Mileage expense<br>Mileage expense through July 5, 2006. | 26.2<br>0.40 | 10.48 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                      Page   17

|            |                                                                                              | Qty/Price   | Amount    |
|------------|----------------------------------------------------------------------------------------------|-------------|-----------|
| 7/14/2006  | Copying<br>Copying and scanning documents for e-filing.                                      | 881<br>0.25 | 220.25    |
| 7/15/2006  | Postage<br>Mail transcript, motions and other court filed documents to Mrs. Park & Mr. Kim.  | 2<br>6.65   | 13.30     |
|            | Copying<br>Office copies through July 15, 2006.                                              | 1427<br>0.25 | 356.75   |
| 8/10/2006  | Translation services<br>Translation fee for office conferences and court hearing from September 2005 through August 2006. | 19<br>30.00 | 570.00 |
| 8/11/2006  | Online research<br>On-line research expenses August 11, 2006.                                | 1.23<br>80.00 | 98.40   |
| 8/15/2006  | Copying<br>Office copies through August 15, 2006.                                            | 8<br>0.25   | 2.00      |
|            | Mileage expense<br>Mileage expense through August 15, 2006.                                  | 9.5<br>0.40 | 3.80      |

Total costs                                                                                                    $5,358.62

Total amount of this bill                                                                                     $42,457.62

Balance due                                                                                                   $42,457.62