IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN and KIM HANG KWON,<br><br>Defendants. | CASE NO. CV 05-0019<br><br><br>ORDER APPROVING<br>ATTORNEYS' FEES AND COSTS |

Summary Judgment was granted to Plaintiffs on August 14, 2006. Plaintiffs were instructed to file a detailed statement of reasonable attorney's fees and costs to which they are entitled under the Fair Labor Standards Act, 29 U.S.C. § 216(b), the CNMI Minimum Wage and Hour Act, 4 C.M.C. § 9244(b), the CNMI Nonresident Workers Act, 3 C.M.C. § 4447(d) (2000) and Fed. R. Civ. P. 54(d).

On August 18, 2006, Plaintiffs filed a detailed statement of attorneys' fees and the expenses incurred by Plaintiffs in the prosecution of the above-entitled case together with supporting documentation. Having reviewed the statement and the descriptions of time spent by the attorneys for Plaintiffs, the Court finds that the time spent by Plaintiffs' lead attorney, Mark B. Hanson, and by the attorney associated with Mr. Hanson, were necessary and reasonable in light of the nature, the factual complexity, and the actions of defendants in the litigation to date. Further, the Court finds that $200.00 per hour for an attorney with Mr. Hanson's experience and expertise in matters such

as those presented in this litigation is a reasonable hourly fee for such attorneys practicing in the Commonwealth of the Northern Mariana Islands. The Court also finds that $150.00 per hour is a reasonable fee for an associate attorney licensed to practice in the Commonwealth of the Northern Mariana Islands.

    Additionally, having reviewed the detailed statement of expenses incurred by Plaintiffs in prosecuting this action, supported by the receipts and other documents submitted by Plaintiffs with their statement, the Court hereby finds that the amount of costs claimed by Plaintiffs is accurate and was necessarily incurred in prosecution of the above-captioned litigation.

    Accordingly, the Court HEREBY APPROVES costs for Plaintiffs and against the Defendants, jointly and severally, in the amount of $5,547.62, and reasonable attorneys' fees for Plaintiffs and against the Defendants, jointly and severally, in the amount of $36,910.00, which amounts shall be included in a final judgment against the Defendants, jointly and severally.

SO ORDERED, ADJUDGED AND DECREED.

DATED: _____

                                                 ALEX R. MUNSON
                                                     Chief Judge