IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI,  )   CASE NO. CV 05-0019
)
Plaintiffs,  )
)
vs.  )   JUDGMENT
)
JUNG JIN CORPORATION, a CNMI corporation, )
ASIA ENTERPRISES, INC., a CNMI corporation, )
PARK HWA SUN and KIM HANG KWON,  )
)
Defendants.  )
)

JUDGMENT IS HEREBY ENTERED for Plaintiffs Li Ying Hua, Xu Jing Ji and Li Zheng Zhe and against the Defendants Jung Jin Corporation, Asia Enterprises, Inc., Park Hwa Sun and Kim Hang Kwon, jointly and severally, in the total amount of Two Hundred Ten Thousand Seven Hundred Fifty and 42/100 Dollars ($210,750.42) as follows:

1. Judgment for Li Ying Hua in the amount of $23,847.36, plus an amount of $23,815.16 as liquidated damages, for a total of $47,662.52 for unpaid wages and breach of her employment contract;

2. Judgment for Xu Jing Ji in the amount of $19,428.64, plus an equal amount as liquidated damages, for a total of $38,857.28 for unpaid wages and breach of her employment contract;

3. Judgment for Li Zheng Zhe in the amount of $40,886.50 plus an equal amount as liquidated damages, for a total of $81,773.00 for unpaid wages and breach of his

1 | employment contract;

2 | 4. Judgment in favor of Plaintiffs for costs in the amount of $5,547.62; and

3 | 5. Judgment in favor of Plaintiffs for attorneys' fees in the amount of $ 36,910.00.

SO ORDERED, ADJUDGED AND DECREED.

ISSUED AND ENTERED: _____

_____
ALEX R. MUNSON
Chief Judge