```
                                    F I L E D
                                       Clerk
                                    District Court

                                    AUG 2 4 2006

                            For The Northern Mariana Islands
                            By_____
                                    (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>    Plaintiffs<br><br>        v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON,<br><br>    Defendants | Civil Action No. 05-0019<br><br><br><br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs shall have judgment against defendants, jointly and severally, as follows:

1. Judgment for Li Ying Hua in the amount of $23,847.36, plus an equal amount as liquidated damages, for a total of $47,662.52 for unpaid wages and breach of her employment contract;

2. Judgment for Xu Jing Ji in the amount of $19,428.64, plus an equal amount as liquidated damages, for a total of $38,857.28 for unpaid wages and breach of her employment contract;

3. Judgment for Li Zheng Zhe in the amount of $40,886.50, plus an equal amount as liquidated damages, for a total of $81,773.00 for unpaid wages and breach of his employment contract;

4. Judgment for attorneys' fees in the amount of $36,910.00; and,

5. Judgment for costs in the amount of $4,595.75,

for a total judgment against defendants, jointly and severally, in the amount of $209,798.55.

DATED this 24th day of August, 2006.

_____
ALEX R. MUNSON
Judge