MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>         Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON,<br><br>         Defendants. | CASE NO. CV 05-0019<br><br>PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 21st of August 2006, at the time and the manner indicated below, I served a true and correct copy of the documents which were filed with the U.S. District Court for the Commonwealth of the Northern Mariana Islands:

A.   PLAINTIFFS' SUBMISSION OF STATEMENT OF
     ATTORNEYS' FEES AND COSTS;

B.   BILL OF COSTS W/ATTACHMENTS.

1 | Served Via First Class Mail at 3:30 p.m. to the following addresses below:

MR. KIM HANG KWON
P.O. Box 503448, CK
Saipan, MP 96950

MRS. PARK HWA SUN
P.O. Box 503428, CK
Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 23rd day of August, 2006.

_____
Rowena J. De Vera