FILED
Clerk
District Court

NOV 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI, <br><br> Plaintiffs <br><br> v. <br><br> JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON, <br><br> Defendants | Civil Action No. 05-0019 <br><br><br> ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR WRIT OF EXECUTION |

THE COURT declines without prejudice plaintiffs' ex parte motion for a writ of execution, having determined that the relief it seeks is in some aspects premature and in others too broad.

AO 72
(Rev. 08/82)

The court is concerned that no judgment debtor examination has yet been sought or held. Although such an examination is not a prerequisite to issuance of a writ of execution, such an examination might well result in plaintiffs' acquiring the information which they seek through the writ. To the extent that plaintiffs are concerned that the prospect of such an examination would encourage defendants to hide their assets, they may employ both federal and Commonwealth law to identify assets held by banks. *See e.g.* 4 N.Mar.I. Code §6453-6454 and 12 U.S.C. § 3401 et seq.

Also, the court generally will issue a writ of execution to seize property which has been described with some particularity and for which a location has been ascertained. The court will not issue a writ, the execution of which might violate the Fourth Amendment in regards to entry into a residence for purposes of seizing whatever might be found there of value.

Further, once property has been seized, the duty of the U.S. Marshal extends no further than to protect the property pending a public sale and to publish notice of that sale. It is counsel's duty to undertake the other tasks mentioned in the writ in its current form, such as personal notification to potential lienholders.

The court is well aware of its power and duty to enforce its judgments, but the writ of execution in its current form is overbroad and vague, and seeks to impose upon the court and the U.S. Marshal tasks which are more properly those of plaintiffs

and their attorney. For that reason, the court will not approve the writ of execution in its present form.

    IT IS SO ORDERED.

    DATED this 14th day of November, 2006.

    _____
    ALEX R. MUNSON
    Judge