ORIGINAL

```
                                            F I L E D
                                              Clerk
                                          District Court

                                           NOV 2 1 2006

                                     For The Northern Mariana Islands
                                     By_____
                                              (Deputy Clerk)
```

Deborah L. Covington
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Civil Division – Capitol Hill
2nd Floor Administration Bldg.
Caller Box 10007, Saipan, MP 96950
Telephone: (670) 664-2341
Facsimile: (670) 664-2349
Attorney for CNMI Division of Revenue and Taxation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | Civil Action No. CV 05-00019 |
| Plaintiffs, | |
| v. | **AFFIDAVIT IN SUPPORT OF MOTION TO QUASH SUBPOENA** |
| JUNG JIN CORP., ASIA ENTERPRISES, INC., PARK HUA SUN and KIM HANG KWON., | |
| Defendants. | |

I, Deborah L. Covington, under penalty of perjury, declare as follows:

1. I am an Assistant Attorney General for the Commonwealth of the Northern Mariana Islands and represent Non-party Department of Finance, Division of Revenue and Taxation in this matter.

2. I make this declaration based on knowledge.

3. On November 21, 2006, at approximately 8:30 am I contacted Attorney Mark B. Hanson, counsel for Plaintiffs in the above-entitled matter.

-1-

4. In a good-faith effort to resolve this matter without filing a motion to quash, I attempted to explain to him that the Department could not produce certain information requested by the subpoena due to certain poker regulations promulgated by the Department, which prohibits disclosure of information submitted to the Department in connection with the licensing of a poker machine.

5. Specifically, the Department could not produce Items number 1 and 2 outlined in Attachment A of the subpoena due to the confidentiality provisions found in the regulations.

6. Mr. Hanson insisted that I was permitted to disclose such information and was prohibited only from disclosing "return" and "return information". He indicated he would be filing a motion to compel in this matter.

DATE: November 21, 2006.

_Deborah L. Covington_
Deborah L. Covington
Assistant Attorney General

-2-