ORIGINAL

F I L E D
Clerk
District Court

NOV 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Deborah L. Covington
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Civil Division – Capitol Hill
2nd Floor Administration Bldg.
Caller Box 10007, Saipan, MP 96950
Telephone: (670) 664-2341
Facsimile: (670) 664-2349
Attorney for CNMI Division of Revenue and Taxation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | Civil Action No. CV 05-00019 |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION** |
| JUNG JIN CORP., ASIA ENTERPRISES, INC., PARK HUA SUN and KIM HANG KWON, | |
| Defendants. | |

Please take notice that on Dec. 21, 2006 at 9 am/pm in the US District Court for the Northern Mariana Islands, the Court will hear Non-party Commonwealth of the Northern Mariana Islands Objection to Subpoena and Motion to Quash Subpoena in the above entitled action.

DATE: November 21, 2006.

_____
Deborah L. Covington
Assistant Attorney General

-1-