MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO. CV 05-0019 <br><br> *EX PARTE* MOTION UNDER LOCAL RULES 7.1.h.3(b) AND 7.1.h.5 FOR AN ORDER SHORTENING TIME FOR HEARING PLAINTIFFS' APPLICATION FOR AN ORDER IN AID OF JUDGMENT <br><br> Date: <br> Time: <br> Judge: Hon. Alex R. Munson, Chief Judge |

Plaintiffs, by and through their undersigned attorney of record, hereby file, this Motion to Shorten Time, *ex parte*, pursuant to Fed R. Civ. P. 6(d) and Local Rule 7.1.h.5 for hearing the Application of Plaintiffs for an Order in Aid of Judgment pursuant to Fed. R. Civ. P. 69(a) and Title 7, Sections 4205 of the Commonwealth Code (2000).

CERTIFICATE PURSUANT TO LOCAL RULE 7.1.H.3(b)

1. I am the attorney for Plaintiffs in the above-captioned case. I submit this certificate pursuant to Local Rules 7.1.h.3(b) in support of CNMI Travel's *ex parte* motion for an order shortening time for hearing Plaintiffs' Application for an Order in Aid of Judgment. In support of this motion, Plaintiffs submit this Certificate of the undersigned.

2. Plaintiffs have information suggesting that defendants Park Hwa Sun and Kim Hang

Kwon, both the sole principals of defendants Jung Jin Corporation and Asia Enterprises, Inc., have departed the Commonwealth and are currently in South Korea with no apparent plans to return to the Commonwealth. See Declaration of Mark B. Hanson.

3. On January 27, 2006, Park Hwa Sun failed to appear at a duly noticed deposition have fled to South Korea.

4. Most recently, on November 19, 2006, Kim Hang Kwon failed to appear at a duly noticed deposition having fled to South Korea.

5. Plaintiffs have no way of communicating with the Defendants, or any of them, to expeditiously, bring Plaintiffs' collection matters to the attention of the Court.

6. Plaintiffs have information to suggest that Defendants are currently in default on the ground lease of Lot No. 056 H 14, a part of Lot No. 056 H 03, a 3,627 square meter parcel of improved property located in Susupe, Saipan, CNMI upon which a house of defendants and another structure are located.

7. Any further delay in collection efforts could result in more assets evading or escaping altogether Plaintiffs' ability to seize and sell the assets to satisfy a judgment by this Court against the Defendants, jointly and severally, in an amount exceeding $200,000.00.

8. Time is of the utmost essence.

9. Defendants are proceeding *pro se* since the withdrawal of their attorney prior to the judgment in this matter. Their last know contact information is as follows:

| | |
|---|---|
| Jung Jin Corporation<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 | Park Hwa Sun<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 |
| Asia Enterprises Inc.<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 | Kim Hang Kwon<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 |

7. The above-listed defendants will receive a copy of this motion, counsel's declaration, and

1  the application for an order in aid of judgment by certified mail, return receipt requested to the
2  above-listed addresses, and will be notified in the same manner of any hearing on this motion.

4  WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant its motion to shorten time and set a hearing on Plaintiffs' Application for an Order in Aid of as soon hereafter as the Court will allow. A proposed order has been submitted herewith for the Court's convenience.

Respectfully submitted this 28th day of November, 2006.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs