IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation,) <br> ASIA ENTERPRISES, INC., a CNMI corporation,) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | CASE NO. CV 05-0019 <br><br> ORDER SHORTENING TIME FOR HEARING PLAINTIFFS' APPLICATION FOR AN ORDER IN AID OF JUDGMENT |

  For good cause shown, Plaintiffs' *ex parte* Motion to shorten time for hearing Plaintiffs' Application for an Order in Aid of Judgment is HEREBY GRANTED.

  A hearing on Plaintiffs' Application shall be held on _____, 2006 at _____ a.m./p.m. in the above-entitled Court located at the First Floor of the Horiguchi Building in Garapan, Saipan, Commonwealth of the Northern Mariana Islands. Defendants are HEREBY ORDERED to attend.

  SO ORDERED.

DATED: _____     _____
                 ALEX R. MUNSON, Chief Judge