```
                                                    F I L E D
                                                        Clerk
                                                   District Court

                                                    NOV 29 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                         (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI, ) CASE NO. CV 05-0019
)
Plaintiffs, )
)
vs. ) ORDER SHORTENING TIME FOR
) HEARING PLAINTIFFS'
JUNG JIN CORPORATION, a CNMI corporation, ) APPLICATION FOR AN ORDER IN
ASIA ENTERPRISES, INC., a CNMI corporation, ) AID OF JUDGMENT
PARK HWA SUN and KIM HANG KWON, )
)
Defendants. )
)
)

For good cause shown, Plaintiffs' *ex parte* Motion to shorten time for hearing Plaintiffs' Application for an Order in Aid of Judgment is HEREBY GRANTED.

A hearing on Plaintiffs' Application shall be held on  DECEMBER  1 , 2006 at 8:30 a.m./~~p.m.~~ in the above-entitled Court located at the First Floor of the Horiguchi Building in Garapan, Saipan, Commonwealth of the Northern Mariana Islands. Defendants are HEREBY ORDERED to attend.

SO ORDERED.

DATED: 11-29-06                              _____
                                              ALEX R. MUNSON, Chief Judge