1   MARK B. HANSON, ESQ.
    First Floor, Macaranas Building
2   Beach Road, Garapan
    PMB 738 P.O. Box 10,000
3   Saipan, Mariana Islands 96950
    Telephone:    (670) 233-8600
4   Facsimile:    (670) 233-5262

5   Attorney for Plaintiffs

6

7                   IN THE UNITED STATES DISTRICT COURT
                               FOR THE
8                       NORTHERN MARIANA ISLANDS

9   LI YING HUA, LI ZHENG ZHE and XU JING JI, )   CASE NO. CV 05-0019
                                              )
10                      Plaintiffs,           )
                                              )
11          vs.                               )
                                              )                PROOF OF SERVICE
12  JUNG JIN CORPORATION, a CNMI corporation, )
    ASIA ENTERPRISES, INC., a CNMI corporation,)
13  PARK HWA SUN, KIM HANG KWON.              )
                                              )
14                      Defendants.           )
                                              )
15                                            )
                                              )
16  _____)

17

18          I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of

19  age and not a party to this action, and that on the 29th of November 2006, at the time and the

20  manner indicated below, I served a true and correct copy of the documents that were electronically

21  filed with the U.S. District Court for the Commonwealth of the Northern Mariana Islands:

22          A.      APPLICATION FOR AN ORDER IN AID OF JUDGMENT.
            B.      DECLARATION OF MARK B. HANSON.
23          C.      EX PARTE MOTION UNDER LOCAL RULES 7.1.h.3(b) AND 7.1.h.5 FOR AN
24                  ORDER SHORTENING TIME FOR HEARING PLAINTIFFS' APPLICATION
                    FOR AN ORDER IN AID OF JUDGMENT.
25          D.      ORDER SHORTENING TIME FOR HEARING PLAINTIFFS' APPLICATION
26                  FOR AN ORDER IN AID OF JUDGMENT.

27

28

1    <u>Served Via First Class Mail at 2:39 p.m.:</u>

2

3       **MR. KIM HANG KWON**
        P.O. Box 503448, CK
4       Saipan, MP 96950

5

6       **MRS. PARK HWA SUN**
        P.O. Box 503428, CK
7       Saipan, MP 96950

8       This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands

9    on this 29th day of November, 2006.

10

11

12

13                                              /s/ Rowena J. De Vera
                                      _____
14                                              Rowena J. De Vera

15

16

17

18

19

20

21

22

23

24

25

26

27

28