MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:  (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN, KIM HANG KWON.<br><br>　　　　　Defendants. | CASE NO. CV 05-0019<br><br><br><br><br>PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 29th of November 2006, at the time and the manner indicated below, I served a true and correct copy of the document:

**A.    ORDER SHORTENING TIME FOR HEARING PLAINTIFFS' APPLICATION FOR AN ORDER IN AID OF JUDGMENT.**

<u>Served Via First Class Mail at 6:45 p.m.:</u>

　　**MR. KIM HANG KWON**
　　P.O. Box 503448, CK
　　Saipan, MP 96950

**MRS. PARK HWA SUN**
P.O. Box 503428, CK
Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 30th day of November, 2006.

/s/ Rowena J. De Vera
------
Rowena J. De Vera