# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-05-0019                                                December 1, 2006
                                                          8:30 a.m.

**LI YING HUA, et al -vs- JUNG JIN CORPORATION, et al**

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Randy Schmidt, Law Clerk
             Faye Crozat, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Mark Hanson, Attorney for Plaintiffs

PROCEEDINGS:   MOTION FOR ORDER IN AID OF JUDGMENT

   Plaintiffs were represented in court by Attorney Mark Hanson. No one was present on behalf of the defendants.

   Attorney Hanson argued on behalf of the Plaintiffs.

   After hearing argument, Court **GRANTED** the motion.

                                          Adjourned 8:45 a.m.


                                          */s/* K. Lynn Lemieux, Courtroom Deputy