FILED
Clerk
District Court

DEC - 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, <br><br> Plaintiffs, <br><br> vs. <br><br> JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, <br><br> Defendants. | CASE NO. CV 05-0019 <br><br><br><br> ORDER IN AID OF JUDGMENT |

On August 24, 2006, judgment was entered by this Court for Plaintiffs in the above-captioned case and against all of the above-named Defendants, jointly and severally, in the amount of $209,798.55, plus post-judgment interest at the applicable rate. The time to move to alter or amend the judgment and the time to appeal the judgment have expired and the judgment is final. The judgment, in total, remains unsatisfied.

On December 1, 2006, this matter came for hearing on an application by Plaintiffs for an order or orders in aid of judgment. Plaintiffs appeared through their attorney, Mark B. Hanson. Defendants did not appear.

Having considered the arguments by Plaintiffs and the pleadings and records on file in this matter, the Court hereby GRANTS Plaintiffs an Order in aid of their judgment as follows, subject

**ORIGINAL**


to further orders of the Court in aid of Plaintiffs' judgment:

1. The United States Marshal /arm, or his designee, is HEREBY AUTHORIZED AND DIRECTED to seize the following property and hold the property secure until further order of this Court:

    a. Lot No. 056 H 14 (a part of Lot No. 056 H 03), a 3,627 square meter parcel of improved property located in Susupe, Saipan, CNMI;

    b. Any and all personal property located in or about Lot 056 H 14;

    c. The 2005 Toyota Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455;

    d. The 2003 Kia Sorento, License Plate No. ABR529, VIN# KNDJC733235161240;

2. Any personal property seized by the United States Marshal /arm hereunder may be secured by the Marshall in its present location, or removed to a secure location, in the discretion of the Marshall;

3. Defendants, all lien holders and all other interested parties are HEREBY ORDERED TO SHOW CAUSE why such property seized by the United States Marshal /arm should not be sold at public auction to the highest bidder and not subject to any liens or encumbrances, including liens or encumbrances of record;

4. A hearing shall be held on _December 27_, 2006 at _9:00_ a.m. at which hearing the Court shall consider the claims of the parties, lien holders and others, if any, and shall make further orders respecting the Court's judgment for Plaintiffs in this matter;

5. Plaintiffs shall cause this Order to be served on Defendants, all lien holders of record and any other person or entity known by Plaintiffs to have asserted a claim of a lien or an interest in and to any of the property seized hereunder, such service to be made personally or by certified mail to the party or person at their last known address;

6. Plaintiffs are further ordered to have this order published in a newspaper of general circulation at least one time no less than seven (7) days in advance of the show cause hearing set herein.

SO ORDERED.

DATE: 12-5-06

ALEX R. MUNSON, Chief Judge