F I L E D
Clerk
District Court

DEC - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) | CASE NO. CV 05-0019 <br><br> AMENDED ORDER IN AID OF JUDGMENT |

On August 24, 2006, judgment was entered by this Court for Plaintiffs in the above-captioned case and against all of the above-named Defendants, jointly and severally, in the amount of $209,798.55, plus post-judgment interest at the applicable rate. The time to move to alter or amend the judgment and the time to appeal the judgment have expired and the judgment is final. The judgment, in total, remains unsatisfied.

On December 1, 2006, this matter came for hearing on an application by Plaintiffs for an order or orders in aid of judgment. Plaintiffs appeared through their attorney, Mark B. Hanson. Defendants did not appear.

Having considered the arguments by Plaintiffs and the pleadings and records on file in this matter, the Court hereby GRANTS Plaintiffs an Order in aid of their judgment as follows, subject

to further orders of the Court in aid of Plaintiffs' judgment:

1. The United States Marshal, or his designee, is HEREBY AUTHORIZED AND DIRECTED to seize the following property:

    a. Lot No. 056 H 14 (a part of Lot No. 056 H 03), a 3,627 square meter parcel of improved property located in Susupe, Saipan, CNMI;

    b. Any and all personal property located in or about Lot 056 H 14;

    c. The 2005 Toyota Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455;

    d. The 2003 Kia Sorento, License Plate No. ABR529, VIN# KNDJC733235161240;

2. The Marshal shall inventory the property seized and transfer custody of the seized property to Plaintiffs' counsel pending further orders of this Court with regard to the disposition of the seized property;

3. Any personal property seized by the United States Marshal hereunder may be secured in its present location;

4. Defendants, all lien holders and all other interested parties are HEREBY ORDERED TO SHOW CAUSE why such property seized by the United States Marshal should not be sold at public auction to the highest bidder and not subject to any liens or encumbrances, including liens or encumbrances of record;

5. A hearing shall be held on December 27, 2006 at 9:00 a.m. at which hearing the Court shall consider the claims of the parties, lien holders and others, if any, and shall make further orders respecting the Court's judgment for Plaintiffs in this matter;

6. Plaintiffs shall cause this Order to be served on Defendants, all lien holders of record and any other person or entity known by Plaintiffs to have asserted a claim of a lien or an interest in and to any of the property seized hereunder, such service to be made personally or by certified mail

1  to the party or person at their last known address;

2      7.    Plaintiffs are further ordered to have this order published in a newspaper of general
3  circulation at least one time no less than seven (7) days in advance of the show cause hearing set
4  herein.

    SO ORDERED.

DATE: _12-7-06_            _Alex R. Munson_
                                            ALEX R. MUNSON, Chief Judge

RECEIVED

12 - 7 '06

Clerk
District Court
The Northern Mariana Islands