MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN, KIM HANG KWON, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO. CV 05-0019 <br><br> PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 13th day of December 2006, at the time and the manner indicated below, I served a true and correct copy of the document.

**A.    AMENDED ORDER IN AID OF JUDGMENT.**

<u>Served Via First Class Mail at 1:36 p.m.:</u>

**MR. KIM HANG KWON**
P.O. Box 503448, CK
Saipan, MP 96950

**MRS. PARK HWA SUN**
P.O. Box 503428, CK
Saipan, MP 96950

**RICHARD W. PIERCE**
P.O. Box 503514, CK
Saipan, MP 96950

<u>Served Via Certified Mail w/ Return Receipt at 1:36 p.m.:</u>

**ROSA TAMAN MALITI**
P.O. Box 501923, CK
Saipan, MP 96950

**KIM PIL SUN KITAMI**
P.O. Box 502879, CK
Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 13th day of December, 2006.

/s/ Rowena J. De Vera
_____
Rowena J. De Vera