# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0019                                                December 21, 2006
                                                          9:25 a.m.

**LI YING HUA, et al -vs- JUNG JIN CORPORATION, et al**

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Ellia Ciammaichella, Law Clerk
             Faye Crozat, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Mark Hanson, Attorney for Plaintiffs
             Deborah Covington, Attorney for CNMI Rev. & Tax

PROCEEDINGS:   MOTION TO QUASH SUBPOENA

   Plaintiffs were represented in court by Attorney Mark Hanson. Attorney Covington was present on behalf of CNMI Rev. & Tax.

   Attorney Hanson argued on behalf of the Plaintiffs. Attorney Covington argued on behalf of Department of Revenue and Taxation.

   After hearing argument, Court took the matter under advisement, and stated that a written ruling would be forthcoming.

                              Adjourned 9:50 a.m.


                                          /s/ K. Lynn Lemieux, Courtroom Deputy