**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Li Ying Hua, Li Zheng Zhe and Xu Jing Ji | CV 05-0019 (DNMI) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jung Jin Corp., Asia Enterprises, Inc., Park Hwa Sun and Kim Hang Kwon | Seizure/Order in Aid of Judgment |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Lot No. 056 H 14 and all personal property located thereon and thereabout, including two vehicles.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Texas Road, Susupe, Saipan, CNMI 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

F I L E D
Clerk
District Court

DEC 2 2 2006

For The Northern Mariana Islands

(Deputy Clerk)

Mark B. Hanson, Esq.
Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 0 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Execution of Amended Order in Aid of Judgment issued December 6, 2006 authorizing and directing the seizure of real and personal property of defendants and the transfer of custody of the seized property to Plaintiffs' counsel. Amended Order in Aid of Judgment attached. Plaintiffs' counsel can assist in directing Marshal to property which is the subject of the Order. Phone number of counsel: (670) 233-8600. Phone number of Defendants: (670) 235-4321/483-4321 (out of service).

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (670) 233-8600 | DATE 12/7/06 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 005 | District to Serve No. 005 | Signature of Authorized USMS Deputy or Clerk | Date 12/22/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date 12/20/06 | Time 4:45 ☐ am ☒ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges including *endeavors* $2.28 | Forwarding Fee — | Total Charges $328.50 | Advance Deposits $362.28 | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: HRS = 7.30  1515 to 1700 / 1000 to 1645 )
12/18/06          12/20/06
AMENDED ORDER WAS EXECUTED, Property Seized, Inventoried

AND TURNED OVER TO PLAINTIFF COUNSEL
INVENTORY ATTACHED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF Northern Mariana Islands

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Lot No. 056 H 14  Texas Street Susupe Saipan CNMI 96950

| CASE NO. | CASE TITLE |
|---|---|
| CV 05-0019 | Li Hua, Li Zhe and Xu Jing Ji vs Jung Jin Corp., Asia Ent.Inc Park Hwa Sun & Kim Hang Kwon |

SUBJECT (Name, address)
Park Hwa Sun & Kim Hang Kwon  Jung Jin Corp., Asia Enterprises, Inc Susupe Saipan

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | Lot No. 056 H 14 | On Lot |
| 2 | | All Personal Property at location there | On Lot |
| 3 | 1 | Kia Sorento #ABR529 | On Lot |
| 4 | 1 | Toyota Tacoma # ACF873 | On Lot |
| | | | |
| | | See attached Inventory for house contents... | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE  (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| Mark B. Hanson, Esq. | Attorney at Law | 12/20/06 | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 thru 4 | 12/20/06 | NAME & AGENCY Donald R. Williams, USMS  SIGNATURE | NAME & AGENCY Mark B. Hanson, Esq  Atty at Law  SIGNATURE | Storage and Disposal |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |

(Continued)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78

F I L E D
Clerk
District Court

DEC - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1

2

3

4

5

6

7       IN THE UNITED STATES DISTRICT COURT
                    FOR THE
8           NORTHERN MARIANA ISLANDS

9   LI YING HUA, LI ZHENG ZHE and XU JING JI, )   CASE NO. CV 05-0019

10                  Plaintiffs,               )

11            vs.                             )   AMENDED ORDER IN AID OF
                                              )        JUDGMENT
12   JUNG JIN CORPORATION, a CNMI corporation,)
     ASIA ENTERPRISES, INC., a CNMI corporation,)
13   PARK HWA SUN and KIM HANG KWON,          )

14                  Defendants.               )

15

16      On August 24, 2006, judgment was entered by this Court for Plaintiffs in the above-captioned

17   case and against all of the above-named Defendants, jointly and severally, in the amount of

18   $209,798.55, plus post-judgment interest at the applicable rate. The time to move to alter or amend

19   the judgment and the time to appeal the judgment have expired and the judgment is final. The

20   judgment, in total, remains unsatisfied.

21      On December 1, 2006, this matter came for hearing on an application by Plaintiffs for an

22   order or orders in aid of judgment. Plaintiffs appeared through their attorney, Mark B. Hanson.

23   Defendants did not appear.

24      Having considered the arguments by Plaintiffs and the pleadings and records on file in this

25   matter, the Court hereby GRANTS Plaintiffs an Order in aid of their judgment as follows, subject

26

27

to further orders of the Court in aid of Plaintiffs' judgment:

    1.    The United States Marshal, or his designee, is HEREBY AUTHORIZED AND DIRECTED to seize the following property:

        a.    Lot No. 056 H 14 (a part of Lot No. 056 H 03), a 3,627 square meter parcel of improved property located in Susupe, Saipan, CNMI;

        b.    Any and all personal property located in or about Lot 056 H 14;

        c.    The 2005 Toyota Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455;

        d.    The 2003 Kia Sorento, License Plate No. ABR529, VIN# KNDJC733235161240;

    2.    The Marshal shall inventory the property seized and transfer custody of the seized property to Plaintiffs' counsel pending further orders of this Court with regard to the disposition of the seized property;

    3.    Any personal property seized by the United States Marshal hereunder may be secured in its present location;

    4.    Defendants, all lien holders and all other interested parties are HEREBY ORDERED TO SHOW CAUSE why such property seized by the United States Marshal should not be sold at public auction to the highest bidder and not subject to any liens or encumbrances, including liens or encumbrances of record;

    5.    A hearing shall be held on December 27, 2006 at 9:00 a.m. at which hearing the Court shall consider the claims of the parties, lien holders and others, if any, and shall make further orders respecting the Court's judgment for Plaintiffs in this matter;

    6.    Plaintiffs shall cause this Order to be served on Defendants, all lien holders of record and any other person or entity known by Plaintiffs to have asserted a claim of a lien or an interest in and to any of the property seized hereunder, such service to be made personally or by certified mail

1  to the party or person at their last known address;

2      7.    Plaintiffs are further ordered to have this order published in a newspaper of general

3  circulation at least one time no less than seven (7) days in advance of the show cause hearing set

4  herein.

