*[handwritten: 12-22-06 11:50 p.m. AR Munson]*

```
                                    F I L E D
                                       Clerk
                                   District Court

                                   DEC 22 2006

                            For The Northern Mariana Islands
                            By_____
                                    (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI, | Civil Action No. 05-0019 |
| Plaintiffs | |
| v. | ORDER CONTINUING HEARING AS TO MS. KITAMI, ONLY |
| JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON, | |
| Defendants | |

THE COURT has received Mr. Pierece's motion for a continuance on behalf of his client, Ms. Kitami, and also an opposition and declaration filed by counsel for plaintiffs, Mr. Hanson. In the interests of conserving the resources of the parties,

and in the further interest of notifying the parties of the court's decision in the most expeditious manner possible, the court will decide the motion without a hearing. For good cause shown in the declaration of Mr. Pierce,

IT IS ORDERED that Ms. Kitami's motion to continue the December 27, 2006, hearing as to her purported interests is granted, as to her only. The hearing will otherwise continue as scheduled. Hearing as to Ms. Kitami's purported liens is continued until January 17, 2007, at 8:30 a.m. Mr. Pierce shall have until 3:30 p.m., January 10, 2007, to file a written statement on behalf of his client, including any documents supporting her claimed liens. Mr. Hanson shall have until 3:30 p.m., January 15, 2007, to file any reply.

DATED this 22nd day of December, 2006.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge