# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0019                                                             December 27, 2006
                                                                        9:00 a.m.

**LI YING HUA, et al -vs- JUNG JIN CORPORATION, et al**

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Randy Schmidt, Law Clerk
            Faye Crozat, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Mark Hanson, Attorney for Plaintiffs

PROCEEDINGS:   MOTION FOR ORDER IN AID OF JUDGMENT

Plaintiffs were represented in court by Attorney Mark Hanson. No one was present on behalf of the defendants.

Attorney Hanson stated that all parties had received notice of this hearing. Further, Attorney Hanson argued the motion on behalf of the Plaintiffs and requested that the auction proceed.

After hearing argument, Court **GRANTED** the motion and requested that Attorney Hanson prepare the order.

Attorney Hanson requested the Court grant approval to clean the property (up to the amount of $200) so that the auction could proceed in that location and that the costs be incurred by the proceeds of the auction of the house. Court so ordered.

Further, Attorney Hanson advised the Court that there were seven abandoned dogs on the property that he had been feeding and wanted the permission to adopt them out to anyone who was willing to take them. Court so ordered.

Adjourned 9:15 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy