F I L E D
Clerk
District Court

DEC 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>Plaintiffs<br><br>v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON,<br><br>Defendants | Civil Action No. 05-0019<br><br><br><br><br>ORDER DIRECTING COMPLIANCE WITH SUBPOENA, AS LIMITED |

THE COURT has received from the Commonwealth Department of Finance, Division of Revenue and Taxation, for *in camera* inspection, the materials subpoenaed by plaintiffs. After reviewing all the materials supplied,

AO 72
(Rev. 08/82)

IT IS ORDERED that the Commonwealth Department of Finance, Division of Revenue and Taxation, shall provide the subpoenaed materials to plaintiffs' attorney by 3:30 p.m., Friday, December 29, 2006, with the exception of the photocopied passport pages for Ms. PARK, Jung Hwa and Mr. KIM, Hyung.  Should plaintiffs also desire that information, they shall provide a short statement to the court and to Assistant Attorney General Deborah Covington explaining the necessity for the information contained on the two pages.  Ms. Covington will then have two business days to respond, if she so chooses.  The court will decide without a hearing if the additional information shall also be provided.

The materials submitted to the court will be retained under seal until further order of the court.

DATED this 27th day of December, 2006.

_____
ALEX R. MUNSON
Judge