1  Richard W. Pierce
   Richard W. Pierce Law Office, LLC
2  2nd Floor Alexander Bldg., San Jose
   P.O. Box 503514 CK
3  Saipan, MP 96950-3514
   Telephone:  (670) 235-3425
4  Facsimile:   (670) 235-3427
   Attorney for Pil Sun Kim Kitami

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re ORDER TO SHOW CAUSE<br><br>LI YING HUA, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JUNG JIN CORPORATION, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 05-00019<br><br>**MOTION FOR CONTINUANCE AND FOR SHORTENTED TIME ON MOTION FOR CONTINUANCE**<br><br>Time:<br>Date:<br>Judge:  Munson |

On December 7, 2006, this Court issued an order called Amended Order in Aid of Judgment, which contained an Order to Show Cause why subject property listed in paragraph one (1) of the Order should not be sold by the U.S. Marshal free of liens and encumbrances.  The Court set a hearing date of December 27, 2006.

In paragraph one (1) of the Order, the Court listed properties under subsection a, c, and d, in which Pil Sun Kim Kitami has a security interest.  The Court issued the Order to Show Cause without any notice to Mrs. Kitami and without citation to any authority for such an order that could potentially extinguish her security interests.  The bases for the Order are apparently a conclusionary declaration filed by Plaintiffs' counsel on or about November 28, 2006, par. 6, and a motion of November 9, 2006 at 6, in which the Plaintiffs assert a procedure for extinguishing liens, without any citation to authority for the truncated procedure.

-1-

1.  Ms. Kitami objects to the procedure and to the merits justifying an order to show cause.

2.  As it were, Mrs. Kitami is not in a position to assert adequately her interest on the ordered date of December 27, 2006, as her counsel is off-island in the continental United States, and she has not had the opportunity to discover the basis for the Plaintiffs' position with respect to her security interest except as the position is expressed in the declaration of Plaintiffs' counsel.

3.  Mrs. Kitami has a material interest in the *res* in that the *res* secures a debt of approximately $300,000.00. This substantial amount should not be subject to arbitrary deprivation or hurried procedure of which she had no notice and no opportunity to rebut adequately.

4.  Therefore, Mrs. Kitami requests the Court continue the hearing until January 17, 2007 and that she have until January 15, 2007, to file an appropriate memorandum. Her counsel returns to the jurisdiction on January 3, 2007. Mrs. Kitami is not requesting an extravagant amount of time. Two weeks to prepare is the time allotted by this Court to respond to a motion.

5.  This motion is supported by a declaration of counsel. The motion should be decided on shortened time.

Dated: December 21, 2006.

Respectfully submitted,

/s/
Richard W. Pierce
Attorney for Pil Sun Kim Kitami

-2-