Richard W. Pierce
Richard W. Pierce Law Office, LLC
2nd Floor Alexander Bldg., San Jose
P.O. Box 503514 CK
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorney for Pil Sun Kim Kitami

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re ORDER TO SHOW CAUSE<br><br>LI YING HUA, ET AL.,<br>            Plaintiffs,<br>vs.<br>JUNG JIN CORPORATION, ET AL.,<br>            Defendants. | CASE NO. CV 05-00019<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR CONTINUANCE AND FOR SHORTENED TIME ON MOTION FOR CONTINUANCE**<br><br>Time:<br>Date:<br>Judge: Munson |

I, Richard W. Pierce, declare as follows:

1. Pil Sun Kim Kitami is a long time client in relation to my practice of law in the Commonwealth of the Northern Mariana Islands.

2. The attorney for the Plaintiffs know that I represent Ms. Kitami in relation to their secured interest in the properties described at paragraph one (1), subsections a, c, and d of the Court's December 7, 2006, Order in this proceeding. The counsel knows because I provided him documentation on the secured interests of Mrs. Kitami in the *res*, and I attended a deposition of Ms. Kitami taken by Plaintiffs' counsel.

3. I am in the continental United States for the holidays. I gave adequate notice to CNMI-based attorneys under CNMI law of my intended off-island status.

-1-

4. Ms. Kitami has a promissory note of $300,000.00 (approximately) from the individual defendants in this civil action and a properly secured interest in the property referenced in paragraph 2, above. I prepared the instruments of debt and the security.

5. When I learned about the December 27, 2006, hearing on this Court's order to show cause, I called Plaintiffs' counsel and told him of my circumstances. He offered to change the December 27, 2006 hearing date until January 10, 2006, but I needed January 17, 2006, in order to prepare. I return to the CNMI on January 3, 2006, and I will have matters which require attention other than this case. One week is not sufficient time to research this matter and attend to other clients.

6. The timing of the seizure of the *res* in this case has not been a product of Mrs. Kitami. As her counsel, I had no notice of the motion for the order in aid of judgment, or of this Court's order, until on or about December 19, 2006. Any emergency is a product of the Plaintiffs' making.

7. On information and belief, Mrs. Kitami has paid the rent to the fee simple holder of Lot 056 H 14 for about the last six months in order to preserve her mortgage interest.

8. As the counsel for Mrs. Kitami on this matter, I am in no position to represent her adequately by the date of December 27, 2006, or January 10, 2007. If the Court does not grant the continuance as requested until January 17, 2007, at least the Court should grant a continuance for her to obtain other counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 21, 2006, in Wintergreen, Virginia, USA.

/s/
Richard W. Pierce

-2-