Richard W. Pierce
Richard W. Pierce Law Office, LLC
2nd Floor Alexander Bldg., San Jose
P.O. Box 503514 CK
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorney for Pil Sun Kim Kitami

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re ORDER TO SHOW CAUSE<br><br>LI YING HUA, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 05-00019<br><br>DECLARATION OF COUNSEL<br>IN SUPPORT OF OPPOSITION<br>BY PIL SUN KIM KITAMI<br><br>Time:　8:30 A.M.<br>Date:　January 17, 2007<br>Judge:　Alex R. Munson |

I, Richard W. Pierce, declare as follows:

1. Pil Sun Kim Kitami is a long time client in relation to my practice of law in the Commonwealth of the Northern Mariana Islands.

2. Attached hereto are true copies of:

Exhibit A - Mortgage with a promissory note dated Jan. 12, 2006, recorded Jan. 13, 2006 as File No. 06-059; and

Exhibit B - Amended Promissory Note dated Jan. 16, 2006, and secured interests provided to her by Kim, Hang Kwon and Park, Hwa Sun.

3. I know these are true copies because I prepared the documents and had them recorded as appropriate.

-1-

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Dated: January 10, 2007, Saipan, CNMI.
4
5  _____
   Richard W. Pierce

-2-