MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:       mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ERRATA TO MEMORANDUM OF |
| ) | FACTS AND LAW |
| JUNG JIN CORPORATION, a CNMI corporation,) | |
| ASIA ENTERPRISES, INC., a CNMI corporation,) | |
| PARK HWA SUN and KIM HANG KWON, ) | Date: Wednesday, January 17, 2007 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | Judge: Hon. Alex R. Munson, Chief Judge |

   Plaintiffs, by and through the undersigned counsel of record, hereby file the following Errata to the Memorandum of Facts and Law filed with the Court on January 15, 2007. The Errata contains the requisite Table of Contents and Table of Authorities for the Memorandum.

   Respectfully submitted this 16th day of January, 2007.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:       mark@saipanlaw.com

TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

INCONTROVERTIBLE FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    ● Defendants' Income: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    ● Park and Kim Had a History of Fraudulent Behavior: . . . . . . . . . . . . . . . . . . . . . . . . . 5

    ● Defendants' Purported Loans from Kitami: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

    ● Defendants' Purported Loans from Other Third Parties: . . . . . . . . . . . . . . . . . . . . . 13

    ● The Susupe Property Is in Fact an Asset of Asia — Kim and Park
       Used Their Corporations' Income to Purchase and Improve the Susupe Property: . . 13

    ● Defendants Financial Condition: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

THE FORM AND MANNER OF PLAINTIFFS' REQUEST FOR
    RELIEF FROM THE KITAMI LIENS IS PROPER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

    ● Ancillary, Summary Proceedings Are Proper: . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

THE COMMON LAW OF FRAUDULENT CONVEYANCES . . . . . . . . . . . . . . . . . . . . . . . . 19

    ● Badges of Fraud: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

CERTIFICATE OF SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

# TABLE OF AUTHORITIES

CASES:

*Acequia, Inc. v. Clinton*, 34 F.3d 800 (9th Cir. 1994) .................... 22, 24-30

*Achiles v. Cajigal*, 39 Haw. 493, 1952 WL 7374 (1952) ............................ 22

*BFP v. Resolution Trust Corporation*, 511 U.S. 531, 114 S.Ct. 1757,
   128 L.Ed.2d 556 (1994) ......................................... 25

*Coder v. Arts*, 213 U.S. 223, 29 S.Ct. 436, 53 L.Ed. 772 (1909) ................... 21 n.4

*Hassan v. I.R.S.*, 301 B.R. 614 (D. Fla. 2003) ............................. 25-27, 30

*In re Agricultural Research and Technology Group, Inc.*, 916 F.2d 528 (9th Cir. 1990) . 26 n.5

*In re Griffith*, 206 F.3d 1389 (11th Cir. 2000) ................................. 26 n.5

*In re Sternberg*, 229 B.R. 238 (S.D. Fla. 1998) ................................ 26

*In re Woodfield*, 978 F.2d 516 (9th Cir. 1992) ................................ 24

*Jones V. North West Telemarketing, Inc.*, 136 F. Supp. 2d 1166 (D. Or. 2001) .......... 16

*Kennedy v. Gabutin*, 2004 WL 2085480 (D.N.Mar.I.) ............................. 16

*Kochi v. Commonwealth Superior Court*, 2003 WL 23009002 (D.N.Mar.I.) ......... 18 n.2

*Kupetz v. Wolf*, 845 F.2d 842 (9th Cir. 1988) ................................ 20

*Mankin v. Munn*, 823 F.2d 1296 (9th Cir. 1987) ............................. 21 n.4

*Ocklawaha River Farms Co. v. Young*, 74 So. 644 (Fla. 1917) ....................... 23

*Payne v. Gilmore*, 382 P.2d 140 (Okla. 1963). ................................ 24

*Premier Financial Services v. Citibank*, 912 P.2d 1309 (Ariz. App. 1995) ............ 21-22

*Sherry v. Ross*, 846 F. Supp. 1424 (D. Hawaii 1994) ......................... 22, 24

*Sullivan v. Tarope*, Civil Action No. 98-1293D, Order Granting Plaintiff's
   Motion for Summary Judgment (CNMI Super. Ct. March 19, 2003) ...... 19-24, 27-30

*Thomas, Head and Greisen Employees Trust v. Buster*, 95 F.3d 1449 (9th Cir. 1996),
   *cert. denied*, 520 U.S. 1117, 117 S.Ct. 1247 (1997) .............................. 16

*Timmer v. Pietrzyk*, 261 N.W. 313 (Mich. 1935) ..................................... 21

*United States v. Fernon*, 640 F.2d 609 (5th Cir. 1981) ............................. 26

*Westminster Savings Bank v. Sauble*, 39 A.2d 862 (Md. 1944) ........................ 21

*Williams v. Pfeffer*, 117 F. Supp. 2d 331 (S.D.N.Y. 2000) ...................... 16 n.1

STATUTES:

2 C.M.C. §§ 4511 *et seq.* ...................................................... 19 n.3

2 C.M.C. § 4520(a) ............................................................. 19 n.3

7 C.M.C. § 3401 (2000) ............................................................. 20

7 C.M.C. §§ 4101-4104 ........................................................ 1, 18 n.2

7 C.M.C. §§ 4201-4210 ............................................................... 1

7 C.M.C. § 4204(b) ................................................................. 16

11 U.S.C. § 548 ....................................................... 20, 21 n.4, 22

RULES:

Fed. R. Civ. P. 18(b) ........................................................... 1, 16

Fed. R. Civ. P. 69(a) ........................................................... 1, 19

OTHER MATERIALS:

4 Collier on Bankruptcy 10015-16, ¶ 548.02[5] at 548-41 to 548-46 (15th ed. 1994) ..... 27

Statute of 13 Elizabeth ....................................................... 20-22, 25

UNIFORM FRAUDULENT TRANSFER ACT § 1(3)-(4) (1984) ........... 21 n.4, 22-23, 26 n.5