F I L E D
Clerk
District Court

JAN 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) <br> ) <br>_____) | CASE NO. CV 05-0019 <br><br> ORDER GRANTING *EX PARTE* MOTION FOR PAGE EXTENSION |

For good cause shown, Plaintiffs' *ex parte* Motion for a page extension is HEREBY GRANTED.

Plaintiffs shall be allowed to file their Memorandum of Facts and Law, not to exceed 34 pages (excluding the signature page and certificate of service, and any subsequent addendums containing a table of contents and table of authorities).

SO ORDERED.

DATED: 1-16-07

ALEX R. MUNSON, Chief Judge