# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

***

CV-05-0019                                                                January 17, 2007
                                                                          8:30 a.m.

**LI YING HUA, et al -vs- JUNG JIN CORPORATION, et al**

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Randy Schmidt, Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Mark Hanson, Attorney for Plaintiffs
            Richard Pierce, Attorney for Defendants

PROCEEDINGS:   MOTION FOR ORDER TO SHOW CAUSE

   Plaintiffs were represented in court by Attorney Mark Hanson. Attorney Richard Pierce was present on behalf of the defendants.

   Attorney Pierce argued on behalf of the defendants and requested the Court for time to oppose or rebutt argument and to allow them time for discovery. Attorney Hanson argued on behalf of the Plaintiffs.

   Court, after hearing arguments, continued this hearing until April 12, 2007 at 9:00 a.m.

                                                            Adjourned 9:05 a.m.


                                                            /s/ K. Lynn Lemieux, Courtroom Deputy