F I L E D
Clerk
District Court

JAN 1 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>Plaintiffs<br><br>v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON,<br><br>Defendants | Civil Action No. 05-0019<br><br><br><br><br><br>ORDER CONTINUING HEARING TO APRIL 12, 2007, AT 9:00 A.M. |

This matter came before the court for hearing on January 17, 2007. Plaintiffs appeared through their attorney, Mark B. Hanson; real party in interest Kitami appeared by and through her attorney, Richard W. Pierce.

AO 72
(Rev. 08/82)

The court granted Mr. Pierce's oral motion for more time in which to conduct discovery and present to the court evidence that the transactions at issue here were legitimate, arm's-length transactions. The court indicated that bank records, tax returns, correspondence, or any other indicia evidencing the loan would assist the court in its determinations.

The hearing in this matter is continued to April 12, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 17th day of January, 2007.

_____
ALEX R. MUNSON
Judge