MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:     (670) 233-8600
Facsimile:      (670) 233-5262
E-Mail Address:      mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| Plaintiffs, ) | |
| vs. ) | NOTICE OF PUBLIC SALE |
| JUNG JIN CORPORATION, a CNMI corporation,) ASIA ENTERPRISES, INC., a CNMI corporation,) PARK HWA SUN and KIM HANG KWON, ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE THAT on **Saturday, February 24, 2007 beginning at 10:00 a.m.** and continuing on Sunday, February 25, 2007 at 10:00 a.m. (if necessary), pursuant to an order of the above-entitled Court dated December 28, 2006, Plaintiffs' counsel will sell at public auction all of the personal property located on or about Susupe, Saipan Lot Number 056 H 14 (except two vehicles located thereon).

The auction will be held at the Susupe Lot located across from Verizon on Texas Road (near MHS).  The auction will be open to all bidders.  All items will be sold <u>as is where is</u> to the highest bidder with no warranties.  **The auctioneer reserves the right to withdraw any items from the auction at any time prior to a sale and/or to place reserve prices on any or all items up for auction.**  The

1  public may preview and inspect the auction items one hour prior to the beginning of the auction or
2  by appointment with Plaintiffs' counsel.
3      PAYMENT:  Full payment is required upon acceptance of the highest bid.  No deferred
4  payment is allowed.  All payments must be made by cash, cashier's check or by money order.  All
5  auction sales will be final.  Winning bidders are responsible for removing and transporting the items
6  after the auction.
7      The auction items include the following, among other items: multi-unit split aircon
8  (24kbtu/9.5kbtu), acetylene welding equipment, various shop equipment, fiberglass water tanks,
9  water pumps, large cabinets and wardrobes, refrigerator, washing machine, televisions, speakers and
10 stereo equipment, lights, security camera equipment, blinds, aluminum shutters, golf clubs,
11 combo/key safe, telephones and radios, cases of powder laundry detergent, pool cues, bar stools,
12 electronic toilet seats, coolers, pots, pans, guitars and various furniture.  Please contact Plaintiffs'
13 counsel with any inquiries at 233-8600.

15     DATED:  February 9, 2007

16     /s/ Mark B. Hanson

17     MARK B. HANSON
    Attorney for Plaintiffs