1  Richard W. Pierce
   Richard W. Pierce Law Office, LLC
2  2nd Floor Alexander Bldg., San Jose
   P.O. Box 503514 CK
3  Saipan, MP 96950-3514
   Telephone:  (670) 235-3425
4  Facsimile:   (670) 235-3427
   Attorney for Pil Sun Kim Kitami

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re ORDER TO SHOW CAUSE<br><br>LI YING HUA, ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 05-00019<br><br>**RELINQUISHMENT OF SECURITY INTERESTS**<br><br>Time:  9:00 a.m.<br>Date:  April 12, 2007<br>Judge: Munson |

   Pil Sun Kim Kitami hereby relinquishes all of her right, title and interest in Lot No. 056 H 14 (a part of Lot 056 H 03), which contains an area of 3,627 square meters, more or less, situated in Saipan, Northern Marianas, and a lien interest in two [2] motor vehicles: 1) 2003 Kia Sorento and 2) 2005 Toyota Tacoma, both identified by a copy of their respective Certificate of Ownership, attached hereto.

   Rent due on March 15, 2007, to the landlord for the leasehold interest in Lot No. 056 H 14 will not be paid by Ms. Kitami.

   When Ms. Kitami returns to the Commonwealth of the Northern Mariana Islands, an instrument relinquishing her security interests will be filed with the Office of Commonwealth Recorder and Bureau of Motor Vehicles. Ms. Kitami retains the promissory note that was secured by the relinquished property, but makes no claim to the security referenced in the promissory note.

1  Ms. Kitami will not appear at the hearing on April 12, 2007, the hearing and show cause
2  order being moot in so far as they pertain to Ms. Kitami.
3  Dated: March 15, 2007.

Respectfully submitted,

/s/
Richard W. Pierce
Attorney for Pil Sun Kim Kitami

78301

## Government of the Northern Mariana Islands
### Department of Public Safety
### Bureau of Motor Vehicle

| LOG NUMBER | | |
|---|---|---|
| R74172 | | |
| RECEIPT NUMBER | STATE OF ISSUE | |
| 01379403 | MP | |
| ISSUE DATE | RENEWAL DATE | |
| 01/23/06 | 09/30/06 | |

**MOTOR VEHICLE REGISTRATION**

| LICENSE PLATE NUMBER | STICKER NUMBER | YEAR | MAKE | MODEL | BODY STYLE | COLOR | WEIGHT |
|---|---|---|---|---|---|---|---|
| ABR529 | 01025 | 3 | KIA | SORENTO | 5WGN | RED | 5624 |

| VEHICLE IDENTIFICATION NUMBER (VIN) / BODY SERIAL NUMBER | ENGINE SERIAL NUMBER | CYLINDER | CAPACITY |
|---|---|---|---|
| KNDJC733235161240 | NA | 6 | 5 |

OTHER IDENTIFYING CHARACTERISTICS / INSURED BY
INTL INS.POL#KMA-05419-S02  EXP:08/19/2006

| REGISTERED OWNER - 1 | REGISTERED OWNER - 2 (if any) |
|---|---|
| KIM HANG KWON | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| P.O. BOX 503448  CHALAN KANOA#3 | SAIPAN | MP | 96950 |

**IMPORTANT**

LIENHOLDER/REGISTERED OWNER (S)
PIL SUN KIM KITAMI

SIGNATURE OF COMMISSIONER OF PUBLIC SAFETY / DESIGNEE

*Juana C. Leon Guerrero*

SIGNATURE OF REGISTERED OWNER

PLATES - Plates assigned to vehicles described on face hereof are non-transferable and expires midnight one year after registration.

REGISTRATION CARD - This Registration Card shall be assigned by the owner and shall be fully displayed in plain sight in the driver's compartment of the vehicle described on face hereof.

TRANSFER OF OWNERSHIP - Upon the sale of the vehicle described on the face hereof this Registration Card and the Certificate of Ownership properly endorsed shall be delivered to the buyer. The seller shall notify the Department of Public Safety, Bureau of Motor Vehicle of the sale, giving the date of sale, the name and address of the buyer and the make, engine and license number of the vehicle. The buyer, before operating or permitting the operation of the vehicle upon the highway, shall apply and obtain the registration thereof as an original registration.

REMOVAL OF LEGAL OWNER - Upon completion of payments to a bank, finance company or other legal owner, the owner shall present the Certificate of Ownership and Registration Card to the Department of Public Safety, Bureau of Motor Vehicle for removal of the legal owner's name.

RENEWAL OF REGISTRATION - Renewal date appears on the front of this registration card.

