MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262
E-Mail:         mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| Plaintiffs, ) | |
| vs. ) | APPLICATION FOR A THIRD ORDER IN AID OF JUDGMENT |
| JUNG JIN CORPORATION, a CNMI corporation, ) ASIA ENTERPRISES, INC., a CNMI corporation, ) PARK HWA SUN and KIM HANG KWON, ) | Date: None Requested Time: None Requested |
| Defendants. ) | Judge: Hon. Alex R. Munson, Chief Judge |

Plaintiffs, by and through their undersigned attorney of record, hereby file this Application for a Third Order in Aid of Judgment pursuant to Fed. R. Civ. P. 69(a) and Title 7, Sections 4205 of the Commonwealth Code (2000).

In light of the relinquishment by third-party lienholder Pil Sun Kim Kitami of all of her liens in property previously seized by the United States Marshal in the above-captioned case, Plaintiffs hereby request that the Court allow Plaintiffs' attorney, as the present custodian of the property, to sell at public auction, consistent with prior Orders regarding the procedures for disposition of property of Defendants seized by the United States Marshal, Defendants' leasehold interest in Lot 056 H14 located in Susupe, Saipan, Commonwealth of the Northern Mariana Islands, the 2005 Toyota Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455 and the 2003 Kia Sorento,

License Plate No. ABR529, VIN# KNDJC733235161240, all free and clear of all liens and encumbrances. Plaintiffs waive any hearing on this application and respectfully request an order at the Court's earliest convenience.

Respectfully submitted this 27th day of March, 2007.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:     (670) 233-5262
E-Mail:         mark@saipanlaw.com

Attorney for Plaintiffs

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that a copy of the foregoing was deposited in the United States Post Office, |
| 3 | first class mail, postage prepaid, addressed to the following: |

      Jung Jin Corporation          Park Hwa Sun
      P.O. Box 503428             P.O. Box 503428
      Saipan, MP 96950           Saipan, MP 96950
      (670) 235-4321              (670) 235-4321

      Asia Enterprises Inc.          Kim Hang Kwon
      P.O. Box 503448             P.O. Box 503448
      Saipan, MP 96950           Saipan, MP 96950
      (670) 235-4321              (670) 235-4321

I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system:

      Richard W. Pierce
      RICHARD W. PIERCE LAW OFFICE, LLC
      Second Floor, Alexander Building
      Beach Road, San Jose
      P.O. Box 503514
      Saipan, Mariana Islands 96950

DATED:   March 27, 2007                /s/ Mark B. Hanson
                                                            MARK B. HANSON