MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail:        mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | CASE NO. CV 05-0019 |
| Plaintiffs, | |
| vs. | INTERIM REPORT OF AUCTION PROCEEDINGS TO DATE |
| JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, | |
| Defendants. | |

Plaintiffs' counsel, as the present custodian of the property of Defendants seized by the United States Marshal pursuant to prior orders in aid of judgment in the above-captioned proceedings, hereby reports as follows:

1. By Second Order in Aid of Judgment issued by this Court on December 28, 2006, Plaintiffs' counsel was authorized to sell, at public auction, personal property of Defendants that had been seized by the United States Marshal.

2. Thereafter, after preparations were made and on February 12, 2007, Plaintiffs' counsel filed a Notice of Public Sale with the Court that an auction would commence on Saturday, February 24, 2007 at Lot Number Lot No. 056 H 14 located in Susupe, Saipan, CNMI.

1    3. On February 12, 2007, Plaintiffs' counsel also sent the Notice of Public Sale to Defendants and to Pil Sun Kim Kitami by Certified Mail, Return Receipt Requested.

4. On February 13, 2007, Plaintiffs' counsel posted the Notice of Public Sale at the Commonwealth Superior Court.

5. On February 16, 2007 and again on February 19, 2007, Plaintiffs' counsel caused the Notice of Public Sale to be advertised in the *Saipan Tribune*, a newspaper of general circulation in the Commonwealth.

6. On Saturday, February 24, 2007, the auction commenced.

7. Because there remained unsold auction items, the auction was continued to the following Sunday, February 25, 2007;

8. Because there remained unsold auction items, the auction was continued to the following Saturday, March 3, 2007;

9. Because there remains unsold auction items, the auction has been continued to Saturday, March 31, 2007 and will likely be continued thereafter until all or substantially all of the auction items are sold.

10. Further reports will be made of the status of the auction and the results thereof consistent with prior orders of this Court.

Respectfully submitted this 27th day of March, 2007.

/s/ Mark B. Hanson
---
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-Mail:      mark@saipanlaw.com

Attorney for Plaintiffs

1 CERTIFICATE OF SERVICE

2   I hereby certify that a copy of the foregoing was deposited in the United States Post Office,
3 first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Jung Jin Corporation<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 | Park Hwa Sun<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 |
| Asia Enterprises Inc.<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 | Kim Hang Kwon<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 |

I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system:

Richard W. Pierce
RICHARD W. PIERCE LAW OFFICE, LLC
Second Floor, Alexander Building
Beach Road, San Jose
P.O. Box 503514
Saipan, Mariana Islands 96950

DATED: March 27, 2007           /s/ Mark B. Hanson
                                MARK B. HANSON