MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN, KIM HANG KWON, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO. CV 05-0019 <br><br> PROOF OF PUBLICATION |

I hereby declare under the penalty of perjury that, on the 18th day of December, 2006, I caused to be published in the Marianas Variety, a newspaper of general circulation in the Commonwealth of the Northern Mariana Islands an Amended Order in Aid of Judgment. A copy of the Amended Order in Aid of Judgment so published is attached hereto as Exhibit "A."

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 28th day of March, 2007.

_____
Rowena J. De Vera

# Wells, Blue Jays agree to franchise record $126 million, 7-year extension

TORONTO (AP) — Vernon Wells said he wanted to take care of his kid's kids. He'll get that chance with the Toronto Blue Jays.

The All-Star center fielder and the Blue Jays agreed Friday night to a $126 million, seven-year contract extension through 2014, the sixth-largest deal in baseball history.

"How can you not be happy?" Wells said during a telephone interview with The Associated Press hours before terms of the deal were finalized. "Like I said, my family comes first. Obviously this gives me an opportunity to set my family up for a couple of generations. That's the biggest part of this thing. And this gives me a chance to do something special in Toronto that hasn't been done in a while."

The contract value trails only those of Alex Rodriguez ($252 million), Derek Jeter ($189 million), Manny Ramirez ($160 million), Todd Helton ($141.5 million) and Alfonso Soriano ($136 million). It is the 13th $100 million deal in baseball history and the third of the offseason, following those of Soriano with the Cubs and Carlos Lee ($100 million) with Houston.

Wells is due $5.6 million next season in the final year of his old contract. The extension calls for a $25.5 million signing bonus, payable in three $8.5 million installments each March 1 in 2008, 2009 and 2010. He will receive a salary of just $500,000 in 2008 and $1.5 million in 2009, but his salary jumps to $12.5 million in 2010 and $23 million in 2011. Wells receives $21 million in each of the final three seasons.

Under the extension, Wells has the right to terminate his agreement after the 2011 season and become eligible for free agency.

He gets a full no-trade clause and could earn bonuses of $250,000 for MVP, $200,000 for World Series MVP, $150,000 for league championship series MVP and $100,000 for receiving the most votes in his league in All-Star game balloting.

In addition, he will donate $143,000 annually to the Jays Care Foundation.

Wells hit .303 with 32 homers and 106 RBIs last season. He would have been eligible for free agency after next season.

He thought about trying to play with his hometown Texas Rangers.

# 10 ejected in wild Nuggets-Knicks brawl

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

CASE NO. CV 05-0019

LI YING HUA, LI ZHENG ZHE
and XU JING JI,
Plaintiffs,

-vs.-

JUNG JIN CORPORATION,
a CNMI corporation,
ASIA ENTERPRISES, INC.,
a CNMI corporation,
PARK HWA SUN and KIM HANG KWON,
Defendants.

AMENDED ORDER
IN AID OF JUDGMENT

On August 24, 2006, judgment was entered by this Court for Plaintiffs in the above-captioned case and against all of the above-named Defendants, jointly and severally, in the amount of $209,798.55, plus post-judgment interest at the applicable rate. The time to move to alter or amend the judgment and the time to appeal the judgment have expired and the judgment is final. The judgment, in total, remains unsatisfied.

On December 1, 2006, this matter came for hearing on an application by Plaintiffs for an order or orders in aid of judgment. Plaintiffs appeared through their attorney, Mark B. Hanson. Defendants did not appear.

Having considered the arguments by Plaintiffs and the pleadings and records on file in this matter, the Court hereby GRANTS Plaintiffs an Order in aid of their judgment as follows, subject to further orders of the Court in aid of Plaintiffs' judgment:

1. The United States Marshal, or his designee, is HEREBY AUTHORIZED AND DIRECTED to seize the following property:
a. Lot No. 056 H 14 (a part of Lot No. 056 H 03), a 3,627 square meter parcel of improved property located in Susupe, Saipan, CNMI;
b. Any and all personal property located in or about Lot 056 H 14;
c. The 2005 Toyota Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455;
d. The 2003 Kia Sorento, License Plate No. ABR529, VIN# KNDJC733235181240;

2. The Marshal shall inventory the property seized and transfer custody of the seized property to Plaintiff's counsel pending further orders of this Court with regard to the disposition of the seized property;

3. Any personal property seized by the United States Marshal hereunder may be secured in its present location;

4. Defendants, all lien holders and all other interested parties are HEREBY ORDERED TO SHOW CAUSE why such property seized by the United States Marshal should not be sold at public auction to the highest bidder and not subject to any liens or encumbrances, including liens or encumbrances of record;

5. A hearing shall be held on December 27, 2006 at 9:00 a.m. at which hearing the Court shall consider the claims of the parties, lien holders and others, if any, and shall make further orders respecting the Court's judgment for Plaintiffs in this matter;

6. Plaintiffs shall cause this Order to be served on Defendants, all lien holders of record and any other person or entity known by Plaintiffs to have asserted a claim of a lien or an interest in and to any of the property seized hereunder, such service to be made personally or by certified mail to the party or person at their last known address;

7. Plaintiffs are further ordered to have this order published in a newspaper of general circulation at least one time, no less than seven (7) days in advance of the show cause hearing set herein.

