MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI,   ) CASE NO. CV 05-0019
)
        Plaintiffs,   )
)
  vs.   )
)
JUNG JIN CORPORATION, a CNMI corporation,   ) PROOF OF PUBLICATION
ASIA ENTERPRISES, INC., a CNMI corporation,   )
PARK HWA SUN, KIM HANG KWON,   )
)
        Defendants.   )
)

I hereby declare under the penalty of perjury that, on the 16th & 19th day of February, 2007, I caused to be published in the Saipan Tribune, a newspaper of general circulation in the Commonwealth of the Northern Mariana Islands a Notice of Public Sale. A copy of the Notice of Public Sale so published is attached hereto.

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 28th day of March, 2007.

_____
Rowena J. De Vera

# CLASSIFIED ADS



## CLASSIFIEDS RATES AND POLICIES

### CLASSIFIED ADS
Saipan Tribune's Classifieds Section gives you the right exposure without hurting your pocket. Stretch your dollar and get results.

Saipan Tribune also offers a Super Saver Package — a complete 7-day run on both print and online edition, for as low as $25 per liner and for garage sales, apartment rentals, help wanted, auto and more. You can choose from any of below packages that fits your budget.

| ADS (7 DAYS) | PRINT | COMBO (PRINT AND ONLINE) |
|---|---|---|
| 3-Liner | $15 | $25 |
| 5-Liner | $25 | $35 |
| 5-Liner with picture | $30 | $45 |
| 5-Liner with picture | $35 | $55 |

### JOB VACANCY ANNOUNCEMENT
As added service to our valued customers, you may now submit all your JVA placement for announcement/publication in Saipan Tribune's print and online edition and KZMI/KCNM at the same time. No more worries of having to go to two different locations every time you need to place job vacancy announcement. Special rates are available for JVA customers under this arrangement.

Print:
- 1st position — $10
- 2nd position — $3
- Succeeding positions — $1

Online:
- 1st position — $5
- Succeeding positions — $1

Combo (Print and Online):
- 1st position — $13
- 2nd position — $4
- Succeeding positions — $2

Radio (KCNM/KZMI):
- Up to 5 positions — $5
- More than 6 positions — $10

These rates apply to all vacancy announcements that include corresponding benefits and which announcements are all under the same company name.

### ADVERTISING DEADLINE

Classified Ads
Ad must be submitted before 12 noon, 2 days prior to publication date.

Job Vacancy Announcements
Monday through Friday issues: All ads placed before 12 noon will come out the next publication date.

Saturday and Sunday Issues
Saipan Tribune: All ads placed Friday before 12 noon will come out Saturday issue and any ad placed thereafter will be published on either Sunday or Monday issues.

KCNM/KZMI: All ads placed on Friday (9am to 5pm) will be for Monday radio announcement.

### CANCELLATION

Classified Ads
Cancellations should be made before 12 noon of the day prior to date of publication.

Job Vacancy Announcements
Cancellations should be made before 12 noon of the day prior to date of publication.

### REFUNDS
Refunds will only be made if cancellation deadlines are met. No refunds will be made once ad is already printed.

### CHECK YOUR ADS
Saipan Tribune will not be responsible for errors after the first day of publication. Errors should be called in before noon of the issue date. Saipan Tribune reserves the right to place ads under proper headings and to revise copy when necessary.

### ADVERTISING POLICY
All advertising in the Saipan Tribune are subject to applicable rate sheet, copies of which are available from the Advertising Sales Department (please call 235-8747, 235-2769 or 235-6397). All ads will be subject to approval prior to publication. We reserve the right to edit, refuse, reject or cancel any ad at any time. Also, Saipan Tribune reserves the right to place ads under proper headings and to revise copy when necessary.

