```
                                                        F I L E D
                                                          Clerk
                                                       District Court

                                                        MAR 29 2007

                                                For The Northern Mariana Islands
                                                By_____
                                                        (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | THIRD ORDER IN AID OF |
| ) | JUDGMENT |
| JUNG JIN CORPORATION, a CNMI corporation,) | |
| ASIA ENTERPRISES, INC., a CNMI corporation,) | |
| PARK HWA SUN and KIM HANG KWON, ) | |
| ) | |
| Defendants. ) | |

This matter was scheduled for hearing on April 12, 2007 to determine the status of certain liens on property of Defendants seized by the United States Marshal pursuant to prior orders in aid of judgment in this matter. However, on March 15, 2007, third-party lienholder Pil Sun Kim Kitami filed with the Court a Relinquishment of Security Interests. Accordingly, because there appears to be no further issue regarding liens or encumbrances with regard to the remaining assets of Defendants seized by the United States Marshal, the Court further ORDERS as follows:

Consistent with prior Orders in Aid of Judgment issued by the Court in this matter regarding the procedures for disposition of property of Defendants seized by the United States Marshal, Plaintiffs' counsel is now authorized to sell, by public auction, Defendants' leasehold interest in Lot 056 H14 located in Susupe, Saipan, Commonwealth of the Northern Mariana Islands, free and clear of all liens and encumbrances. Plaintiffs' counsel is also authorized to sell, by public auction, the 2005 Toyota

Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455 and the 2003 Kia Sorento, License Plate No. ABR529, VIN# KNDJC733235161240, both free and clear of all liens and encumbrances.

    Consistent with the procedures previously ordered by the Court, Plaintiffs shall report the time and date of the auction to the Court and inform the Court of any postponements or continuances of the auction. Plaintiffs shall report the completion of the auction, and prepare a report for the Court of the proceeds of the auction and an itemized accounting of the costs of Plaintiffs' collection efforts through the completion of the auction. Thereafter, the Court will hold a hearing on approval of the payment of costs and the disposition of the proceeds of the proceedings.

    Further, the hearing presently scheduled for April 12, 2007 at 9:00 a.m. is hereby taken off-calendar.

SO ORDERED.

DATED: March 29, 2007

*[signature]*
ALEX R. MUNSON, Chief Judge