MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| Plaintiffs, ) | |
| vs. ) | |
| JUNG JIN CORPORATION, a CNMI corporation, ) ASIA ENTERPRISES, INC., a CNMI corporation, ) PARK HWA SUN and KIM HANG KWON, ) | NOTICE OF PUBLIC SALE |
| Defendants. ) | |

PLEASE TAKE NOTICE THAT on **Saturday, April 21, 2007 beginning at 10:00 a.m.**, pursuant to orders of the above-entitled Court dated December 28, 2006 and March 29, 2007, Plaintiffs' counsel will sell at public auction the following personal property of Defendants located on or about Susupe, Saipan Lot Number 056 H 14:

- 2005 Toyota Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455;
- 2003 Kia Sorento, License Plate No. ABR529, VIN# KNDJC733235161240;
- Various other items of personal property located on and about the Susupe Lot.

The auction will be held at the Susupe Lot located across from the PTI Building on Texas Road (near MHS and Calvo's Nursery). The auction will be open to all bidders. All items will be sold

<u>as is where is</u> to the highest bidder with no warranties.  **The auctioneer reserves the right to withdraw any items from the auction at any time prior to a sale and/or to place reserve prices on any or all items up for auction.**  The public may preview and inspect the auction items one hour prior to the beginning of the auction or by appointment with Plaintiffs' counsel.

PAYMENT:  Full payment is required upon acceptance of the highest bid.  No deferred payment is allowed.  All payments must be made by cash, cashier's check or by money order.  All auction sales will be final. Winning bidders are responsible for removing and transporting the items after the auction.

Please contact Plaintiffs' counsel with any inquiries at 233-8600.

DATED:  April 10, 2007

/s/ Mark B. Hanson

_____
MARK B. HANSON
Attorney for Plaintiffs