

1  MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
2  Beach Road, Garapan
PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
Telephone:     (670) 233-8600
4  Facsimile:      (670) 233-5262

5  Attorney for Plaintiffs

6

7                    IN THE UNITED STATES DISTRICT COURT
                                    FOR THE
8                        NORTHERN MARIANA ISLANDS

9  LI YING HUA, LI ZHENG ZHE and XU JING JI, )   CASE NO. CV 05-0019
                                                )
10               Plaintiffs,                     )
                                                )
11        vs.                                    )
                                                )
12  JUNG JIN CORPORATION, a CNMI corporation,)   NOTICE OF SALE OF
ASIA ENTERPRISES, INC., a CNMI corporation,)    REAL PROPERTY
13  PARK HWA SUN, KIM HANG KWON.                )
                                                )
14               Defendants.                     )
                                                )
15                                               )
                                                )
16

17        PLEASE TAKE NOTICE THAT, pursuant to Orders in Aid of Judgment of the above-

18  entitled Court dated December 28, 2006 and March 29, 2007, Plaintiffs' counsel will sell at public

19  auction to the highest bidder, on the terms and conditions set forth herein, all of the Defendants'

20  right, title, and interest in and to the following real property (the "Subject Property"), including all

21  improvements thereon:

22        Lease of Real Property dated January 12, 2001 (File No. 01-087) as
       amended January 15, 2003 (File No. 03-115) which is a leasehold
23        interest in and to real property situated in Susupe, Saipan,
       Commonwealth of the Northern Mariana Islands and more particularly
24        described as:

25        Lot Number 056 H 14, a part of Lot 056 H 03, which
       contains an area of 3,627 square meters, more or less.

26

27        1) **Date, Time, and Place of Sale.** The sale will be held on **Saturday, April 21, 2007,** at the

28

Subject Property at the hour of **10:00 a.m.**  The sale will be open to the general public.

2) **Inspection of Property.**  The Subject Property is an improved, gated parcel located on Texas Road in Susupe, Saipan (across from the PTI Building near Marianas High School and Calvo's Nursery) and may be inspected (including surveyed) prior to the auction by appointment with Plaintiffs' counsel. Copies of all lease documents are available from Plaintiffs' counsel upon request. It is the obligation of the bidder to inspect (and survey) the property and review all lease documents. Failure to inspect and survey the property or any portion thereof or to review any of the lease documents will not constitute grounds for any claim, adjustment, or rescission by the winning bidder.

3) **No Warranties, Covenants or Representations.**  The Subject Property will be sold in its current condition.  The sale will be held without any warranties or covenants whatsoever, whether express or implied. Neither the undersigned nor Plaintiffs may give any warranty or covenant, express or implied, nor make any binding representation with respect to the Subject Property.  Neither the undersigned nor Plaintiffs shall be liable for the quality of the Subject Property, nor for any defect in the description thereof, nor for any representations (or lack thereof) about the present condition of the Subject Property, nor due to the Lease of Real Property, as amended, or any term thereof.  The winning bidder shall not be entitled to rescission, damages, or any other remedy on account thereof.

4) **Conduct of Sale.**

(a) **Reserve/Withdrawal/Bid Rejection.** The Subject Property will be sold to the highest bidder, subject to the terms and conditions stated herein.  The auction sale may be held with reserve. The reserve price on the Subject Property may or may not be disclosed to bidders, in the sole discretion of the undersigned. The undersigned shall have the right to withdraw the Subject Property prior to a final sale, to adjourn the sale without notice at any time before a final sale, and to reject any and or all bids, for any reason.

( b) **Advance Bids.**  Bids may be submitted in advance for the Subject Property.  The highest of such bids will automatically be considered the opening bid for the Subject Property. Advance bids may be submitted only in writing, signed by the bidder, and delivered to Mark B. Hanson, Second

Floor, Macaranas Building, Beach Road, Garapan, Saipan, Northern Mariana Islands.  The bidder assumes all risk of non-delivery, late delivery, or mis-delivery of bids.  Any person, including the Plaintiffs, may bid in person at the auction sale, whether or not such person has submitted an advance bid.

5) **Deposit/Payment of Winning Bid Amount.**  The winning bidder shall pay to the undersigned a deposit of ten percent (10%) of the winning bid amount immediately after the sale is consummated.  Payment shall be in cash, money order or by certified check.  The balance must be paid to Plaintiffs, care of Mark B. Hanson, within three (3) business days from the date of sale, in cash, money order or by certified check.  If the balance is not so paid,  Plaintiffs will retain the deposit as liquidated damages and will again offer the property for sale.

6) **Memorandum of Sale/Assignment/Possession.**  The winning bidder must sign a Memorandum of Sale immediately after the sale of the Subject Property.  Upon receipt of the full amount of the winning bid, Plaintiffs' counsel will cause an assignment of the leasehold interest to be made to the winning bidder or his designee.  Possession of the Subject Property will be provided upon such assignment.

7) **Changes of Terms and Conditions.**  The undersigned and the Plaintiff reserve the right to change any of the terms hereof by announcement, written or oral, made before the auction sale, or at the commencement thereof, and such change or changes, by virtue of this clause, shall be binding on all bidders by constructive notice.

Dated this 10th day of April, 2007.

/s/ Mark B. Hanson

MARK B. HANSON
Attorney for Plaintiffs