MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:  (670) 233-8600
Facsimile:  (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI,  ) CASE NO. CV 05-0019
                                           )
            Plaintiffs,                    )
                                           )
      vs.                                  )
                                           ) PROOF OF PUBLICATION
JUNG JIN CORPORATION, a CNMI corporation,  )
ASIA ENTERPRISES, INC., a CNMI corporation,)
PARK HWA SUN, KIM HANG KWON,               )
                                           )
            Defendants.                    )
_____)

    I hereby declare under the penalty of perjury that, on the 13th day of April, 2007, I caused to be published in the Saipan Tribune, a newspaper of general circulation in the Commonwealth of the Northern Mariana Islands a Notice of Public Sale and Notice of Sale of Real Property. A copy of the Notice of Public Sale and Notice of Sale of Real Property so published are attached hereto. And posted a copy of both documents at the Commonwealth Superior Court in Susupe and Department of Labor in San Antonio.

    This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 16th day of April, 2007.

                              /s/ Rowena J. De Vera
                                Rowena J. De Vera

**42** FRIDAY, APRIL 13, 2007    C L A S S I F I E D   A D S    SAIPAN TRIBUNE

**1 DIVING (GUIDE) HELPER (F 12671)**
Salary:$3.05/hour. Benefits: Workers compensation & medical expenses company provided. Contact: Macro Energy Inc. @233-2635.

**1 WAITRESS/WAITER (F 12672)**
Salary:$3.20-$3.30/hour. Benefits: Workers compensation & medical expenses company provided.

Contact: Nippon General Trading Corp. @233-8223.

**1 WAITRESS/WAITER (F 12673)**
Salary:$3.05-$3.20/hour. Benefits: Company provided housing; workers compensation & medical expenses company provided. Contact: Nippon General Trading Corp. @233-8223.

**1 SALES MANAGER (F 12674)**
Salary:$3.05-$3.30/hour. Benefits:

Workers compensation & medical expenses company provided. Contact: Grand International Corp. @233-9168.

**1 CUSTOMER SERVICE REPRESENTATIVE (F 12675)**
Salary:$3.05-$5.00/hour. Benefits: Company provided housing; self provided food; workmen's compensation; medical coverage & employee to provided own transportation to &

from work place. Contact: Insurance & Business Management Corp. dba Mita Travel @234-7888.

**1 ACCOUNTANT (F 12676)**
Salary:$3.05-$4.70/hour. Benefits: Company provided housing; self provided food; workmen's compensation; medical coverage & free transportation to & from work place. Contact: Insurance & Business Management Corp. dba Mita Travel @234-7888.

**2 ACCOUNTANT (F 12677)**
Salary:$3.05-$5.75/hour. Benefits: Company provided housing; self provided food; workmen's compensation; medical coverage & free transportation to & from work place. Contact: Juan T. Guerrero & Associates, Inc. @234-8803/04.

**1 TRUCK DRIVER (F 12678)**
Salary:$3.05-$4.00/hour. Benefits: Free housing; free food; medical & workman's compensation. Contact: Guangdong Dev., Co., Ltd. @288-2288.

**1 MAOSN (F 12679)**
Salary:$3.25/hour. Benefits: Employee self arranged housing;

employee provide food; medical & workers compensation provided. Contact: An Manufacturing Partnership @235-0839.

**2 ELECTRICIAN (F 12680)**
Salary:$3.05-$4.00/hour. Benefits: Free housing; employee provides food; workers compensation & medical expense. Contact: Crisanta M. Travilla dba Island Electrical Services @234-8385.

**1 ELECTRICAL ENGINEER (F 12681)**
Salary:$600.00-$1,000.00/monthly. Benefits: Free housing; employee provides food; workers compensation & medical expense. Must have 6 months experience in dry cleaning. Contact: Crisanta M. Travilla dba Island Electrical Services @234-8385.

**1 DRESS MAKER (F 12682)**
Salary:$3.05/hour. Benefits: Self arranged housing; self provided food; medical & workmen's compensation. Contact: Hong Fu, Inc. dba Dress Shop @233-6160.

