MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>       Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN, KIM HANG KWON.<br><br>       Defendants. | CASE NO. CV 05-0019<br><br>CORRECTED CERTIFICATE OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 15th of May 2007, at the time and the manner indicated below, I served a true and correct copy of the documents that were electronically filed with the U.S. District Court for the Commonwealth of the Northern Mariana Islands:

A.   **APPLICATION FOR APPROVAL OF SALE OF POKER MACHINES AND POKER RELATED EQUIPMENT.**

B.   **EX PARTE MOTION UNDER LOCAL RULES 71.h.3(b) AND 7.1.h.5 FOR AN ORDER SHORTENING TIME FOR CONSIDERATION OF PLAINTIFFS' APPLICATION FOR APPROVAL OF SALE OF POKER MACHINES AND POKER MACHINES AND POKER RELATED EQUIPMENT.**

**Served Via First Class Mail at 8:43 a.m.:**

**MR. KIM HANG KWON**
**ASIA ENTERPRISES, INC.**
P.O. Box 503448, CK
Saipan, MP 96950

**MRS. PARK HWA SUN**
**JUNG JIN CORPORATION**
P.O. Box 503428, CK
Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 15th day of May, 2007.

/s/ Rowena J. De Vera
---
Rowena J. De Vera

Page 2 of 2