FILED
Clerk
District Court

MAY 16 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, et. al.,<br><br>Plaintiff,<br><br>vs.<br><br>JUNG JIN CORPORATION, et. al.,<br><br>Defendant. | Case No. CV-05-0019<br><br>**ORDER:**<br>**1) GRANTING MOTION TO SHORTEN TIME; and**<br>**2) GRANTING APPLICATION FOR APPROVAL TO SELL POKER MACHINES** |

   **THIS MATTER** came before the court on the plaintiffs' *ex parte* motion to shorten time for consideration of the plaintiff's application for approval to sell the defendants' poker machines and poker related equipment and on the plaintiff's application for approval to sell the defendants' poker machines and poker related equipment.

   **THE COURT**, having considered the written arguments of the plaintiffs, **GRANTS** the plaintiffs' motion to shorten time. Furthermore, in the interest of justice and for good cause appearing, the court **GRANTS** the plaintiffs' motion to approve the sale of the defendants' poker machines and poker related equipment.

//
//
//
//
//
//
//

Accordingly, in accordance with the court's Second Order In Aid of Judgment, No. 137 (Dec. 28, 2007), the court approves the sales of the defendants' poker machines and poker related equipment in the amount of $2,000.00 to Mr. Choi Seung San, PMB 25, P.O. Box 10003, Saipan, MP 96950.

**IT IS SO ORDERED.**

**DATED** this __16TH__ day of May, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge

2