# REPORT OF AUCTION SALES

| Date | OR# | Amount | Item |
|---|---|---|---|
| 24-Feb-07 | 001 | 30.00 | guitar |
| | 002 | 35.00 | water heater (gas) |
| | 003 | 12.00 | gain detergent (1 case) |
| | 004 | 25.00 | set of springs |
| | 005 | 55.00 | bushcutter w/safety mask |
| | 006 | 20.00 | gain detergent (1 case) & wonderful (1 case) |
| | 007 | 25.00 | toilet seats |
| | 008 | 55.00 | bed |
| | 009 | 36.00 | linens |
| | 010 | 992.00 | wrench, vacuum, pick, rachet, big closet (master), lights, acetylene tank, nets, assorted tools, assorted screw drivers & rings, cabinet (hallway) |
| | 011 | 25.00 | box of bath towels |
| | 012 | 55.00 | 1/2 hp water pump |
| | 013 | 10.00 | wonderful (1 case) |
| | 014 | 10.00 | wonderful (1 case) |
| | 015 | 11.00 | wonderful (1 case) and jumping rope |
| | 016 | 10.00 | wonderful (1 case) |
| | 017 | 10.00 | wonderful (1 case) |
| | 018 | 20.00 | wonderful (1 case) and hair dye |
| | 019 | 40.00 | 1 chair, 1 ironing board, hanger stand |
| | 020 | 50.00 | 1 digital door lock & accessories for curtain |
| | 021 | 26.00 | CD player (Red) |
| | 022 | 160.00 | laundry and dryer machine parts |
| | 023 | 10.00 | propane torch (new) |
| | 024 | 367.00 | dolley, lamp, closet, shelves, hut, set of golf clubs and telephone (antique style) |
| | 025 | 20.00 | chissel and drill |
| | 026 | 20.00 | chandelier |
| | 027 | 75.00 | wonderful (13 cases) |
| | 028 | 50.00 | palm trees (3) |
| | 029 | 20.00 | tennis rackets and balls |
| | 030 | 10.00 | rachet (long) |
| | 031 | 26.00 | wonderful (2 cases), heavyduty stapler (1) and butane gas stove (1 new) |
| | 032 | 22.00 | sets of plywood |
| | 033 | | void |
| | 034 | 2.00 | hanging clay pot |
| | 035 | 30.00 | samsonite luggage bag, jag (1) and thermos (1) |
| | 036 | 20.00 | tide liquid soap, 2 bucket of powder soap and shout wipes |
| | 037 | 150.00 | washing machine |
| | 038 | 310.00 | caddy (yellow), crocodile jack & 4 individual jacks, vice, blinds and lights, assorted tools, battery charger & welding machines |
| | 039 | 5.00 | assorted big green pots |
| | 040 | 25.00 | tv small |
| | 041 | 50.00 | outside lamp (2) |
| | 042 | 200.00 | poker signs (2) and die set |
| | 043 | 4.00 | wall clocks (2) |
| | 044 | 23.00 | gypsum board & long flashlights (yellow) |
| | 045 | 6.00 | assorted tools |
| | 046 | 25.00 | sony walkman and bathroom cabinet |
| | 047 | 60.00 | tv (big), mirror and small flashlight for boat |
| | 048 | 5.00 | set of luggages |
| | 049 | 6.00 | L-square |
| | 050 | 1.00 | poker toy machine |
| | 051 | 18.00 | blades (round) and nails |
| | 052 | 1.00 | motor oil |
| 24-Feb-07 | 053 | 20.00 | assorted tools |

