## AUCTION EXPENSES
## LI, LI, & XU v. JUNG JIN CORP. ET AL - CV 05-00019

| DATE | ACCOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 13-Dec-06 | supplies | Chain for Susupe property gate | 26.22 |
| 17-Dec-06 | advertisement | Newspaper advertisement of Amended Order in Aid of Judgment | 60.00 |
| 18-Dec-06 | professional fees | Seizure/Order in Aid of Judgment, U.S. Marshal execution fees | 362.28 |
| 18-Dec-06 | supplies | Padlock steel 2" (2) | 33.98 |
| 19-Dec-06 | court copies | Obtain copy of Amended Assignment of Lease | 1.50 |
| 20-Dec-06 | supplies | Lock combo and insert for the house | 23.28 |
| 21-Dec-06 | services | Service call for locks entry, open safe, re-key safe lock | 118.00 |
| 28-Dec-06 | supplies | Hook screw (40) and tox (40) | 14.00 |
| 29-Dec-06 | labor | Manpower Services-Susupe property inventory (95.8 man hours) | 622.70 |
| 29-Dec-06 | supplies | Hook screw (3) | 0.90 |
| 16-Jan-07 | postage | Mail letter to Bank of Hawaii re:document charges | 5.10 |
| 16-Jan-07 | services | Cleaning and bush cutting at Susupe property (December through February) | 450.00 |
| 25-Jan-07 | copying | Office copies through 1/25/07 | 137.75 |
| 25-Jan-07 | facsimile | Office facsimile charges through 1/25/07 | 18.50 |
| 25-Jan-07 | mileage expense | Mileage expense through 1/25/07 | 10.80 |
| 25-Jan-07 | on-line research | On-line research expense from 12/06/06 to 1/15/07 | 648.00 |
| 7-Feb-07 | labor | Services-remove and clean air conditioners at Lot # 056 H 14 in preparation for sale at auction | 65.00 |
| 13-Feb-07 | advertisement | Newspaper advertisement(Notice of Public Sale) to run for 2 dates | 88.00 |
| 17-Feb-07 | services | Fabricate key for Kia Sorento | 65.00 |
| 21-Feb-07 | services | Bush cutting service at Susupe property (Lot No. 056 H 14) (February through March) | 150.00 |
| 22-Feb-07 | supplies | Receipt book for auction sale and trash bag for cleaning at the property | 9.98 |
| 23-Feb-07 | labor | Manpower services for auction preparation (17 man hours) | 110.50 |
| 24-Feb-07 | rental | Tent rental for the auction day | 30.00 |
| 24-Feb-07 | labor | Manpower services auction day 1 (18.4 man hours) | 119.60 |
| 24-Feb-07 | rental | Rental of 5 big tables for the auction day | 50.00 |
| 24-Feb-07 | supplies | Spray paint used for auction banner | 2.99 |
| 25-Feb-07 | labor | Manpower services auction day 2 (4 man hours) | 26.00 |
| 3-Mar-07 | labor | Manpower services auction day 3 (3.5 man hours) | 22.75 |
| 12-Mar-07 | copying | Office copies through 3/12/07 | 62.50 |

# AUCTION EXPENSES
## LI, LI, & XU v. JUNG JIN CORP. ET AL - CV 05-00019

| DATE | ACCOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---:|
| 12-Mar-07 | facsimile | Office facsimile charges through 3/12/07 | 2.00 |
| 16-Mar-07 | postage | Certified mail to Rosa T. Maliti (Check & documents) | 5.12 |
| 16-Mar-07 | rental | Rental for March 2007 to Rosa T. Maliti for Lot Number 056 H 14 | 800.00 |
| 19-Mar-07 | mileage expense | Mileage expense through 3/19/07 | 1.00 |
| 24-Mar-07 | services | Bush cutting of Susupe property (March through April) | 80.00 |
| 24-Mar-07 | supplies | Gas can and gas for lawn | 39.61 |
| 27-Mar-07 | postage | Mail filed copy of Application for Third Order In Aid of Judgment to Mr. Kim & Mrs. Park | 2.00 |
| 31-Mar-07 | labor | Manpower services auction day 4 (3 man hours) | 19.50 |
| 4-Apr-07 | recording fee | Recording fee of Release of Security Interest | 10.00 |
| 11-Apr-07 | postage | Mail Rosa Maliti's check via certified mail | 4.64 |
| 11-Apr-07 | rental | Rental for April 2007 to Rosa T. Maliti for Lot Number 056 H 14 | 800.00 |
| 12-Apr-07 | advertisement | Newspaper advertisement for Notice of Sale of Real Property and Notice of Public Sale | 131.00 |
| 12-Apr-07 | postage | Mail Notice of Public Sale to Rosa Maliti, Mr. Kim and Mrs. Park | 7.80 |
| 13-Apr-07 | court copies | Research documents of Lot 056 H 14 | 8.25 |
| 14-Apr-07 | labor | Manpower services auction day 5 (4.8 man hours) | 31.20 |
| 14-Apr-07 | services | Car wash services for Toyota Tacoma and Kia Sorento | 20.00 |
| 21-Apr-07 | labor | Manpower services auction day 6 (3 man hours) | 19.50 |
| 26-Apr-07 | facsimile | Office facsimile charges through 4/26/07 | 9.00 |
| 3-May-07 | PTR fee | Preliminary Title Report for Lot 056 H 14 | 250.00 |
| 5-May-07 | labor | Manpower services auction day 7 (1.5 man hours) | 9.75 |
| 15-May-07 | copying | Office copies through 5/15/07 | 48.50 |
| 15-May-07 | facsimile | Office facsimile/scanning charges through 5/15/07 | 17.50 |
| 15-May-07 | postage | Mail filed copy of Ex-parte Motion and Application for approval to Mr. Kim and Mrs. Park | 1.94 |
| 21-May-07 | translation fees | Translation services rendered from 9/7/06 through 4/21/07 | 570.00 |
| | | TOTAL AUCTION EXPENSES: | $ 6,223.64 |