# Mark B. Hanson
### Attorney at Law
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262
mark@saipanlaw.com

---

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji
Saipan MP 96950

May 23, 2007

In Reference To: Li Ying Hua et al. v. Jung Jin Corp., et al.

Attorney Fees:

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2006 | MBH | Miscellaneous collection related activities<br>Research regarding post-judgment collection methods and procedures. | 2.70<br>200.00/hr | 540.00 |
| 9/5/2006 | MBH | Miscellaneous collection related activities<br>Continue research regarding executing on judgments; meeting with US Marshall regarding procedures; discussion with Court clerk regarding procedures. | 1.20<br>200.00/hr | 240.00 |
| 9/7/2006 | MBH | Miscellaneous collection related activities<br>Review new Ninth Circuit case on fees and costs (.3); meeting with clients to discuss judgment and beginning collection efforts (.4). | 0.70<br>200.00/hr | 140.00 |
| 9/13/2006 | MBH | Miscellaneous collection related activities<br>Call with US Marshall regarding communications with Guam office regarding executions. | 0.20<br>200.00/hr | 40.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2006 | MBH | Miscellaneous collection related activities<br>Calls with Marshall's office regarding procedures for executing on property. | 0.30<br>200.00/hr | 60.00 |
| 9/22/2006 | MBH | Miscellaneous collection related activities<br>Meetings with private investigation company to discuss details of case and efforts needed to begin collection process. | 0.80<br>200.00/hr | 160.00 |
| 9/26/2006 | MBH | Miscellaneous collection related activities<br>Review e-mail from Dennis Tse regarding possible new business of Park and Kim; call with private investigator regarding same and status of his investigation. | 0.50<br>200.00/hr | 100.00 |
| 10/6/2006 | MBH | Miscellaneous collection related activities<br>Meeting with PI J. Atalig regarding status of investigation. | 0.40<br>200.00/hr | 80.00 |
| 10/10/2006 | MBH | Miscellaneous collection related activities<br>Call with Kent Kaipat regarding lease to Kim Hyung Pil (.2); meeting with PI to discuss status of investigation (.6). | 0.80<br>200.00/hr | 160.00 |
| 10/20/2006 | MBH | Miscellaneous collection related activities<br>Meeting with clients to discuss facts about collection against defendants. | 0.80<br>200.00/hr | 160.00 |
| 10/24/2006 | MBH | Miscellaneous collection related activities<br>Continue working on draft of application for writ of execution. | 1.50<br>200.00/hr | 300.00 |
| 11/7/2006 | MBH | Miscellaneous collection related activities<br>Work on application for writ of execution. | 0.90<br>200.00/hr | 180.00 |
| 11/8/2006 | MBH | Miscellaneous collection related activities<br>Continue work on draft of application for writ of execution; begin drafting writ. | 3.30<br>200.00/hr | 660.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page    3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/9/2006 MBH | Miscellaneous collection related activities<br>Draft Writ of Execution; review and revise; review, revise and finalize application and instructions to staff regarding filing. | 3.20<br>200.00/hr | 640.00 |
| 11/10/2006 MBH | Miscellaneous collection related activities<br>Work on post-judgment subpoenas and other discovery regarding location of assets. | 1.50<br>200.00/hr | 300.00 |
| 11/13/2006 MBH | Miscellaneous collection related activities<br>Work on subpoenas for various government agency documents, defendant documents and Kim Hyung Pil documents and deposition. | 2.40<br>200.00/hr | 480.00 |
| 11/14/2006 MBH | Miscellaneous collection related activities<br>Review order from court denying writ of execution (.3); research regarding bank statutes and other issues involved in writs of execution (2.1); begin drafting renewed application for writ of execution (4.8). | 7.20<br>200.00/hr | 1,440.00 |
| 11/15/2006 MBH | Miscellaneous collection related activities<br>Several discussions with staff regarding service of subpoenas and filing returns of service of same (.5); review letter from Bank Pacific regarding response to subpoena (.1); call with Cindy Yu regarding response to subpoena (.1). | 0.70<br>200.00/hr | 140.00 |
| 11/16/2006 MBH | Miscellaneous collection related activities<br>Discussions with staff regarding status of service of subpoenas. | 0.20<br>200.00/hr | 40.00 |
| 11/17/2006 MBH | Miscellaneous collection related activities<br>Discussion with Bank of Hawaii regarding extension to respond to subpoena. | 0.20<br>200.00/hr | 40.00 |
| 11/21/2006 MBH | Miscellaneous collection related activities<br>Call from Deborah Covington at the Department of Finance regarding subpoena to Rev and Tax for poker license documents (.2); review motion to quash and | 2.20<br>200.00/hr | 440.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page    4

