## AUCTION BILL OF SALE

Pursuant to an order of the United States District Court for the Northern Mariana Islands dated March 29, 2007 in *Li, Li and Xu v. Jung Jin Corp., et al.*, Case Number CV 05-00019 (attached hereto), the undersigned conducted a duly noticed public auction on Saturday, May 5, 2007 in Susupe, Saipan, Commonwealth of the Northern Mariana Islands. At the public auction of the following described item:

> Lease of Real Property dated January 12, 2001 (File No. 01-087) as amended January 15, 2003 (File No. 03-115) which is a leasehold interest in and to real property situated in Susupe, Saipan, Commonwealth of the Northern Mariana Islands and more particularly described as:
>
>> Lot Number 056 H 14, a part of Lot 056 H 03, which contains an area of 3,627 square meters, more or less.

KIM KI SUNG was the winning bidder with a bid of $48,000.00. This Auction Bill of Sale is to memorialize the sale at public auction of the above-described property to the above-named individual/entity. The sale of the above-described property is made as-is, where is without representations or warranties of any kind.

I swear under the penalty of perjury that the foregoing is true and correct and that this Bill of Sale is executed this 12th day of May, 2007 in Saipan, Commonwealth of the Northern Mariana Islands.

MARK B. HANSON
Auctioneer