# BILL OF SALE

Pursuant to an orders of the United States District Court for the Northern Mariana Islands dated December 7, 2006 and December 28, 2006 in aid of judgment in *Li, Li and Xu v. Jung Jin Corp., et al.*, Case Number CV 05-00019, and as approved by an Order dated May 16, 2007 (attached hereto), the undersigned does hereby sell to CHOI SEUNG SAN, with mailing address PMB 25, P.O. Box 10,003, Saipan, MP 96950, for the amount of $2,000.00 the following described items:

- POKER MACHINES:

|    | SERIAL NO. | Old Rev and Tax License Number | CNMI TAG NO. |
|----|------------|-------------------------------|--------------|
| 1  | 220339-29  | 2005-P-0351                   | 1995         |
| 2  | 272848-29  | 2005-P-0351                   | 1996         |
| 3  | 255082-29  | 2005-P-0351                   | 1997         |
| 4  | 232781-29  | 2005-P-0351                   | 1998         |
| 5  | 232786-29  | 2005-P-0351                   | 1999         |
| 6  | 197139-29  | 2005-P-0351                   | 2001         |
| 7  | 228449-16  | 2005-P-0076                   | 2368         |
| 8  | 175579-16  | 2005-P-0076                   | 2369         |
| 9  | 272853-16  | 2005-P-0076                   | 2370         |
| 10 | 234075-03  | 2005-P-0102                   | 2716         |
| 11 | 199182-03  | 2005-P-0102                   | 2717         |
| 12 | 276724-03  | 2005-P-0102                   | 2719         |
| 13 | 214916-03  | 2005-P-0102                   | 2720         |
| 14 | 184748-03  | 2005-P-0102                   | 2722         |
| 15 | 275213-03  | 2005-P-0102                   | 2724         |
| 16 | 199174-03  | 2005-P-0102                   | 2725         |
| 17 | 823017-05  | 2005-P-0126                   | 2892         |
| 18 | 822535-05  | 2005-P-0126                   | 2894         |
| 19 | 822514-05  | 2005-P-0126                   | 2895         |
| 20 | 822690-03  | 2005-P-0126                   | 2896         |
| 21 | 822706-05  | 2005-P-0126                   | 2897         |
| 22 | 833003-05  | 2005-P-0126                   | 2898         |
| 23 | 823625-05  | 2005-P-0126                   | 2901         |
| 24 | 474931-11  | 2004-P-0100                   | 3006         |
| 25 | 822507-03  | 2005-P-0102R                  | 3199         |
| 26 | 822534-03  | 2005-P-0102R                  | 3200         |
| 27 | 228448-03  | 2005-P-0037                   | 3485         |
| 28 | 823031-03  | 2005-P-0037                   | 3486         |

| 29 | 816825-03 | 2005-P-0037 | 3487 |
| 30 | 815512-03 | 2005-P-0037 | 3488 |
| 31 | 815007-03 | 2005-P-0037 | 3489 |
| 32 | 829929-03 | 2005-P-0037 | 3491 |
| 33 | 443442-03 | 2005-P-0037 | 3492 |
| 34 | 812893-16 | 2005-P-0076R | 3828 |
| 35 | 834456-16 | 2005-P-0076R | 3829 |
| 36 | 812829-16 | 2005-P-0076R | 3830 |
| 37 | 819754-03 | 2005-P-0037R | 3831 |

- Various IC chips and parts for poker machines
- Computer monitors
- Chairs
- Stands
- Baskets, ash trays and other miscellaneous items

The sale of the above-described property is made as-is, where is without representations or warranties of any kind including an representations or warranties that the items are fit for any particular purpose.

I swear under the penalty of perjury that the foregoing is true and correct and that this Bill of Sale is executed this 16th day of May, 2007 in Saipan, Commonwealth of the Northern Mariana Islands.

MARK B. HANSON
Attorney for Plaintiffs

F I L E D
Clerk
District Court

MAY 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, et. al., | Case No. CV-05-0019 |
| Plaintiff, | |
| vs. | **ORDER:**<br>1) GRANTING MOTION TO SHORTEN TIME; and |
| JUNG JIN CORPORATION, et. al., | 2) GRANTING APPLICATION FOR APPROVAL TO SELL POKER MACHINES |
| Defendant. | |

**THIS MATTER** came before the court on the plaintiffs' *ex parte* motion to shorten time for consideration of the plaintiff's application for approval to sell the defendants' poker machines and poker related equipment and on the plaintiff's application for approval to sell the defendants' poker machines and poker related equipment.

**THE COURT**, having considered the written arguments of the plaintiffs, **GRANTS** the plaintiffs' motion to shorten time. Furthermore, in the interest of justice and for good cause appearing, the court **GRANTS** the plaintiffs' motion to approve the sale of the defendants' poker machines and poker related equipment.

//
//
//
//
//
//
//

Accordingly, in accordance with the court's Second Order In Aid of Judgment, No. 137 (Dec. 28, 2007), the court approves the sales of the defendants' poker machines and poker related equipment in the amount of $2,000.00 to Mr. Choi Seung San, PMB 25, P.O. Box 10003, Saipan, MP 96950.

**IT IS SO ORDERED.**

DATED this __16TH__ day of May, 2007.

/s/ Alex R. Munson
ALEX R. MUNSON
U.S. District Court Chief Judge