## AUCTION BILL OF SALE

Pursuant to an order of the United States District Court for the Northern Mariana Islands dated March 29, 2007 in *Li, Li and Xu v. Jung Jin Corp., et al.*, Case Number CV 05-00019 (attached hereto), the undersigned conducted a duly noticed public auction on Saturday, April 21, 2007 in Susupe, Saipan, Commonwealth of the Northern Mariana Islands. At the public auction of the following described item:

2005 Toyota Tacoma, License Plate No. ACF873, VIN# 5TENX22N35Z025455

LI, ZHENG ZHE was the winning bidder with a bid of $9,600.00. This Auction Bill of Sale is to memorialize the sale at public auction of the above-described property to the above-named individual/entity. The sale of the above-described property is made as-is, where is without representations or warranties of any kind.

I swear under the penalty of perjury that the foregoing is true and correct and that this Bill of Sale is executed this 25th day of April, 2007 in Saipan, Commonwealth of the Northern Mariana Islands.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 25 DAY OF April, 2007
BY: _____
RITA M. CELIS
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission Expires on the
12 day of March, 2009

MARK B. HANSON
Auctioneer