MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail:         mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | CASE NO. CV 05-0019 |
| Plaintiffs, | |
| vs. | ERRATA TO FINAL REPORT OF AUCTION PROCEEDINGS |
| JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN and KIM HANG KWON, | |
| Defendants. | Date: none requested<br>Time: none requested<br>Judge: Hon. Alex R. Munson, Chief Judge |

Plaintiffs' counsel, as the custodian of the property of Defendants seized by the United States Marshal pursuant to prior orders in aid of judgment in the above-captioned proceedings, hereby submits the following errata to the Final Report of Auction Proceedings, Doc # 165, filed on May 23, 2007 to include, as an exhibit, receipts, where available, for the expenses reflected in the Final Report.

//
//
//

1     Respectfully submitted this 23rd day of May, 2007.

/s/ Mark B. Hanson
_____
      MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail:       mark@saipanlaw.com

Attorney for Plaintiffs

1  CERTIFICATE OF SERVICE

2  I hereby certify that a copy of the foregoing was deposited in the United States Post Office,

3  first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Jung Jin Corporation<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 | Park Hwa Sun<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 |
| Asia Enterprises Inc.<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 | Kim Hang Kwon<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 |

DATED: May 23, 2007            /s/ Mark B. Hanson
                               MARK B. HANSON