# ACE HARDWARE
### SAIPAN

P.O. Box 500137
Saipan, MP 96950

PAGE NO   1

**GUALO RAI BRANCH**
Gualo Rai Commercial Center
Middle Road
Tel: 235-9322 • Fax: 235-9325

**SUSUPE BRANCH**
Joeten Shopping Center
Beach Road, Susupe
Tel: 234-3117 • Fax: 235-7568

**SAN VICENTE BRANCH**
San Vicente Road
Tel: 234-3176 • Fax: 235-1686

7 DAY REFUND/EXCHANGE POLICY
YOUR RECEIPT GUARANTEES IT

| CUSTOMER NO. | JOB NO. | PURCHASE ORDER NO. | REFERENCE | TERMS | CLERK | DATE | TIME |
|---|---|---|---|---|---|---|---|
| | | | | CASH/CHECK/BANKCARD | 7943 | 12/13/05 | 11:33 |

| | | |
|---|---|---|
| **SOLD TO** | ***** CASH ***** | **SHIP TO** |

DC0# D22817/1
************
* INVOICE *
************

TAX :    001 DEFAULT TAX CODE

TERM0123

TERMS: Net 30 Days. Interest will be charged at the rate of 1.5% per month on all past due accounts.

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUSS | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 3.50 | | EA | 58827 | CHAIN PROOF COIL 3/8GALV | | 3.50 | 7.49 /EA | 26.22 N |

Li Li &Xu

| | | |
|---|---|---|
| ** PAYMENT RECEIVED ** | 26.22 | TAXABLE | 0.00 |
| ** PAID IN FULL ** | | NON-TAXABLE | 26.22 |
| | | SUBTOTAL | 26.22 |

**X** _____
                RECEIVED BY

BANKCARD PAYMENT    26.22
BKCRD#

TAX AMOUNT    0.00
TOTAL AMOUNT    26.22

# Advertisement Order/Contract

## Daily Marianas Variety News & Views

P.O. Box 500231 Saipan, MP 96950 • Tel.: 234-6341/7578/9797/9272 • Fax: 234-9271/9273
E-Mail: younis@vzpacifica.net • Website: www.variety.com

Order Number: **55111**

Date:

Invoice No.:

## Customer Information

Advertiser: MARK B. HANSON LAW OFFICE          Contact Person: ROWENA

Mailing Address: PMB 738, BOX 10,000

Tel. No.: 233-2600          Fax: 233-5262          E-Mail: mark@saipanlaw.com

## Advertisement Display Information

Ad placed thru: ☐In Person  ☐Telephone  ☐Fax  ☐E-Mail          Size (Col. x Inches): 1 X 10          Color(s): B/W          Rate:

Ad Type: ☐Display  ☐Classified  ☐Other:

Ad Description:

## Run Date(s):

Month:          Day(s):

Additional Run Dates:

Remarks/Instructions:

Received
W 12/1/06

| Rate | x | No. of Issues | = | Amount Due | Additional Charges: | Total Amount Due: |
|------|---|---------------|---|------------|---------------------|-------------------|
|      |   |               |   | $600       |                     | $600              |

## Method of Payment:

Cash          Check:          Charge:
Check #          Account #

Credit Card          Check #          P.O.#

I, _____, hereby authorize Younis Art Studio, Inc. dba Marianas Variety News & Views to charge my:

☐ **VISA**    ☐ **Mastercard**

Card No.:

Exp. Date:          Amount: $

Cardholder/Customer Signature          Date

### Additional Charges:

**Late Cancellation Fee:** Any advertisement cancelled one (1) day before specified publication date will be assessed an additional $50.00

**Ad Layout Fee:** Any artwork requested from Publisher (excluding classified advertisements) will be assessed a $20.00 artwork fee.

All Property rights, including any copyright interest, in Advertising produced for Advertiser by Publisher using artwork and/or typography furnished or arranged for by publisher shall be the sole property of Publisher. No such advertisement or any part thereof may be reproduced without the prior written consent of Publisher.

*Preferred Placement:*

Publisher does not guarantee any requested preferred placement of advertisements. Any request for preferred placement will be taken into consideration but will not affect this agreement if preferred placement is not delivered.

## Legal Terms

Advertiser has the right to change, alter, or replace advertising copy throughout the duration of this Agreement provided that any changes, alteration, or replacement be submitted two (2) business days prior to the desired publication date. In the event if advertising copy is not furnished by Advertiser to Publisher within two (2) business days prior to desired publication date, Publisher may, at its option, publish on behalf of Advertiser the last advertisement ordered or such minimum size advertisement as shall be necessary for Advertiser to comply with the terms of this Agreement.

Publisher reserves the right to edit, revise, or reject any advertising. The foregoing notwithstanding, Advertiser has full responsibility for the legality of the items and/or services advertised and the advertisement thereof, and has full responsibility for the legality of the content of the advertisement. Advertiser shall indemnify and save harmless Publisher and its affiliates against any loss, damage, cost, and expense (including, without limitation, attorneys' fees) which Publisher and its affiliates may incur, or become liable for, by reason of all such matters and any and all claims or actions for libel, violation of any right of privacy, plagiarism, copyright infringement, illegality of items and/or services advertised, illegality of the content of the advertisement, and any and all other claims of any kind or nature in connection with advertising matter published pursuant to this Agreement. Customer understands that interest of 1.5% per month will be charged on accounts over 30 days plus attorney's fees and other collection cost in case of default in payment.

Neither Publisher nor its affiliates shall be liable by reason of any error in connection with any advertisement (including, without limitation, typographical errors, failures to publish advertisement on desired dates or in requested positions in Publisher's newspapers, omissions or additions to advertisements); provided, however, that Publisher shall be obligated to adjust or rebate pro rata the charge on any advertisement which has been materially affected by any error of Publisher; and provided, further, however, that Publisher's obligation with respect to such advertisements or rebates shall not apply to more than one incorrect insertion of such advertisement unless and until Publisher is notified of the error twenty-four (24) hours prior to repetition of the insertion.

Advertiser represents and warrants that the person signing below on behalf of Advertiser is a duly authorized representative of Advertiser and, as such, upon execution by such person this Agreement shall constitute the legally binding obligation of Advertiser.

