F I L E D
Clerk
District Court

MAY 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 05-0019 <br><br> ORDER APPROVING DISTRIBUTION OF AUCTION PROCEEDS |

Upon review of the Final Report of the Auctioneer, Plaintiffs' counsel, in auction proceedings commenced pursuant to several orders in aid of judgment in this matter, and having reviewed the documents in support of the Auctioneer's Final Report, the Court is satisfied that the proceedings were conducted in conformity with execution and levy procedures provided by 7 C.M.C. §§ and with this Court's prior orders in this matter.

ACCORDINGLY, for good cause shown, the Court HEREBY APPROVES the distribution to Plaintiffs of the proceeds of the auction in the amount of $74,727.00. Of that amount,

$55,015.36 shall be applied first towards any accrued interest on the judgment against Defendants in this action and then to reduce the outstanding judgment amount.

IT IS SO ORDERED.

DATE: MAY 25, 2007

ALEX R. MUNSON
Chief Judge