MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-mail: markbhanson@gmail.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO. CV 05-0019 <br><br> NOTICE OF HEARING ON MOTION TO REOPEN JUDGMENT; SECOND MOTION TO AMEND VERIFIED COMPLAINT <br><br> Date: Thursday, September 20, 2007 <br> Time: 9:00 a.m. <br> Judge: Hon. Alex R. Munson, Chief Judge |

PLEASE TAKE NOTICE that on Thursday, September 20, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard in the Courtroom of the Honorable Alex R. Munson, Chief Judge, located in the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiffs, by counsel, will and hereby do move to the court to (1) Reopen the Judgment in this case and (2) allow Plaintiffs to file a Second Amended Complaint to add new parties and new claims.

1   DATED this 23rd day of August, 2007.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:     (670) 233-8600
Facsimile:      (670) 233-5262
E-mail: markbhanson@gmail.com

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be deposited in the United States Post Office, first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Jung Jin Corporation<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 | Park Hwa Sun<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 |
| Asia Enterprises Inc.<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 | Kim Hang Kwon<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 |

I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system and via e-mail:

Robert T. Torres
LAW OFFICE OF ROBERT TENORIO TORRES
P.O. Box 503758
Saipan, Mariana Islands 96950
E-mail:      rttlaw@pticom.com

DATED:  August 23, 2007                    /s/ Mark B. Hanson
                                           MARK B. HANSON