Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone: (670) 235-4802
Facsimile: (670) 235-4801

Attorney for Mr. Kim Ki Sung

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YINGHUA, LI ZHENG ZHE and XU JING JI | ) CASE NO. CV 05-0019 |
| Plaintiffs | ) |
| | ) |
| v. | ) NOTICE OF SUBSTITUTION OF COUNSEL |
| JUNG JIN CORPORATION, ASIA ENTERPRISES, INC, PARK HWA SUN and KIM HANG KWON, | ) |
| Defendants | ) |

The Law Office of G. Anthony Long hereby substitutes as counsel for Kim Ki Sung

individually and for KSK Corporation in lieu of Robert T. Torres.

Law Office of G. Anthony Long

By: _____
G. Anthony Long
F0162

_____
Robert T. Torres
F0197

KSK Corporation

By: _____ 9/4/07
Kim Ki Sung,
KSK's Authorized Representative

_____ 9/4/07
Kim Ki Sung,
Individually