Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Kim Ki Sung and KSK Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br>    Plaintiffs<br><br>v.<br><br>JUNG JIN CORPORATION, ASIA ENTERPRISES, INC , PARK HWA SUN and KIM HANG KWON,<br><br>    Defendants | ) CIVIL ACTION NO. 05-00019<br>)<br>)<br>)<br>)<br>) STIPULATION<br>)<br>)<br>)<br>)<br>) |

Due to counsel for Mr. Kim Ki Sung and KSK Corp being newly retained, the parties hereto stipulate and agree as follows:

1. The hearing of the motion for this case shall be continued from September 20, 2007 to October 4, 2007 at 9:00 a.m;

2. Opposition to the motion shall be due on or before September 20, 2007;

3. The reply shall be due on or before September 27, 2007.

Law Office of G. Anthony Long

By: _____
Kelley M. Butcher
Attorney for Kim Ki Sung and KSK Corp

_____
Mark B. Hanson
Attorney for Plaintiffs