FILED
Clerk
District Court

SEP 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI Corporation, ASIA ENTERPRISES INC., a CNMI Corporation, PARK HWA SUN and KIN HANG KWON,<br><br>Defendants, | Civil Action No. 05-0019<br><br>Order Rescheduling Motion Date |

Mark B. Hanson
Attorney at Law
PMB 738, Box 10000
Saipan, MP 96950

Kelley M. Butcher
Attorney at Law
P.O. Box 504907
Saipan, MP 96950

Pursuant to the request of both parties, the Motion in the above matter set for Thursday, September 20, 2007, is rescheduled to Thursday, October 4, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED THIS 11th day of September, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)