# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-05-0019                                           October 4, 2007
                                                     9:10 a.m.

### LI YING HUA, et al -vs- JUNG JIN CORPORATION, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Mark Hanson, Attorney for Plaintiffs
            Kelly Butcher, Attorney for Defendants

PROCEEDINGS:   MOTION TO REOPEN CASE & 2nd MOTION TO AMEND

    Plaintiffs were represented in court by Attorney Mark Hanson. Attorney Anthony Long was present on behalf of the defendants.

    Attorney Hanson argued on behalf of the Plaintiffs. Attorney Butcher argued on behalf of defendants.

    Court, after hearing arguments, DENIED the Motion to Reopen the Judgment and GRANTED the Motion to File a Second Amended Case and stated that a written order will be forthcoming.

Adjourned 9:25 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy