Law Office of G. Anthony Long
P. O. Box 504970
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendants Kim Ki Sung and KSK Corporation

## IN THE DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI<br><br>Plaintiffs<br><br>v.<br><br>JUNG JIN CORPORATION, ASIA ENTERPRISES INC., PARK HWA SUN, KIM HANG KWON, KIM KI SUNG and KSK CORPORATION<br>Defendants | CIVIL ACTION NO. 05-0019<br><br>**DEFENDANTS' RULE 26 DISCOVERY DISCLOSURES** |

Comes now defendants Kim Ki Sung and KSK Corporation who submits the following pre-discovery disclosure:

**1.    PERSONS WITH DISCOVERABLE INFORMATION:**

Persons with discoverable knowledge presently known to defendants include but are not limited to the following:

A.    Kim Ki Sung

B.    Kim Sung Eun

C.    Kim Hang Kwon

1

**2.     DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS:**

The documents possessed by defendants relevant to its defenses in this lawsuit include the following:

1.  Corporate Documents.

2.  Documents for the equipment transfer from Jung Jin Corp and Asia Enterprises to KSK.

3.  Federated States of Micronesia Loan Documents.

4.  KSK Employee records.


**3.     EXPERT WITNESSES:**

Defendants do not anticipate retaining any experts other than a translator.


**4.     COMPUTATION OF DAMAGES:**

Defendants dispute the existence of any damages

                        Law Office of G. Anthony Long

               By: _____
                      G. Anthony Long