```
 1 │ MARK B. HANSON, ESQ.
   │ Second Floor, Macaranas Building
 2 │ Beach Road, Garapan
   │ PMB 738, P.O. Box 10,000
 3 │ Saipan, Mariana Islands 96950
   │ Telephone:   (670) 233-8600
 4 │ Facsimile:   (670) 233-5262
 5 │ Attorney for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN, KIM HANG KWON,<br>KSK CORPORATION, a CNMI corporation,<br>and KIM KI SUNG,<br><br>　　　　　　　　Defendants. | CASE NO. CV 05-0019<br><br>PLAINTIFFS' RULE 26(a)(1)<br>DISCLOSURES |

COMES NOW, Plaintiffs LI YING HUA, LI ZHENG ZHE and XU JING JI, by and through their attorney, pursuant to Fed. R. Civ. P. 26(a)(1) and LR 16.2CJ(d), with the following disclosures:[1]

**A.   PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following individuals and entities are likely to have discoverable information that Plaintiffs may use to support their claims in this case:

1. Plaintiffs who may be contacted through their attorney of record at the address and phone numbers above listed;

2. Defendants;

---

[1] A copy of Plaintiffs' Initial Disclosures has been filed with the Court. *See* L.R. 16.2CJ.d.

3. Several other past and present employees and or associates of Defendants and their business, may have information Plaintiffs may use to support their claims in this case.

Plaintiffs reserves the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed. R. Civ. P. 26(e).

**B.  LISTING, DESCRIPTION AND LOCATION OF DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS**

1. Corporate documents for Asia Enterprises, Inc. and Jung Jin Corporation;
2. Tax documents for Asia Enterprises, Inc. and Jung Jin Corporation;
3. Bank records for Asia Enterprises, Inc. and Jung Jin Corporation;
4. Employment documents, including pay records, for all Plaintiffs;
5. Employment documents, including pay records, for other employees of Asia Enterprises, Inc. and Jung Jin Corporation;
6. Deposition transcripts;
7. Deposition video and audio recordings;
8. Documents referred to in other documents and in depositions on file in this matter;
9. Digital photographs of Welcome Laundry.

Plaintiffs reserve the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed. R. Civ. P. 26(e).

**C.  COMPUTATION OF DAMAGES**

As of August 23, 2007, the unpaid judgment in this matter, with statutory interest, is $163,853.31. Defendants KSK Corporation and Kim Ki Sung are jointly and severally liable for that amount, plus additional accrued interest, costs and attorney's fees.

**D.  LIABILITY INSURANCE AGREEMENT**

Defendants, or any of them, may have, or may have had, various policies of insurance that would cover some or all of the claims advanced by Plaintiffs in this matter. However, the existence and terms of such policy or policies are unknown to Plaintiffs and, therefore, need to be identified

and produced by Defendants in their initial disclosures.

E. **CERTIFICATION**

Pursuant to Fed. R. Civ. P. 26(g)(1), I hereby certify that to the best of my knowledge, information, and belief, formed after reasonable inquiry, that the above disclosure is complete and correct as of the date set forth below.

Respectfully submitted this 9th day of November, 2007.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:        mark@saipanlaw.com

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be deposited in the United States Post Office, first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Jung Jin Corporation<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 | Park Hwa Sun<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 |
| Asia Enterprises Inc.<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 | Kim Hang Kwon<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 |

I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system and via e-mail:

G. Anthony Long
Kelley M. Butcher
LAW OFFICES OF G. ANTHONY LONG
P.O. Box 504970
Saipan, Mariana Islands 96950
E-mail:    gal@nmilaw.com
           kmb@nmilaw.com

DATED: November 9, 2007          /s/ Mark B. Hanson
                                 MARK B. HANSON