F I L E D
Clerk
District Court

NOV 16 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI Corporation, ASIA ENTERPRISES INC., a CNMI Corporation, PARK HWA SUN and KIN HANG KWON,<br><br>Defendants, | Civil Action No. 05-0019<br><br><br>Case Management Scheduling<br>Order |

Mark B. Hanson
Attorney at Law
PMB 738, Box 10000
Saipan, MP 96950

Kelley M. Butcher
Attorney at Law
P.O. Box 504907
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on November 16, 2007. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before January 4, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

2. All motions to amend pleadings shall be filed on or before January 4, 2008.

3. All discovery shall be served by February 29, 2008.

4. All discovery motions shall be filed so as to be heard on or before April 24, 2008. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. A status conference will be held on February 29, 2008, at 9:00 a.m.

6. All dispositive motions shall be heard on or before May 22, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

7. A settlement conference will be held on May 23, 2008, at 9:00 a.m.

8. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by June 16, 2008.

9. A final pretrial conference will be held on June 20, 2008, at 9:00 a.m.

10. The trial in this case shall begin on June 30, 2008, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 16th day of November, 2008, Garapan, Saipan, CNMI.

_____
JUDGE ALEX R. MUNSON

2