```
 1   MARK B. HANSON, ESQ.
     Second Floor, Macaranas Building
 2   Beach Road, Garapan
     PMB 738 P.O. Box 10,000
 3   Saipan, Mariana Islands 96950
     Telephone:    (670) 233-8600
 4   Facsimile:    (670) 233-5262
     E-Mail Address:    mark@saipanlaw.com
 5
     Attorney for Plaintiffs
 6
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF DEPOSITION |
| JUNG JIN CORPORATION, a CNMI corporation, ) | OF KIM SUNG EUN |
| ASIA ENTERPRISES, INC., a CNMI corporation, ) | |
| PARK HWA SUN, KIM HANG KWON, ) | |
| KSK CORPORATION, a CNMI corporation, ) | |
| and KIM KI SUNG, ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO:   KELLEY M. BUTCHER, ESQ.
      Attorney for Defendants KSK CORPORATION and KIM KI SUNG

PLEASE TAKE NOTICE that, pursuant to Rules 26, 28, 30 and 45 of the Federal Rules of Civil Procedure, on **Thursday, March 13, 2008, at the hour of 9:30 a.m.** at the law office of Mark B. Hanson, Second Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiffs' attorney will take the deposition of KIM SUNG EUN, PMB 234, P.O. Box 10,001, Saipan, MP 96950, said deposition to continue from day to day until completed. Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will

administer the oath and shall be the officer before whom the deposition is taken as that term is used in Fed. R. Civ. P. 28(a).

Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the deposition shall be recorded by video tape and digital voice recorder rather than stenographic means.

You are invited to attend and cross-examine.

DATED this 22nd day of February, 2008.

/s/ Mark B. Hanson
_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail Address:   mark@saipanlaw.com

Attorney for Plaintiffs

1                                              CERTIFICATE OF SERVICE

2     I hereby certify that a copy of the foregoing will be deposited in the United States Post Office, first class mail, postage prepaid, addressed to the following:

        Jung Jin Corporation        Park Hwa Sun
        P.O. Box 503428            P.O. Box 503428
        Saipan, MP 96950          Saipan, MP 96950
        (670) 235-4321              (670) 235-4321

        Asia Enterprises Inc.         Kim Hang Kwon
        P.O. Box 503448            P.O. Box 503448
        Saipan, MP 96950          Saipan, MP 96950
        (670) 235-4321              (670) 235-4321

    I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system and via e-mail:

G. Anthony Long
Kelley M. Butcher
LAW OFFICES OF G. ANTHONY LONG
P.O. Box 504970
Saipan, Mariana Islands 96950
E-mail:    gal@nmilaw.com
              kmb@nmilaw.com

             February 22, 2008             /s/ Mark B. Hanson
DATED: _____          _____
                                                           MARK B. HANSON