MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | FIRST AMENDED |
| ) | NOTICE OF DEPOSITION |
| JUNG JIN CORPORATION, a CNMI corporation, ) | OF KIM SUNG EUN |
| ASIA ENTERPRISES, INC., a CNMI corporation, ) | |
| PARK HWA SUN, KIM HANG KWON, ) | |
| KSK CORPORATION, a CNMI corporation, ) | |
| and KIM KI SUNG, ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO:    KELLEY M. BUTCHER, ESQ.
       Attorney for Defendants KSK CORPORATION and KIM KI SUNG

PLEASE TAKE NOTICE that, pursuant to Rules 26, 28, 30 and 45 of the Federal Rules of Civil Procedure, on **Wednesday, April 9, 2008, at the hour of 10:00 a.m.** at the law office of Mark B. Hanson, Second Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiffs' attorney will take the deposition of KIM SUNG EUN,  PMB 234, P.O. Box 10,001, Saipan, MP 96950, said deposition to continue from day to day until completed.  Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will

1 administer the oath and shall be the officer before whom the deposition is taken as that term is used
2 in Fed. R. Civ. P. 28(a).
3     Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the
4 deposition shall be recorded by video tape and digital voice recorder rather than stenographic means.
5     You are invited to attend and cross-examine.
6
7     DATED this 3rd day of April, 2008.
8
9                               /s/ Mark B. Hanson
10                                    MARK B. HANSON
11                              Second Floor, Macaranas Building
                                Beach Road, Garapan
12                              PMB 738, P.O. Box 10,000
                                Saipan, MP 96950
13                              Telephone:   (670) 233-8600
                                Facsimile:   (670) 233-5262
14                              E-Mail Address:   mark@saipanlaw.com
15                              Attorney for Plaintiffs
16
17
18
19
20
21
22
23
24
25
26
27

|  |  |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that a copy of the foregoing will be deposited in the United States Post Office, |
| 3 | first class mail, postage prepaid, addressed to the following: |

        Jung Jin Corporation            Park Hwa Sun
        P.O. Box 503428                P.O. Box 503428
        Saipan, MP 96950             Saipan, MP 96950
        (670) 235-4321                 (670) 235-4321

        Asia Enterprises Inc.           Kim Hang Kwon
        P.O. Box 503448                P.O. Box 503448
        Saipan, MP 96950             Saipan, MP 96950
        (670) 235-4321                 (670) 235-4321

I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system and via e-mail:

G. Anthony Long
Kelley M. Butcher
LAW OFFICES OF G. ANTHONY LONG
P.O. Box 504970
Saipan, Mariana Islands 96950
E-mail:      gal@nmilaw.com
              kmb@nmilaw.com

DATED: April 3, 2008             /s/ Mark B. Hanson
                                        MARK B. HANSON