Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Kim Ki Sung and KSK Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | ) CIVIL ACTION NO. 05-00019 ) |
| Plaintiffs | ) ) |
| v. | ) ) **STIPULATION** |
| JUNG JIN CORPORATION, ASIA ENTERPRISES, INC , PARK HWA SUN and KIM HANG KWON, | ) ) ) ) |
| Defendants | ) ) |

Due to scheduling conflicts of counsel, the parties hereto stipulate and agree as follows:

1. The deadline for filing dispositive motions for this case shall be continued from April 25, 2008 to May 9, 2008;

2. Opposition to any motions filed shall be due on or before May 22, 2008;

3. The reply shall be due on or before May 29, 2008.

4. The hearing date for any dispositive motions filed will be held on June 5, 2008 at 8:30 a.m;

5.      The settlement conference in this matter will be continued from May 23, 2008 at 9:00 a.m. to June 6, 2008 at 9:00 a.m.

Law Office of G. Anthony Long

By:_____s/_____                    _____s/_____
     Kelley M. Butcher                                                 Mark B. Hanson
 Attorney for Kim Ki Sung and KSK Corp                Attorney for Plaintiffs