FILED
Clerk
District Court

APR 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YUNG HUA, LI ZHENG ZHE and XU JING JI,<br><br>        Plaintiffs,<br><br>        vs.<br><br>JUNG JIN CORPORATION, ASIA ENTERPRISES, INC., PARK HWA SUN and KIM HANG KWON,<br><br>        DefendantS. | Civil Action No. 05-0019<br><br><br>Order Setting Status<br>Conference |

Mark K. Hanson                     Kelley Butcher
Attorney at Law                    Attorney at Law
PMB 738 Box 10000                  P.O. Box 504970
Saipan, MP  96950                  Saipan, MP 96950

A Status Conference in this case is scheduled for Tuesday, April 29, 2008, at

10:30 a.m.

IT IS SO ORDERED.

DATED THIS 25th day of April, 2008.

_____

Judge Alex R. Munson

AO 72
(Rev. 08/82)