F I L E D
Clerk
District Court

APR 3 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Law Office of G. Anthony Long
   P.O. Box 504970
2  San Jose, Saipan, MP 96950
   Tel. No. (670) 235-4802
3  Fax. No. (670) 235-4801

4  Attorney for KSK Corporation and Kim Ki Sung

5              IN THE UNITED STATES DISTRICT COURT
                           FOR THE
6                  NORTHERN MARIANA ISLANDS

7

8  LI YING HUA, LI ZHENG ZHE and XU JING JI,  )  CASE NO. CV 05-0019
                                              )
9                  Plaintiffs,                )
                                              )
10         vs.                                )        ORDER
                                              )
11 JUNG JIN CORPORATION, a CNMI corporation,)
   ASIA ENTERPRISES, INC., a CNMI corporation,)
12 PARK HWA SUN, KIM HANG KWON,               )
   KSK CORPORATION, a CNMI corporation,       )
13  and KIM KI SUNG,                          )
                                              )
14                 Defendants.                )

15

16  _____

17

18     A Status Conference was heard on April 29, 2008 in the above matter, Mark Hanson, Esq.
19 appeared for the plaintiffs and Kelley Butcher appeared on behalf of Defendants KSK and Mr. Kim
20 Ki Sung.   Based on counsels' representations and discussions with the Court, it is hereby
   ORDERED:
21

22 1.      The trial date set for June 30, 2008 at 9:00 a.m. is VACATED.

23 2.      Trial in this matter is set for October 6, 2008 at 9:00.

24

25

26

1   3.   A Joint Pre-Trial Order is due on or before September 15, 2008.

2   4.   A final Pre-Trial conference will be held on September 26, 2008 at 9:00 a.m.

3

4   So Ordered this _____*30*^{TH}_____ day of April, 2008

5

6

7

8   _____

    ALEX MUNSON

9   Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                          2

26