FILED
Clerk
District Court

MAY -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>Plaintiffs<br><br>v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; and, KIM HANG KWON,<br><br>Defendants | Civil Action No. 05-0019<br><br>ORDER APPROVING PARTIES' STIPULATION TO MOVE DISPOSITIVE MOTION HEARING DATE AND ALTER BRIEFING SCHEDULE |

IT IS ORDERED that the April 24, 2008, stipulation of the parties to move the dispositive motion hearing date be and hereby is approved. Hearing of all dispositive motions shall be on **June 5, 2008, at 8:30 a.m.** Oppositions shall be filed by 3:30 p.m., May 22, 2008; replies shall be filed by 3:30 p.m., May 29, 2008.

DATED this 6th day of May, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)