Law Office of G. Anthony Long
P.O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone: (670) 235-5802
Facsimile: (670) 235-4801

Attorney for Mrs. Kim Sung Eun, Mr. Kim Ki Sung and KSK Corporation, A CNMI Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LI YING HUA, LI ZHENG ZHE, and XU JING JI,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**JUNG JIN CORP., a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN, KIM HANG KWON, KSK CORPORATION, a CNMI corporation, and KIM KI SUNG,**<br><br>**Defendants.** | Case No. CV 05-00019<br><br>STIPULATION |

The parties hereto stipulate and agree as follows:

1. The due date for dispositive motions is continued from May 9, 2008 until June 19, 2008.

2. The hearing date for the dispositive motions is continued from June 5, 2008 at 8:30 until July 17, 2008 at 8:30 a.m.

Law Office of G. Anthony Long


By:_____/s/_____                    _____/s/_____
     G. Anthony Long                                       Mark B. Hanson
   Attorney for Defendant                            Attorney for Plaintiff