F I L E D
Clerk
District Court

MAY 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>        Plaintiffs<br><br>        v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; KSK Corporation, a Commonwealth of the Northern Mariana Islands Corporation; KIM HANG KWON; and, KIM KI SUNG,<br><br>        Defendants | Civil Action No. 05-0019<br><br><br><br><br>SECOND ORDER APPROVING PARTIES' STIPULATION TO MOVE DISPOSITIVE MOTION HEARING DATE and ALTER BRIEFING SCHEDULE |

IT IS ORDERED that the May 9, 2008, stipulation of the parties to again move the dispositive motions hearing date be and hereby is approved, due to the illness of the attorney previously handling the matter.

AO 72
(Rev. 08/82)

The due date for all dispositive motions is now June 19, 2008, at 3:30 p.m.

Opposition shall be due by 3:30 p.m., July 3, 2008. Replies shall be due by 3:30 p.m., July 10, 2008.

Hearing of all dispositive motions shall now be on **July 17, 2008, at 8:30 a.m.**

DATED this 12th day of May, 2008.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge