MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262
E-mail:         mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUNG JIN CORPORATION, a CNMI corporation, ) <br> ASIA ENTERPRISES, INC., a CNMI corporation, ) <br> PARK HWA SUN and KIM HANG KWON, ) <br> KSK CORPORATION, a CNMI corporation, and ) <br> KIM KI SUNG, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 05-0019 <br><br> *EX PARTE* MOTION UNDER LOCAL RULES 7.1.h.3(b) AND 7.1.h.5 FOR A PAGE EXTENSION <br><br><br><br><br> Date:  No hearing requested <br> Time:  No hearing requested <br> Judge: Hon. Alex R. Munson, Chief Judge |

  Plaintiffs, by and through their undersigned attorney of record, hereby file, this Motion, *ex parte*, pursuant to Fed R. Civ. P. 6(d) and Local Rules 7.1.d and 7.1.h.3(b) to request a page extension on a Memorandum of Facts and Law submitted in connection with Plaintiffs' motion for summary judgment on its claims against defendants KSK Corporation and Kim Ki Sung contained in the Plaintiffs' Second Amended Verified Complaint filed in this matter on October 12, 2007.

CERTIFICATE PURSUANT TO LOCAL RULE 7.1.H.3(b)

  1.  I am the attorney for Plaintiffs in the above-captioned case.  I submit this certificate pursuant to Local Rules 7.1.h.3(b) in support of Plaintiffs' *ex parte* motion for an order allowing a page extension for a Memorandum of Facts and Law submitted in connection with Plaintiffs' motion

for summary judgment. In support of this motion, Plaintiffs submit this Certificate of the undersigned.

2. On October 12, 2007, with leave of Court, Plaintiffs filed a Second Amended Verified Complaint adding two defendants — KSK Corporation and Kim Ki Sung — bringing claims against those two defendants for successor liability and for fraudulent conveyance arising out of, *inter alia*, transfers of the original four defendants' assets to these two new defendants during the pendency of part I of this case.

3. As currently set, dispositive motions must filed by June 19, 2008 at 3:00 p.m.

4. I have been working diligently on dispositive motions and documents that show fully developed, undisputed facts upon which the motions are based.

5. To support its motion on the claims against defendants KSK Corporation and Kim Ki Sung,[1] the Memorandum that Plaintiffs want to file is currently approximately 31 pages not including the cover page, table of contents, table of authorities and the certificate of service. I expect to supplement the current recitation to established facts once I obtain all of the remaining documents in the possession of the defendants' counsel, obtain the last of the discovery documents owing from defendants. I anticipate a brief no longer than 35 pages, although the brief will likely be several pages less than 35 pages.

6. That number of pages exceeds by 10 pages, at most, the maximum number of pages a brief may be without leave of court.

7. Under the circumstances of this case, Plaintiffs have included an extensive recitation of facts with appropriate references to an extensive Proposed Findings of Uncontroverted Fact (separate

---

[1] For reasons explained in the motion, Plaintiffs also intend to file a motion to affirm the summary judgment that was previously granted against the original four defendants. That motion is three pages and is separate from the motion of Plaintiffs seeking summary judgment on the claims against these two defendants — the Sixth and Seventh Causes of Action.

document with references to the factual record).

8. Further, the issues raised in the proceedings warrants a detailed review of the several distinct areas of law applicable to the facts of the matter and a detailed application of the detailed facts to that law, including: successor liability under the Fair Labor Standards Act, common law successor liability, alter ego liability and the common law of fraudulent conveyances applicable in the Commonwealth of the Northern Mariana Islands.

9. Plaintiffs believe that the facts and circumstances involved in the briefing warrant the extension of the page limits to 35 pages (excluding the title page, table of contents, table of authorities, the signature page and certificate of service).

10. A hearing on the issues involved in the briefing has been scheduled for Thursday, July 17, 2007 at 8:30 a.m.

11. Defendants KSK Corporation and Kim Ki Sung are represented by the following counsel:

> G. Anthony Long, Esq.
> LAW OFFICE OF G. ANTHONY LONG
> P.O. Box 504970
> Saipan, Mariana Islands 96950
> E-mail:   gal@nmilaw.com

12. Counsel for Defendants KSK Corporation and Kim Ki Sung was notified of Plaintiffs' intent to file, *ex parte*, for a page extension and he stated that said defendants have no objection to this Motion or the page extension requested herein.

13. Four of the defendants are proceeding *pro se* since the withdrawal of their attorney prior to the judgment in this matter. Their last know contact information is as follows:

> Jung Jin Corporation           Park Hwa Sun
> P.O. Box 503428                P.O. Box 503428
> Saipan, MP 96950               Saipan, MP 96950
> (670) 235-4321                 (670) 235-4321
>
> Asia Enterprises Inc.          Kim Hang Kwon
> P.O. Box 503448                P.O. Box 503448
> Saipan, MP 96950               Saipan, MP 96950
> (670) 235-4321                 (670) 235-4321

14. The above-listed *pro se* defendants will receive a copy of this motion by certified mail.

15. Counsel for Defendants KSK Corporation and Kim Ki Sung will receive a copy of this Motion by the Court's Electronic Case Filing system upon the filing of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant their motion to extend the allowable number of pages for Plaintiffs' Memorandum of Facts and Law to 35 pages (excluding a cover page, a table of contents and table of authorities, the signature page and the certificate of service). A proposed order has been submitted herewith for the Court's convenience. Plaintiffs waive any hearing on this Motion.

Respectfully submitted this 20th day of May, 2008.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-mail:   mark@saipanlaw.com

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be deposited in the United States Post Office, first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Jung Jin Corporation<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 | Park Hwa Sun<br>P.O. Box 503428<br>Saipan, MP 96950<br>(670) 235-4321 |
| Asia Enterprises Inc.<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 | Kim Hang Kwon<br>P.O. Box 503448<br>Saipan, MP 96950<br>(670) 235-4321 |

I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system and via e-mail:

G. Anthony Long, Esq.
LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970
Saipan, Mariana Islands 96950
E-mail:      gal@nmilaw.com

DATED: May 20, 2008                          /s/ Mark B. Hanson
                                                                                MARK B. HANSON