IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>   Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN, KIM HANG KWON,<br>KSK CORPORATION, a CNMI corporation, and<br>KIM KI SUNG,<br><br>   Defendants. | CASE NO. CV 05-0019<br><br>ORDER GRANTING *EX PARTE*<br>MOTION FOR PAGE EXTENSION |

For good cause shown, Plaintiffs' *ex parte* Motion for a page extension is HEREBY GRANTED.

Plaintiffs shall be allowed to file their Memorandum in Support of Plaintiffs' Motion for Summary Judgment Against KSK Corporation and Kim Ki Sung, not to exceed 35 pages (excluding a cover page, a table of contents and table of authorities, the signature page and the certificate of service).

SO ORDERED.

DATED: _____

_____
ALEX R. MUNSON, Chief Judge