```
                                              FILED
                                                Clerk
                                             District Court

                                             MAY 21 2008

                                       For The Northern Mariana Islands
                                       By_____
                                                (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, | CASE NO. CV 05-0019 |
| Plaintiffs, | |
| vs. | ORDER GRANTING *EX PARTE* MOTION FOR PAGE EXTENSION |
| JUNG JIN CORPORATION, a CNMI corporation, ASIA ENTERPRISES, INC., a CNMI corporation, PARK HWA SUN, KIM HANG KWON, KSK CORPORATION, a CNMI corporation, and KIM KI SUNG, | |
| Defendants. | |

For good cause shown, Plaintiffs' *ex parte* Motion for a page extension is HEREBY GRANTED.

Plaintiffs shall be allowed to file their Memorandum in Support of Plaintiffs' Motion for Summary Judgment Against KSK Corporation and Kim Ki Sung, not to exceed 35 pages (excluding a cover page, a table of contents and table of authorities, the signature page and the certificate of service).

SO ORDERED.

DATED: 5-21-08

_____
ALEX R. MUNSON, Chief Judge