F I L E D
Clerk
District Court

MAY 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>Plaintiffs<br><br>v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; KSK Corporation, a Commonwealth of the Northern Mariana Islands Corporation; KIM HANG KWON; and, KIM KI SUNG,<br><br>Defendants | Civil Action No. 05-0019<br><br>ORDER SANCTIONING COUNSEL FOR DEFENDANTS KSK CORPORATION AND KIM KI SUNG and RE-SETTING SETTLEMENT CONFERENCE |

AO 72
(Rev. 08/82)

BY ORDER dated November 16, 2007, a settlement conference in this matter was set for today, May 23, 2008, at 9:00 a.m. No subsequent orders of the court altered the settlement conference date and time. Plaintiffs' attorney, all plaintiffs, and plaintiffs' interpreter appeared at the schedule time. Counsel for defendants KSK Corporation and Kim Ki Sung failed to appear. Accordingly,

IT IS ORDERED that:

1. G. Anthony Long be and hereby is sanctioned the sum of $100.00, representing one-half hour of Mr. Hanson's normal hourly billing rate, and $50.00 for the time of Mr. Dennis Tse, the interpreter. Said sums shall be paid to Mr. Hanson no later than Wednesday, May 28, 2008, at 9:00 a.m.; and,

2. The settlement conference in this matter is re-scheduled to May 30, 2008, at 9:00 a.m.

DATED this 23rd day of May, 2008.

*Alex R. Munson*
ALEX R. MUNSON
Judge