1  MARK B. HANSON, ESQ.
   Second Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:    (670) 233-8600
4  Facsimile:     (670) 233-5262
   E-mail:         mark@saipanlaw.com
5
   Attorney for Plaintiffs
6

7            IN THE UNITED STATES DISTRICT COURT
                        FOR THE
8             NORTHERN MARIANA ISLANDS

9  LI YING HUA, LI ZHENG ZHE and XU JING JI, )  CASE NO. CV 05-0019
                                             )
10              Plaintiffs,                   )
                                             )
11         vs.                                )       MOTION TO AFFIRM
                                             )      SUMMARY JUDGMENT
12  JUNG JIN CORPORATION, a CNMI corporation,)  AGAINST ORIGINAL DEFENDANTS
    ASIA ENTERPRISES, INC., a CNMI corporation,)
13  PARK HWA SUN, KIM HANG KWON,             )
    KSK CORPORATION, a CNMI corporation, and )
14  KIM KI SUNG,                             )
                                             )
15              Defendants.                   )  Date:      July 17, 2008
                                             )  Time:      8:30 a.m.
16  ─────────────────────────────────        )  Judge:     Hon. Alex R. Munson

17        PLEASE TAKE NOTICE THAT Plaintiffs Li Ying Hua, Li Zheng Zhe and Xu Jing Ji, the

18  Plaintiffs, by and through their attorney, do hereby move to have this Court affirm the Courts' prior

19  Judgment against Defendants Jung Jin Corporation, Asia Enterprises, Inc., Kim Hang Kwon and Park

20  Hwa Sun.[1]

21  ─────────────────────

22        [1] Summary judgment was granted against said defendants on August 14, 2006.  Doc. # 87.
23  On August 24, 2006, the Court then entered a Judgment against said defendants. Doc. # 93.
    Because KSK Corporation and Kim Ki Sung were added as defendants subsequent to the Judgment,
24  and Plaintiffs are seeking to impose liability for the judgment on these new defendants, KSK
    Corporation and Kim Ki Sung should be provided a full and air opportunity to defend the claims.
25  See, e.g., 6 WRIGHT & MILLER, FEDERAL PRACTICE AND PROCEDURE (SECOND) § 1489 (2006 update)
26  ("The amendment of a judgment to add a party defendant cannot be done without affording the
27

1    This Motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is

2    supported by the Memorandum filed on July 15, 2006 (Docket # 75) and these documents on file

3    in this matter:

4    1. Plaintiffs' Proposed Findings of Uncontroverted Fact filed July 15, 2006, Doc. ## 76 and

5    77 (Errata with exhibits);

6    2. Declaration of Plaintiff Li Ying Hua filed April 21, 2006, Doc. # 35;

7    3. Declaration of Plaintiff Xu Jing Ji filed April 21, 2006, Doc. # 36;

8    4. Declaration of Plaintiff Li Zheng Zhe filed April 21, 2006, Doc. # 37;

9    5. Declaration of Counsel for Plaintiffs filed April 21, 2006, Doc. # 34;

10    6. Transcript of Deposition of Jung Jin Corporation, Doc. # 67;

11    7. Transcript of Deposition of Asia Enterprises, Inc., Doc. # 68;

12    8. Transcript of Deposition of Cindy Yu, Doc. # 69;

13    9. Transcript of Deposition of Kim Ki Sung, Doc. # 70;

14    10. Transcript of Deposition of Pil Sun Kim Kitami, Doc. # 71;

15    11. Affidavit of Stephen J. Nutting in Support of Motion to Withdraw filed February 3, 2006,

16    Doc. # 25;

17    12. Answer to Plaintiff Li Ying Hua's First Interrogatories to Defendants, Doc. # 72;

18    13. Answer to Plaintiff Xu Jing Ji's First Interrogatories to Defendants, Doc. # 73;

19    14. Answer to Plaintiff Li Zheng Zhe's First Interrogatories to Defendants, Doc. # 74;

20    15. Plaintiffs' Verified Complaint for Violations of the Fair Labor Standards Act and

21    Supplemental State Law Claims filed June 23, 2005, Doc. # 1;

22

23    individual a full opportunity to defend the claims presented," discussing *Nelson v. Adams*, 120 S.Ct.

24    1579, 529 U.S. 460, 146 L.Ed.2d 530. (2000)).  Accordingly, Plaintiffs are moving hereby to affirm,

      on the merits, the summary judgment granted by the Court on August 14, 2006.  Plaintiffs have

25    submitted a separate motion for summary judgment on the successor liability, alter ego and

26    fraudulent transfer claims against KSK Corporation and Kim Ki Sung.

27    Page 2 of 4

1    16.  Plaintiffs' First Amended Verified Complaint for Violations of the Fair Labor Standards

2    Act and Supplemental State Law Claims filed May 18, 2006, Doc. # 45;

3    17.  Defendants' Verified Answer to Verified Complaint for Violations of the Fair Labor

4    Standards Act and Supplemental State Law Claims filed on July 12, 2005, Doc. # 6;

5    18. Order After Settlement Conference (1) Admonishing Individual Defendants; (2) Entering

6    Default Against Corporate Defendants; and (3) Granting Motion to File Amended Complaint

7    entered May 12, 2006, Doc. # 43;

8    19.  Defendants' Pre-Discovery Disclosure Statement filed October 19, 2005, Doc. # 14;

9    20.  All other pleadings and records on file in this matter.

10    For the reasons stated in the Memorandum submitted in support hereof, and having given

11    Defendants an opportunity to defend the underlying liability in this case, Plaintiffs respectfully

12    request that the Court affirm its August 14, 2006 grant of Plaintiffs' Motion for Summary Judgment.

13

14    **A hearing will be held on this motion on Thursday, July 17, 2008 at 8:30 a.m. or a soon**

15    **thereafter as the Court can hear the Motion in the above-entitled court located at the First Floor,**

16    **Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands.**

17

18    Respectfully submitted this 19th day of June, 2008.

19

20    /s/ Mark B. Hanson
                                      _____
21                                      MARK B. HANSON

22    Second Floor, Macaranas Building
      Beach Road, Garapan
      PMB 738, P.O. Box 10,000
23    Saipan, MP 96950
      Telephone:    (670) 233-8600
24    Facsimile:    (670) 233-5262
      E-mail:       mark@saipanlaw.com
25
      Attorney for Plaintiffs
26

27    Page 3 of  4

1    CERTIFICATE OF SERVICE

2    I hereby certify that a copy of the foregoing will be deposited in the United States Post Office,

3    first class mail, postage prepaid, addressed to the following:

4
5    Jung Jin Corporation          Park Hwa Sun
     P.O. Box 503428               P.O. Box 503428
     Saipan, MP 96950              Saipan, MP 96950
6    (670) 235-4321                (670) 235-4321

7    Asia Enterprises Inc.         Kim Hang Kwon
     P.O. Box 503448               P.O. Box 503448
8    Saipan, MP 96950              Saipan, MP 96950
     (670) 235-4321                (670) 235-4321
9

10
     I further certify that the following were served with a copy of the foregoing via the Court's
11
     electronic case filing system and via e-mail:
12

13
14   G. Anthony Long, Esq.
     LAW OFFICE OF G. ANTHONY LONG
     P.O. Box 504970
15   Saipan, Mariana Islands 96950
     E-mail:    gal@nmilaw.com
16

17
                  June 19, 2008            /s/ Mark B. Hanson
18   DATED: _____          _____
                                           MARK B. HANSON
19

20

21

22

23

24

25

26

27                        Page 4 of  4