MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:        mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>JUNG JIN CORPORATION, a CNMI corporation, )<br>ASIA ENTERPRISES, INC., a CNMI corporation, )<br>PARK HWA SUN, KIM HANG KWON, )<br>KSK CORPORATION, a CNMI corporation and )<br>KIM KI SUNG, )<br><br>Defendants. ) | CASE NO. CV 05-0019<br><br>DECLARATION OF<br>LI ZHENG ZHE<br><br><br><br><br>Date:  Thursday, July 17, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. Alex R. Munson, Chief Judge |

I, LI ZHENG ZHE, do hereby declare as follows:

1.    I am competent to testify, and if called to testify, I would do so in accord herewith.

2.    I am a plaintiff in the above-captioned case.

3.    I was an employee of defendants from November 25, 2001 through April 25, 2005.

4.    This declaration is a supplement to the declaration I executed on March 28, 2006 that was filed with the Court as Document # 37.

5.    I was an employee of Daora Poker from December 2004 until my termination on April 25, 2005.

6.    Daora Poker a poker arcade in Saipan was a partnership between Kim Hang Kwon and

Kim Ki Sung.

7.    Though Kim Hang Kwon primarily directed my activities while I worked for Daora Poker, at times during my work for Daora Poker, Kim Ki Sung directed my work.

8.    Kim Ki Sung was present on April 25, 2005 at Daora Poker when Kim Hang Kwon fired me.

I swear under the penalty of perjury that the foregoing Declaration was translated to me in Mandarin Chinese, a language I speak fluently, that the above-stated facts are true and correct, and that this Declaration was executed this 19th day of June, 2008 in Saipan, Commonwealth of the Northern Mariana Islands.

/s/ Li Zheng Zhe
LI ZHENG ZHE

CERTIFICATE OF TRANSLATION

I hereby certify that the forgoing declaration was translated by me from English into Mandarin Chinese for the Declarant and that Declarant acknowledged to me the she understood all of the Declaration so translated and that the above-Declaration is her sworn testimony as above-stated.

DATED: June 19, 2008

/s/ Dennis Tse
DENNIS TSE, Translator

1

CERTIFICATE OF SERVICE

2      I hereby certify that a copy of the foregoing will be deposited in the United States Post Office,

3  first class mail, postage prepaid, addressed to the following:

4

5          Jung Jin Corporation              Park Hwa Sun
           P.O. Box 503428                   P.O. Box 503428
           Saipan, MP 96950                  Saipan, MP 96950
6          (670) 235-4321                    (670) 235-4321

7          Asia Enterprises Inc.             Kim Hang Kwon
           P.O. Box 503448                   P.O. Box 503448
8          Saipan, MP 96950                  Saipan, MP 96950
           (670) 235-4321                    (670) 235-4321
9

10     I further certify that the following were served with a copy of the foregoing via the Court's

11  electronic case filing system and via e-mail:

12

13                             G. Anthony Long, Esq.
                               LAW OFFICE OF G. ANTHONY LONG
14                             P.O. Box 504970
                               Saipan, Mariana Islands 96950
15                             E-mail:    gal@nmilaw.com

16

17                 June 19, 2008                    /s/ Mark B. Hanson
    DATED: _____              _____
18                                                  MARK B. HANSON

19

20

21

22

23

24

25

26

27

Page 3 of 3