MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:  (670) 233-8600
Facsimile:  (670) 233-5262
E-mail:  mark@saipanlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN, KIM HANG KWON,<br>KSK CORPORATION, a CNMI corporation and<br>KIM KI SUNG,<br><br>Defendants. | CASE NO. CV 05-0019<br><br>DECLARATION OF<br>MARK B. HANSON<br><br>Date: Thursday, July 17, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. Alex R. Munson, Chief Judge |

I, MARK B. HANSON, do hereby declare as follows:

1. I am competent to testify, and if called to testify, I would do so in accord herewith.

2. I am the attorney for plaintiffs in the above-captioned case.

3. This Declaration is a supplement to my August 23, 2007 Declaration filed with the Court as Document # 169.

4. When Kim Hang Kwon and Park Hwa Sun left Saipan and returned to Korea, any cash on hand they took with them. As of October 31, 2006, all that remained in the bank accounts of Judgment Debtors in Saipan was the aggregate amount of $263.15.

5. Through post-judgment collection efforts, Plaintiffs have been able to recover a total

of $ 55,015.36 (net of costs) from the auction of property left behind by Kim Hang Kwon and Park Hwa Sun when the fled to Korea.  The recovery to date represents 26% of the Judgment without accounting for accrued interest.  The Judgment has accrued $16,881.69 to date.

6.  The total amount of the unsatisfied portion of the Judgment against the Judgment Debtors as of the date of this filing, including post-judgment interest thereon, is $171,664.88.

I swear under the penalty of perjury that the above-stated facts are true and correct, and that this Declaration was executed this 19th day of June, 2008 in Saipan, Commonwealth of the Northern Mariana Islands.

/s/ Mark B. Hanson

_____
MARK B. HANSON
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be deposited in the United States Post Office, first class mail, postage prepaid, addressed to the following:

Jung Jin Corporation  
P.O. Box 503428  
Saipan, MP 96950  
(670) 235-4321

Park Hwa Sun  
P.O. Box 503428  
Saipan, MP 96950  
(670) 235-4321

Asia Enterprises Inc.  
P.O. Box 503448  
Saipan, MP 96950  
(670) 235-4321

Kim Hang Kwon  
P.O. Box 503448  
Saipan, MP 96950  
(670) 235-4321

I further certify that the following were served with a copy of the foregoing via the Court's electronic case filing system and via e-mail:

G. Anthony Long, Esq.  
LAW OFFICE OF G. ANTHONY LONG  
P.O. Box 504970  
Saipan, Mariana Islands 96950  
E-mail:       gal@nmilaw.com

DATED: June 19, 2008

/s/ Mark B. Hanson  
MARK B. HANSON