IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN, KIM HANG KWON,<br>KSK CORPORATION, a CNMI corporation, and<br>KIM KI SUNG,<br><br>Defendants. | CASE NO. CV 05-0019<br><br>ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS |

For good cause shown, Plaintiffs' *ex parte* Motion for a one day extension of time for Plaintiffs to file dispositive motions is HEREBY GRANTED.

Plaintiffs shall file all remaining dispositive motions on or before Friday, June 20, 2008. All other dates remain the same.

SO ORDERED.

DATED: _____                    _____
                                            ALEX R. MUNSON, Chief Judge