F I L E D
Clerk
District Court

JUN 2 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI, <br><br> Plaintiffs <br><br> v. <br><br> JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; KSK Corporation, a Commonwealth of the Northern Mariana Islands Corporation; KIM HANG KWON; and, KIM KI SUNG, <br><br> Defendants | Civil Action No. 05-0019 <br><br><br><br><br><br> ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTIONS |

AO 72
(Rev. 08/82)

BASED UPON the unopposed *ex parte* motion of plaintiffs for a short extension of time in which to file their dispositive motions, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that plaintiffs shall have until 3:30 p.m. today, Friday, June 20, 2008, to file their dispositive motions.

DATED this 20th day of June, 2008.

_____
ALEX R. MUNSON
Judge