```
 1  Law Office of G. Anthony Long
    P.O. Box 504970
 2  San Jose, Saipan, MP 96950
    Tel. No. (670) 235-4802
 3  Fax. No. (670) 235-4801

 4  Attorney for KSK Corporation and Kim Ki Sung
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI, ) | CASE NO. CV 05-0019 |
| Plaintiffs, ) | |
| vs. ) | DEFENDANT'S OBJECTIONS AND PRODUCTION TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
| JUNG JIN CORPORATION, a CNMI corporation, ) ASIA ENTERPRISES, INC., a CNMI corporation, ) PARK HWA SUN, KIM HANG KWON, ) KSK CORPORATION, a CNMI corporation, ) and KIM KI SUNG, ) | |
| Defendants. ) | |

## FIRST REQUEST TO PRODUCE

1. Please produce an un-redacted copy of what has been attached hereto as Exhibit "A."

Doc. #39

**Objection:** Defendant objects to this request because it seeks to obtain information that is not relevant and seeks information protected from disclosure by work product, party communications and pertains to personal information about other entities whom are not a party to this action. Defendant cannot produce an un-redacted copy of this exhibit.

RECEIVED FEB 2 0 2008   4:x

EXHIBIT A

1

2   11. Please produce any and all DOCUMENTS REFLECTING any or all of the payment KIM
3   SUNG EUN made to YOU for the purchase of 180,000 shares of YOUR common stock regardless of
4   the form of the payment.

5   There are no documents for this request.

6

7   12. Please produce any and all DOCUMENTS REFLECTING any or all of the payment KIM
8   OK JA made to YOU for the purchase of 20,000 shares of YOUR common stock regardless of the
9   form of the payment.

10

11   There are no documents for this request.

12

13   13. Please produce all of YOUR CORPORATE RECORDS.

14

15   See responses and objections to request # 2, 3 and 4.

16

17   14. Please produce all DOCUMENTS submitted to the COMMONWEALTH
18   GOVERNMENT by YOU for any reason at any time from December 1, 2005 through March 31,
19   2006.

20   **Objection:** Defendants object to this request as not relevant, overly broad and
21   burdensome.  Subject to and without waiving the foregoing objection, Defendant has
22   produced the requested documents.  Any and all documents submitted to the CNMI
23   Government during the requested time period is contained within the documents copied onto
24   the Disk.

25
                                    5
26

EXHIBIT A

## ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor, Memorial Bldg./Capitol Hill
Saipan, MP 96950

FILED
Commonwealth of the
Northern Mariana Islands

2004 MAR -1 PM 4:18

INITIAL REPORT: _____   REPORT FOR THE YEAR 2003
CHECK ONE: (X) Domestic Corporation   ( ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P.O. Box)
KSK Corporation Inc.
PMB 234 Box 10001
Saipan, MP 96950
Telephone Number: 234-2331

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P.O. Box)
Carolina Castro
PO Box 503500 CK
Saipan, MP 96950
Telephone Number: 235-5442

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| Kim, Sung Eun | Korean | PMB 234 Box 10001, Saipan, MP 96950 |
| Kim, Ok Ja | Korean | Same as above |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| Kim, Sung Eun | President/Secretary | Korean | Same as above |
| Kim, Ok Ja | Vice-Pres./Treasurer | Korean | Same as above |

**DESCRIPTION OF BUSINESS ACTIVITIES** - List all lines of business:
Trade, amusement, poker, game room, investment transaction, venture and tour agency, and internet business.

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 200,000 Shares | Common Stock | $20.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| Kim, Sung Eun | L.T.B.E.P | Korean | 180,000.00 |
| Kim, Ok Ja | Off- Island | Korean | 20,000.00 |

Date: 2/1/04

Signature: [signed]
Kim, Sung Eun - President
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

EXHIBIT B

KSK DOC # 580

## KYUNG YEE LEE
P.O. Box 502926, Saipan, MP 96950
Tel. No. 235-3334 Fax No. 235-4225

Mr. Mark B. Hanson
Second Floor, Macaranas Building
Beach Road, Garapan
Saipan, CNMI

Although I have had some friendly transactions with Mr. Ki Sung Kim, the loans were made in cash and on long standing trust for each other's convenience, thus no records to evidence them are available.

Dated this 27 day of May, 2008.

_____
Kyung Yee Lee

# EXHIBIT C

May 23, 2008

Mark B. Hanson
PMB 738, P.O. Box 10,000
Saipan MP 96950

Re:   Response to Subpoena in a Civil Case

This letter comes to you to certify that I have made personal loan to Mr. Ki Sung Kim in the amount of $70,000 around February, 2005 and that the loan has been duly repaid with accrued interest of $6,000.

