FILED
Clerk
District Court

JUL -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE, and XU JING JI,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>JUNG JIN CORPORATION, a Commonwealth of the Northern Mariana Islands Corporation; ASIA ENTERPRISES, a Commonwealth of the Northern Mariana Islands Corporation; PARK HWA SUN; KSK Corporation, a Commonwealth of the Northern Mariana Islands Corporation; KIM HANG KWON; and, KIM KI SUNG,<br><br>　　　　Defendants | Civil Action No. 05-0019<br><br><br>ORDER DENYING AS UNNECESSARY PLAINTIFFS' MOTION TO AFFIRM SUMMARY JUDGMENT AND JUDGMENT AGAINST ORIGINAL DEFENDANTS |

AO 72
(Rev. 08/82)

On June 19, 2008, plaintiffs moved to affirm the summary judgment and judgment entered against the original defendants Jung Jin Corporation, Asia Enterprises, Kim Hang Kwon, and Park Hwa Sun on August 14 and 24, 2006, respectively. There has been no opposition to the motion filed by the original defendants and it is the court's conclusion that current defendants would have no standing to challenge the summary judgment or judgment. In any event, they have not done so.

However, the court denies the motion to affirm the summary judgment and the judgment against the original defendants because it is unnecessary to affirm validly rendered, unchallenged judgments. Should plaintiffs prevail on their claims against all or some of the current defendants---KSK Corporation, Kim Sung Eun, and Kim Ki Sung---the original judgment can be amended to reflect their liability.

IT IS SO ORDERED, and the hearing set for July 17, 2008, at 8:30 a.m. is hereby taken **off-calendar**.

DATED this 8th day of July, 2008.

ALEX R. MUNSON
Judge