# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CV-05-0019                                                                      July 17, 2008
                                                                                8:35 a.m.

**LI YING HUA, et al -vs- KSK CORPORATION and KIM KI SUNG**

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Mark Hanson, Attorney for Plaintiffs
             Anthony Long, Attorney for Defendants

PROCEEDINGS:   MOTION FOR SUMMARY JUDGMENT

　　Plaintiffs were represented in court by Attorney Mark Hanson. Attorney Anthony Long was present on behalf of the defendants.

　　Attorney Hanson argued on behalf of the Plaintiffs. Attorney Long argued on behalf of defendants.

　　Court, after hearing arguments, took the matter under advisement and stated that a written decision would be forthcoming.

　　　　　　　　　　　　　　　　　　　　　　　　Adjourned 9:05 a.m.


　　　　　　　　　　　　　　　　　　　　　　　　/s/ K. Lynn Lemieux, Courtroom Deputy