5      SO ORDERED.

6

7

8  DATE: *12-7-06*

9                                              ALEX R. MUNSON, Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  **RECEIVED**

27

Clerk
District Court
The Northern Mariana Islands

# HOUSE LOT NO. 056 H 14 (056 H 03) INVENTORY LOGSHEET

| ITEM | QTY | DESCRIPTION | LOCATION |
|------|-----|-------------|----------|
| 00001 | 1 | Barbecue Pit | Far inside of Container #1 |
| 00002 | 1 | Sony Video 8 Pro | Far inside of Container #1 |
| 00003 | 1 | Water Dispenser | Far inside of Container #1 |
| 00004 | 1 | Lamp Shade with flower design | Far inside of Container #1 |
| 00005 | 1 | Full bag (brown) | Far inside of Container #1 |
| 00006 | 1 | Airconditioner | Far inside of Container #1 |
| 00007 | 1 | Container full of tennis balls | Far inside of Container #1 |
| 00008 | 1 | Ice box 20 cosmos | Far inside of Container #1 |
| 00009 | 1 | Black hard body luggage | Far inside of Container #1 |
| 00010 | 1 | White shelf with 2 telephones | Far inside of Container #1 |
| 00011 | 1 | Wooden type blinds | Far inside of Container #1 |
| 00012 | 1 box | Rods and other miscellaneous stuff | Far inside of Container #1 |
| 00013 | 1 box | Wooden blades | Far inside of Container #1 |
| 00014 | 1 bucket | Electrical box (blue bucket) | Far inside of Container #1 |
| 00015 | 1 | Gas stove 2 burners | Far inside of Container #1 |
| 00016 | 2 rolls | Electrical wires | Far inside of Container #1 |
| 00017 | 1 | Clothes rack | Far inside of Container #1 |
| 00018 | 5 pieces | Plastic white strips | Far inside of Container #1 |
| 00019 | 6 pieces | Plywood | Far inside of Container #1 |
| 00020 | 1 | Wall clock (aqua green) | Far inside of Container #1 |
| 00021 | 1 | Shelf with computer chip (Lg.), hose, duster, coin dispenser | Far inside of Container #1 |
| 00022 | 1 | Shelf with bag full of receipts, gateman box with cassette tapes, Jaime X box with computer chips | Far inside of Container #1 |
| 00023 | 1 | Blinds, computer mouse, pliers, rinnai electrical box, quarter counter | Far inside of Container #1 |
| 00024 | 1 | Telephone, "Lite" clock, security camera | Far inside of Container #1 |
| 00025 | 1 basket | Wires and cassette tapes | Far inside of Container #1 |
| 00026 | 1 basket | Tools (blue basket) | Far inside of Container #1 |
| 00027 | 1 | Poker Monitor | Far inside of Container #1 |
| 00028 | 1 | Poker Monitor | Far inside of Container #1 |
| 00029 | 1 | Pipe connections | Far inside of Container #1 |

| 00030 | 1 | GE Motors A-C Motors thermally protected | Far inside of Container #1 |
|---|---|---|---|
| 00031 | 1 bag | Tennis bag with racket inside | Far inside of Container #1 |
| 00032 | 1 box | Wrapped in trash bag | Far inside of Container #1 |
| 00033 | 1 | Set of Gorilla bars | Far inside of Container #1 |
| 00034 | 1 | Empty box | Far inside of Container #1 |
| 00035 | 2 boxes | Stuff | Far inside of Container #1 |
| 00036 | 1 bag | Extension cords | Far inside of Container #1 |
| 00037 | 1 | bucket full of rusted metal | Front side of Container #1 |
| 00038 |  | roll of cable wires | Front side of Container #1 |
| 00039 | 1 | bag of charcoal | Storage on the left side of the house |
| 00040 | 1 | gas tank | Storage on the left side of the house |
| 00041 | 1each | rake, shovel, metal rake & mini garden shovel | Storage on the left side of the house |
| 00042 | 1 | box of screws | Storage on the left side of the house |
| 00043 |  | extra wires & extension cords | Storage on the left side of the house |
| 00044 | 17 | poker stools | Left side of garage |
| 00045 | 17 | poker machines | Left side of garage |
| 00046 | 14 | pool sticks | Left side of garage |
| 00047 | 3 | 5 gallon water bottles | Left side of garage |
| 00048 | 6 | coin catcher (poker) | Left side of garage |
| 00049 | 6 | buckets | Left side of garage |
| 00050 | 13 | black light bulbs (long florescent bulbs) | Right side of garage |
| 00051 | 1 | gas tank | Right side of garage |
| 00052 |  | bag of books | Right side of garage |
| 00053 | 2 | battery charger (small and big) | Right side of garage |
| 00054 | 1 | roll of rope | Right side of garage |
| 00055 |  | rolls of wire | Right side of garage |
| 00056 |  | battery charger (mini) | Right side of garage |
| 00057 | 1 | florescent light fixture | Right side of garage |
| 00058 | 1 | electric well pump | Right side of garage |
| 00059 | 1 | really small generator | Right side of garage |
| 00060 | 1 | basket full of tire tools & wrenches | Right side of garage |
| 00061 | 1 | umbrella | Right side of garage |
| 00062 | 1 | box full of tools | Right side of garage |
| 00063 | 1 | really small generator | Right side of garage |
| 00064 |  | roll of chain for pulling cars | Right side of garage |