FOR EXAMPLE - Register Date: January 1996   Renewal Date: January 1997 *(within the month of expiration)*

**REGISTRANT'S COPY**                                                                 Rev. (08/97)

---

45419

## Government of the Northern Mariana Islands
### Department of Public Safety
### Bureau of Motor Vehicle

| LOG NUMBER |
|---|
| R74172 |

**CERTIFICATE OF OWNERSHIP**

| LICENSE PLATE NUMBER | ISSUE DATE | YEAR | MAKE | MODEL | BODY STYLE | COLOR | WEIGHT |
|---|---|---|---|---|---|---|---|
| ABR529 | 01/23/06 | 3 | KIA | SORENTO | 5WGN | RED | 5624 |

| VEHICLE IDENTIFICATION NUMBER (VIN) / BODY SERIAL NUMBER | ENGINE SERIAL NUMBER | CYLINDER | CAPACITY |
|---|---|---|---|
| KNDJC733235161240 | NA | 6 | 5 |

OTHER IDENTIFYING CHARACTERISTICS
INTL INS.POL#KMA-05419-S02  EXP:08/19/2006

| REGISTERED OWNER - 1 | REGISTERED OWNER - 2 (if any) |
|---|---|
| KIM HANG KWON | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| P.O. BOX 503448  CHALAN KANOA#3 | SAIPAN | MP | 96950 |

LIEN HOLDER
PIL SUN KIM KITAMI

SIGNATURE OF COMMISSIONER OF PUBLIC SAFETY / DESIGNEE
Dir. Gregory F. Castro

**ENDORSEMENTS FOR TRANSFER OF OWNERSHIP - READ CAREFULLY** - The registered owner as shown on this Certificate releases interest by signing line 1. The legal owner releases interest by signing line 2. If one person is both legal and registered owner, sign both lines. Purchaser, if dealer, must follow instructions on lines 3 and 4. Purchaser, if not dealer, must follow instructions on lines 5, 6, 7 and 8 and give date of purchase. Line 9 indicate lienholder or legal owner. All signatures must be in ink.

| | | | |
|---|---|---|---|
| **PART A**<br>Release of Ownership of Interest<br>DATE OF RELEASE | 1. Signature of REGISTERED OWNER, releasing interest in vehicle | **PART C**<br>Application for Transfer of Registration to Purchaser | 5. Print or type name of PURCHASER |
| | 2. Signature of LEGAL OWNER, releasing vehicle | | 6. Written signature of PURCHASER. Must correspond w/ line 5. |
| **PART B**<br>Endorsement by Dealer(s) Acquiring Vehicle Through Trade or Purchase | 3. Name of DEALER and countersignature of person signing for dealer<br>Dlr. No. | | 7. Street Address          City          State |
| | 4. Second DEALER and countersignature of person signing for dealer<br>Dlr. No. | Date of Purchase | 8. Is vehicle garaged in an incorporated city<br>yes or no   If yes, name city |
| Immediately after legal owner releases interest, or after any other change in ownership or interest, this Certificate together with the issued Registration Card must be presented to Department of Public Safety, Bureau of Motor Vehicle for transfer. This intended transfer is incomplete and not valid until new Certificate has been issued. | | **PART D**<br>Lienholder or Legal Owner. | 9. Name of LIENHOLDER or LEGAL OWNER |
| | | | 10. Street Address          City          State |

**OWNER'S COPY**                                                                 Rev. (08/97)

78300

## MOTOR VEHICLE REGISTRATION

**Government of the Northern Mariana Islands**
**Department of Public Safety**
**Bureau of Motor Vehicle**

| LOG NUMBER | | |
|---|---|---|
| R84374 | | |
| RECEIPT NUMBER | STATE OF ISSUE | |
| 01442717 | MP | |
| ISSUE DATE | RENEWAL DATE | |
| 01/24/06 | 03/31/06 | |

| LICENSE PLATE NUMBER | STICKER NUMBER | YEAR | MAKE | MODEL | BODY STYLE | COLOR | WEIGHT |
|---|---|---|---|---|---|---|---|
| ACF873 | 00156 | 5 | TOYO | TACOMA | PTRK | SILV | 4500 |

| VEHICLE IDENTIFICATION NUMBER (VIN) / BODY SERIAL NUMBER | ENGINE SERIAL NUMBER | CYLINDER | CAPACITY |
|---|---|---|---|
| 5TENX22N35Z025455 | 0072175 | 4 | 3 |

OTHER IDENTIFYING CHARACTERISTICS / INSURED BY
INT'L INS. POL#KMA-05419-S02   EXP:08/19/2006

REGISTERED OWNER - 1
PARK, HWA-SUN

REGISTERED OWNER - 2 (if any)

ADDRESS: PO BOX 503428   CHALAN KANOA
CITY: SAIPAN   STATE: MP   ZIP CODE: 96950

LIENHOLDER/REGISTERED OWNER(S)
PIL SUN KIM KITAMI

SIGNATURE OF COMMISSIONER OF PUBLIC SAFETY / DESIGNEE
Juana Q. Leon Guerrero

**IMPORTANT**

PLATES - Plates assigned to vehicles described on face hereof are non-transferable and expires midnight one year after registration.