SO ORDERED.

Date: 12-7-06
(Sgd.) ALEX R. MUNSON, Chief Judge



NEW YORK (AP) — The NBA has another ugly scene to recover from. This one involved its leading scorer and happened in its most famous arena.

Denver's Carmelo Anthony and the other nine players on the court at the time were ejected for fighting during a wild brawl between the Nuggets and Knicks, triggered in part by a New York team that felt it was being shown up on its home floor.

Multiple players, including Anthony, threw punches, and New York's Nate Robinson and Denver's J.R. Smith—fouled hard by Mardy Collins on the play that started the brawl—flew into the first row of the crowd while fighting during the NBA's scariest scene since Indiana players fought with Detroit fans in 2004.

According to the Knicks, the whole thing happened because the Nuggets still had their starters on the floor with 1:15 left and a 19-point lead. Denver won 123-100.

"They just wanted to embarrass us," Robinson said. "It was a slap in the face to us. As a team, as a franchise, we weren't going to let that happen. A clean, hard foul happened and after that it went down from there."

The foul wasn't clean at all. Collins grabbed Smith around the neck as he was going in for a breakaway layup. Anthony and Robinson quickly jumped in, and the melee went from one end of the court all the way to the other.

Anthony threw a punch at Collins, and now awaits what will surely be strong punishment from a league still trying to repair its image after the melee in Auburn Hills, Mich.

"Something's going to happen, but we shall see and wait," Anthony said. "I don't really want to comment on that right now."

The NBA didn't, either. Spokesman Tim Frank said the league would "review the incident in its entirety. Until then, it would not be appropriate to comment."

But the players can expect a harsh penalty with the brawl happening at Madison Square Garden, right in the hometown of NBA headquarters.

"I feel bad for the league, I feel bad for the Denver Nuggets and the New York Knicks," Nuggets coach George Karl said. "Very poor display of respecting basketball and respecting the game in the best place in the world to play basketball."

There had previously been some bad blood between Karl and Knicks coach Isiah Thomas over the handling of the Larry Brown firing. Karl and Brown are close friends.

But Karl wouldn't talk about why he had his starters on the floor late in a blowout, in the closing minutes of a back-to-back that closed a five-game road trip.

Thomas said he even told Anthony that he never should have been in the game at the time.

"I just said to him, 'You know, you're up 20, you're up 19 with a minute and half to go, you and (Marcus) Camby really shouldn't be in the game right now,'" Thomas said. "We had surrendered, those guys shouldn't even be in the game at that point in time."

After the hard foul by Collins, Smith got up and jawed with Collins and Robinson jumped in to yell at Smith — who had thrown down a reverse dunk on a fast break minutes earlier.

"They were having their way with us," Thomas said. "I think J.R. Smith had just made one dunk when he reversed and spun in the air. And I think Mardy didn't want our home crowd to see that again. So he fouled him."

Anthony rushed in and pushed Robinson in the neck, triggering the roughest moment, when Robinson and Smith went flying into the stands while fighting with each other. Anthony then threw his punch at Collins, then backed away toward the center of the court.

New York's Jared Jeffries ran from the baseline toward Anthony, but was tackled by a Denver player. The brawl stretched to the other end of the court toward the Nuggets' bench before coaches and security finally pulled Smith away and restored order.

Smith appeared to have a red mark along the left side of his cheek and was yelling as he was escorted back to the locker room, unsure why Collins fouled him as hard as he did.

"I don't even know," Smith said. "That's the first time I ever seen the dude."

Camby, Andre Miller, Eduardo Najera, Smith and Anthony were the Nuggets who were ejected; Channing Frye, David Lee, Collins, Robinson and Jeffries were the Knicks who were kicked out.

"Clearly this isn't how we or the NBA wants to be perceived," Thomas said. "It should have been a foul and the guy takes two free throws and maybe some words, but it shouldn't have escalated. This isn't even a rivalry."

Highlights of the fight were on in NBA locker rooms around the league, and players stopped buttoning their shirts or paused mid-sentence during interviews to see what happened.

"Obviously, it's unfortunate. You never want to see that. It just doesn't belong in the NBA," said Dallas forward Dirk Nowitzki, who saw clips of the brawl shortly after the Mavericks had won in New Orleans. "Hopefully we can all forget about it as soon as we can."

With each team forced to put five new players on the floor, Denver finished up the win and ended a two-game losing streak. Camby had 24 points and nine rebounds, and Miller added 12 points and 10 assists.

Anthony was in the midst of a superb second half, having scored 23 points in 23 minutes after halftime. He finished with 34.



New York Knicks' Nate Robinson, second from left, and Denver Nuggets' J.R. Smith, right exchange words while teammate Carmelo Anthony looks on during a fight that broke out during the second half of basketball action at Madison Square Garden in New York Saturday. New York Knicks' Jared Jeffries, left, is restrained. Ten players, including NBA scoring leader Carmelo Anthony, were ejected for fighting during a brawl near the end of Saturday night's game between the Denver Nuggets and New York Knicks. All 10 players on the court at the time were tossed for their involvement in the ugly incident that spread across the court and spilled into the crowd at Madison Square Garden.  AP

EXHIBIT "A"