---

### FOR RENT RESIDENTIAL
Furnished 1-br apartment for rent $350/month
Room for rent $150, $175, $200 or 3-br apt. $500
Located across Mobil, Middle Rd., Garapan. #233-2745

APARTMENT ROOM: Fully furnished 1 brm, T/B, 24-hr water $210/month, near Conwood | Tel. 287-1372, 235-6748

### BUSINESS SERVICE
Waterblasting Service
$60°° 1/2 day/ $100°° per day
Call 483-1526

### JOB OPPORTUNITIES

1 (CARPENTER,) SUPERVISOR (F 12456)
Salary:$3.-5-$6.00/hour. Benefits: Free housing; food not provided; medical & workmens compensation. Contact: JP Construction Corp. @233-1470

1 ADMIN. ASST. (F 12457)
Salary:$3.05/hour. Benefits: ER provided housing; medical & workmen's compensation. Contact: PacificAmusement, Inc. dba Pacific Amusement @233-4397.

1 ELECTRONICS TECHNICIAN (F 12458)
Salary:$3.05/hour. Benefits: ER provided housing; medical & workmen's compensation. Contact: PacificAmusement, Inc. dba Pacific Amusement @233-4397.



COMPUTER REPAIR
MINOR Only $25 FREE
PROBLEMS ESTIMATE
We buy & sell used monitors
NETWORKING TUTORIAL
CALVATRON Open Monday to Sunday 9am to 9pm
Tel: 233-5641

MOTORBIKE REPAIR
LAUNDRY REPAIR
- Small Engine  - Generator
- Boat Engine   - Bush Cutter
- Motor Bike    - Rewinding
CALVATRON Open Monday to Friday
7 Days a Week 9am to 6pm
Tel: 233-5641

FOR SALE OR LEASE!
10,000 sqm.
MOTIVATION SALE
VIEW PROPERTY
BEACH ROAD FRONTAGE
233-1119, 989-9043

1 AIRCON & REF. TECH (F 12459)
Salary:$3.05/hour. Benefits: Tax; medical & worker compensation. Contact: E.C. Entertainment & Promo. Inc. dba Woolwich Auto Shop @235-6072/5.

2 WAITRESS/WAITER (F 12460)
Salary:$3.05/hour. Benefits: Medical & workers compensation. Contact: E.C. Entertainment & Promo. Inc. dba Woolwich Auto Shop @235-6072/5.

1 YARDWORKER (F 12461)
Salary:$3.05/hour. Benefits: Free housing; food not provided; workers compensation & medical. Contact: Rita S. Dela Cruz dba Dela Cruz Rental Properties @322-1949.

1 ACCOUNTANT (F 12462)
Salary:$4.30/hour. Benefits: Company provided housing; medical provided; & workers compensation provided. Contact: Japan Water Systems CNMI Corp. dba JWS Saipan @322-8602.

1 (SCUBA DIVING) SPORTS INSTRUCTOR (F 12463)
Salary:$3.05/hour. Benefits: Medical expense employer provided; & workers compensation employer provided. Contact: Sealovers Saipan Inc. @233-5219.

1 OVER HAULER (F 12464)
Salary:$3.05/hour. Benefits: Medical & worksman compensation. Contact: Top Development Inc. @235-6072/5.

1 TOUR GUIDE (COORDINATOR) (F 12465)
Salary:$3.05/hour. Benefits: Medical & workers compensation. Contact: Top Development Inc. @235-6072/5.

1 OPERATION MANAGER/TRAVEL (F 12466)
Salary:$3.05/hour. Benefits: Medical & workers compensation. Contact: Top Development Inc. @235-6072/5.

2 MASON (F 12467)
Salary:$3.05-$3.35/hour. Benefits: Self arranged housing; self provided food; medical expense & workers compensation. Contact: EAP Corporation @234-6241.

2 CARPENTER (F 12468)
Salary:$3.05-$3.25/hour. Benefits: Self arranged housing; self provided food; medical expense & workers compensation. Contact: EAP Corporation @234-6241.