**1 COMMERCIAL CLEANER (F 12683)**
Salary:$580.00/monthly. Benefits:

$60.00 housing allowance; provide own food; medical & workers compensation. Contact: Hong Fu, Inc. dba Dress Shop @233-6160.

**1 DRY CLEANER (F 12684)**
Salary:$4.25/hour. Benefits: Self arranged housing; workmen compensation & free medical expenses. Contact: Fabriclean Of The CNMI dba Marianas Cleaners @234-6239.

**2 WAITER/WAITRESS (F 12685)**
Salary:$3.05-$3.45/hour. Benefits: Medical & workmen's compensation. Contact: YCO Corp. dba YCO TrueValue Hardware/Do It Best Hardware/Liberty Dept. Store/YCO Construction/Appliance Outlets/Liberty Dept. Store/Naked Fish Bar & Grill/Servistar Motorsports @ 233-3112/3.

**1 PAINT MIXER (F 12686)**
Salary:$3.30-$4.50/hour. Benefits: Free medical & workmen's compensation Contact: YCO Corp. dba YCO TrueValue Hardware/Do It Best Hardware/Liberty Dept. Store/YCO Construction/Appliance Outlets/Liberty Dept. Store/Naked Fish Bar & Grill/Servistar Motorsports @ 233-3112/3.

---

MARK B. HANSON, ESQ.
Second Floor, Macaranas Building Beach Road, Garapan
PMB 738 P.O. Box 10,000 Saipan, Mariana Islands 96950
Telephone: (670) 233-8600, Facsimile: (670) 233-5262
E-Mail Address:mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI, Plaintiffs,
vs.
JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, Defendants.

CASE NO. CV 05-0019

NOTICE OF PUBLIC SALE

PLEASE TAKE NOTICE THAT on Saturday, April 21, 2007 beginning at 10:00 a.m., pursuant to orders of the above-entitled Court dated December 28, 2006 and March 29, 2007, Plaintiffs' counsel will sell at public auction the following personal property of Defendants located on or about Susupe, Saipan Lot Number 056 H 14:

• 2005 Toyota Tacoma, License Plate No. ACF873,VIN# 5TENX22N35Z025455;
• 2003 Kia Sorento, License Plate No. ABR529, VIN# KNDJC733235161240;
• Various other items of personal property located on and about the Susupe Lot.

The auction will be held at the Susupe Lot located across from the PTI Building on Texas Road (near MHS and Calvo's Nursery). The auction will be open to all bidders. All items will be sold as is where is to the highest bidder with no warranties. The auctioneer reserves the right to withdraw any items from the auction at any time prior to a sale and/or to place reserve prices on any or all items up for auction. The public may preview and inspect the auction items one hour prior to the beginning of the auction or by appointment with Plaintiffs' counsel.

PAYMENT: Full payment is required upon acceptance of the highest bid. No deferred payment is allowed. All payments must be made by cash, cashier's check or by money order. All auction sales will be final. Winning bidders are responsible for removing and transporting the items after the auction.

Please contact Plaintiffs' counsel with any inquiries at 233-8600.

DATED: April 10, 2007

MARK B. HANSON
Attorney for Plaintiffs

---

IN THE SUPERIOR COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

NORTHERN MARIANAS HOUSING CORPORATION, Plaintiff,
-v-
DONALD T. FLORES and SHIRLINA D.LG. FLORES, Defendants.

CIVIL ACTION NO. 02-397 B

NOTICE OF SALE

NOTICE IS HEREBY GIVEN that, pursuant to an Order issued by the Court in this matter on December 14, 2006, I will sell, at public auction, to the highest bidder, on the terms and conditions set forth hereinbelow, all of the right, title, and interest of Defendant in and to the following property: Lot No. 002 G 400, situated in Kagman II, Saipan, Northern Mariana Islands, containing an area of 929 square meters, more or less, as more particularly described on Drawing/Cadastral Plat no. 002 G 09 dated 31, 1989, Commonwealth Recorder's File No. 90-1906 dated May 14, 1990, the description therein being incorporated herein by reference.

Date, Time, and Place of Sale. The sale will be held on Friday, May 4, 2007, at the hour of 1:30 p.m., at The Law Offices of Michael A. White, LLC, Joeten Center, Susupe, Saipan. The sale will be open to the general public.