# REPORT OF AUCTION SALES

| Date | OR# | Amount | Item |
|---|---|---|---|
| | 054 | 18.00 | gas tank (plastic), dustpan, basket of tools and BBQ grill |
| | 055 | 3.00 | cd rack (tall) |
| | 056 | 14.00 | blind curtain (lavander) and kitchen curtain |
| | 057 | 2.00 | slipper (2) and mug |
| | 058 | 24.00 | curtains, trash cans, pots, rice cooker, jag (small) & organizer cabinet (plastic) |
| | 059 | 5.00 | 5 que (pool sticks) |
| | 060 | 5.00 | sets of plastic wares |
| 25-Feb-07 | 061 | 3.00 | coffee maker pitcher and apron |
| | 062 | 10.00 | various tools |
| | 063 | 6.00 | cd rack, tri-pod & plastic wares |
| | 064 | 20.00 | clamp & rice cooker |
| | 065 | 5.00 | baking tips (icing decorations) |
| | 066 | 40.00 | 2 mango tree and 3 palm trees |
| | 067 | 1.00 | hunting knife |
| | 068 | 5.00 | blower |
| | 069 | 5.00 | electric shaver |
| | 070 | 5.00 | transformer 220v |
| | 071 | 1.00 | broom handle |
| | 072 | 5.00 | 2 plastic mug, drainer & pink bowl and flower ceramic |
| | 073 | 20.00 | cooler and 2-helmet |
| | 074 | 5.00 | korean grill |
| | 075 | 11.00 | golf shoes & curtains (living room w/assorted kind of curtain) |
| | 076 | 12.00 | VHS (Samsung), trash basket & shower w/lighter |
| | 077 | 75.00 | safety vault |
| | 078 | 8.00 | shaver & haircutter |
| | 079 | 7.00 | wall clock & vacuum (car/gray) |
| | 080 | 6.00 | heating pad |
| | 081 | 2.00 | tool master (red) |
| | 082 | 1.00 | sun glass (shades) |
| | 083 | 5.00 | cassette recorder |
| | 084 | 1.00 | extension cord |
| | 085 | 3.00 | throw pillows |
| | 086 | 12.00 | mop, cutting board & mirror |
| | 087 | 10.00 | 10 pcs.of que |
| | 088 | 4.00 | ice trays & coffee pot |
| | 089 | 8.00 | used clothes, pot & plastic ware ziploc |
| | 090 | 5.00 | sand papers 220 |
| | 033 | 100.00 | TV stand, Jumper, butane lamp, slling shot, tall lamp, dvd combo, TV (Sony) big & cooler |
| 3-Mar-07 | 091 | 1.00 | cd case (pepsi) |
| | 092 | 15.00 | various kitchen utensils on a black basket |
| | 093 | 45.00 | (2) folding door divider, (1) brown curtain blind, red plastic coffee table and low center table |
| | 094 | 2.00 | 1-keyboard & 1-mouse |
| | 095 | 30.00 | 2-phones (red & white0, flashlights (yellow) & shelves at the storage |
| | 096 | 60.00 | 2 hats, 1 box of air freshner, set of golf clubs and basket of golf balls, stool and equipment tool box |
| | 097 | 25.00 | 2 golf clubs and 3 boxes of air freshner |
| | 098 | 10.00 | basket of office supplies and 1 plastic bag of nails (new) |
| | 099 | 20.00 | blue basket of various items, shovel, clipboards, plaster tools, old fire extinguisher and used plastic boots |
| | 100 | 10.00 | telephone (old style) |
| | 101 | 66.00 | side table cabinet, toy gun, hanging stand, cupping set, thermos, vhs player, airbed, various used clothing, blue & wood box, glue gun & rivetting tools, basket |
| | 102 | 10.00 | diving stuff on yellow case & walkie talkies |