| | | Hrs/Rate | Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | supporting documents (.2); research regarding local government privilege claims in federal court (1.8). | | |
| 11/22/2006 MBH | Miscellaneous collection related activities<br>Call with Mel Grey and AGO Melissa Sims regarding subpoena to Immigration (.2); review and respond to additional e-mail from AAG Deb Covington regarding subpoenas to Department of Finance (.2); deposition of Kim Hyung Pil (morning session) (2.0); work on application for order in aid of judgment (.8); deposition of Kim Hang Kwon (no show) (.2); deposition of Kim Hyung Pil (afternoon session) (2.7). | 5.30<br>200.00/hr | 1,060.00 |
| 11/24/2006 MBH | Miscellaneous collection related activities<br>Calls to office regarding subpoena responses; review letter response from Bank of Guam (.2); call and e-mail with AAG Melissa Simms regarding subpoena to Immigration (.2). | 0.40<br>200.00/hr | 80.00 |
| 11/27/2006 MBH | Miscellaneous collection related activities<br>Review and respond to e-mail from AAG Melissa Simms regarding Immigration subpoena. | 0.20<br>200.00/hr | 40.00 |
| 11/28/2006 MBH | Miscellaneous collection related activities<br>Finish draft of application for order in aid of judgment; draft declaration; draft motion to shorten time and proposed order; review and revise all documents; prepare for filing and file documents. | 5.60<br>200.00/hr | 1,120.00 |
| 11/29/2006 MBH | Miscellaneous collection related activities<br>Review order granting motion to shorten time and calendar hearing on application for order in aid of judgment. | 0.10<br>200.00/hr | 20.00 |
| 12/1/2006 MBH | Miscellaneous collection related activities<br>Attend hearing on motion for order in aid of judgment (.3); additional investigation visiting Susupe property | 1.20<br>200.00/hr | 240.00 |

| Li Ying Hua, Li Zheng Zhe & Xu Jing Ji | | Page   5 |
|---|---|---|
| | Hrs/Rate | Amount |

and various poker establishments (.9).