Advertiser/Representative (Print)          Advertiser/Representative (Signature)          Date

PREPARED BY:          DATE: 12/1/06          AD LAYOUT:          DATE:

**U.S. Department of Justice**
United States Marshals Service

**NO. E**

## RECEIPT

_NMI_

District

| 1. RECEIVED OF: *ATTORNEY AT LAW* | 2. DATE |
|---|---|
| _MARK B. HANSON, ESQ_ | _12/18/d₀_ |

| 3. COURT/CASE NUMBER OR PURPOSE OF COLLECTION | 4. AMOUNT ($) |
|---|---|
| _CV-05-00019 Li, Lin & Yu_ | _$362.28_ |
| | |
| | |
| | |
| | 5. TOTAL $ _362.28_ |

| (Note: if check is received in mail and is for process, place in USM-286 folder) | 6. RECEIVED BY (U.S. Marshals Service official) |
|---|---|

COPY 1-REMITTER

_DUSM_

Form USM-303
Rev. 2/92

# JOETEN
## ACE HARDWARE ®
### SAIPAN
P.O. Box 500137
Saipan, MP 96950

| GUALO RAI BRANCH | SUSUPE BRANCH | SAN VICENTE BRANCH |
|---|---|---|
| Gualo Rai Commercial Center | Joeten Shopping Center | San Vicente Road |
| Middle Road | Beach Road, Susupe | Tel: 234-3176 • Fax: 235-1686 |
| Tel: 235-9322 • Fax: 235-9325 | Tel: 234-3117 • Fax: 235-7568 | |

7 DAY REFUND/EXCHANGE POLICY
YOUR RECEIPT GUARANTEES IT

| JSTOMER NO. | JOB NO. | PURCHASE ORDER NO. | REFERENCE | TERMS | CLERK | DATE | TIME |
|---|---|---|---|---|---|---|---|
| 82 | | | | CASH/CHECK/BANKCARD | 8226 | 12/18/06 | 4:54 |

```
     .3338 CASH  ***                    S
                                        H                      DCC# D08368/2
                                        I          TERM#212    ************
                                        P                      8 INVOICE 8
                                        T                      *************
                                        O
                            TAX :   981 DEFAULT TAX CODE
```

month on all past due accounts.

| DESCRIPTION | 8U66 | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|
| STEEL 2" 5PIN CH | | 2 | 16.99 /EA | 33.98  N |

```
   THANK YOU FOR SHOPPING AT
 JOETEN ACE HARDWARE-STORE#5769
          (670) 234-3117

     JOETEN'S ACE HARDWARE-
   3 LOCATIONS TO SERVE YOU

   7 DAY REFUND/EXCHANGE POLICY
     YOUR RECEIPT GUARANTEES IT
 12/18/06  4:54  8226     212 SALE

 79476        2  EA  16.99 EA  N
 PADLOCK STEEL 2" 5PIN CH   33.98


 SUB-TOTAL: 33.98   TAX:
                    TOTAL:   33.98
 BK CARD#:
 BK CARD AMT: 33.98


 ====))  JRNL# D08368      ((====
         CUST # 82

   7 DAY REFUND/EXCHANGE POLICY
 CHECK ISSUED FOR $50 OR MORE  REFUND
```

```
PAYMENT RECEIVED **            33.98   TAXABLE         0.00
PAID IN FULL **                        NON-TAXABLE    33.98
                                       SUBTOTAL       33.98

                  BANKCARD PAYMENT   33.98
                  BKCRD9                 TAX AMOUNT      0.00
                                       TOTAL AMOUNT    33.98
```

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***

CNMI Tax System Release 6.0

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands

OFFICIAL CASH RECEIPT

Payment Entered: 12/19/2006           Receipt No.: 001655401

Received From: Mark Hanson

Received by : Ellen K. Santos      12/19/2006 13:52:42    03213 999

Payment to Account(s):

  Reproduction Fee            5720 46070        1.50
  Mark Hanson / Copies

Payment(s) Tendered:
  Cash                                          1.50

           TOTAL . . . . . . . . :              1.50

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***

Amendment · lease or Real Property  from Trans Pacific



**JOETEN**

## ACE HARDWARE ®
SAIPAN

P.O. Box 500137
Saipan, MP 96950

PAGE NO  1

**GUALO RAI BRANCH**
Gualo Rai Commercial Center
Middle Road
Tel: 235-9322 • Fax: 235-9325

**SUSUPE BRANCH**
Joeten Shopping Center
Beach Road, Susupe
Tel: 234-3112 • Fax: 235-7568

**SAN VICENTE BRANCH**
San Vicente Road
Tel: 234-3176 • Fax: 235-1686

7 DAY REFUND/EXCHANGE POLICY
YOUR RECEIPT GUARANTEES IT

| CUSTOMER NO. | JOB NO. | PURCHASE ORDER NO. | REFERENCE | TERMS | CLERK | DATE | TIME |
|---|---|---|---|---|---|---|---|
| #2 | | | | CASH/CHECK/BANKCARD | T136 | 12/20/05 | 1:53 |

| | | |
|---|---|---|
| S O L D **** CASH **** T O | S H I P T O | |

DOC# D08975/2
*************
$ INVOICE $
*************

TERM#214

TAX :    001 DEFAULT TAX CODE

TERMS: Net 30 Days. Interest will be charged at the rate of 1.5% per month on all past due accounts.