I can not produce any documents as they are not kept any more.

I hope this will help.

Sincerely,


SEO YONG KI

EXHIBIT D

Landscaping - Logistics     Area Code 670     Your connection to the world     

### Laundry

**Tropical Garden**
- As Mahetog .................. 322-5118
- Fax .............................. 323-1044

**Best Laundry**
- Chalan Kanoa ................ 235-1047

**Clean Laundry**
- Susupe ......................... 235-8244

**Cool Laundry**
- As Lito ......................... 288-2331

**D.K.K. Incorporated**
- San Vicente .................. 235-3135

**Drop Off Laundry**
- Garapan ....................... 233-3767

**Kagman Laundry**
- Kagman ........................ 256-3125

**Kang Corporation**
- Dandan ........................ 234-9368
- Koblerville ................... 288-9364

**Kims General Incorporated**
- San Jose ....................... 234-7191

**Marianas Cleaners**
- Susupe ................. 234-5323/6239
- Fax .............................. 234-1712

**Pacific Five Star Inc**
- San Antonio .................. 234-8265

**Tropical Laundry & Linen**
- Puerto Rico ............. 322-3077/78
- Fax .............................. 322-4062

**Welcome Laundry Market**
- Chalan Kanoa ................ 235-8949

**Wonderful Market**
- Susupe ......................... 235-6638

### Lawn & Garden Equipment

**Ace Hardware**
- Gualo Rai ...................... 235-9322
- Fax .............................. 235-9325
- Susupe ......................... 234-3117
- Fax .............................. 235-7568
- San Vicente ................... 234-3176
- Fax .............................. 235-0007
- Rota ............................. 532-9322
- Fax .............................. 532-9325

**ECHO LAWN & GARDEN EQUIPMENT**
- Chalan Kanoa ......... 235-2302/2303
- Fax .............................. 235-2304

**Mid Pac Micronesia**
Middle Road, Gualo Rai
- Tel ............................... 234-0475
- Fax .............................. 234-0476

**Windsock Saipan Inc.**
See Ad Under Equipment Sales
- Tel ............................... 234-6001
- Fax .............................. 234-6003

### Lawn & Garden Maintenance

**Advance Janitorial**
- Garapan ....................... 233-0210
- Fax .............................. 233-2629

### Lawyers (See Attorneys)

### Leather Goods

**Louis Vuitton Saipan Inc**
- Garapan ....................... 233-0636
- Fax .............................. 233-0638

### Lighting System & Equipment

**Spectrum Electric Inc**
See Ad Under Electrical Contractors
- Lower Base ................... 322-4600
- Fax .............................. 322-4699

### Liquor

**Diamond Ko Saipan Ltd**
- China Town ................... 233-6885
- Fax .............................. 233-6889

**M C Asia International**
Middle Road Gualo Rai
- Tel ............................... 235-6100

### Loans

**Friendly Finance Co., Inc**
- Tel ............................... 234-6676
- Fax .............................. 234-5104

**WELLS FARGO FINANCIAL**
San Jose
Chalan Monsignor Guerrero
Saipan, MP 969509
Phone: 235-6030
Fax: 235-6040

### Locksmiths

**Action Locksmith**
- San Antonio .................. 235-5541

### Logistics

**B D I Logistics**
- Garapan ....................... 233-6688





### Long Distance

**I T & E OVERSEAS INC**
- San Jose ....................... 234-8521
- Fax .............................. 234-8525

Prime Group
- Gualo Rai ...................... 235-3970

**PTI**
- Information ........................ 411
- Trouble Desk ....................... 611
- Internet Helpline ............ 682-1060
- Customer Service ............ 234-7143
- Fax .............................. 234-8574
- Payment Fax .................. 235-8699
- Administration ............... 234-6100
- Human Resources ........... 234-6600
- Sales & Marketing ........... 682-2877
- Sales Fax ....................... 235-2877
- Marketing Fax ................ 682-6170
(See ad this classification)

**Saipancell**
Middle Road, Gualo Rai
- Tel ................... 483-CARE(2273)
- Fax .............................. 235-7640
(See ad this classification)

**Startec**
- Susupe ......................... 235-4724

**T N I**
- Garapan ................. 233-5360/8878

### Lottery Ticket Agents

**Marianas Lottery**
- Susupe ................. 235-6633/7788

**Numbers International Corp**
- As Lito ......................... 235-2015

### Lubricants

**SHELL MARIANAS**
- Puerto Rico ............ 323-5009/1014
- Or Call .................. 323-0647/3847
- Fax .............................. 322-0764



EXHIBIT E