| 00065 | | 5-layer container | Right side of garage |
|---|---|---|---|
| 00066 | 1 | super deluxe slingshot | Right side of garage |
| 00067 | 1 | small battery tester | Right side of garage |
| 00068 | 1 | Ace tool box | Right side of garage |
| 00069 | 1 | multi-plug extension cords | Right side of garage |
| 00070 | 2 | tool boxes | Right side of garage |
| 00071 | 1 | welding mask | Right side of garage |
| 00072 | | rolls of wire | Right side of garage |
| 00073 | 2 | little baskets with pens, markers & tools | Right side of garage |
| 00074 | 3 | screw kits | Right side of garage |
| 00075 | 1 | fire extinguisher | Right side of garage |
| 00076 | 1 | poker machine | House, Rm#1 right side |
| 00077 | 1 | poker machine stand | House, Rm#1 right side |
| 00078 | 1 | double sized bed | House, Rm#1 right side |
| 00079 | 1 | multi-plug extension cord | House, Rm#1 right side |
| 00080 | 1 | acoustic guitar | House, Rm#1 right side |
| 00081 | 1 | empty closet space | House, Rm#1 right side |
| 00082 | 1 | clear plastic cup with quarters in it | House, Rm#1 right side |
| 00083 | 1 | big box of Kleenex | House, Rm#1 right side |
| 00084 | 1 | little Cambridge notebook | House, Rm#1 right side |
| 00085 | 1 | curtain | House, Rm#1 right side |
| 00086 | 1 | curtain | House, Rm#1 right side |
| 00087 | 1 | fan | House, Rm#1 right side |
| **00088-00099 & 00244-00251 is a 16 cube hole shelf that goes 4 cube holes sideways and 4 cube holes up and down** | | | |
| 00088 | | shelf full of "insert bill here" parts for the poker machines | House, Rm#2 left side |
| 00089 | | shelf full of books | House, Rm#2 left side |
| 00090 | | shelf full of books | House, Rm#2 left side |
| 00091 | | shelf carbon paper and correctable film ribbon cassette | House, Rm#2 left side |
| 00092 | | shelf:  coin comparitor, fire extinguisher, coin wrappers, small box that's taped all around & a Toyota sign | House, Rm#2 left side |
| 00093 | | shelf:  Korean books | House, Rm#2 left side |
| 00094 | | shelf:  small box with 10*10 single edge blades, canon sure shot z135 box, peace cutter blades, 100 model # DN-52, roll of silver metallic tape, cup with cutters, tweezers, paper clip, circular screens, lighters, box of Jung Jin Corp. checks, Nokia cell phone box, correctable film ribbon, "happy hour" cup with correction tape, pens, papers with foreign language | House, Rm#2 left side |
| 00095 | | shelf:  Regal X 4000-2B, car chargers, Olympus micro cassette recorder S700, Panasonic lift-off correction tape, photo control "120v", clear folder, white receipt rolls | House, Rm#2 left side |
| 00096 | | basket full of poker machine buttons, Ace padlock, bag of black rubber circles, golf ball, 2 bags of springs, black hair brush, "off" mosquito spray | House, Rm#2 left side |

| 00097 | | shelf: business writing book, "insert bill here" part, black marker, nail cutter, 1 book, yellow ruler | House, Rm#2 left side |
|---|---|---|---|
| 00098 | | shelf: calculator, sunglass case, Marianas Resort Calendar, box of lighters, paper with stapled receipts, notebooks, loose papers and folders | House, Rm#2 left side |
| 00099 | 2 1/2 | shelf: boxes of Jung Jin Corp. Checks & Certificate of Incorporation | House, Rm#2 left side |
| 00100 | 22 boxes | Wonderful Laundry Detergent 20/500g (440 pieces) | Front side of Container #1 |
| 00101 | 2 boxes | Gain Laundry Detergent 15/29 oz. (30 pieces) | Front side of Container #1 |
| 00102 | 2 boxes | Fluorescent Light Bulb 48" Strip Light (2 pieces) | Front side of Container #1 |
| 00103 | 1 roll | Painting Picture | Front side of Container #1 |
| 00104 | 1 bucket | Assorted switches, lining, fuse… | Front side of Container #1 |
| 00105 | 2 bags | Golf Club Set | Front side of Container #1 |
| 00106 | 1 | Computer Monitor | Front side of Container #1 |
| 00107 | 3 | Water pumps | Front side of Container #1 |
| 00108 | 1 | Air conditioner | Front side of Container #1 |
| 00109 | 1 bucket | Pipe Extensions | Front side of Container #1 |
| 00110 | 1 box | Wires and ropes | Front side of Container #1 |
| 00111 | 1 basket | Assorted pipes | Front side of Container #1 |
| 00112 | 1 box | Clothing and 1 bag hair dye | Front side of Container #1 |
| 00113 | 1 bucket | Glue, hose nuzzle, sander… | Front side of Container #1 |
| 00114 | 1 rack | Utility Rack | Front side of Container #1 |
| 00115 | 1 bucket | Assorted pipes, lines… | Front side of Container #1 |
| 00116 | 1 | One drawer cabinet | Front side of Container #1 |
| 00117 | 1 | Lawn hose (green) | Front side of Container #1 |
| 00118 | 1 | Car jack | Front side of Container #1 |
| 00119 | 1 | Cordless drill | Front side of Container #1 |
| 00120 | 1 | Electric drill | Front side of Container #1 |
| 00121 | 1 | Glass to battery charger | Front side of Container #1 |
| 00122 | 1 can | Grease | Front side of Container #1 |
| 00123 | 1 | Car headlight | Front side of Container #1 |
| 00124 | 1 | Door hinge pump | Front side of Container #1 |
| 00125 | 1 | Tupperware of rubber for washing machine | Front side of Container #1 |
| 00126 | 1 | Wire basket of Aerovox Vaults | Front side of Container #1 |
| 00127 | 1 | Plastic container assorted screws | Front side of Container #1 |
| 00128 | 1 | Plastic rack of yellow covers | Front side of Container #1 |