REGISTRATION CARD - This Registration Card shall be assigned by the owner and shall be fully displayed in plain sight in the driver's compartment of the vehicle described on face hereof.

TRANSFER OF OWNERSHIP - Upon the sale of the vehicle described on the face hereof this Registration Card and the Certificate of Ownership properly endorsed shall be delivered to the buyer. The seller shall notify the Department of Public Safety, Bureau of Motor Vehicle of the sale, giving the date of sale, the name and address of the buyer and the make, engine and license number of the vehicle. The buyer, before operating or permitting the operation of the vehicle upon the highway, shall apply and obtain the registration thereof as an original registration.

REMOVAL OF LEGAL OWNER - Upon completion of payments to a bank, finance company or other legal owner, the owner shall present the Certificate of Ownership and Registration Card to the Department of Public Safety, Bureau of Motor Vehicle for removal of the legal owner's name.

RENEWAL OF REGISTRATION - Renewal date appears on the front of this registration card.

FOR EXAMPLE - Register Date: January 1996   Renewal Date: January 1997 *(within the month of expiration)*

SIGNATURE OF REGISTERED OWNER

**REGISTRANT'S COPY**                                                       Rev. (08/97)

---

45418

## CERTIFICATE OF OWNERSHIP

**Government of the Northern Mariana Islands**
**Department of Public Safety**
**Bureau of Motor Vehicle**

LOG NUMBER: R84374

| LICENSE PLATE NUMBER | ISSUE DATE | YEAR | MAKE | MODEL | BODY STYLE | COLOR | WEIGHT |
|---|---|---|---|---|---|---|---|
| ACF873 | 01/24/06 | 5 | TOYO | TACOMA | PTRK | SILV | 4500 |

| VEHICLE IDENTIFICATION NUMBER (VIN) / BODY SERIAL NUMBER | ENGINE SERIAL NUMBER | CYLINDER | CAPACITY |
|---|---|---|---|
| 5TENX22N35Z025455 | 0072175 | 4 | 3 |

OTHER IDENTIFYING CHARACTERISTICS
INT'L INS. POL#KMA-05419-S02   EXP:08/19/2006

REGISTERED OWNER - 1
PARK, HWA-SUN

REGISTERED OWNER - 2 (if any)

ADDRESS: PO BOX 503428   CHALAN KANOA
CITY: SAIPAN   STATE: MP   ZIP CODE: 96950

LIEN HOLDER
PIL SUN KIM KITAMI

SIGNATURE OF COMMISSIONER OF PUBLIC SAFETY / DESIGNEE
Gregory F. Castro
Dir. Gregory F. Castro

**ENDORSEMENTS FOR TRANSFER OF OWNERSHIP - READ CAREFULLY** - The registered owner as shown on this Certificate releases interest by signing line 1. The legal owner releases interest by signing line 2. If one person is both legal and registered owner, sign both lines. Purchaser, if dealer, must follow instructions on lines 3 and 4. Purchaser, if not dealer, must follow instructions on lines 5, 6, 7 and 8 and give date of purchase. Line 9 indicate lienholder or legal owner. All signatures must be in ink.

| PART A<br>Release of Ownership<br>of Interest<br>DATE OF RELEASE | 1. Signature of REGISTERED OWNER, releasing interest in Vehicle | PART C<br>Application for Transfer<br>of Registration<br>to Purchaser | 5. Print or type name of PURCHASER |
|---|---|---|---|
| | 2. Signature of LEGAL OWNER, releasing vehicle | | 6. Written signature of PURCHASER. Must correspond w/ line 5. |
| PART B<br>Endorsement by<br>Dealer(s) Acquiring<br>Vehicle Through<br>Trade or Purchase | 3. Name of DEALER and countersignature of person signing for dealer<br>Dlr. No. | | 7. Street Address        City        State |
| | 4. Second DEALER and countersignature of person signing for dealer<br>Dlr. No. | Date of Purchase | 8. Is vehicle garaged in an incorporated city<br>yes or no     If yes, name city |
| Immediately after legal owner releases interest, or after any other change in ownership or interest, this Certificate together with the issued Registration Card must be presented to Department of Public Safety, Bureau of Motor Vehicle for transfer. This intended transfer is incomplete and not valid until new Certificate has been issued. | | PART D<br>Lienholder or<br>Legal Owner. | 9. Name of LIENHOLDER or LEGAL OWNER<br>10. Street Address       City       State |

**OWNER'S COPY**                                                       Rev. (08/97)