1 BLDG. MAINTENANCE CLEANER (F 12469)
Salary:$3.05-$3.25/hour. Benefits: Self arranged housing; self provided food; medical expense & workers compensation. Contact: EAP Corporation @234-6241.

1 MARKET RESEARCH ANALYST (F 12470)
Salary:$2,000.00/monthly. Benefits: Self provided housing; self provided food; medical & workers compensation. Contact: Pacific Wine & Spirits (Saipan), Inc. dba PWS, Inc. @234-3182.

1 ACCOUNTANT (F 12471)
Salary:$3.05/hourly. Benefits: Medica and worker's compensation provided. Contact: Sol In Corp. dba CoolMart, CoolLaundry, Solincorp. @ 483-2331.

1 OFFICE MANAGER (F 12472)
Salary:$700.00-$1,800.00/monthly. Benefits: Medical and worker's compensation provided. Contact:

Ha Young Corp. @234-4962.

1 SALES SUPERVISOR (F 12473)
Salary:$3.05-$3.50/hourly. Benefits: Medical and worker's compensation provided. Contact: Boo IL Corp. @ 256-4989.

1 GARDENER (F 12474)
Salary:$3.05-$3.50/hourly. Benefits: Housing and food self provided; medical and worker's compensation provided. Contact: James & Penny Hofschneiderr @ 234-8040.

1 (SPORTS) REPORTER (F 12475)
Salary:$3.50-$6.95/hourly. Benefits: Housing and food self arranged; medical and worker's compensation provided. Contact: Pacific Publication & Prtg. Inc. @ 235-2769.

1 ADMINISTRATIVE ASSISTANT (F 12476)
Salary:$3.05-$4.00/hourly. Benefits: Medical and workmen's compensation provided. Contact: Oceania Insurance Corp. @234-8320/8321.

6 DANCER (F 12477)
Salary:$3.05/hourly. Benefits: Housing and food self provided, medical and workmen's compensation provided. Contact: RPCF Inc. @234-9127.

8 WAITRESS/WAITER (F 12478)
Salary:$3.05/hourly. Benefits: Housing and food self provided, medical and workmen's compensation provided. Contact: RPCF Inc. @ 2234-9127.

1 COOK (F 12479)
Salary:$3.05/hourly. Benefits: Housing and food free, medical and workmen's compensation provided. Contact: Future World, Inc. dba Tai Shan Restaurant @ 233-2727/235-2726.

---

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
NORTHERN MARIANAS HOUSING CORPORATION
**INVITATION FOR BID**

This ad is paid with HUD Funds by NMHC

IFB NO.: NMHC- IFB07-001A – TINIAN
NMHC- IFB07-001B - ROTA

FOR: Grounds Maintenance Services for NMHC's Properties in Tinian & Rota Commonwealth of the Northern Mariana Islands.

Governor Benigno R. Fitial and Lt. Governor Timothy P. Villagomez, through the Northern Marianas Housing Corporation (NMHC) Board of Directors are hereby giving notice that NMHC is soliciting sealed bids from interested, licensed companies in the Commonwealth to provide grounds maintenance services for its properties in Tinian and Rota.

Interested firms may pick up Bid Specifications at any of the NMHC Offices in Garapan, Saipan; San Jose Village, Tinian; or Songsong Village, Rota, beginning Monday, January 29, 2007, from 7:30 a.m. through 4:30 p.m. Monday through Friday, except CNMI holidays.

Two separate mandatory Pre-Bid Conferences will each be held on the Islands of Tinian and Rota. In Tinian, the Conference will be held at the NMHC Field Office located in the Juan King Building in San Jose Village, on Tuesday, February 20, 2007, at 10:30 a.m.; and in Rota, the Conference will be held at the NMHC Field Office located at the Sunset Villa Hotel in Sosion, Rota, at 10:30 a.m. on Wednesday, February 21, 2007. Bidders will have the opportunity to tour housing subdivisions and other properties owned by NMHC to be covered under the proposed contract. Attendance at this conference and site visits are considered essential to the bidders' understanding of the project elements, and a company that does not have a representative in attendance at the pre-bid conference will be considered as a non-responsive bidder.