Terms and Conditions of Sale. The Terms and Conditions of Sale may be obtained from the undersigned, either prior to or at the sale. These terms and conditions shall govern the conduct of the sale.

DATED, this 20th day of March, 2007;

/s/ MICHAEL A. WHITE A. Auctioneer

---



COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
**NORTHERN MARIANAS HOUSING CORPORATION**

EQUAL HOUSING OPPORTUNITY

## INVITATION FOR BID
## NMHC IFB07-003

*This ad is paid for with HUD funds.*

Governor Benigno R. Fitial and Lt. Governor Timothy P. Villagomez, through the Northern Marianas Housing Corporation (NMHC) Board of Directors, hereby give notice that NMHC is soliciting sealed bids for the SUPPLY AND INSTALLATION OF THE PERIMETER CHAIN LINK FENCE FOR THE NORTHERN MARIANAS JAPAN CULTURAL CENTER in Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

Interested individuals or firms may pick up a copy of the Project Package beginning Wednesday, April 11, 2007, at the NMHC Central Office in Garapan, Saipan, during regular working hours (7:30 a.m. to 4:30 p.m.) Monday thru Friday except CNMI and austerity holidays. A non-refundable payment of fifty dollars ($50.00) is required for each set. Payment shall be by cash, check, money order or cashier's check (payable to the Northern Marianas Housing Corporation).

Bidders are advised that this project is subject to compliance with the Davis-Bacon Act and the labor standard provisions for wage rate determination of the Commonwealth. All labor on the project shall be paid no less than the minimum wage rates established by CNMI law or the U.S. Department of Labor General Decision No. CM2007-001, whichever is greater.

A mandatory pre-bid conference will be held at 10:00 a.m. on Thursday, April 19, 2007, at the construction site of the Northern Marianas Japan Cultural Center in Garapan, Saipan next to the Garapan Central Park, and all interested bidders will be given the opportunity to walk through the proposed project site, familiarize themselves with the required work and ask questions regarding the project. Attendance at this conference and site visit are considered essential to the bidders' understanding of the project elements and a company that does not have a representative in attendance at the pre-bid conference will be considered as a non-responsive bidder.

Bid must be submitted in an original and three (3) copies to the office of the Director, Procurement and Supply, Lower Base, Saipan, Mariana Islands 96950, not later than 10:00 a.m., local time, Friday, April 27, 2007. Any bid received after the above date and time will not be accepted under any circumstances, unless submitted by a bidder outside the Commonwealth and must be postmarked by the U.S. Postal Service or the official government postal service of a foreign country no later than local time, April 27, 2007, AND must be received no later than May 4, 2007. In order to receive this additional time, bidders outside the Commonwealth must notify the Director, Procurement and Supply in writing not later than 10:00 a.m., April 27, 2007, of their intention to submit a bid. Notice can be by e-mail to procurement@pticom.com or by fax to (670) 664-1515. If the Director, Procurement and Supply receives bidders' intention to bid outside the Commonwealth, then bids will be publicly opened and read aloud at 8:00 a.m. local time, May 7, 2007. However, if no intents to bid are received, bid will be publicly opened at 10:00 a.m., April 27, 2007.

A bid bond of fifteen percent (15%) of the bid amount must accompany the bid. This security may be in the form of a Certified Check, Cashier's Check, or Bid Bond made payable to the Northern Marianas Housing Corporation, P.O. 500514, Saipan, MP 96950. Bid bonds must be certified by the Office of the Insurance Commissioner.

Bidding procedures shall be in compliance with the CNMI Procurement Regulations, however, Article 7, "Local Business Preference" is not available to local bidders in this procurement because its use is prohibited by the Federal law granting the funding for this project.

The bidder submitting the lowest responsible bid will be subject to a responsibility determination in conformance with the CNMI Procurement Regulations Section 3-301. The responsible bidder submitting the lowest responsive bid will be awarded a contract with NMHC and will be required to deliver Performance and Payment Bonds, each equal to 100% of the contract price. Pursuant to Governor's Directive 251 dated March 15, 2006, bidders are required to include a Clearance from the Office of the Insurance Commissioner with respect to the financial bonding capability of the bidders' chosen Surety.