# REPORT OF AUCTION SALES

| Date | OR# | Amount | Item |
|---|---|---|---|
| | 103 | 10.00 | box of tools for FMS |
| | 104 | 10.00 | grilled fence |
| | 105 | 25.00 | dolley |
| 31-Mar-07 | 106 | 2.00 | Old telephone |
| | 107 | 2.00 | Old telephone |
| | 108 | 3.00 | 3-Flower bases |
| | 109 | 5.00 | 5 packages of plastic bags (black) |
| | 110 | 9.00 | 9 packages of plastic bags (black) |
| | 111 | 161.00 | welding machine (green), stool metal chair (4), saw, white metal rack |
| | 112 | 76.00 | plant nursery and sandpaper |
| | 113 | 3.00 | jumper (car/yellow) |
| | 114 | 12.00 | blind curtain (brown) |
| | 115 | 16.00 | kitchen rack (aluminum) |
| | 116 | 2.00 | knife case |
| | 117 | 10.00 | cd's and car vacuum (orange) |
| | 118 | 2.00 | books |
| | 119 | 5.00 | hoolahoop and 3 flowers w/base |
| | 120 | 2.00 | assorted plastic container and hangers |
| | 121 | 30.00 | speakers |
| | 122 | 10.00 | chopper & pan |
| | 123 | 25.00 | electric box and puller |
| | 124 | 10.00 | (1) roll of gate grill |
| 14-Apr-07 | 125 | 5.00 | Coffee maker-pitcher |
| | 126 | 40.00 | 3-blind curtains (purple), sweater (black) & cables |
| | 127 | 5.00 | garbage bin and plastic wares |
| | 128 | 90.00 | gas hose, generator, radios, cd's & old cellphones |
| | 120 | 26.00 | grill small, waste baskets, flowers and office stuff |
| 21-Apr-07 | 129 | 5.00 | Old telephone and cd cases |
| | 131 & 135 | 7,550.00 | 2003 Kia Sorento |
| | 132 | 10.00 | Payphone (2) |
| | 133 | 35.00 | waste baskets and box of cables and wires |
| | 134 | 420.00 | shop equipment and tools assorted ck#1423 |
| | 136 | 20.00 | pull vacuum cleaner |
| | 137 | 40.00 | window type aicons |
| 5-May-07 | 138 | 5.00 | electronic toilet seat |
| | 139 | 2.00 | old telephone |
| | 140 | 800.00 | aircon & security camera |
| | 141 | 6.00 | kitchenwares & hangers |
| | 142 & 146 | 48,000.00 | **Leasehold sale for Lot 056 H 14** |
| | 143 | 3.00 | two (2) pool cabinets and wastebasket |
| | 144 | 2.00 | heating pad |
| | 145 | 2.00 | shelves (white) & cd's |
| | 147 | 60.00 | desk, monitor & printer, cd's, doors (6) |
| | 148 | 2,000.00 | poker machines and poker related stuff |
| 24-Feb-07 | | 15.00 | Rake |
| | | 300.00 | Refrigerator |
| | | 150.00 | Water Tank - 500 gals. |
| | | 15.00 | Tester |
| | | 20.00 | Water Pump |
| | | 25.00 | Fishing stuff |
| | | 30.00 | Craw bar set |
| | | 10.00 | Drill bit (in a white case) |
| | | 50.00 | Ceramic pots (2) |
| | | 2.00 | Bottle opener in a box |
| | | 200.00 | Water Tank - 1,000 gals. |
| | | 300.00 | Water Tank - 2,000 gals. |
| | | 1.00 | Plastic board |

# REPORT OF AUCTION SALES

| Date | OR# | Amount | Item |
|---|---|---:|---|
| | | 2.00 | Drill bit (for concrete) |
| | | 2.00 | Cutters |
| | | 3.00 | Picture frames |
| | | 5.00 | Clock |
| | | 5.00 | Telephone wires in a box |
| | | 5.00 | Pool chalks |
| | | 30.00 | Picnic table |
| | | 5.00 | Step-up transformer |
| | | 10.00 | Fire Extinguisher (new) |
| | | 30.00 | Plants and pots in the garden |
| | | 25.00 | Cabinet-bathroom (white) |
| | | 5.00 | Box of calculators |
| 25-Feb-07 | | 10.00 | Tester (Leather Case) |
| | | 5.00 | Mops |
| | | 25.00 | Water Bottles (empty/5) |
| | | 20.00 | Table |
| | | 12.00 | Battery Tester |
| | | 5.00 | Table (old wooden outside near the tank) |
| | | 5.00 | Buckets |
| | | 10.00 | Power chords and air freshners in a blue container |
| 25-Feb-07 | | 5.00 | BBQ grill |
| | | 5.00 | weight |
| | | 5.00 | VCR |
| | | 2.00 | Protractor |
| | | 2.00 | Phone |
| | | 2.00 | Clock |
| | | 2.00 | small amplifier |
| | | 5.00 | VCR |
| | | 2.00 | Clock |
| | | 2.00 | Phone |
| | | 2.00 | Apron |
| | | 4.00 | trashbags |
| | | 5.00 | Guitar amplifier |
| | | 10.00 | Amplifier |
| | | 5.00 | Case |
| | | 5.00 | hoses |
| | | 25.00 | Electrical box |
| | | 5.00 | Conduit and wires |
| | | 10.00 | Bucket of tools |
| | | 20.00 | Converter 12V |
| | | 2.00 | Tire Iron |
| | | 20.00 | Fittings & pipes in a box |
| | | 10.00 | Bucket of electrical stuff |
| 21-Apr-07 | Mr. Li | 9,600.00 | 2005 Toyota Tacoma |
| 21-Apr-07 | Ms.Xu | 5.00 | Box of books |
| 24-Feb-07 | Mr. Li | 15.00 | Drill bits in a metal case |

**$ 74,727.00** TOTAL AMOUNT OF SALES