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/4/2006 MBH | Miscellaneous collection related activities<br>Draft proposed order in aid of judgment. | 1.30<br>200.00/hr | 260.00 |
| 12/5/2006 MBH | Miscellaneous collection related activities<br>Several e-mail to and from AAG Melissa Simms<br>regarding Immigration response to subpoena; call with<br>employee at immigration regarding same (.5); review<br>OAJ received from court and begin preparing USM form<br>(.5). | 1.00<br>200.00/hr | 200.00 |
| 12/6/2006 MBH | Miscellaneous collection related activities<br>Begin drafting opposition to motion to quash subpoena<br>and additional research regarding same. | 3.20<br>200.00/hr | 640.00 |
| 12/7/2006 MBH | Miscellaneous collection related activities<br>Finish draft of motion to compel/response to DOF<br>motion to quash; review revise and file; additional<br>research regarding same (7.2); meeting with clients to<br>discuss status of case (.5). | 7.70<br>200.00/hr | 1,540.00 |
| 12/8/2006 MBH | Attorney services in execution proceedings<br>Call with United States Marshal regarding Amended<br>OAJ. | 0.20<br>200.00/hr | 40.00 |
| 12/11/2006 MBH | Attorney services in execution proceedings<br>Call with US Marshal and go with Marshal to<br>defendant's property in Susupe to survey for seizure<br>efforts. | 0.70<br>200.00/hr | 140.00 |
| 12/12/2006 MBH | Attorney services in execution proceedings<br>Visit and continue survey of Susupe property. | 0.50<br>200.00/hr | 100.00 |
| 12/13/2006 MBH | Miscellaneous collection related activities<br>Calls and e-mails to Nutting office regarding his<br>cancellation of continuation of deposition of Kim Hyung | 0.20<br>200.00/hr | 40.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page   6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Pil. | | |
| 12/13/2006 | MBH | Auctioneer services<br>Buy chain at ACE and feed dogs at property (1.0); discussions with staff regarding service by mail of Amended OAJ and proof of service (.2). | 1.20<br>40.00/hr | 48.00 |
| 12/14/2006 | MBH | Attorney services in execution proceedings<br>Title research preparing for OSC hearing. | 2.00<br>200.00/hr | 400.00 |
| | MBH | Miscellaneous collection related activities<br>Review Finance reply and opposition to motion to compel and make notes for hearing. | 0.90<br>200.00/hr | 180.00 |
| 12/17/2006 | MBH | Miscellaneous collection related activities<br>Review and respond to e-mail from Steve Nutting regarding deposition of Kim Hyung Pil. | 0.30<br>200.00/hr | 60.00 |
| 12/18/2006 | MBH | Auctioneer services<br>First day of seizure of Susupe property with US Marshal. | 2.50<br>40.00/hr | 100.00 |
| | MBH | Attorney services in execution proceedings<br>Call with Richard Pierce regarding December 27, 2006 OSC hearing; call to court regarding same; review e-mail from Randy Schmidt regarding same. | 0.20<br>200.00/hr | 40.00 |
| | MBH | Miscellaneous collection related activities<br>Call with Steve Nutting regarding deposition of Kim Hyung Pil (.2); review additional documents received from Kim Hyung Pil (.3). | 0.50<br>200.00/hr | 100.00 |
| 12/19/2006 | MBH | Miscellaneous collection related activities<br>E-mail to and from Melissa Simms regarding lack of response from Immigration to subpoena; call with Antoinette at Immigration regarding same. | 0.20<br>200.00/hr | 40.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                        Page    7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/19/2006 MBH | Auctioneer services<br>Several calls to and from US Marshal regarding<br>continuing seizure of Susupe property. | 0.50<br>40.00/hr | 20.00 |
| 12/20/2006 MBH | Auctioneer services<br>Continue efforts to seize and inventory Susupe property<br>with US Marshal and office staff. | 4.20<br>40.00/hr | 168.00 |
| MBH | Miscellaneous collection related activities<br>Prepare for continuing deposition of Kim Hyung Pil<br>(Kim too hung over to do depo) and discussions with<br>Steve Nutting regarding rescheduling (.5); prepare for<br>hearing on motion to compel subpoena to poker<br>licensing (.6). | 1.10<br>200.00/hr | 220.00 |
| 12/21/2006 MBH | Attorney services in execution proceedings<br>Review motion of Dick Pierce to continue OSC hearing<br>and prepare opposition and declaration in support<br>thereof. | 2.70<br>200.00/hr | 540.00 |
| MBH | Miscellaneous collection related activities<br>Attend hearing on motion to quash. | 1.00<br>200.00/hr | 200.00 |
| 12/22/2006 MBH | Miscellaneous collection related activities<br>Review court's decision on Finance motion to quash. | 0.10<br>200.00/hr | 20.00 |
| MBH | Attorney services in execution proceedings<br>Call to court regarding Pierce filing; file opposition to<br>motion and declaration. | 0.30<br>200.00/hr | 60.00 |
| MBH | Auctioneer services<br>Review inventory list and finalize; review form turnover<br>from Marshal. | 0.30<br>40.00/hr | 12.00 |
| 12/26/2006 MBH | Attorney services in execution proceedings<br>Continue research regarding rule 69 proceedings and the<br>common law of fraudulent conveyances. | 6.20<br>200.00/hr | 1,240.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page    8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/27/2006 MBH | Attorney services in execution proceedings<br>Hearing on order in aid of judgment (.5); draft proposed<br>order and e-mail to court clerk (2.0). | | 2.50<br>200.00/hr | 500.00 |
| 12/28/2006 MBH | Auctioneer services<br>Coordinate day one of bush cutting and take photos of<br>dogs for adoption. | | 0.50<br>40.00/hr | 20.00 |
| 12/29/2006 MBH | Auctioneer services<br>Prepare photos to adopt out dogs at Susupe property;<br>several e-mail to and from PAWS person with assistance. | | 0.50<br>40.00/hr | 20.00 |
| 1/5/2007 MBH | Miscellaneous collection related activities<br>E-mail to and from Deborah Covington regarding<br>compliance with court order regarding subpoena. | | 0.20<br>200.00/hr | 40.00 |
| 1/8/2007 MBH | Attorney services in execution proceedings<br>Continue work on Kitami brief and research regarding<br>same. | | 3.70<br>200.00/hr | 740.00 |
| 1/9/2007 MBH | Miscellaneous collection related activities<br>Review discovery received from revenue and taxation. | | 0.30<br>200.00/hr | 60.00 |
| MBH | Attorney services in execution proceedings<br>Continue work on Kitami brief including review of<br>research. | | 1.20<br>200.00/hr | 240.00 |
| 1/10/2007 MBH | Attorney services in execution proceedings<br>Continue work on research and drafting Kitami brief. | | 4.10<br>200.00/hr | 820.00 |
| 1/11/2007 MBH | Attorney services in execution proceedings<br>Continue work on research and drafting Kitami brief. | | 0.90<br>200.00/hr | 180.00 |
| 1/12/2007 MBH | Attorney services in execution proceedings<br>Continue work on research and drafting Kitami brief. | | 3.70<br>200.00/hr | 740.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page    9