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | 9U66 | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | | EA | 5192448 | LOCK COMBO PACK US26D CP | | 1 | 20.49 /EA | 20.49 N |
| 1 | | EA | 2060291 | INSERT POWR#2PHIL#8-10SL | | 1 | 2.79 /EA | 2.79 N |

Lili Xu
for Susupe House
Seizure
MBA Card

| | | |
|---|---|---|
| ** PAYMENT RECEIVED ** | 23.28 | TAXABLE    0.00 |
| ** PAID IN FULL ** | | NON-TAXABLE   23.28 |
| | | SUBTOTAL    23.28 |

**X** _____
RECEIVED BY

BANKCARD PAYMENT    23.28
BKCRD#

TAX AMOUNT    0.00
TOTAL AMOUNT    23.28



# ACTION LOCKSMITH

P.O. BOX 502539
SAIPAN, MP 96950
TEL. NO.: 235-5541 • CEL. NO.: 287-0148
E-MAIL: falfonso43@hotmail.com

**0291**

**NAME** MARK, HANSON, ESQ   **DATE** 12/21/04

**ADDRESS** _____   FX# 233-5262

**PHONE** 233-8600

**TERMS**

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | DUPLICATE KEYS | | |
| 1 | LOCKS ENTRY | 23.00 | 23.00 |
| 1 | OPEN SAFE | 50.00 | 50.00 |
| | OTHER | | |
| | | | |
| | | | |
| | | TOTAL MTL | |

| | DESCRIPTION | HRS./RATE | AMOUNT |
|------|-------------|-----------|--------|
| | LABOR TO INSTALL ABOVE | | |
| 1 | REKEY SAFE LOCK | 20.00 | 20.00 |
| | EMERGENCY LOCKOUT SERVICE | | |
| ✓ | SERVICE CALL | 25.00 | 25.00 |
| | SAFE COMBINATION CHANGE | | |
| | OTHER | | |
| | | TOTAL LABOR | |

**RECEIVED BY** _____   **TOTAL** 118.00

**AUTHORIZATION FOR LOCKSMITH SERVICES**
I hereby certify that I have the authority to order the locksmith service shown at the right. Further, I agree to absolve the locksmith and/or locksmith company that bears this authorization from any and all claims arising from the performance of the work shown.

**SIGNATURE** _____

**DATE** _____

UNLOCK (CAR) (HOUSE) (BUSINESS)
REPAIR LOCKS _____
FIT KEYS _____
CHANGE COMBINATION _____
SECURE PREMISES _____
OTHER _____
AUTO MAKE/MODEL/YR. _____
AUTO LICENSE # _____

PAID
1/2/07

# HANMI HARDWARE

## Electrical & Plumbing
### (Wholesale)
Tel : 233-2211, 233-3443
Fax : 233-6633

*ok*

**To :**

| Cash X | Charge | Others | Date 12/28/06 |
|--------|--------|--------|------|

| Q'ty | Description | Price | Amount |
|------|-------------|-------|--------|
| 40 | Hook screw | 0.30 | 12.00 |
| 40 | TOX | 0.05 | 2.00 |
| | | | 14.00 |
| | paid | | |
| | | | $14.00 |

*Return Policies :
· Items return affer 7 days of purchase
  we will charge 70% of the net amount
· No return on any item affer 8 days
· No refurn on cut any wire
Received by : _____

DK# 0021729

Print name & Sign          Thank you!!

# HANMI HARDWARE
### Electrical & Plumbing
#### (Wholesale)
Tel : 233-2211, 233-3443
Fax : 233-6633

To :

Date 12/29/06

| Cash ✓ | Charge | Others |
|---|---|---|

| Q'ty | Description | Price | Amount |
|---|---|---|---|
| 3 | Hook | 0.30 | 0.90 |
| | | | 0.90 |

*Return Policies :
· Items return after 7 days of purchase
  we will charge 70% of the net amount
· No return on any item after 8 days
· No return on cut any wire

DK# 0021780

Received by : _____

Print name & Sign

Thank you!!

MBH letter to BoH re:
Response to Subpoena Docu.
changes

```
*** U.S. POSTAL SERVICE ***
SAIPAN                  96950
504000                  64.00
CARLOS                  # 01
01-16-07            14:03:41
-----------------------------
        CUSTOMER RECEIPT
-----------------------------

109 POST VAL IMP         2.55
109 POST VAL IMP         2.55
                       ------
        TOTAL            5.10
        CASH T           5.10
                       ------
        CHANGE            .00



        *** THANK YOU ***
-----------------------------
```



Michael Pangelinan & John Kelly

## Hours

; 12/28/06, Th. 8:30 - 5:30 (8) 16
; 12/29/06, Fri. 8:30 - 4:30 (7) 14
; 12/30/06, Sat. 8:30 - 6pm (8.5) 17
/. 1/3/07, Wed. 9:30 - 5:30 (7) 14
/. 1/4/07, Th. 8:30 - 5:30 (8) 16
/. 1/5/07, Fri. 8:30 - 4:30 (7) 14
/. 1/6/07, Sat. 8:30 - 4:30 (7) 14
/. 1/7/07, Sun. 2:30 - 5pm (2.5) 5
/. 1/10/07, Wed. 8:30 - 5:30 (8) 16
/. 1/11/07, Th. 8:30 - 5:30 (8) 16
/. 1/12/07, Fri. 8:30 - 4:30 (7) 16
/. 1/13/07, Sat. 8:30 - 5:30 (8) 16 Tsunami day
/. 1/16/07, Tue. 8:30 - 5:30 (8) 16 (13 days)

So far, 94 hours x 2

- Gas about $145.00 for the 9 days = 188 man hours
  they bushcut. $5.00 a day.               inc.
 - $20. for the trash that was taken to
   dump. About 6 truck loads.

## Services

- Bushcutting
- Cut down thick tangantangan
- Raking
- Burning piles of grass
- Throwing trash found in the yard to
  the dump.



**MARK B. HANSON, ESQ.**
ATTORNEY AT LAW
PMB 738  P.O. BOX 10000
SAIPAN, MP 96950
TEL# 233-8600 / 233-5262 (FAX)

2066

**FIRST HAWAIIAN BANK**
SAIPAN, MP 96950
59-306/1214 17

1/16/2007

PAY TO THE
ORDER OF___ Michael Pangelinan                                      $ **450.00

Four Hundred Fifty and 00/100******************************************************************************************* DOLLARS

Michael Pangelinan

MEMO    Lawn cleaning for House Lot 056 H 14 (Susupe)

AUTHORIZED SIGNATURE

⑈002066⑈ ⑆121403065⑆

---

MARK B. HANSON, ESQ./ATTORNEY AT LAW                                                    2066

Michael Pangelinan                                              1/16/2007
Recoverable expenses                    Lawn cleaning for House Lot 056 H 14 (Susupe)              450.00

General Account        Lawn cleaning for House Lot 056 H 14 (Susupe)                          450.00