| 00129 | 1 box | Assorted wire spring with broken saw | Front side of Container #1 |
|-------|-------|--------------------------------------|---------------------------|
| 00130 | 1 box | Assorted materials | Front side of Container #1 |
| 00131 | 1 box | Assorted construction materials | Front side of Container #1 |
| 00132 | 1 box | Assorted construction materials | Front side of Container #1 |
| 00133 | 1 box | Assorted plugs | Front side of Container #1 |
| 00134 | 1 bowl | Assorted power box, door knob, video tape… | Front side of Container #1 |
| 00135 | 1 can | Assorted laundry materials | Front side of Container #1 |
| 00136 | 1 bag | Laundry materials | Front side of Container #1 |
| 00137 | 1 box | Assorted materials | Front side of Container #1 |
| 00138 | 1 roll | Bush cutter line | Storage left side of house |
| 00139 | 1 | Hand saw | Storage left side of house |
| 00140 | 1 | Weed cutter | Storage left side of house |
| 00141 | 14 | Poker machine stands | Left side of garage |
| 00142 | 1 | Dolly | Left side of garage |
| 00143 | 2 | Game board with drawer | Left side of garage |
| 00144 | 4 | Doors | Left side of garage |
| 00145 | 1 box | 15 boxes of chargers with one CNMI License Plate | Left side of garage |
| 00146 | 1 box | Pepsi basket with assorted motor oil, powercut and coin dispenser | Left side of garage |
| 00147 | 1 box | Pepsi basket with assorted motor oil | Left side of garage |
| 00148 | 1 box | Kingcar box with assorted poker wirings | Left side of garage |
| 00149 | 1 box | Pepsi bucket with assorted wirings and tubes | Left side of garage |
| 00150 | 1 box | Pepsi bucket with jack and assorted car materials | Left side of garage |
| 00151 | 1 box | Pepsi bucket with car jack and assorted materials | Left side of garage |
| 00152 | 4 | Baskets with one box of christmas lights | Left side of garage |
| 00153 | 1 | Gas container (gallon) | Right side of garage |
| 00154 | 1 | Gallon Havoline formula | Right side of garage |
| 00155 | 1 | Black container assorted car screws | Right side of garage |
| 00156 | 1 | Giant wrench | Right side of garage |
| 00157 | 1 box | Gas hose with assorted materials | Right side of garage |
| 00158 | 1 | Three cabinet organizer | Right side of garage |

| 00159 | 1 | Blue container bit & socket set with bag of screws | Right side of garage |
|---|---|---|---|
| 00160 | 1 | Slightly broken hammer | Right side of garage |
| 00161 | 1 | Large clam | Right side of garage |
| 00162 | 1 | Giant scissors | Right side of garage |
| 00163 | 3 bags | Assorted wire baskets | Right side of garage |
| 00164 | 1 | Glue gun | Right side of garage |
| 00165 | 2 | Sharpener | Right side of garage |
| 00166 | 1 | Wood toolbox | Right side of garage |
| 00167 | 1 | Battery | Right side of garage |
| 00168 | 1 box | Velvet finish airbed (inside opened box) | House, Room#1 right side |
| 00169 | 3 | Black luggage, green/brown hand bag | House, Room#1 right side |
| 00170 | 1 | Motorola GTX radio with charger and 2 other chargers | House, Room#1 right side |
| 00171 | 1 | Warrior fighting stick | House, Room#1 right side |
| 00172 | 1 bag | Receipts and smaller bag with digital UPS system box with manual and plugs | House, Room#1 right side |
| 00173 | 1 | Poker chip | House,Rm#1 right side under bed |
| 00174 | 1 | Emerson flashlight | House, Rm#2 left side |
| 00175 | 1 box | Fluorescent lamp starter (empty box) | House, Rm#2 left side |
| 00176 | 1 rack | CD rack with 52 CD's | House, Rm#2 left side |
| 00177 | 1 | Computer Monitor with computer plugs | House, Rm#2 left side |
| 00178 | 7 | Black prints of maps of the house | House, Rm#2 left side |
| 00179 | 1 | Pink basket of different tapes, stamp & materials | House, Rm#2 left side |
| 00180 | 4 pieces | small rectangular shape glass, particularly for window | House, Rm#2 left side |
| 00181 | 1 box | Cyon LG-SD870 cell phone battery and charger | House, Rm#2 left side |
| 00182 | 1 box | Dell (empty box) | House, Rm#2 left side |
| 00183 | 1 box | Canon Ixy digital 700 (empty box) | House, Rm#2 left side |
| 00184 | 1 box | Canon Selphy compact photo printer box with manual, battery and stand only | House, Rm#2 left side |