Bidders are reminded that this announcement covers two (2) separate bids—one for Tinian, and one for Rota. One (1) original and three (3) copies must be submitted in a sealed envelope marked "NMHC IFB07-001A – Grounds Maintenance Services (Tinian)" or "NMHC IFB07-001B – Grounds Maintenance Services (Rota)" to the Office of the Director, Division of Procurement and Supply, Lower Base, Saipan until 10:00 a.m., local time, Wednesday, February 28, 2007, at which time and date, bids will be publicly opened and read aloud.

NOTE: Submission of less than the required number of copies or failure to comply with the bid specifications may be cause for rejection.

NMHC hereby notifies all bidders that it will affirmatively ensure that, in any contacts entered into pursuant to this advertisement, small business enterprises will be afforded full opportunity to submit bids and will not be discriminated against on grounds of race, color, religion, sex, disabilities or national origin.

Bidding procedures shall be in compliance with the CNMI Procurement Regulations, however, Article 7, "Local Business Preference" is not available to local bidders in this procurement because its use is prohibited by the Federal law granting the funding for this project.

The bidder submitting the lowest responsible bid will be subject to a responsibility determination in conformance with the CNMI Procurement Regulations Section 3-301. The responsible bidder submitting the lowest responsible bid will be awarded a contract with NMHC.

The Commonwealth Government reserves the right to reject any and all bids for any reason and to waive any defects in the bids if determined by the government to be in its best interest. All bids shall become the property of the Commonwealth Government.

For information, call the NMHC Office in Tinian at 433-9213 or in Rota at 532-9410 during regular business hours, 7:30 a.m. - 4:30 p.m., Monday through Friday, except CNMI and statutory holidays.

/s/ MANUEL A. SABLAN                    /s/ HERMAN S. SABLAN
Chairman of the Board                    Director, Procurement & Supply

"NMHC is a fair housing agency and an equal opportunity provider, lender and employer"

---

MARK B. HANSON, ESQ
Second Floor, Macaranas Building, Beach Road, Garapan
PMB 738 P.O. Box 10000, Saipan, Mariana Islands 96950
Telephone: (670) 233-8600, Facsimile: (670) 233-5282
E-Mail Address: mark@saipanlaw.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

LI YING HUA, LI ZHENG ZHE and XU JING JI, Plaintiffs,
vs.
JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC. a CNMI corporation, PARK HWA SUN and KIM HANG KWON, Defendants.

CASE NO. CV 05-0019

**NOTICE OF PUBLIC SALE**

PLEASE TAKE NOTICE THAT on Saturday, February 24, 2007 beginning at 10:00 a.m. and continuing on Sunday, February 25, 2007 at 10:00 a.m. (if necessary), pursuant to an order of the above-entitled Court dated December 26, 2006, Plaintiffs' counsel will sell at public auction all of the personal property located on or about Susupe, Saipan Lot Number 056H14 (except two vehicles located thereon).

The auction will be held at the Susupe Lot located, across from Verizon on Texas Road (near MHS). The auction will be open to all bidders. All items will be sold as is where is to the highest bidder with no warranties. The auctioneer reserves the right to withdraw any items from the auction at any time prior to a sale and/or to place reserve prices on any or all items up for auction. The public may preview and inspect the auction items one hour prior to the beginning of the auction or by appointment with Plaintiffs' counsel.

PAYMENT: Full payment is required upon acceptance of the highest bid. No deferred payment is allowed. All payments must be made by cash, cashier's check or by money order. All auction sales will be final. Winning bidders are responsible for removing and transporting the items after the auction.