Performance time for completion of this project is Ninety (90) calendar days. Liquidated damages will be assessed at Five Hundred Dollars (US$500.00) per calendar day for delays beyond the established completion date.

This project is funded by a grant from the U.S. Department of Housing and Urban Development (HUD), under its Community Development Block Grant (CDBG) provided to the Commonwealth. This project is also subject to Section 3 of the Housing and Community Development Act of 1968 which requires recipients of HUD funds and the contractors to help insure that the economic opportunities generated by these HUD funds are provided to local low-income residents and the businesses that serve them "to the maximum extent feasible."

NMHC hereby notifies bidders that it will affirmatively insure that in any contract entered into pursuant to this advertisement, women and small business enterprises will be afforded full opportunity to submit proposals and will not be discriminated against on grounds of race, color, national origin, political affiliation, creed, sex, religion, age, familial status, and disability status.

All documents received shall be the sole property of the NMHC with the exception of the Bid Bond, Certified Check, or Cashier's Check, which will be returned to the proposers after the acceptance and award of contract to the successful contractor.

The Government reserves the right to reject any and all proposals and to waive any defects in the said proposals, if in the sole opinion of NMHC, to do so would be in its best interest. All proposals will become the property of the Government.

Should you require additional information, please direct inquiries to Edith C. Fejeran, Office Manager/Procurement Officer, via email to ocfcjeran@nmhc.gov.mp or facsimile at (670) 234-9021.

/s/ Manuel A. Sablan
Chairman & Contracting Officer

/s/ Herman S. Sablan
Director, Division of Procurement & Supply

---

## MARIANAS PUBLIC LAND TRUST
## RFP FOR GENERAL LEGAL COUNSEL
## MPLT-RFP-07-01

The Marianas Public Land Trust is currently soliciting proposals for legal services. The Board of Trustees is desirous of retaining legal counsel on a retainer basis to address the general legal issues confronting the Trust. Since MPLT is an autonomous governmental trust, an explanation or description of trust law experience would be helpful. Proposals should state the following information:

1. Fee Schedule (hourly rates on an "as needed" basis)
2. Payment Terms
3. Firm Experience & Knowledge
   • Ability to provide legal advise in the form of oral and/or written opinions.
   • Ability to represent MPLT in all legal matters within the activities and responsibilities of the Trust, and submit oral and written reports as requested.
4. Assigned Professionals
   • Statement of qualifications of the individuals who will be assigned to MPLT matters.
   • Assigned attorneys' background and experience in handling legal matters in relation to trust law as well as general issues.
5. Other General Qualifications

Proposals should include the following information:

**Title Page:**
• Request for Proposal Scope
• Name of Firm
• Local Address and Telephone Number
• Name of Contact Person and Submission Date

**Transmittal Letter:**
• Briefly state your understanding of the type of legal work confronting MPLT.
• State a comprehensive fee and payment terms.
• General monthly time commitment to the Trust.

**Your Company's Profile:**
• Provide a brief description of your firm.
• Name and profile of the attorneys to be assigned.
• A certificate of good standing from the CNMI courts.
• Other relevant qualifications and experience.

Attorneys or firms submitting a proposal for legal services should be sensitive to the potential for conflicts of interest that may prevent their retention by the Board and MPLT.

Award will be based on the following evaluation criteria:

1. Proposal Organization — 10%
2. Firm Experience — 40%
3. Responsible Attorney — 20%
4. Fee and Payment Terms — 20%
5. Other Relevant Qualifications — 10%

The term of the contract will be for a period of twelve months from signing of a contract, and may be renewed for an additional two (2) years at the option of the MPLT Board of Trustees.

The contract for these legal services will be awarded no later than May 21, 2007.

All proposals should be submitted to the MPLT Office at the Retirement Fund Bldg. and must be sealed and marked MPLT-RFP-07-01 and contain an original and two copies. Proposals must be received by 3:00 P.M., on April 20, 2007.

All inquiries may be directed to Mr. Bruce M. MacMillan, Board Consultant, at telephone number 322-4401.