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/14/2007 | MBH | Attorney services in execution proceedings<br>Work on facts section of Kitami brief, including review<br>of file documents for exhibits. | | 8.30<br>200.00/hr | 1,660.00 |
| 1/15/2007 | MBH | Attorney services in execution proceedings<br>Finish Kitami brief, review, revise and finalize; file brief;<br>prepare and file declaration with exhibits, prepare<br>motion to exceed page limits and proposed order and file. | | 7.20<br>200.00/hr | 1,440.00 |
| 1/16/2007 | MBH | Miscellaneous collection related activities<br>Draft letter to Bank of Hawaii in response to bill for<br>subpoena document copies. | | 0.50<br>200.00/hr | 100.00 |
| | MBH | Attorney services in execution proceedings<br>Prepare table of contents and table of authorities (1.0);<br>e-mail scanned bank statements to Pierce (.2). | | 1.20<br>200.00/hr | 240.00 |
| 1/17/2007 | MBH | Attorney services in execution proceedings<br>Hearing on Kitami OSC/Plaintiffs' motion for an order in<br>aid of judgment (.6); e-mail to Richard Pierce regarding<br>discovery including depositions (.2). | | 0.80<br>200.00/hr | 160.00 |
| 1/22/2007 | MBH | Attorney services in execution proceedings<br>Review e-mail from Dick Pierce regarding Hana Bank<br>exhibit. | | 0.20<br>200.00/hr | 40.00 |
| 1/23/2007 | MBH | Attorney services in execution proceedings<br>Meeting with clients to discuss status of collection<br>proceedings and need for help with auctions (1.0);<br>meeting with Alex Tae, translator, regarding translation<br>of Kitami Hana Bank document (.4). | | 1.40<br>200.00/hr | 280.00 |
| 1/29/2007 | MBH | Attorney services in execution proceedings<br>E-mail to Dick Pierce regarding depositions and<br>documents. | | 0.10<br>200.00/hr | 20.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page   10

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/30/2007 | MBH | Auctioneer services<br>Meeting with staff regarding preliminary auction planning. | 0.20<br>40.00/hr | 8.00 |
| 1/31/2007 | MBH | Auctioneer services<br>Call from client regarding meeting to show poker machines. | 0.20<br>40.00/hr | 8.00 |
| | MBH | Miscellaneous collection related activities<br>Draft letter to Labor regarding No Hire List. | 0.30<br>200.00/hr | 60.00 |
| 2/1/2007 | MBH | Miscellaneous collection related activities<br>E-mail from and to Steve Nutting regarding Kim Hyung Pil deposition scheduling. | 0.20<br>200.00/hr | 40.00 |
| 2/6/2007 | MBH | Miscellaneous collection related activities<br>E-mail to Steve Nutting and to Dick Pierce regarding deposition dates. | 0.20<br>200.00/hr | 40.00 |
| | MBH | Auctioneer services<br>Discussions with staff regarding preparations for auction. | 0.20<br>40.00/hr | 8.00 |
| 2/13/2007 | MBH | Auctioneer services<br>Discussions with staff regarding auction notice and preparation (.2); review and approve final auction notice publication (.1). | 0.30<br>40.00/hr | 12.00 |
| 2/14/2007 | MBH | Miscellaneous collection related activities<br>Review documents gathered by Division of Immigration pursuant to subpoena. | 0.70<br>200.00/hr | 140.00 |
| 2/19/2007 | MBH | Attorney services in execution proceedings<br>Review and respond to e-mail from Dick Pierce regarding Kitamis' depositions. | 0.30<br>200.00/hr | 60.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page   11