# TONY'S ▪ A/C REFRIGERATION
## SALES ▪ SERVICES

PO Box 504610, SAIPAN, MP 96950
Tel. #: 234-7110    FAX #: 234-0456
Cell #: 287-4411

SERVICE INVOICE
No. 0311

DATE IN 2-07-07
DATE OUT
WORK TO BE DONE

| ITEM | QTY | PRICE |
|------|-----|-------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL PARTS ▶** | | |

**JOB LOCATION** SUSUPE
NAME FIRM MANAGEMENT
ADDRESS GARAPAN
CITY SAIPAN   ZIP CODE 96950
PHONE 233-8600 FAX

**BILLING ADDRESS IF DIFFERENT**
NAME c/o ATTY M. HANSON
ADDRESS
CITY   ZIP CODE
PHONE   FAX

| DATE | DESCRIPTION OF WORK PERFORMED |
|------|-------------------------------|
| 2-07-07 | * RECOVERED FREON |
| | * PULL OUT THE UNIT |
| | * CLEANED THE UNIT |
| | * STORED IN THE CONTAINER |
| | STORAGE |

| MECHANIC NAME | DATE | HRS | RATE | TOTAL |
|---------------|------|-----|------|-------|
| | | | | |
| | | | | |
| | | | ? | |

☐ COMPLETE   ☐ INCOMPLETE   CUSTOMER No:

TERMS: NET DUE ON COMPLETION PAID BY   ☐ CASH   ☐ CHECK#

EQUIPMENT 5 PAC CONSOLE TYPE
MAKE LG
MODEL LPUC231D
SERIAL Nos. 385DA21017W

| | | SALE ITEM | AMOUNT |
|--|--|-----------|--------|
| free | | LABOR | $65.00 |
| | | SERVICE MATERIALS | |
| | | MISC. CHARGE | |
| | | TAX | |
| | | TOTAL | |
| | | PAY THIS AMOUNT | $65.00 |

| | | |
|--|--|--|
| C | ☐ | COMPRESSOR |
| R | ☐ | REFRIGERANT |
| CR | ☐ | CONTACTOR RELAY |
| TH | ☐ | THERMOSTAT |
| EC | ☐ | ELECT. COMPONENTS |
| EFM | ☐ | IND. MOTOR |
| OFM | ☐ | OUT. MOTOR |
| FD | ☐ | FILTER DRIER |

I HAVE AUTHORITY TO ORDER THE WORK AS OUTLINE ABOVE. THIS INVOICE IS SUBJECT TO A FINANCE CHARGE OF 15% PER MONTH ANNUAL PERCENTAGE RATE OF 18% WHICH IS ALLOWED BY LAW. I AGREE TO PAY COSTS ARE REASONABLES ATTORNEY'S FEE. IF THIS INVOICE IS PLACED IN THE HANDS OF AN ATTORNEY FOR COLLECTION.

_____   2-07-0
CUSTOMER SIGNATURE   DATE



**MARK B. HANSON, ESQ.**
ATTORNEY AT LAW
PMB 738 P.O. BOX 10000
SAIPAN, MP 96950
TEL# 233-8600 / 233-5262 (FAX)

FIRST HAWAIIAN BANK
SAIPAN, MP 96950
59-306/1214 17

2084

2/26/2007

PAY TO THE
ORDER OF___Tony's A/C Refrigeration_____  $  **65.00

Sixty-Five and 00/100************************************************************************  DOLLARS

Tony's A/C Refrigeration

MEMO    Aircon recovery, pull-out and cleaning at Susupe (Li,Li&Xu'        AUTHORIZED SIGNATURE

⑈00 2084⑈ ⑆1214030 65⑆ ▆▆▆▆▆▆

---

**MARK B. HANSON, ESQ./ATTORNEY AT LAW**                                      2084

Tony's A/C Refrigeration                                2/26/2007                    65.00
Recoverable expenses                    Aircon recovery, pull-out and cleaning at Susupe (Li,Li&Xu's

General Account          Aircon recovery, pull-out and cleaning at Susupe (Li,Li                65.00

**MARK B. HANSON, ESQ./ATTORNEY AT LAW**                                      2084

Tony's A/C Refrigeration                                2/26/2007                    65.00
Recoverable expenses                    Aircon recovery, pull-out and cleaning at Susupe (Li,Li&Xu's

General Account          Aircon recovery, pull-out and cleaning at Susupe (Li,Li                65.00



**MARK B. HANSON, ESQ.**
ATTORNEY AT LAW
PMB 738  P.O. BOX 10000
SAIPAN, MP 96950
TEL# 233-8600 / 233-5262 (FAX)

FIRST HAWAIIAN BANK
SAIPAN, MP 96950
59-306/1214  17

2072

2/13/2007

PAY TO THE ORDER OF___ Saipan Tribune _____ $ **88.00

Eighty-Eight and 00/100********************************************************************* DOLLARS

Saipan Tribune
PMB 34, PO Box 10001
Saipan, MP 96950
CNMI

MEMO   Newspaper advertising - Notice of Public Sale

AUTHORIZED SIGNATURE

⑈002072⑈ ⑆121403065⑆

---

MARK B. HANSON, ESQ./ATTORNEY AT LAW                                                    2072

Saipan Tribune                                                    2/13/2007
Recoverable expenses:Advertising Fee:Advertis   Newspaper advertising - Notice of Public Sale        88.00

**RECEIPT**   Date 2/13, 20 07   № 73230

Received from   Mane Hanson Esq

Address _____

The amount of   Eighty Eight 9 2   Dollars $ 88.00

For   AD # 25615  Dyes Run 9/16, M (BW) 18 (2 col)
CASE No. 05-0019
PUBLIC Sale Notice

| HOW PAID | AMOUNT |
| --- | --- |
| CASH | |
| CHECK | 2072/FHB |
| MONEY ORDER | |

Thank You!