| 00185 | 1 bag. | Green shoulder bag | House, Rm#2 left side |
|---|---|---|---|
| 00186 | 1 box | Wires, plugs and poker materials | House, Rm#2 left side |
| 00187 | 1 box | Cyber power backup battery (empty box) | House, Rm#2 left side |
| 00188 | 1 box | Wood box with wire cords and assorted materials | House, Rm#2 left side |
| 00189 | 1 | Mail envelope from Mark Hanson to Mrs. Park Hua dated July 15 | House, Rm#2 left side |
| 00190 | 1 box | Different mail envelopes and 1 bag of white straps | House, Rm#2 left side |
| 00191 | 1 | Blue print of map | House, Rm#2 left side |
| 00192 | 1 rack | CD rack with 28 CD's | House, Rm#2 left side |
| 00193 | 1 bucket | Full of Philippine coins (inside 8 bags) | House, Rm#2 left side |
| 00194 | 1 bucket | Full of golf tees and golf balls | House, Rm#2 left side |
| 00195 | 1 bag | Weaved basket full of labor documents | House, Rm#2 left side |
| 00196 | 2 boxes | Fluorescent lamp bulbs | House, Rm#2 left side |
| 00197 | 3 boxes | STMicroelectronics | House, Rm#2 left side |
| 00198 | 1 box | Jet pump repair kit box with nails inside | House, Rm#2 left side |
| 00199 | 1 | Tupperware of assorted keys | House, Rm#2 left side |
| 00200 | 1 | Stereo rack/cabinet (Technics), computer fan, one of golf stuff & 2 boxes of replacement kit for dryer machine | Middle part of Container #1 |
| 00201 | 1 | Daewoo 19" TV (old) | Middle part of Container #1 |
| 00202 | 1 | Basket (blue) full of cords & telephone/cell phone chargers | Middle part of Container #1 |
| 00203 | 1 | Computer server | Middle part of Container #1 |
| 00204 | 1 | Mirror (Big) | Middle part of Container #1 |
| 00205 | 2 | Fluorescent Cover/Ballast | Middle part of Container #1 |
| 00206 | 1 | 3-door cabinet with kitchen utensils | Middle part of Container #1 |
| 00207 | 1 | Basket (red) with piece of wood and light switches | Middle part of Container #1 |
| 00208 | 1 | Transformer | Middle part of Container #1 |
| 00209 | 1 | Poker machine diagram board (4), pair of rubber shoes, knee cups & 1 peace of wood with painting | Middle part of the Container #1 on shelf |
| 00210 | 1 | Computer keyboard (old), poker machine diagram board, poker machine part (coin dispenser) & tooth brushing machine | Middle part of the Container #1 on shelf |

| 00211 | 1 | Poker machine diagram board (2), weave basket of electrical stuff | Middle part of the Container #1 on shelf |
| 00212 | 1 | Plastic disposable plates, eye glass case, keyless lamp holder, hinge & glue gun (old) | Middle part of Container #1 on shelf |
| 00213 | 1 | Trash bin with electrical cords and other electrical stuff | Middle part of Container #1 |
| 00214 | 1 | Battery tester | Middle part of Container #1 |
| 00215 | 1 | Electric scoop | Middle part of Container #1 |
| 00216 | | Washer/Dryer used parts | Middle part of Container #1 |
| 00217 | 1 | Brush cutter | Storage on the left side of the house |
| 00218 | 1 | Tool box (cream) | Storage on the left side of the house |
| 00219 | 1 | Kia Sorento LX (ABR 529) red car | Right side of garage |
| 00220 | 17 | Plastic waste baskets with various colors | Right side of garage |
| 00221 | 1 | Dolly (Pushround) | Right side of garage |
| 00222 | 1 | Coffee maker (white) old | Right side of garage |
| 00223 | 1 | Tire Jack | Right side of garage |
| 00224 | 1 | Vacuum (cream) old | Right side of garage |
| 00225 | 1 | Storage blue box (Pepsi) used car parts and materials & guitar amplifier | Right side of garage |
| 00226 | 4 | Tire jack stands | Right side of garage |
| 00227 | 1 | Wooden tool box tray with nails and screws | Right side of garage |
| 00228 | 1 | Storage blue box (Pepsi) various construction tools and materials | Right side of garage |
| 00229 | 2 | Air compressor tank (1-small & 1-Big) | Right side of garage |
| 00230 | 1 | Windshield removal tool kit | Right side of garage |
| 00231 | 1 | Box with black plastic of old pillows, sponge and jumper kit for car | Right side of garage |
| 00232 | 1 | Box with battery jumper, spray paint and mask | Right side of garage |
| 00233 | 1 | Bucket (white) with pipe and washer | Right side of garage |
| 00234 | 1 | Bucket (white) with trash and old calendar | Right side of garage |
| 00235 | 1 | Bucket (white) with used laundry brush and big sledge hammer | Right side of garage |
| 00236 | 1 | Storage blue (Pepsi) box with various car parts stuff | Right side of garage |

| 00237 | 3 | Sets of fishing rod | Right side of garage |
|---|---|---|---|
| 00238 | 2 | Shovel 1-w/handle and one w/o handle (old & rusty) | Right side of garage |
| 00239 | 2 | Adjustable handle | Right side of garage |
| 00240 | 1 | REBARS on various sizes | Right side of garage |
| 00241 | 1 | Wooden blind blade | Right side of garage |
| 00242 | 1 | Box with green  tool box and various used car stuff | Right side of garage |
| 00243 | 1 | REBAR cutter | Right side of garage |
| 00244 | | shelf:  2 switching power supply & box full of invoices | House, Rm#2 left side |
| 00245 | | shelf:  rolled pen holder with pens and pencils, Seiko quartz manual, orca box with poker keys, box with circular key locks, Jaime Oliver box with assorted keys and locks | House, Rm#2 left side |
| 00246 | | shelf:  canon battery charger, correction pen, red marker, yellow post its, loose papers | House, Rm#2 left side |
| 00247 | | shelf:  empty | House, Rm#2 left side |
| 00248 | | shelf:  coin dispenser | House, Rm#2 left side |
| 00249 | | shelf:  coin dispenser with tennis balls | House, Rm#2 left side |
| 00250 | | shelf:  coin dispenser | House, Rm#2 left side |
| 00251 | | shelf:  empty | House, Rm#2 left side |
| 00252 | 1 | gray multi-plug extension cord | House, Rm#2 left side |
| 00253 | 8 | tennis rackets | House, Rm#2 left side |
| 00254 | 1 | on desk:  Epson stylus color 440 | House, Rm#2 left side |
| 00255 | 1 | on desk:  Scanner | House, Rm#2 left side |
| 00256 | 1 | on desk:  unique antique like telephone | House, Rm#2 left side |
| 00257 | 2 | on desk:  eyeglasses | House, Rm#2 left side |
| 00258 | 1 | on desk:  ashtray with cigarette butts & ashes | House, Rm#2 left side |
| 00259 | 1 | on desk:  citizen calculator | House, Rm#2 left side |
| 00260 | 1 | on desk:  wooden incense holder shaped like a body with arms raised | House, Rm#2 left side |
| 00261 | 1 | on desk:  mouse pad with 3 quarters | House, Rm#2 left side |
| 00262 | | 7 drawer metal desk | House, Rm#2 left side |