The auction items include the following, among other items: multi-unit split aircon (24kbtu/9.5kbtu), acetylene welding equipment, various shop equipment, fiberglass water tanks, water pumps, large cabinets and wardrobes, refrigerator, washing machine, televisions, speakers and stereo equipment, lights, security camera equipment, blinds, aluminum shutters, golf clubs, combo/key safe, telephones and radios, cases of powder laundry detergent, pool cues, bar stools, electronic toilet seats, coolers, pots, pans, guitars and various furniture. Please contact Plaintiffs' counsel with any inquiries at 233-8600.

DATED: February 9, 2007

/s/ MARK B. HANSON
Attorney for Plaintiffs

# CLASSIFIED ADS

## CLASSIFIEDS RATES AND POLICIES

### CLASSIFIED ADS

*Saipan Tribune* also offers a Super Saver Package—a complete 7-day run on both print and online edition, for as low as $25 per 3 liner ad for garage sales, apartment rentals, help wanted, auto and more. You can choose from any of below packages that fits your budget:

**ADS (7DAYS)** — PRINT — COMBO (PRINT AND ONLINE)
- 3-Liner — $15 — $25
- 5-Liner — $25 — $35
- 3-Liner with picture — $30 — $45
- 5-Liner with picture — $35 — $55

### JOB VACANCY ANNOUNCEMENT

As added service to our valued customers, you may now submit all your JVA placements for announcement/publication in *Saipan Tribune*'s print and online edition and KZMI/KCNM at the same time. No more worries of having to go to two different locations everytime you need to place job vacancy announcements. Special rates are available for JVA customers under this arrangement.

**Print**
- 1st position — $10
- 2nd position — $5
- Succeeding positions — $1

**Online**
- 1st position — $5
- Succeeding positions — $1

**Combo (Print and Online)**
- 1st position — $13
- 2nd position — $4
- Succeeding positions — $2

**Radio (KCNM/KZMI)**
- Up to 6 positions — $5
- More than 6 positions — $10

*These rates apply to all vacancy announcements that include corresponding benefits and which announcements are all under the same company name.*

### ADVERTISING DEADLINE

**Classified Ads**
Ads must be submitted before 12 noon 2 days prior to publication date.

**Job Vacancy Announcements**
Monday Through Friday Issues: All ads placed before 12 noon will come out the next publication date.

Saturday And Sunday Issues: *Saipan Tribune* All ads placed Friday before 12 noon will come out Saturday issue and anything placed thereafter will be published on either Sunday or Monday issues.

KCNM/KZMI: All ads placed on Friday (9am to 5pm) will be for Monday's radio announcement.

### CANCELLATION

**Classified Ads**
Cancellations should be made before 12 noon of the day prior to date of publication.

**Job Vacancy Announcements**
Cancellations should be made before 12 noon of the day prior to date of publication.

### REFUNDS

Refunds will only be made if cancellation deadlines are met. No refunds will be made once ad is already printed.

### CHECK YOUR ADS

*Saipan Tribune* will not be responsible for errors after the first day of publication. Errors should be called in before noon of the issue date. *Saipan Tribune* reserves the right to place ads under proper headings and to revise copy when necessary.

### ADVERTISING POLICY

All advertising in the *Saipan Tribune* are subject to applicable rate sheet, copies of which are available from the Advertising Sales Department (please call 235-8747, 235-2769 or 235-6397). All ads will be subject to approval prior to publication. We reserve the right to edit, refuse, reject or cancel any ad at any time. Also, Saipan Tribune reserves the right to place ads under proper headings and to revise copy when necessary.