The Trust reserves the right to reject any and all proposals if it is in the best interest of the Trust.

/s/ Alvaro A. Santos
Chairman

March 30, 2007

**1 STOREKEEPER (F 12687)** Salary:$3.35-$4.50/hour. Benefits: Medical & workers compensation. Contact:YCO Corp. dba YCO True Value Hardware/Do It Best Hardware/Liberty Dept. Store/YCO Construction/Appliance Outlets/Liberty Dept. Store/Naked Fish Bar & Grill/Servistar Motorsports @ 233-3112/3.

**1 COOK (F 12688)** Salary:$3.05/hour. Benefits: Medical & workers compensation provided by employer. Contact: Ming Dynasty Investment Corp. dba Ming Palace Chinese Restaurant @234-1005/2334542.

**1 SENIOR AUDITOR (F 12689)** Salary:$3,000.00-$3,800.00/monthly. Benefits: Self arranged housing; self provided food; health insurance; workers compensation; paid vacation & sick leave. Contact: Ernst & Young (CNMI), Inc. @234-8300.

**1 PRESSER FORM (F 12690)** Salary:$3.05/hour. Benefits: Self provided housing; self provided food; medical & workers compensation. Contact: Zhen Rui Brother Corp. @233-0106.

**1 COMMERCIAL CLEANER (F 12691)** Salary:$3.05/hour. Benefits: Self housing; self food; medical & workmen's compensation. Contact: Pentaster Corporation dba Blue Bird N Store @233-9698.

**1 BUILDING MAINTENANCE/REPAIRER (F 12692)** Salary:$4.75/hour. Benefits: Employer provided housing; self provided food; medical & workmen's compensation. Contact: Gualo Rai Center, Inc. @234-6552.

**1 STORE SUPERIVSOR (F 12693)** Salary:$3.05/hour. Benefits: Self arranged housing; medical & workers compensation. Contact: Flores, Inc. dba Tony's Guitar @234-6087.

**1 ACCOUNTANT (F 12694)** Salary:$6.00/hour. Benefits: Self arranged housing; medical & workmen compensation. Contact: Flores, Inc dba Tony's Guitar @234-6087.

**1 FARM WORKER (F 12695)** Salary:$3.05/hour. Benefits: Free housing; free food; medical & workers compensation provided. Contact Rodino T. Lauron @235-2739.

---



**NORTHERN MARIANAS HOUSING CORPORATION**
Tel. (670) 234-6866, 234-9447, 234-7689, 234-7670 • Fax. (670) 234-9021 • Email: nmhc@nmhc.gov.mp • Website: http://www.nmhc.gov.mp
ROTA FIELD OFFICE: Songsong Village, Rota, MP 96951 • Tel. (670) 532-9410 • Fax. (670) 532-9441 • Email: rop@nmhc.gov.mp
TINIAN FIELD OFFICE: San Jose Village, Tinian, MP 96952 • Tel. (670) 433-9213 • Fax. (670) 433-3690 • Email: tiq@nmhc.gov.mp



# PUBLIC NOTICE
## NOTICE FOR PUBLIC COMMENT
## REPROGRAMMING OF COMMUNITY DEVELOPMENT BLOCK GRANT FUNDS

The Northern Marianas Housing Corporation (NMHC) is requesting public comments regarding the proposed reprogramming of Community Development Block Grant (CDBG) funds from completed and proposed activities to ongoing and alternative projects.

| Program Year | Activity No. | Activity Type | Activity Name | Activity Status | Amount from program | Reprogram to |
|---|---|---|---|---|---|---|
| 2002 | 176 | Facilities recreational | Rota pathway | Completed | $2,122.00 | |
| 2002 | | | | Completed | | |
| 2002 | 178 | Public Facilities | Tinian public library | Completed | $14,682.42 | |
| | | | | | | |
| 2004 | 239 | Public Facilities | Tinian public library | Completed | $134,441.00 | |
| | | | | | | |
| 2004 | 241 | Public Service | Tinian public library | New | | $130,441.00 |
| | | | | | | |
| 2005 | 244 | Public Facilities | Susupe Sports Complex | New | | $311,170.00 |
| | | | | | | |
| 2006 | 242 | Public Facilities | Rotary Club Skate Park | New | | $150,000.00 |
| | | | | | | |
| Total | | | | | $750,196.64 | $750,196.64 |