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2007 | MBH | Auctioneer services<br>Meeting with staff and posting of advertisements<br>regarding upcoming auction. | | 0.30<br>40.00/hr | 12.00 |
| 2/20/2007 | MBH | Auctioneer services<br>Several discussions with staff regarding auction<br>coordination. | | 0.50<br>40.00/hr | 20.00 |
| 2/21/2007 | MBH | Auctioneer services<br>Continue assisting with auction preparation (1.5); call<br>with translator regarding informing clients of auction (.1). | | 1.60<br>40.00/hr | 64.00 |
| 2/23/2007 | MBH | Auctioneer services<br>Final preparations for auction. | | 0.50<br>40.00/hr | 20.00 |
| 2/24/2007 | MBH | Auctioneer services<br>Auction day 1 (8:00 a.m. to 6:00 p.m.). | | 10.00<br>40.00/hr | 400.00 |
| 2/25/2007 | MBH | Auctioneer services<br>Auction day 2 (9:00 a.m. to 3:30 p.m.). | | 6.50<br>40.00/hr | 260.00 |
| 2/26/2007 | MBH | Auctioneer services<br>Discussions with staff regarding preparation of<br>accounting for auction to date. | | 0.30<br>40.00/hr | 12.00 |
| 2/27/2007 | MBH | Auctioneer services<br>Supervise removal of auction items from Susupe<br>property. | | 0.50<br>40.00/hr | 20.00 |
| 3/1/2007 | MBH | Attorney services in execution proceedings<br>Prepare subpoena for Naoki Kitami deposition and<br>review and revise attached schedule. | | 0.50<br>200.00/hr | 100.00 |
| | MBH | Miscellaneous collection related activities<br>Prepare subpoena for Kim Pil Sun deposition and<br>document production. | | 0.50<br>200.00/hr | 100.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                      Page   12

|  | Hrs/Rate | Amount |
|---|---|---|

| 3/3/2007 MBH | Auctioneer services<br>Auction day 3 (10:00 a.m. to 2:30 p.m.). | 4.50<br>40.00/hr | 180.00 |
| 3/15/2007 MBH | Attorney services in execution proceedings<br>Call from Dick Pierce regarding Kim Pil Sun Kitami<br>relinquishment of security interest (.2); draft letter to<br>Rosa Maliti regarding notice and payment of rent;<br>instructions to staff (.5); review Pierce filing (.1). | 0.80<br>200.00/hr | 160.00 |
| 3/22/2007 MBH | Miscellaneous collection related activities<br>E-mail to and from Steve Nutting regarding Kim Hyung<br>Pil deposition and phone call regarding same. | 0.30<br>200.00/hr | 60.00 |
| 3/23/2007 MBH | Miscellaneous collection related activities<br>Additional e-mail from and to Steve Nutting regarding<br>Kim Hyung Pil deposition and Maliti questions. | 0.30<br>200.00/hr | 60.00 |
| 3/26/2007 MBH | Attorney services in execution proceedings<br>Review and respond to e-mail from law clerk regarding<br>status of Kitami proceedings. | 0.20<br>200.00/hr | 40.00 |
| 3/27/2007 MBH | Attorney services in execution proceedings<br>Draft application for third order in aid; draft ex parte<br>motion to expedite; draft proposed order;<br>communication with law clerk regarding proposed order. | 2.70<br>200.00/hr | 540.00 |
| 3/29/2007 MBH | Attorney services in execution proceedings<br>Review Third Order in Aid of Judgment and call<br>translator to inform clients. | 0.20<br>200.00/hr | 40.00 |
| 3/31/2007 MBH | Auctioneer services<br>Auction day 4 (10:00 a.m. to 2:00 p.m.). | 4.00<br>40.00/hr | 160.00 |
| 4/2/2007 MBH | Attorney services in execution proceedings<br>E-mail from Dick Pierce regarding documents for pick<br>up and discussion with staff regarding same (.1); meeting<br>with clients to discuss various aspects of collections and<br>continuing and upcoming auction proceedings (1.2);<br>e-mail correspondence with translator regarding same | 1.40<br>200.00/hr | 280.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page 13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

(.1).