By _____

PACIFIC PUBLICATION & PRINTING, INC.
dba
Saipan Tribune
PMB 34 P.O. Box 10001, SAIPAN, MP 96950
Tel: (670) 235-2440/8747/6397/2769
Fax (670) 235-3740
www.saipantribune.com

---

MARK B. HANSON, ESQ./ATTORNEY AT LAW                                                    2072

Saipan Tribune                                                    2/13/2007
Recoverable expenses:Advertising Fee:Advertis   Newspaper advertising - Notice of Public Sale        88.00

General Account          Newspaper advertising - Notice of Public Sale                    88.00

LMP12    M/P CHECK



# ACTION LOCKSMITH

P.O. BOX 502539
SAIPAN, MP 96950
TEL. NO.: 235-5541 • CEL. NO.: 287-0148
E-MAIL: falfonso43@hotmail.com

0472

| NAME | KIA SORENTO | DATE 2-17-07 |
|---|---|---|

ADDRESS

PHONE

TERMS

| | QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| **M A T E R I A L** | | DUPLICATE KEYS | | |
| | | LOCKS | | |
| | | OTHER | | |
| | | FABRICATE KEY | | 65.00 |
| | | | TOTAL MT'L | |

| | DESCRIPTION | HRS./RATE | AMOUNT |
|---|---|---|---|
| **L A B O R** | LABOR TO INSTALL ABOVE | | |
| | REKEY | | |
| | EMERGENCY LOCKOUT SERVICE | | |
| | SERVICE CALL | | |
| | SAFE COMBINATION CHANGE | | |
| | OTHER  PAID 2-17-07 | TOTAL LABOR | |

RECEIVED BY

| TOTAL | 65.00 |
|---|---|

AUTHORIZATION FOR LOCKSMITH SERVICES
I hereby certify that I have the authority to order
the locksmith service shown at the right. Further,
I agree to absolve the locksmith and/or locksmith
company that bears this authorization from any
and all claims arising from the performance of the
work shown.

SIGNATURE _____

DATE  2/17/07

UNLOCK (CAR) (HOUSE) (BUSINESS)
REPAIR LOCKS _____
FIT KEYS _____
CHANGE COMBINATION _____
SECURE PREMISES _____
OTHER _____
AUTO MAKE/MODEL/YR. _____
AUTO LICENSE # _____

1/16/07 – paid them $450.–

→ 1/17/07 – 8:30 – 4:30 .
→ 1/18/07 – 8:30 – 4:30
→ 1/19/07 – 8:30 – 5pm –
→ 1/22/07 – 8:30 – 5pm
→ 1/23/07 – 8:30 – 5pm
→ 1/24/07 – 8:30 – 5pm
→ 1/25/07 – 8:30 – 5pm
→ 1/26/07 – 8:30 – 5pm
→ 1/29/07 – 8:30 – 5pm
→ 1/31/07 – 8:30 – 5pm
→ 2/1/07 – 8:30 – 5pm
→ 2/2/07 – 8:30 – 5pm
→ 2/3/07 – 8:30 – 5pm
→ 2/4/07 – 8:30 – 5pm  finished house

**RECEIVED**
2/9/07

\* Re-bushcut the yard on 1/19/07

\* Throw trash
\* Cut the grass & tangan tangan
  in front w/ machete. Blade bush
  broken
\* burn piles of grass
\* Re-bushcut yard last time on 2/4/07

Susupe Lawn Project > Michael K. Pangelinan

**MARK B. HANSON, ESQ./ATTORNEY AT LAW**

Michael Pangelinan
Recoverable expenses

Lawn cleaning for House Lot 056 H 14 (Susupe)

2/21/2007

2080

150.00

```
NATIONAL OFFICE SUPPLY              670-234-3197        02/22/07  1132351-0
                                              SALESMAN       TIME 12:30:03
P.O. BOX 5779 CHRB                            WRITER   SHAC   PAGE     1
SAIPAN                 MP 96950               PHONE      670-     -
CUSTOMER #          1 DEPT              CASH   PO #
   BILLING ADDRESS                    INVOICE      SHIPPING ADDRESS
CASH CUSTOMER 1                               CASH CUSTOMER 1


SAIPAN                 MP 96950               SAIPAN              MP 96950
```

| ITEM NUMBER | CO. DESCRIPTION | ORDER QTY | BACK QTY | SHIP QTY | REG. PRICE | DISC % | D T | NET PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 54006 | USA BAG LAWN/LEAF 39GAL 5CT | 2 | | 2 | 1.250 PK | | N | 1.250 | 2.50 |
| 4161 | TOP BOOK MONEY RECEIPT CBNL | 1 | | 1 | 9.350 EA | | S | 7.480 | 7.48 |

FOR AUCTION DAY

SI YU'US MAASE - MARAMING SALAMAT PO - THANK YOU!!



```
                                         SUB-TOTAL    11.85
                                         DISCOUNT      1.87

                                         TOTAL         9.98
```

## TERMS & CONDITIONS

1. Any returns or exchanges shall not be allowed unless presented within 7 days of sale and accompanied by invoice.
2. Returned merchandise is subject to a 10% handling fee.
3. Customer shall pay a $25.00 charge for each of returned check.

Purchaser agrees to pay interest at a rate of 1.50% per month on all accounts remaining unpaid after 30 days from date of original Purchase. If said accounts are placed in the hands of an attorney or collector for collection or suit is brought on same, purchaser agrees to pay an additional amount of 33.33% of the amount found due(including interest as aforesaid) as attorney or collector fees, plus any costs of suit.

Received The Above Articles In Good Order.
Authorized Signature_____

# JC MANGLONA dba UR TENTS

**P.O. BOX 500732**
**SAIPAN, MP 96950**
**TEL.: 234-6477 / 1424**
**FAX: 234-3142**

№  02526

## RENTAL AGREEMENT AND INVOICE

| NAME, ADDRESS & TEL. NO. OF LESSEE | LOCATION FOR DELIVERY IF DIFFERENT THAN A |
|---|---|
| A MARK B. HANSON<br>Garapan<br>285-7879 (cell #)<br>233-8600 (Rowena) | B BACK OF MHS GATE |

| QUANTITY | DESCRIPTION | PRICE PER UNIT | AMOUNT |
|---|---|---|---|
| 1 | 20 x 40 | $ 35.00 | $ 35.00<br>=======<br>( 5.00)<br>$ 30.00<br>++++++++ |
| | Less:  discount | | |
| | PAID<br>on # 7441<br>7/?/? | | |
| | Rent - Feb. 24, 2007 | | |