| | | | |
|---|---|---|---|
| 00263 | | top left drawer:  basket with markers, knife, stamp, battery, fuse cover, eyeglass case, screw bits, box of business cards, paint brush, box with key rings, paper clips, toothbrush, safety light | House, Rm#2 left side |
| 00264 | | 2nd left drawer:  gray container with sony walkman, keys, super blade; clear container with light bulb, screws, bundle diameter; circle container with nails, fuse plugs; small rectangle container with 6 Toyota spark plugs, 2 electrical object with #s 3390719, everlite, adapters; medium rectangle container with remote control, Mitsubishi battery, plug adapter, paint brush, epson black ink cartridge, small green clamp; 6 medium size paper clips, auto fuses | House, Rm#2 left side |
| 00265 | | bottom left drawer:  black air pistol, roll of white paper, sink strainer, box on incense, slingshot master .25 caliber steel shot, coin counter, 2-hole puncher, steel rods with #s, green box of key rings, family pics, labels | House, Rm#2 left side |
| 00266 | | dog food container with padlocks, paper, golf tees, locks | Living Room, right side, front |
| 00267 | | Toshiba TV | Living Room, right side, front |
| 00268 | | TV stand | Living Room, right side, front |
| 00269 | | 2cds, 1 cassette tape | Living Room, right side, front |
| 00270 | | 2 small shoes with flowers (decoration) | Living Room, right side, front |
| 00271 | | basket of flowers (decoration) | Living Room, right side, front |
| 00272 | | closet in the TV stand:  2 ziploc bags with pictures; heart shaped container with pens; box of rubber bands, scotch tape, notebooks, album of business cards, container with bill wrappers for money, AAA duracell batteries, 2 check book wallets and cupping set (massage) | Living Room, right side, front |
| 00273 | | bag in between TV stand and speakers:  calculator and mail from MBH to Mr. Kim Hang Kwon | Living Room, right side, front |
| 00274 | | stack of CDs on yellow metal box | Living Room, right side, front |
| 00275 | | yellow metal box full of papers and mail | Living Room, right side, front |
| 00276 | | cabinet: stainless steel coffee cup, stainless steel thermos, coffee maker pot and blue thermos | Kitchen |
| 00277 | | cabinet:  white soup bowl with flour, milk pitcher, ziploc, aluminum foil, clean bag, aluminum container, steel thermos | Kitchen |
| 00278 | | ice box rack, Tupperware and cutting board | Kitchen |
| 00279 | | ice container | Kitchen |
| 00280 | | cooking pot (medium size) | Kitchen |
| 00281 | | pink top container | Kitchen |
| 00282 | | small white basin | Kitchen |
| 00283 | | dough roller | Kitchen |

| 00284 | | Campbell's new England clam chowder | Kitchen |
|---|---|---|---|
| 00285 | | Kirkland Salmon Can Food | Kitchen |
| 00286 | | stainless steel container | Kitchen |
| 00287 | 3 | soup bowls | Kitchen |
| 00288 | 6 | Tupperware's (assorted sizes) | Kitchen |
| 00289 | | closet:  x-ray films, 5 hangars, 1 glove, 1 luggage strap, 1 rod to lower clothes if too high | House, Rm#3 left side |
| 00290 | | closet:  11 hangars, 1 luggage strap, 2 clothes basket, some shirts, some pants and mirror | House, Rm#3 left side |
| 00291 | | whisen aircon | House, Rm#3 left side |
| 00292 | | Salvatore ferragamo white cloth bag | House, Rm#3 left side |
| 00293 | | memory cards | House, Rm#3 left side |
| 00294 | | black "BOBO GOLBAL" briefcase | House, Rm#3 left side |
| 00295 | | light fixture | House, Rm#3 left side |
| 00296 | | box with ribbon on cover with wooden objects (circular and rod shaped) | House, Rm#3 left side |
| 00297 | | bottom drawer of night stand:  3 porn DVDs, tea bags, surgical mask, orange cloth | House, Rm#3 left side |
| 00298 | | shelf above sink:  toothbrush contraption, 2 cups, 3 hair brushes, head band and hand mirror | House, Rm#3 left side, bathroom |
| 00299 | | mirror (pink) | House, Rm#3 left side bathroom |
| 00300 | 4 pieces | Mail envelopes from the U.S. District Court | House, Rm#2 left side |
| 00301 | 1 | Daewood VCR player and recorder | House, Rm#2 left side |
| 00302 | 1 | Kodicom digital color quad control for house camera | House, Rm#2 left side |
| 00303 | 1 box | Wonderful laundry detergent box with 1 telephone, cords, coin counters, cameras, cell phone charger | House, Rm#2 left side |
| 00304 | 1 bundle | Miscellaneous poker documents and tax forms | House, Rm#2 left side |
| 00305 | 1 box | Liquid glass vaporizers (unopened box) | House, Rm#2 left side |
| 00306 | 1 bag | Charger | House, Rm#2 left side |
| 00307 | 1 | Black metal chest with 4 ziplocs of Korean coins | House, Rm#2 left side |
| 00308 | 1 box | Desk pay phone | House, Rm#2 left side |
| 00309 | 1 | Turbolink switching power supply | House, Rm#2 left side |