---

## FOR RENT RESIDENTIAL

Furnished 1-br apartment for rent $350/month
Room for rent $150,$175,$200 or 3-br apt. $500
Located across Mobil, Middle Rd., Garapan. #233-2745

APARTMENT ROOM: Fully furnished
1 brm, T/B, 24-hr water $210/month, near Conwood | Tel. 287-1372, 235-6748

## FOR RENT/SALE RESIDENTIAL

Apartment for rent near college
As Lito $400/mo Call 285-3281
Property for sale (with house) near college $35,000 As Lito
Call 285-3281

MARK B. HANSON, ESQ
Second Floor, Macaranas Building, Beach Road, Garapan
PMB 738 P.O. Box 10,000, Saipan, Mariana Islands 96950.
Telephone: (670) 233-8600, Facsimile: (670) 233-6282
E-Mail Address: mark@saipanlaw.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

LI YING HUA, LI ZHENG ZHE and XU JING JI,
Plaintiffs,
vs.
JUNG JIN CORPORATION, a CNMI corporation,
ASIA ENTERPRISES, INC. a CNMI corporation,
PARK HWA SUN and KIM HANG KWON,
Defendants.

CASE NO. CV 05-0019

NOTICE OF PUBLIC SALE

PLEASE TAKE NOTICE THAT on Saturday, February 24, 2007 beginning at 10:00 a.m. and continuing on Sunday, February 25, 2007 at 10:00 a.m. (if necessary), pursuant to an order of the above-entitled Court dated December 28, 2006, Plaintiffs' counsel will sell at public auction all of the personal property located on or about Susupe, Saipan Lot Number 058H14 (except two vehicles located thereon).

The auction will be held at the Susupe Lot located across from Verizon on Texas Road (near MHS). The auction will be open to all bidders. All items will be sold as is where is to the highest bidder with no warranties. The auctioneer reserves the right to withdraw any items from the auction at any time prior to a sale and/or to place reserve prices on any or all items up for auction. The public may preview and inspect the auction items one hour prior to the beginning of the auction or by appointment with Plaintiffs' counsel.

PAYMENT: Full payment is required upon acceptance of the highest bid. No deferred payment is allowed. All payments must be made by cash, cashier's check or by money order. All auction sales will be final. Winning bidders are responsible for removing and transporting the items after the auction.

The auction items include the following, among other items: multi-unit split aircon (24kbtu/9.5kbtu), acetylene welding equipment, various shop equipment, fiberglass water tanks, water pumps, large cabinets and wardrobes, refrigerator, washing machine, televisions, speakers and stereo equipment, lights, security camera equipment, blinds, aluminum shutters, golf clubs, combo/key safe, telephones and radios, cases of powder laundry detergent, pool cues, bar stools, electronic toilet seats, coolers, pots, pans, guitars and various furniture. Please contact Plaintiffs' counsel with any inquiries at 233-8600.

DATED: February 9, 2007

/s/ MARK B. HANSON
Attorney for Plaintiffs

---

## Classified Super Saver Package

**A COMPLETE 7-DAY RUN**

**$15 per 3 liner ad**
(with picture $25)

**$25 per 5 liner ad**
(with picture $35)

for garage sales, apartment rentals, help wanted, auto and more...

Call Gina, Bing, Merlyn or Pauline at (670) 235-2769 for more details.

*See results. Advertise in the* **Saipan Tribune**

---

## FOR RENT/SALE COMMERCIAL

Garapan Sports Bar
Hotel Street
Call 287-7676

## BUSINESS SERVICE

Waterblasting Service
$60⁰⁰ 1/2 day/ $100⁰⁰ per day
Call 483-1526

## JOB OPPORTUNITIES

1 ACCOUNTANT (M 6931)
Salary:$1,000.00/monthly. Benefits: Self arranged housing; self ar- ranged food; medical covered under workmen's compensation. Contact: Mary Ann Milne dba Milne's Realty Management @234-3146.

1 BARTENDER (M 6932)
Salary:$3.75/hour. Benefits: Self arranged housing; self arranged food; medical covered under workers compensation.

2 COOK (M 6933)
Salary:$3.05/hour. Benefits: Self arranged housing; self arranged food; medical covered under workmen's compensation. Contact: Milne & Reyes Ent., dba Oceanside Diner & Karaoke Lounge @235+3357.