The public is invited to provide written and oral comments on the proposed reprogramming. Written comments will be accepted no later than 4:30 p.m., April 19, 2007 at the main office in Garapan, Post Office Box 500514, Saipan, MP 96950. Oral comments may be relayed to Edith C. Fejeran at telephone number (670) 234-7670, 6866, 7689, or 9447. Persons with disabilities requiring reasonable accommodations to submit comments may also contact Edith C. Fejeran at the telephone numbers above for assistance.



A COMPLETE 7-DAY RUN
**$15 per 3 liner ad**
(with picture $25)
**$25 per 5 liner ad**
(with picture $35)
for garage sales, apartment rentals, help wanted, auto and more...
Call Gina, Bing, Merlyn or Pauline at (670) 235-2769 for more details.

---

MARK B. HANSON, ESQ.
Second Floor, Macaranas Building, Beach Road, Garapan
PMB 738 P.O. Box 10,000, Saipan, Mariana Islands 96950
Telephone: (670) 233-8600, Facsimile: (670) 233-5252

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

LI YING HUA, LI ZHENG ZHE and XU JING JI, ) CASE NO. CV 05-0019
Plaintiffs )
vs. ) NOTICE OF SALE OF REAL PROPERTY
JUNG JIN CORPORATION, a CNMI corporation, )
ASIA ENTERPRISES, INC., a CNMI corporation, )
PARK HWA SUN, KIM HANG KWON )
Defendants. )

PLEASE TAKE NOTICE THAT, pursuant to Orders in Aid of Judgment of the above-entitled Court dated December 28, 2006 and March 29, 2007, Plaintiffs' counsel will sell at public auction to the highest bidder, on the terms and conditions set forth herein, all of the Defendants' right, title, and interest in and to the following real property (the "Subject Property"), including all improvements thereon:

Lease of Real Property dated January 12, 2001 (File No. 01-087) as amended January 15, 2003 (File No. 03-115) which is a leasehold interest in and to real property situated in Susupe, Saipan, Commonwealth of the Northern Mariana Islands and more particularly described as:

Lot Number 056 H 14, a part of Lot 056 H 03, which contains an area of 3,627 square meters, more or less.

1) Date, Time and Place of Sale. The sale will be held on Saturday, April 21, 2007, at the Subject Property at the hour of 10:00 a.m. The sale will be open to the general public.

2) Inspection of Property. The Subject Property is an improved, gated parcel located on Texas Road in Susupe, Saipan (across from the PTI Building near Marianas High School and Calvo's Nursery) and may be inspected (including surveyed) prior to the auction by appointment with Plaintiffs' counsel. Copies of all lease documents are available from Plaintiffs' counsel upon request. It is the obligation of the bidder to inspect (and survey) the property and review all lease documents. Failure to inspect and survey the property or any portion thereof or to review any of the lease documents will not constitute grounds for any claim, adjustment, or rescission by the winning bidder.

3) No Warranties, Covenants or Representations. The Subject Property will be sold in its current condition. The sale will be held without any warranties or covenants whatsoever, whether express or implied. Neither the undersigned nor Plaintiffs may give any warranty or covenant, express or implied, nor make any binding representation with respect to the Subject Property. Neither the undersigned nor Plaintiffs shall be liable for the quality of the Subject Property, nor for any defect in the description thereof, nor for any representations (or lack thereof) about the present condition of the Subject Property, nor due to the Lease of Real Property, as amended, or any term thereof. The winning bidder shall not be entitled to rescission, damages, or any other remedy on account thereof.

4) Conduct of Sale.
(a) Reserve/Withdrawal/Bid Rejection. The Subject Property will be sold to the highest bidder, subject to the terms and conditions stated herein. The auction sale may be held with reserve. The reserve price on the Subject Property may or may not be disclosed to bidders, in the sole discretion of the undersigned. The undersigned shall have the right to withdraw the Subject Property prior to a final sale, to adjourn the sale without notice at any time before a final sale, and/or to reject any and or all bids, for any reason.