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2007 | MBH | Attorney services in execution proceedings<br>Review documents received from Richard Pierce office regarding Kitami relinquishment of security interests; discussion with staff regarding filing same with Commonwealth Recorder's Office. | 0.20<br>200.00/hr | 40.00 |
| 4/10/2007 | MBH | Auctioneer services<br>Draft, review, revise and finalize notice of public sale of vehicles and remaining personal property. | 0.80<br>40.00/hr | 32.00 |
| 4/11/2007 | MBH | Auctioneer services<br>Draft, review, revise, finalize and file notice of sale of real property (1.7); e-mail to several potential bidders on Susupe lot (.5). | 2.20<br>40.00/hr | 88.00 |
| 4/12/2007 | MBH | Miscellaneous collection related activities<br>E-mail to and from Steve Nutting regarding Kim Hyung Pil depo schedule. | 0.10<br>200.00/hr | 20.00 |
|  | MBH | Auctioneer services<br>Calls and e-mail with prospective bidders at house and car auctions (.4); review and correct newspaper advertisements of notices of sale and discussions with staff regarding same (.2). | 0.60<br>40.00/hr | 24.00 |
| 4/13/2007 | MBH | Auctioneer services<br>Review PTR on Susupe Lot and discussions with staff regarding obtaining documents from Recorder's Office; review documents obtained from Recorder's Office; call with prospective bidder regarding Susupe Lot auction. | 0.50<br>40.00/hr | 20.00 |
| 4/14/2007 | MBH | Auctioneer services<br>Auction day 5 (10:00 a.m. to 1:00 p.m.). | 3.00<br>40.00/hr | 120.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page   14

| | Hrs/Rate | Amount |
|---|---|---|
| 4/16/2007 MBH  Auctioneer services<br>Discussions with prospective bidders regarding Susupe property. | 0.30<br>40.00/hr | 12.00 |
| 4/17/2007 MBH  Auctioneer services<br>Forward bank information to prospective bidder on Susupe property. | 0.10<br>40.00/hr | 4.00 |
| 4/21/2007 MBH  Auctioneer services<br>Auction day 6 (10:00 a.m. to 1:00 p.m.). | 3.00<br>40.00/hr | 120.00 |
| 5/3/2007 MBH  Auctioneer services<br>E-mail to prospective bidders on Susupe Lot regarding upcoming auction. | 0.20<br>40.00/hr | 8.00 |
| 5/5/2007 MBH  Auctioneer services<br>Auction day 7 (10:00 a.m. to 12:30 p.m.). | 2.50<br>40.00/hr | 100.00 |
| 5/7/2007 MBH  Auctioneer services<br>Calls and meeting with Kim Ki Sung regarding deposit for purchase of Susupe lot. | 0.20<br>40.00/hr | 8.00 |
| 5/9/2007 MBH  Auctioneer services<br>Calls with purchaser of air con and to potential poker machine purchaser. | 0.20<br>40.00/hr | 8.00 |
| 5/11/2007 MBH  Auctioneer services<br>Meet potential purchaser of poker machines at property to inspect poker arcade equipment. | 0.50<br>40.00/hr | 20.00 |
| 5/12/2007 MBH  Auctioneer services<br>Draft bill of sale for Susupe Property; meeting with Kim Ki Sung to receive payment and deliver bill of sale; begin drafting assignment of leasehold interest; meet at property with purchaser of doors and prospective purchaser of poker machines. | 2.10<br>40.00/hr | 84.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page   15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/14/2007 | MBH | Auctioneer services<br>Finish drafting assignment document; review, revise and prepare for execution; meetings with Mr. Kim regarding execution (1.2); draft application to approve sale of poker machines and motion to shorten time for consideration; review, revise and file (2.1); review poker license documents and prepare bill of sale for poker machines (.9). | 4.20<br>40.00/hr | 168.00 |
| 5/18/2007 | MBH | Miscellaneous collection related activities<br>Review costs from judgment to date and discussions with staff regarding same (.2); meeting with clients to discuss status of auction and collection efforts and plan for future collection efforts (.5). | 0.70<br>200.00/hr | 140.00 |
| 5/22/2007 | MBH | Auctioneer services<br>Prepare auction report and request for approval of distribution of proceeds to Plaintiffs; prepare all supporting documents. | 5.50<br>40.00/hr | 220.00 |