The undersigned Lessee hereby rents from UR TENTS

| RECEIPT | DATE 2/22/7 | NO. 7441 |
|---|---|---|
| RECEIVED FROM MARK B. HANSON | | |
| ADDRESS | | 30.↑ |
| memo- bot h 00/m | DOLLARS $ | 35.0 ✓ |
| FOR SI # 25 2v | | |

| ACCOUNT | | HOW PAID | 30- | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | ✓ | 30 |
| AMT. PAID | | CHECK | | |
| BALANCE DUE | | MONEY ORDER | | BY margli |

JC MANGLONA
dba: UR Tents
Tel. 234-6477/1424
Fax 234-3142
P.O. Box 500732
Saipan, MP 96950
TOPS

DATE  2/22/07

LESSEE'S SIGNATURE _____



# ISLAND EQUIPMENT RENTAL

Chalan Pale Arnold, Gualo Rai
P.O. Box 502152 Saipan, MP 96950
Phone # (670) 235-9080 or 234-9084
Telefax#(670) 234-1240

**Contract #** 04012

DISPATCHED OUT

RETURN IN

**OFFICE HOURS: MONDAY TO SATURDAY 8:00 AM TO 5:00 PM**

Customer Name : MARK HANSON

Address :

Phone :

Date and time **dispatched from** IER     /     Date and time **due in** IER

9AM  2/24/06          /

| Quantity | Description | Minimum Charge | Overtime | Rate Per Day | Per Week | Amount |
|---|---|---|---|---|---|---|
| 5 | 6X3 TABLES | 10— | | 10— | | 50— |

| | | |
|---|---|---|
| Total Rental | $ | 50— |
| Add: Delivery / Pick up | $ | |
| Other | $ | |
| Less: Deposit | $ | 50 |
| **TOTAL AMOUNT DUE** | $ | 0 |

**Important Notice:**
1) Rental time ends upon returned to yard.
2) Delivery/pickup is charged separately.
3) Customer or authorized representative must be present during delivery and pickup.

**This is your contract. Please read this page and back page before signing.**

50.00
CASH 2/24/06

I acknowledge receipt of equipment subject to the stated terms of this agreement which I have read front and back.

X.................................................                    .................................................
Customer or Representative                                      Island Equipment Rental

Lili Xu - sent check w/
copies of documents
to Rosa T. Maliti

```
**** U.S. POSTAL SERVICE ****
SAIPAN                96950
584000                65.00
JAIME                 # 02
03-16-07            08:37:25

        CUSTOMER RECEIPT

109 POST VAL IMP       5.12

    TOTAL              5.12
    CASH T            20.00

    CHANGE            14.88

    *** THANK YOU ***
```

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₃

OFFICIAL USE

| | |
|---|---|
| Postage | $ 84 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark SAIPAN MP 96950 MAR 16 2007 USPS

Sent To    Rosa Taman Maliti
Street, Apt. No.; or PO Box No.    P.O. Box 501923
City, State, ZIP+4    Saipan, MP 96950

PS Form 3800, June 2002                See Reverse for Instructions

7005 0390 0000 2000 5672

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rosa Taman Maliti
P.O. Box 501923
Saipan, MP 96950

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                          ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
ESTHER SABLAN              3-26-07
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    2295 062E 2000 0E60 5002

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

Lili Xu

THANK YOU FOR SHOPPING AT
JOETEN ACE HARDWARE-STORE#5769
(670) 234-3117

JOETEN'S ACE HARDWARE-
3 LOCATIONS TO SERVE YOU

7 DAY REFUND/EXCHANGE POLICY
YOUR RECEIPT GUARANTEES IT
3/24/07  9:23  8226     212 SALE

17048          1  EA    2.99 EA  N
ENML SPRY GLOSSBLK 10 OZ        2.99

SUB-TOTAL:    2.99   TAX:
                     TOTAL:    2.99
CASH TEND:   20.00  CHANGE:   17.01

====>> JRNL# D36253        <<====
        CUST # *2

7 DAY REFUND/EXCHANGE POLICY
ISSUED FOR $50 OR MORE    REFUND

---

BANK OF GUAM
THE PEOPLE'S BANK

ACE HARDWARE SUSUPE#2

SUSUPE, SAIPAN
(671) 235-9322

BATCH No.    :  000154
TERMINAL ID  :  4882874
CARD         :  MASTERCARD
CARD No. :  XXXXXXXXXXX1441 / Swiped

RREF No.     :  4128
INVOICE      :  003904
TRANS.   : CREDIT CARD SALE

AMOUNT       :        $      15.98

Tran Date/Time :  03/24/07    08:52:09
APPROVAL       :  064807

Customer Copy

Thank you!

---

Oleai Mobil Service Station
PO BOX 502257
Saipan MP 96950
670-235-2162

S: 1          Transaction #:24869311
              Tax Invoice #:188218
ore No.:  921              Oliver
        03/24/07 9:03:22 AM

el Sale
mp # 4 Syn Regular
7.50 Gallons @ $ 3.149/Gal     23.63

Total $:                       23.63

Manual MasterCard              23.63
Change                          0.00

ILES96
RD NUM   : XXXXXXXXXXXXXXX3509
RMINAL   : 921001
CEIPT #  : 103685
LES RPT # : 279
QUENCE # : 19

YALTY POINTS
ENING   EARNED   BONUS    BALANCE
1408.10  23.60    0.00   1431.70

Thank You – Please Come Again Soon

---

Lili Xu

OLEAI MOBIL SERVICE STATION
BEACH ROAD SAN JOSE
SAIPAN, MP 96950
(670) 235-2162

CHANT : 2090 000011201695 502
NO.   : 082001 004 67637594
T/NO  : 03/24/07    09:01
NO.   : XXXXXXXXXXXXXXXX1441
E     : MASTERCARD
H NO. : 097928
NO.
AMT : $      .00