| 00310 | 1 bag | Cue balls, chalk, cue stick rubbers | House, Rm#2 left side |
|---|---|---|---|
| 00311 | 1 | Office desk drawer#1 right side, money tape, cigarette carton for scratch paper | House, Rm#2 left side |
| 00312 | 1 | Office desk drawer#2 right side, Business stamps, stamp pad and 2 yellow baskets | House, Rm#2 left side |
| 00313 | 1 | Office desk drawer#3 right side, photo albums, unopened calculator, keys, vacuum heads | House, Rm#2 left side |
| 00314 | 1 | Office desk center drawer, post it, pens, labels, photo album, ruler, knife | House, Rm#2 left side |
| 00315 | 3 | Radio with charger | House, Rm#2 left side |
| 00316 | 1 box | Canon KL-3 pack compact photo printer | House, Rm#2 left side |
| 00317 | 1 | Money (bill) collector) | House, Rm#2 left side |
| 00318 | 1 | Digital color camera PN116A | House, Rm#2 left side |
| 00319 | 1 | Happy hour pen holder with pens | House, Rm#2 left side |
| 00320 | 1 stack | Assorted magazines | House, Rm#2 left side |
| 00321 | 1 | Radio charger | House, Rm#2 left side |
| 00322 | 1 box | Stearns sinpac switch | House, Rm#2 left side |
| 00323 | 1 box | Dong-A's Prime English-Korean Dictionary | House, Rm#2 left side |
| 00324 | 1 realm | 8 1/2 x 11 Xerox paper | House, Rm#2 left side |
| 00325 | 4 boxes | Standard Action Japanese | House, Rm#2 left side |
| 00326 | 2 bags | Tennis rackets in tennis racket bags | House, Rm#2 left side |
| 00327 | 1 | Computer monitor | House, Rm#2 left side |
| 00328 | 3 pieces | Bat mittens | House, Rm#2 left side |
| 00329 | 1 box | Paradyne box with manual only | House, Rm#2 left side |
| 00330 | 1 box | files (papers) | House, Rm#2 left side |
| 00331 | 1 | standing lamp black | Living Room, right side, front |
| 00332 | 1 | Woven hat | Living Room, right side, front |
| 00333 | 3 | Small golf club | Living Room, right side, front |
| 00334 | 2 | Big Speakers | Living Room, right side, front |
| 00335 | 1 box | Kleenex | Living Room, right side, front |
| 00336 | 1 box | Dior box with golf balls | Living Room, right side, front |

| 00337 | 1 bottle | Window Clear (window cleaner) | Living Room, right side, front |
|---|---|---|---|
| 00338 | 1 | Scotch tape | Living Room, right side, front |
| 00339 | 1 bottle | Xylitol with Korean coins | Living Room, right side, front |
| 00340 | 1 can | Pennies, dimes, nickels | Living Room, right side, front |
| 00341 | 1 pair | Construction gloves | Living Room, right side, front |
| 00342 | 1 | Flashlight and lighter combo | Living Room, right side, front |
| 00343 | 1 | Japanese decoration | Living Room, right side, front |
| 00344 | 1 basket | Potpourri basket | Living Room, right side, front |
| 00345 | 1 | VHS HQ-VCR player | Living Room, right side, front |
| 00346 | 1 | Sony Hi-Fi stereo/auto clock/auto stereo | Living Room, right side, front |
| 00347 | 1 | Mastar DVD player | Living Room, right side, front |
| 00348 | 1 | Samsung SSC-21M color quad monitor | Living Room, right side, front |
| 00349 | 1 | Samsung DVD-VCR combo player with remote | Living Room, right side, front |
| 00350 | 1 | Coca cola magnetic pen holder | Living Room, right side, front |
| 00351 | 1 | Photo frame of Korean picture | Living Room, right side, front |
| 00352 | 1 | Golf Trophy | Living Room, right side, front |
| 00353 | 1 | Emerson digital stereo (red) | Living Room, right side, front |
| 00354 | 1 | Yellow lighter | Living Room, right side, front |
| 00355 | 1 cup | Foam cup of tees and screws | Living Room, right side, front |
| 00356 | 1 | Curtain ties | Living Room, right side, front |
| 00357 | 1 | Built-in Hanssem gas stove | Kitchen |
| 00358 | 1 | Trash can (brown and white) | Kitchen |
| 00359 | 1 | Broom and dustpan (green dustpan, brown broom small) | Kitchen |
| 00360 | 1 | Rice cooker | Kitchen |
| 00361 | 2 | Coffee maker glass | Kitchen |
| 00362 | 1 | Dishwashing soap | Kitchen |
| 00363 | 1 | Flower vase with 4 spoons | Kitchen |

| 00364 | 1 | Strainer | Kitchen |
|-------|---|----------|---------|
| 00365 | 1 | Peeler | Kitchen |
| 00366 | 1 | Scissors | Kitchen |
| 00367 | 1 | 2nd cabinet on  top, chopsticks | Kitchen |
| 00368 | 1 | Ice box (2 door) | Kitchen |
| 00369 | 1 | Red 6 pack cooler (small ice chest) | Kitchen |
| 00370 | 1 box | Nori (sushi wrapper) | Kitchen |
| 00371 | 1 bag | Black bag of foam cups | Kitchen |
| 00372 | 1 box | Bottled Korean drinks | Kitchen |
| 00373 | 2 | Hand/face towels | Kitchen |
| 00374 | 1 | Five gallon for drinking water and pump | Kitchen |
| 00375 | 1 | Trinitron Sony TV with remote | House, Rm#3 end of house |
| 00376 | 1 | Black/white hand carry bag | House, Rm#3 end of house |
| 00377 | 1 | Blue/beige stripe luggage | House, Rm#3 end of house |
| 00378 | 1 | Blue/white igloo ice chest | House, Rm#3 end of house |
| 00379 | 1 | Closet #3 clothes, boxers, shirts | House, Rm#3 end of house |
| 00380 | 1 | Chrome lamp | House, Rm#3 end of house |
| 00381 | 1 set | Conair shaving kit set | House, Rm#3 end of house |
| 00382 | 1 | Pola Quartz red alarm clock | House, Rm#3 end of house |
| 00383 | 2 | Odyssey cologne | House, Rm#3 end of house |
| 00384 | 1 | Cabinet #1 sleeping shade, cell phone battery, lighter, bracelet in black case | House, Rm#3 end of house |
| 00385 | 1 | Cordless Phillips Jack Vacuum with battery charger | House, Rm#3 end of house |
| 00386 | 1 | Uniden Cordless telephone with charger | House, Rm#3 end of house |
| 00387 | 1 | Vidal Sassoon jonizer hair blower/dryer | House, Rm#3 end of house |
| 00388 | 1 | 2 sided photo frame | House, Rm#3 end of house |
| 00389 | 1 | Tupperware with cell phone batteries and potpourri | House, Rm#3 end of house |
| 00390 | 1 | Pink and white 2 drawer organizer (small) | House, Rm#3 end of house |