**COMPUTER REPAIR** — MINOR PROBLEMS Only $25 FREE ESTIMATE
We buy & sell used monitors
**NETWORKING TUTORIAL**
**CALVATRON** Open Monday to Sunday 9am to 9pm
Tel: 233-5641

**LAUNDRY REPAIR / GENERATOR REPAIR**
- Small Engine    - Bush Cutter
- Lawn Mower      - Rewinding
- Boat Engine     - Motor Bike
**CALVATRON** Open Monday to Friday 7 Days a Week 9am to 9pm
Tel: 233-5641

1 COOK (M 6934)
Salary:$3.05/hour. Contact: Fidel L. Maliari dba Toll House B.B.Q. Food Stand @235-1944.

1 PASSENGER SERVICE REPRESENTATIVE (CUSTOMER SERVICE AGENT (M 6935)
Salary:$5.00/hour. Benefits: Workmen's compensation and medical provided. Contact: Pacific Airport Services. @ 235-4000.

1 ACCOUNTANT (M 6935)
Salary:$3.50-$8.95/hourly. Benefits: Housing $50.00 -$350.00/monthly allowance; gasoline $10.00-$50.00 monthly allowance, medical and worker's compensation company provided. Contact: HIS Saipan Inc. @ 234-7053

1 SCUBA DIVING INSTRUCTOR (M 6936)
Salary:$800.00/monthly. Benefits: Medical expense employer provided and worker's compensation em-

**FOR SALE OR LEASE!**
10,000 sqm.
MOTIVATION SALE
VIEW PROPERTY
BEACH ROAD FRONTAGE
233-1119, 989-9043

---

## PUBLIC NOTICE

Noticed, Ming Li Corp., is closing its money remittance business, if should you have question or complain, please feel free to contact or visit the Division of Banking of Department of Commerce at telephone no. 664-3008.

President
Liang, Ming Qiang

---



COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
OFFICE OF THE MAYOR
Municipality of Saipan
Afetna Square, San Antonio

JUAN BORJA TUDELA
Mayor of Saipan

## INVITATION FOR BID

Honorable Juan Borja Tudela, Mayor of Saipan is soliciting Sealed Bids from qualified individuals or firms for the renovation of a dog shelter facility and construction of an office space.

The scope of work, procurement specifications and safety guidelines will be available at the Office of the Mayor of Saipan, located at Afetnas Square in San Antonio on Chalan Tun Tomas P. Sabian Road.

A pre-bid conference will be held on Thursday, February 22, 2007, at 1 p.m. at the conference room of the Saipan Mayor's Office at Afetnas Square in San Antonio. All interested bidders are urge to attend this conference.

Sealed bids must be marked "MOS-ITB 0001-07." All interested bidders must submit an original and three (3) copies of the sealed bid to the Office of the Mayor of Saipan no later than 3 p.m. local time, on March 26,2007. No bids through facsimile will be accepted. Bids submitted through the U.S. Postal Service or through any licensed postal or courier services must be received no later than March 25, 2007.

All bids will be publicly opened and read aloud at the Conference Room of the Office of the Mayor of Saipan at 3:30 p.m., local time on March 26,2007.

Take notice that failure to submit the required number of copies and bids received after the specified deadline may lead to rejection of a bid.

This procurement is made in accordance with the CNMI Procurement Regulations. Bid procedures shall be in full compliance with Article 3, Part A, Section 3-102 of the Regulations. Preference is available to local bidders per Article 7 of the Regulations and must be submitted with the Bid if preference claimed with all supporting documents attached.

The Office of the Mayor of Saipan reserves the right to reject any and all proposals and to waive any informalities determined to be in the best interest of the Commonwealth of the Northern Mariana Islands.

All proposals shall become the property of the Office of the Mayor of Saipan.

/s/ JUAN BORJA TUDELA
Mayor of Saipan