(b) Advance Bids. Bids may be submitted in advance for the Subject Property. The highest of such bids will automatically be considered the opening bid for the Subject Property. Advance bids may be submitted only in writing, signed by the bidder, and delivered to Mark B. Hanson, Second Floor, Macaranas Building, Beach Road, Garapan, Saipan, Northern Mariana Islands. The bidder assumes all risk of non-delivery, late delivery, or mis-delivery of bids. Any person, including the Plaintiffs, may bid in person at the auction sale, whether or not such person has submitted an advance bid.

5) Deposit/Payment of Winning Bid Amount. The winning bidder shall pay to the undersigned a deposit of ten percent (10%) of the winning bid amount immediately after the sale is consummated. Payment shall be in cash, money order or by certified check. The balance must be paid to Plaintiffs, care of Mark B. Hanson, within three (3) business days from the date of sale, in cash, money order or by certified check. If the balance is not so paid, Plaintiffs will retain the deposit as liquidated damages and will again offer the property for sale.

6) Memorandum of Sale/Assignment/Possession. The winning bidder must sign a Memorandum of Sale immediately after the sale of the Subject Property. Upon receipt of the full amount of the winning bid, Plaintiffs' counsel will cause an assignment of the leasehold interest to be made to the winning bidder or his designee. Possession of the Subject Property will be provided upon such assignment.

7) Changes of Terms and Conditions. The undersigned and the Plaintiff reserve the right to change any of the terms hereof by announcement, written or oral, made before the auction sale, or at the commencement thereof, and such change or changes, by virtue of this clause, shall be binding on all bidders by constructive notice.

Dated this 10th day of April, 2007.
/s/ MARK B. HANSON
Attorney for Plaintiffs

---



**Commonwealth of the Northern Mariana Islands**
**State Board of Education**
## Public School System
P. O. Box 501370, Saipan, MP 96950



# REQUEST FOR PROPOSAL
# PSS RFP# 07-025

The Commonwealth of the Northern Mariana Island's Public School System (PSS) is soliciting competitive sealed proposals from qualified Food Service Management Companies (FSMC's) to provide food services in accordance to PSS specifications for the School Breakfast and Lunch Program for school year 2007-2008, renewable annually up to two (2) additional years for all eligible schools on the islands of Saipan, Rota, and Tinian.

Proposals must address the requirements to furnish school breakfast and lunch to students attending eligible schools. Detailed specifications on CD-ROM may be picked up in person at Garapan Elementary School, Saipan from April 2, 2007 through April 9, 2007 during normal PSS working hours. Beginning April 10, 2007 the detailed specifications on CD-ROM may be picked up in person at the PSS Procurement and Supply Office, 3rd Floor, CNMI Retirement Fund Building, Capitol Hill, Saipan during normal PSS working hours. Printed copies may be purchased at Pacific Quick Print in Garapan, Saipan beginning April 2, 2007. Packages may also be mailed to Rota or Tinian by contacting Tony Gomez at (670) 237-3068.

All interested companies are highly encouraged to attend the pre-proposal conference on April 16, 2007, at 1:00 p.m. Chamorro Standard Time at the PREL Conference Room, Marianas High School, Saipan.

Proposals will be accepted in person at the PSS Procurement and Supply Office. All proposals must be sealed and face marked "RFP 07-025: Food Services Privatization" and submitted no later than **April 30, 2007 at 2:00 p.m. Chamorro Standard Time.** Proposals received after this time will not be considered under any circumstances. One (1) original and five (5) copies of the Proposal must be submitted for consideration.

The selection of contractor(s) will be based on the following evaluation criteria: Food Service Capabilities (55 percent), Financial Capabilities (20 percent), and Bid Price (25 percent).

The Public School System reserves the right to accept or reject any or all proposals and to award single or multiple awards which it deems most favorable to the interests of the PSS. PSS reserves the right to waive any immaterial defects, informalities and irregularities that do not provide an unfair advantage.

/s/ David M. Borja, a, D.B.A  /s/ Carl Dela Cruz
Commissioner of Education   Acting Procurement & Supply Officer