For professional services rendered          185.90     $26,748.00

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 8/30/2006 | Judgment certification fee (U.S. District Court). | 1<br>9.00 | 9.00 |
| | Certified Judgment recording fee (Recorder's Office). | 1<br>12.00 | 12.00 |
| 9/22/2006 | 50% partial payment for private investigator fee. | 1<br>400.00 | 400.00 |
| 10/4/2006 | Copying charges at Recorder's Office for Lot No. 14 H 41. | 10<br>0.50 | 5.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page  16

| | Qty/Price | Amount |
|---|---|---|
| 10/5/2006  Copying cost at Recorder's Office for Lot No. 014 H 41. | 12<br>0.75 | 9.00 |
| 10/10/2006  Private investigator fee (50% balance). | 1<br>400.00 | 400.00 |
| 11/13/2006  Witness fee plus mileage for Kim Hyung Pil deposition. | 1<br>45.00 | 45.00 |
| 11/17/2006  Service of process fees for subpoenas. | 2<br>25.00 | 50.00 |
| 11/18/2006  Copy of subpoenas mailed to Defendants. | 1<br>3.66 | 3.66 |
| 11/27/2006  On-line research expenses from 10/24/06 through 11/27/06. | 6.1<br>80.00 | 488.00 |
| 11/29/2006  Mail e-filed documents to Defendants. | 1<br>4.60 | 4.60 |
| 12/5/2006  Office copies through 12/5/06. | 433<br>0.25 | 108.25 |
| Mileage expense through 12/05/06. | 52.7<br>0.40 | 21.08 |
| 12/6/2006  Mail copy of Motion to Compel to Mr. Kim and Mrs. Park. | 1<br>4.12 | 4.12 |
| 12/13/2006  Chain for Susupe property gate. | 1<br>26.22 | 26.22 |
| 12/17/2006  Seizure/Order in Aid of Judgment (US Marshal). | 1<br>362.28 | 362.28 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page  17

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 12/17/2006 | Newspaper advertisement of Amended Order in Aid of Judgment. | 1<br>60.00 | 60.00 |
| 12/18/2006 | Obtain copy of Amended Assignment of Lease. | 2<br>0.75 | 1.50 |
| | Padlock steel 2" (2). | 1<br>33.98 | 33.98 |
| 12/20/2006 | Lock combo and insert for the house. | 1<br>23.28 | 23.28 |
| 12/21/2006 | Service call for locks entry, open safe, re-key safe lock. | 1<br>118.00 | 118.00 |
| 12/28/2006 | Hook screw (40) and tox (40). | 1<br>14.00 | 14.00 |
| 12/29/2006 | Manpower services - Susupe property inventory (95.8 man hours). | 95.8<br>6.50 | 622.70 |
| | Hook screw (3). | 1<br>0.90 | 0.90 |
| 1/16/2007 | Cleaning and bush cutting at Susupe property (December through February). | 1<br>450.00 | 450.00 |
| | Mail letter to Bank of Hawaii re: document charges. | 1<br>5.10 | 5.10 |
| 1/25/2007 | On-line research expenses 12/06/06 to 1/15/07. | 8.1<br>80.00 | 648.00 |
| | Mileage charges from 12/06/06 to 1/25/07. | 27<br>0.40 | 10.80 |
| | Office copies through 1/25/07. | 551<br>0.25 | 137.75 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