ALE          $    23.63

SIGNATURE
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

THANK YOU
PLEASE COME AGAIN

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

Lili Xu

THANK YOU FOR SHOPPING AT
JOETEN ACE HARDWARE-STORE#5769
(670) 234-3117

JOETEN'S ACE HARDWARE-
3 LOCATIONS TO SERVE YOU

7 DAY REFUND/EXCHANGE POLICY
YOUR RECEIPT GUARANTEES IT
3/24/07  8:55  8226     214 SALE

7000086        1  EA    3.99 EA  N
OIL 2-CYCLE QT EACH            3.99
71878          1  EA   11.99 EA  SN
CAN GAS POLY 5GAL WEDCO       11.99

SUB-TOTAL:   15.98   TAX:
                     TOTAL:   15.98
BK CARD#:
BK CARD AMT:  15.98

====>> JRNL# D47613        <<====
        CUST # *2

7 DAY REFUND/EXCHANGE POLICY
CHECK ISSUED FOR $50 OR MORE    REFUND



CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands

OFFICIAL CASH RECEIPT

Payment Entered:  4/04/2007                    Receipt No.: 001722182

Received From: Mark Ansun

Received by  : Ellen K. Santos          4/04/2007 13:13:16      57595 999

Payment to Account(s):

    Recording Vital Stat Fee          5720 46060                10.00
    Mark Ansun / Rec Fee

Payment(s) Tendered:
    Cash                                                        10.00

                              TOTAL . . . . . . . . :           10.00

           *** KEEP THIS RECEIPT FOR YOUR RECORDS ***

**2112**

**MARK B. HANSON, ESQ.**
ATTORNEY AT LAW
PMB 738 P.O. BOX 10000
SAIPAN, MP 96950
TEL# 233-8600 / 233-5262 (FAX)

FIRST HAWAIIAN BANK
SAIPAN, MP 96950
59-306/1214 17

4/11/2007

PAY TO THE
ORDER OF    Rosa Taman Maliti                                      $ **800.00

Eight Hundred and 00/100************************************************************************* DOLLARS

Rosa Taman Maliti

MEMO    Rental for April 2007 (Lot No. 056 H 03)

AUTHORIZED SIGNATURE

⑈002112⑈ ⑆121403065⑆

---

**2112**

MARK B. HANSON, ESQ./ATTORNEY AT LAW

Rosa Taman Maliti                     Rental for April 2007 (Lot No. 056 H 03)          4/11/2007          800.00
Recoverable expenses

800.00

General Account        Rental for April 2007 (Lot No. 056 H 03)

---

**2112**

MARK B. HANSON, ESQ./ATTORNEY AT LAW

Rosa Taman M                                                                            4/11/2007          800.00
Recoverable expens

Check for April 2007
Rent
**** U.S. POSTAL SERVICE ****
SAIPAN        96950
584000        65.00
CARLOS        # 01
04-11-07    15:05:39

CUSTOMER RECEIPT

109 POST VAL INP    4.64

TOTAL              4.64
CASH T             4.64
CHANGE              .00

*** THANK YOU ***

General Account        Rental for April 2007 (Lot No...          800.00

**RECEIPT**

Date _____

PACIFIC PUBLICATION & PRINTING, INC
dba
Saipan Tribune
PMB 34 P.O. Box 10001, SAIPAN, MP 96950
Tel: (670) 235-2440/8747/6397/2769
Fax (670) 235-3740
www.saipantribune.com

Received from _Law Office of Mark B. Hanson_

Address _____

The amount of _One Hundred Thirty One_ Dollars $ _131.00_

For _(1) 1/8 + (1) 1/4 for 4/13/07  Ao # 26004_

Auth Code 006872
Ref # 1958

| HOW PAID | | AMOUNT |
|---|---|---|
| CASH | credit chip | 131.00 |
| CHECK | | |
| MONEY ORDER | | |

Thank You!

By _____

---

```
        THE SAIPAN TRIBUNE
             SAIPAN, MP
             670 235-8747

APR 12, 2007          80:42 PM
EXP. DATE : 03/08    TERM. # 7630508
REF. # : 1958        BATCH # : 164
INPUT STATUS : MANUAL
TRANS. TYPE : CR/DB CARD SALE  4
CARD ISSUER : MASTERCARD INT'L
CARD NUMBER : XXXXXXXXXXXX1441
AUTH CODE : 006872
TOTAL  :  $          131.00

SIGN: _____
     I AGREE TO PAY ABOVE TOTAL AMOUNT
     ACCORDING TO CARD ISSUER AGREEMENT
     RETAIN THIS COPY FOR YOU RECORDS
   TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

     THANK YOU.  PLEASE COME AGAIN.
```

Attn: Rowena
Fr: GTP

please fax back
signed copy -
Thankie.

GTP

```
08:43
090 POSTAGE STAMPS                    4.64
08:45
090 POSTAGE STAMPS                    1.26
  ($.63 x 2)
090 POSTAGE STAMPS                    1.90
  ($.95 x 2)
**** U.S. POSTAL SERVICE ****
SAIPAN          96950
584000          66.00
JAIME           # 02
04-12-07        08:46:29
      CUSTOMER RECEIPT
090 POSTAGE STAMPS       4.64
090 POSTAGE STAMPS       1.26
  ($.63 x 2)
090 POSTAGE STAMPS       1.90
  ($.95 x 2)

TOTAL                    7.80
CHECK #001               7.80
CHANGE                    .00

*** THANK YOU ***
```

Li, Li & Xu

Li, Li & Xu          101 0x0414

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands

OFFICIAL CASH RECEIPT

Payment Entered:  4/13/2007                    Receipt No.: 001728919

Received From: Mark B. Hanson

Received by  : Evelyn P. Calvo        4/13/2007 15:17:55      62274 999

Payment to Account(s):

    Reproduction Fee         5720 46070              8.25
    Mark B. Hanson / Copies

Payment(s) Tendered:
    Cash                                            8.25

                    TOTAL . . . . . . . . :          8.25

        *** KEEP THIS RECEIPT FOR YOUR RECORDS ***



**MARK B. HANSON, ESQ.**
ATTORNEY AT LAW
PMB 738  P.O. BOX 10000
SAIPAN, MP 96950
TEL# 233-8600 / 233-5262 (FAX)

FIRST HAWAIIAN BANK
SAIPAN, MP 96950
59-306/1214  17

2126

5/3/2007

PAY TO THE
ORDER OF ___ Security Title, Inc. _____ | $ **250.00

Two Hundred Fifty and 00/100************************************************************************ DOLLARS

Security Title, Inc.