| 00391 | 1 | Silvaweld gray black --------- | House, Rm#3 end of house |
|---|---|---|---|
| 00392 | 1 | Guangke shaver/trimmer with case | House, Rm#3 end of house |
| 00393 | 1 | Black Nokia cell phone | House, Rm#3 end of house |
| 00394 | 1 | Bed, small pillow and linens | House, Rm#3 end of house |
| 00395 | 1 | Ironing board | End of living room |
| 00396 | 1 | Whisen standing central air conditioner | End of living room |
| 00397 | 1 box | Get well box with tea bags | End of living room |
| 00398 | 1 | Bottle of Korean vitamins | End of living room |
| 00399 | 2 | Assorted boxes of medicine | End of living room |
| 00400 | 2 | hula hoops | House, Rm#3 left side bathroom |
| 00401 | | coffee table | Far end of the living room |
| 00402 | 4 | on top of coffee table:  books stacked on top of each other | Far end of the living room |
| 00403 | | on top of coffee table:  remote for living room aircon | Far end of the living room |
| 00404 | 2 | on top of coffee table:  asiana airlines comb | Far end of the living room |
| 00405 | | on top of coffee table:  white extension cord | Far end of the living room |
| 00406 | 1 | on top of coffee table:  scientific calculator | Far end of the living room |
| 00407 | | red & white clothes rack (for hangars) | Far end of the living room |
| 00408 | 26 | hangars | Far end of the living room |
| 00409 | 33 | clothes pins | Far end of the living room |
| 00410 | | mirror | Living Room, right side, front |
| 00411 | | closet:  vaccum, WD-40 can, rack with umbrellas, mosquito coil | Hallway |
| 00412 | | 6 pairs of footwear, 10 tool boxes (various sizes), 3 rolls of cable wire, some paper | Hallway |
| 00413 | | 4 pairs of footwear on the floor | Hallway |
| 00414 | 1 | chair with tennis balls under the legs | Living Room, right side, front |
| 00415 | 5 | Flowers in vases | Top of air conditioner |
| 00416 | 1 box | Fluorescent lamp | House, Rm#1 right side |
| 00417 | 1 | Blue trashcan (large) | Hallway |

| 00418 | 1 | Small blue/lavender trash can | Hallway |
|---|---|---|---|
| 00419 | 1 | Wall clock brown (large) | Living Room, right side, front |
| 00420 | 1 | Mop | Kitchen |
| 00421 | 2 | Computer monitor | Front side of Container #2 |
| 00422 | 3 | Black stools | Front side of Container #2 |
| 00423 | 15 | Coin baskets | Front side of Container #2 |
| 00424 | 2 | Cash register | Front side of Container #2 |
| 00425 | 1 | Toshiba VCR player | Front side of Container #2 |
| 00426 | | laundry machine | Laundry room |
| 00427 | | 2nd level: 4 bar soap, 2 rocks | Laundry room |
| 00428 | | gas stove (1 burner) | Laundry room |
| 00429 | | wooden side table | Laundry room |
| 00430 | | extra bags on a white rack (assorted style and sizes) | Laundry room |
| 00431 | 1 | safe (empty) | House, Room#3 left side |
| 00432 | 19 | poker machines | Front side of Container #2 |
| 00433 | 2 | helmets | Front side of Container #2 |
| 00434 | | computer keyboard | Front side of Container #2 |
| 00435 | 15 | plywood | Front side of Container #2 |
| 00436 | | black and Decker coffee maker | Front side of Container #2 |
| 00437 | 3 | buckets of electrical and misc. stuff | Front side of Container #2 |
| 00438 | | extension cords, 6 large glass jars, coin dispensers, various electrical parts, water gallon | Far left side of garage |
| 00439 | | books, helmet, flower pot, toolbox, chair, wall clock, trash bin | Far left side of garage |
| 00440 | 15 | 2x4 wood different sizes | Front side of Container #2 |
| 00441 | 1 bag | Business licenses in frames | Front side of Container #2 |
| 00442 | 1 box | Electronics (security cameras) | Front side of Container #2 |
| 00443 | 1 basket | Miscellaneous poker items | Front side of Container #2 |
| 00444 | 1 | Trash bucket full of wires and mini poker | Front side of Container #2 |

| 00445 | 1 box | Fluorescent light camera | Front side of Container #2 |
|---|---|---|---|
| 00446 | 2 | Poker stands (large | Far left side of garage |
| 00447 | 1 | Yellow rotating organizer with materials | Far left side of garage |
| 00448 | 3 | trash bag full of baskets | Far left side of garage |
| 00449 | 1 | telephone | Far left side of garage |
| 00450 | 1 | pay phone | Far left side of garage |
| 00451 | 1 | wood tool box (small) | Far left side of garage |
| 00452 | 1 | hose for gas stove | Far left side of garage |
| 00453 | 1box | plastic buckets | Far left side of garage |

12/22/06

**Certified By:    DONALD WILLIAMS, *Deputy***
***United States Marshals Service Department of Justice***
***District of the Northern Mariana Islands***

**Date**