| | | Qty/Price | Amount |
|---|---|---|---|
| 1/25/2007 | Office facsimile charges through 1/25/07. | 74 0.25 | 18.50 |
| 2/7/2007 | Services - Remove and clean air conditioners at Lot # 056 H 14 in preparation for sale at auction. | 1 65.00 | 65.00 |
| 2/13/2007 | Newspaper advertisement (Notice of Public Sale) to run for 2 dates. | 2 44.00 | 88.00 |
| 2/17/2007 | Fabricate key for Kia Sorento. | 1 65.00 | 65.00 |
| 2/21/2007 | Bush cutting service at Susupe property (Lot 056 H 14) (February through March). | 1 150.00 | 150.00 |
| 2/22/2007 | Receipt book for auction sale and trash bag for cleaning at the property. | 1 9.98 | 9.98 |
| 2/23/2007 | Manpower services for auction preparation (17 man hours). | 17 6.50 | 110.50 |
| 2/24/2007 | Spray paint used for auction banner. | 1 2.99 | 2.99 |
| | Manpower services auction day 1 ( 18.4 man hours). | 18.4 6.50 | 119.60 |
| | Rental of 5 big tables for the auction day. | 1 50.00 | 50.00 |
| | Tent rental for the auction day. | 1 30.00 | 30.00 |
| 2/25/2007 | Manpower services auction day 2 (4 man hours). | 4 6.50 | 26.00 |
| 3/3/2007 | Manpower services auction day 3 (3.5 man hours). | 3.5 6.50 | 22.75 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page    19

| | | Qty/Price | Amount |
|---|---|---|---|
| 3/12/2007 | Office copies through 3/12/07. | 250<br>0.25 | 62.50 |
| | Office facsimile charges through 3/12/07. | 8<br>0.25 | 2.00 |
| 3/16/2007 | Rental for March 2007 to Rosa T. Maliti for Lot Number 056 H 14. | 1<br>800.00 | 800.00 |
| | Certified mail to Rosa T. Maliti (Check & documents). | 1<br>5.12 | 5.12 |
| 3/19/2007 | Mileage expense through 3/19/07. | 2.5<br>0.40 | 1.00 |
| 3/24/2007 | Gas can and gas for lawn. | 1<br>39.61 | 39.61 |
| | Bush cutting of Susupe property (March through April). | 1<br>80.00 | 80.00 |
| 3/27/2007 | Mail filed copy of Application for Third Order in Aid of Judgment to Mr. Kim & Mrs. Park. | 1<br>2.00 | 2.00 |
| 3/31/2007 | Manpower services auction day 4 (3 man hours). | 3<br>6.50 | 19.50 |
| 4/4/2007 | Recording fee of Release of Security Interest. | 1<br>10.00 | 10.00 |
| 4/11/2007 | Rental for April 2007 to Rosa T. Maliti for Lot Number 056 H 14. | 1<br>800.00 | 800.00 |
| | Mail Rosa Maliti's check via certified mail. | 1<br>4.64 | 4.64 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji

Page   20

| | | Qty/Price | Amount |
|---|---|---|---|
| 4/12/2007 | Mail Notice of Public Sale to Rosa Maliti, Mr. Kim and Mrs. Park. | 1<br>7.80 | 7.80 |
| | Newspaper advertisement for Notice of Sale of Real Property and Notice of Public Sale. | 1<br>131.00 | 131.00 |
| 4/13/2007 | Research documents of Lot 056 H 14. | 11<br>0.75 | 8.25 |
| 4/14/2007 | Car wash services for Toyota Tacoma and Kia Sorento. | 2<br>10.00 | 20.00 |
| | Manpower services auction day 5 ( 4.8 man hours). | 4.8<br>6.50 | 31.20 |
| 4/21/2007 | Manpower services auction day 6 (3 man hours). | 3<br>6.50 | 19.50 |
| 4/26/2007 | Office facsimile/scanning charges through 4/26/07. | 36<br>0.25 | 9.00 |
| 5/3/2007 | Preliminary Title Report for Lot 056 H 14. | 1<br>250.00 | 250.00 |
| 5/5/2007 | Manpower services auction day 7 (1.5 man hours). | 1.5<br>6.50 | 9.75 |
| 5/15/2007 | Mail filed copy of Ex parte Motion and Application for Approval to Mr. Kim and Mrs. Park. | 1<br>1.94 | 1.94 |
| | Office facsimile/scanning charges through 5/15/07. | 70<br>0.25 | 17.50 |
| | Office copies through 5/15/07. | 194<br>0.25 | 48.50 |
| 5/21/2007 | Translation service rendered from 9/7/06 through 4/21/07. | 19<br>30.00 | 570.00 |

Li Ying Hua, Li Zheng Zhe & Xu Jing Ji                                    Page   21

|                              | Amount      |
| ---------------------------- | ----------- |
| Total costs                  | $7,783.35   |
| Total amount of this bill    | $34,531.35  |
| Balance due                  | $34,531.35  |