MEMO ___ PTR fee for 056 H 14 (ST-07-5195)

AUTHORIZED SIGNATURE

⑂002126⑂ ⑉121403065⑉

MARK B. HANSON, ESQ./ATTORNEY AT LAW                                    2126

Security Title, Inc.                                    5/3/2007
Recoverable expenses:Title research        PTR fee for 056 H 14 (ST-07-5195)              250.00

General Account        PTR fee for 056 H 14 (ST-07-5195)                                 250.00

MARK B. HANSON, ESQ./ATTORNEY AT LAW                                    2126

5/3/2007                                                            250.00



General Account        PTR fee for 056 H 14 (ST-07-5195)                                 250.00

LMP12        M/P CHECK



```
-------------------------------------
**** U.S. POSTAL SERVICE ****
SAIPAN                      96950
584000                      67.00
JAIME                       # 02
05-15-07              08:43:41
-------------------------------------
          CUSTOMER RECEIPT
-------------------------------------
109 POST VAL IMP            .97
109 POST VAL IMP            .97
                          -------
          TOTAL            1.94
          CASH T           5.00
                          -------
          CHANGE           3.06

-------------------------------------

       *** THANK YOU ***
-------------------------------------
```

Page: 1



**Dennis T.C. Tse**
dba: D.T. Translation Services
P.O. Box 5767 CHRB
Saipan, MP 96950 - 5767
Tel.: (670) 287-3098

# Invoice

Number: **1029**

Date: **May 10, 2007**

**Bill To:**

| |
|---|
| Law Office of Mark Hanson |
| PMB 738 |
| P.O. Box 10000 |
| Saipan, MP 96950 |

**Send To:**

| |
|---|
| Law Office of Mark Hanson |
| PMB 738 |
| P.O. Box 10000 |
| Saipan, MP 96950 |

| PO Number | Terms | Project / Case |
|---|---|---|
| | Net 7 days | Case # : CV 05-0019 |

| Date | Description | Hr(s) | Rate/Hr | Amount |
|---|---|---|---|---|
| Sept. 7, 2006 | Office meeting with : LI, ZHENG ZHE, XU, JING JI & LI, YING HUA. ( 15:50 ~ 16:20 ) | 1.00 | 30.00 | 30.00 |
| Oct. 20, 2006 | Office meeting with : LI, ZHENG ZHE, XU, JING JI & LI, YING HUA. ( 16:00 ~ 16:45 ) | 1.00 | 30.00 | 30.00 |
| Oct. 27, 2006 | Assist Miss LI, YING HUA at Labor Office with her plane ticket request. ( 14:00 ~ 14:40 ) | 1.00 | 30.00 | 30.00 |
| Nov. 7, 2006 | Assist Miss LI, YING HUA at Labor Office with her plane ticket request. ( 13:00 ~ 14:30 ) | 2.00 | 30.00 | 60.00 |
| Nov. 9, 2006 | Assist Miss LI, YING HUA at Labor Office with her plane ticket request. ( 09:00 ~ 10:30 ) | 2.00 | 30.00 | 60.00 |
| Nov. 27, 2006 | Assist Miss LI, YING HUA at Labor Office to follow up her plane ticket request. ( 13:30 ~ 14:30 ) | 1.00 | 30.00 | 30.00 |
| Dec. 7, 2006 | Office meeting with : LI, ZHENG ZHE, XU, JING JI & LI, YING HUA. ( 16:00 ~ 16:35 ) | 1.00 | 30.00 | 30.00 |
| Jan. 23, 2007 | Office meeting with : LI, ZHENG ZHE, XU, JING JI & LI, YING HUA. ( 09:00 ~ 10:00 ) | 1.00 | 30.00 | 30.00 |
| April 2, 2007 | Office meeting with : XU, JING JI & LI, YING HUA regarding the Court Order to auction the house and the 2 automobiles. ( 10:00 ~ 11:25 ) | 2.00 | 30.00 | 60.00 |
| April 21, 2007 | Assist in the auction of the house & the 2 automobiles in Susupe location. ( 09:15 ~ 10:45 ) | 2.00 | 30.00 | 60.00 |

Authorized
Signature: _____
                    Dennis T.C. Tse
**C.N.M.I. Business License Number: 12646 - 0001 - 2**

**RECEIVED**
5/11/07   2:10 p.m.

Acknowledged by: _____



**Dennis T.C. Tse**
dba: D.T. Translation Services
P.O. Box 5767 CHRB
Saipan, MP 96950 - 5767
Tel.: (670) 287-3098

# Invoice

Number: **1029**

Date: **May 10, 2007**

**Bill To:**

| Law Office of Mark Hanson |
| PMB 738 |
| P.O. Box 10000 |
| Saipan, MP 96950 |

**Send To:**

| Law Office of Mark Hanson |
| PMB 738 |
| P.O. Box 10000 |
| Saipan, MP 96950 |

| PO Number | Terms | Project / Case | |
|---|---|---|---|
| | Net 7 days | Case # : CV 05-0019 | |

| Date | Description | Hr(s) | Rate/Hr | Amount |
|---|---|---|---|---|
| April 23, 2007 | Assist Mr. LI, ZHENG ZHE at the office with registration documents of the automobile. ( 09:00 ~ 09:40 ) | 1.00 | 30.00 | 30.00 |
| April 25, 2007 | Assist Mr. LI, ZHENG ZHE at the office with the notarization of the documents for the transfer of "Ownership" of the automobile. ( 09:00 ~ 09:20 ) | 1.00 | 30.00 | 30.00 |
| April 26, 2007 | Assist Mr. LI, ZHENG ZHE with the registration process at M.V.B. ( 13:00 ~ 15:25 ) | 3.00 | 30.00 | 90.00 |

| | Total | $570.00 |
|---|---|---|

Authorized
Signature: _____
Dennis T.C. Tse
**C.N.M.I. Business License Number: 12646 - 0001 - 2**

Amount Paid: 130.00
Amount Due: 440.00

Acknowledged by: _____